John G. Balestriere
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>v.<br><br>TRAMMELL S. CROW, JR., et al.<br>Plaintiff(s)<br>Defendant(s). | CASE NUMBER<br>2:22-cv-07957<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Balestriere, John G.   of   BALESTRIERE FARIELLO
*Applicant's Name (Last Name, First Name & Middle Initial)*   225 Broadway, 29th Floor
212-374-5401   212-208-2613   New York, New York 10007
*Telephone Number*   *Fax Number*
john.balestriere@balestrierefariello.com
*E-Mail Address*   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Plaintiffs Julia Hubbard and Kayla Goedinghaus

*Name(s) of Party(ies) Represented*   ☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**
Mazzella, Anastasia   of   KABATECK LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   633 West Fifth Street, Suite 3200
245201   (213) 217-5007   (213) 217-5010   Los Angeles, California 90071
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
am@kbklawyers.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:   ☐ Applicant resides in California;   ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:   ☐ is not member of Bar of this Court;   ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____   _____
U.S. District Judge/U.S. Magistrate Judge