NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Gerald E. Hawxhurst (Bar No. 220327)
HAWXHURST LLP
11111 Santa Monica Blvd., Suite 620
Los Angeles, CA 90025

ATTORNEY(S) FOR: Trammell S. Crow, Jr

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julia Hubbard and Kayla Goedinghaus<br><br>Plaintiff(s),<br>v.<br>Trammell S. Crow, Jr., Dr. Benjamin Todd Eller, Richard Hubbard, Dr. Melissa Miller, Dr. Joseph Bolin, et al.<br>Defendant(s) | CASE NUMBER:<br><br>2:22-cv-7957<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Trammell S. Crow, Jr
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Julia Hubbard | Plaintiff |
| Kayla Goedinghaus | Plaintiff |
| Trammell S. Crow, Jr. | Defendant. |
| Dr. Benjamin Todd Eller | Defendant. |
| Richard Hubbard | Defendant. |
| Dr. Melissa Miller | Defendant. |
| Dr. Joseph Bolin | Defendant. |
| Dr. Scott Woods | Defendant. |
| Dr. Mrugeshkumar Shah | Defendant. |
| Michael Cain | Defendant. |

List continued in Attachment "A"

11/10/2022
Date

Signature [signed]

Attorney of record for (or name of party appearing in pro per):

Gerald E. Hawxhurst

ATTACHMENT A

| Party | Connection/Interest |
|---|---|
| Coe Juracek | Defendant. |
| Philip Ecob | Defendant. |
| H.J. Cole | Defendant. |
| Cody Mitchell | Defendant. |
| Kurt Knewitz | Defendant. |
| Paul Penderglass | Defendant. |
| Ralph Rogers | Defendant. |
| Robert Pruitt | Defendant. |
| Scott Brunson | Defendant. |
| Case Grover | Defendant. |
| Richard Butler | Defendant. |
| Mark Molina | Defendant. |
| Michael Hynes | Defendant. |
| Shawn Mayer | Defendant. |
| Jade Mayer | Defendant. |
| RCI Hospitality Holdings, Inc. | Defendant. |
| Integrity Based Marketing, LLC | Defendant. |
| Storm Fitness Nutrition, LLC | Defendant. |
| Ultra Combat Nutrition, LLC | Defendant. |
| Ecoloft Homes, LLC | Defendant. |
| Elevated Wellness Partners LLC | Defendant. |