# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

November 04, 2022

Re: Mr. Kenneth C. "Ken" Stone, State Bar Number 19296300

To Whom It May Concern:

This is to certify that Mr. Kenneth C. "Ken" Stone was licensed to practice law in Texas on November 02, 1984, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

## CERTIFICATE

STATE OF OKLAHOMA )
)
COUNTY OF OKLAHOMA )

Gina L. Hendryx, being duly sworn, deposes and says:

That she is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

That KENNETH CHARLES STONE, OBA #20021, was admitted to the practice of law by the Supreme Court of Oklahoma on March 29, 2004 and is an active member in good standing of the Oklahoma Bar Association.

*Gina L. Hendryx*
General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 7th day of November, 2022 by Gina L. Hendryx.

NOTARY PUBLIC

My Commission Expires:
10/21/2023

Commission Number:
19010584



1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065



www.okbar.org