Name and address:

Gerald E. Hawxhurst (Bar No. 220327)
Hawxhurst LLP
11111 Santa Monica Blvd., Suite 620
Los Angeles, CA 90025

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julia Hubbard and Kayla Goedinghaus <br><br> v.                                    Plaintiff(s) <br><br> Trammell S. Crow, Jr., Dr. Benjamin Todd Eller, Richard Hubbard, Dr. Melissa Miller, Dr. Joseph Bolin, et al <br><br> Defendant(s). | CASE NUMBER <br><br> 2:22-cv-7957 <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Stone, Kenneth C.                                of
*Applicant's Name (Last Name, First Name & Middle Initial)*

469-320-6106         469-320-6878
*Telephone Number*      *Fax Number*

kstone@grayreed.com
*E-Mail Address*

Gray Reed & McGraw LLP
1601 Elm Street, Suite 4600
Dallas, Texas 75201

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Trammell S. Crow, Jr.

*Name(s) of Party(ies) Represented*        ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Hawxhurst, Gerald E.                            of
*Designee's Name (Last Name, First Name & Middle Initial)*

220327        310-893-5150        310-893-5195
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jerry@hawxhurstllp.com
*E-Mail Address*

Hawxhurst LLP
11111 Santa Monica Blvd., Suite 620
Los Angeles, CA 90025

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated _____                    _____
                                            **U.S. District Judge/U.S. Magistrate Judge**