John G. Balestriere
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>                                  Plaintiff(s)<br>v.<br><br>TRAMMELL S. CROW, JR., et al.<br><br>                                  Defendant(s). | CASE NUMBER<br><br>2:22-cv-07957<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Balestriere, John G.        of   BALESTRIERE FARIELLO
*Applicant's Name (Last Name, First Name & Middle Initial)*        225 Broadway, 29th Floor
212-374-5401        212-208-2613        New York, New York 10007
*Telephone Number        Fax Number*

john.balestriere@balestrierefariello.com
*E-Mail Address*        *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Plaintiffs Julia Hubbard and Kayla Goedinghaus

*Name(s) of Party(ies) Represented*        [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

and designating as Local Counsel

Mazzella, Anastasia        of    KABATECK LLP
*Designee's Name (Last Name, First Name & Middle Initial)*        633 West Fifth Street, Suite 3200
245201        (213) 217-5007        (213) 217-5010        Los Angeles, California 90071
*Designee's Cal. Bar No.        Telephone Number        Fax Number*

am@kbklawyers.com
*E-Mail Address*        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] **GRANTED.**
[ ] **DENIED:** [ ] for failure to pay the required fee.
    [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    [ ] for failure to complete Application: _____
        [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
        [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
        [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee,** ~~if paid~~: [ ] be refunded [ ] not be refunded.

Dated    November 14, 2022        /s/ Steve Kim        STEVE KIM
                                U.S. ~~District Judge~~/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*        Page 1 of 1