Name and address:

Gerald E. Hawxhurst (Bar No. 220327)
Hawxhurst LLP
11111 Santa Monica Blvd., Suite 620
Los Angeles, CA 90025

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julia Hubbard and Kayla Goedinghaus<br><br>v.   Plaintiff(s)<br><br>Trammell S. Crow, Jr., Dr. Benjamin Todd Eller, Richard Hubbard, Dr. Melissa Miller, Dr. Joseph Bolin, et al<br>Defendant(s). | CASE NUMBER<br>2:22-cv-7957<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Stone, Kenneth C.      of   Gray Reed & McGraw LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   1601 Elm Street, Suite 4600
469-320-6106      469-320-6878      Dallas, Texas 75201
*Telephone Number      Fax Number*

kstone@grayreed.com
*E-Mail Address*      *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Trammell S. Crow, Jr.

*Name(s) of Party(ies) Represented*      ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Hawxhurst, Gerald E.      of   Hawxhurst LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   11111 Santa Monica Blvd., Suite 620
220327      310-893-5150      310-893-5195      Los Angeles, CA 90025
*Designee's Cal. Bar No.      Telephone Number      Fax Number*

jerry@hawxhurstllp.com
*E-Mail Address*      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, ~~if paid:~~ ☐ ~~be refunded~~ ☐ ~~not~~ be refunded.

Dated   November 14, 2022      _____  STEVE KIM
                                       U.S. ~~District Judge~~/U.S. Magistrate Judge