Name and address:

Gerald E. Hawxhurst (Bar No. 220327)
Hawxhurst LLP
11111 Santa Monica Blvd., Suite 620
Los Angeles, CA 90025

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julia Hubbard and Kayla Goedinghaus<br><br>v.                                    Plaintiff(s)<br><br>Trammell S. Crow, Jr., Dr. Benjamin Todd Eller, Richard Hubbard, Dr. Melissa Miller, Dr. Joseph Bolin, et al<br><br>                                             Defendant(s). | CASE NUMBER<br><br>2:22-cv-7957<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

England, London                                    of    Gray Reed & McGraw LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*              1601 Elm Street, Suite 4600
469-320-6188              469-320-6855                            Dallas, TX 75201
*Telephone Number*         *Fax Number*
lengland@grayreed.com
              *E-Mail Address*                                                    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Trammell S. Crow, Jr.

*Name(s) of Party(ies) Represented*              ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**
Hawxhurst, Gerald E.                              of    Hawxhurst LLP
*Designee's Name (Last Name, First Name & Middle Initial)*          11111 Santa Monica Blvd., Ste. 620
220327              310-893-5150              310-893-5195                Los Angeles, CA 90025
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
jerry@hawxhurstllp.com
              *E-Mail Address*                                                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
             ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             ☐ for failure to complete Application: _____
             ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
             ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated    November 14, 2022                        _____
                                                  U.S. ~~District Judge~~/U.S. Magistrate Judge