John G. Balestriere*
Matthew W. Schmidt (Cal. Bar No. 302776)*
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (415) 966-2656
Facsimile: (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice

Anastasia Mazzella (Cal. Bar. No. 245201)
**KABATECK LLP**
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 217-5007
Facsimile: (213) 217-5010
am@kbklawyers.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR., et al.,<br><br>Defendants. | Case No. 2:22-cv-7957-FLA-MAA<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANT ROBERT PRUITT TO RESPOND TO THE INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3.]**<br><br>Complaint Served: December 26, 2022<br>Current Response Date: January 17, 2023<br>New Response Date: February 1, 2023<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Courtroom: 6B |

Pursuant to Local Rules 7-1 and 8-3, Plaintiffs Julia Hubbard and Kayla Goedinghaus ("Plaintiffs"), by and through their counsel, and Defendant Robert Pruitt ("Pruitt") (collectively "the Parties"), hereby stipulate as follows:

## RECITALS

WHEREAS, on November 1, 2022, Plaintiffs filed the Complaint in the above-entitled action. (ECF No. 1.)

WHEREAS, On December 26, 2022, Plaintiffs served defendant Pruitt with the Complaint.

WHEREAS, Pruitt's response to the Complaint is currently due on January 17, 2023.

WHEREAS, Pruitt is in the process of locating and retaining local counsel in California to represent him in the above-entitled action.

WHEREAS, Pruitt and his California counsel, once retained, will require additional time to answer or otherwise respond to the Complaint, as well as comply with Local Rule 7-3.

## STIPULATION

**IT IS HEREBY STIPULATED**, by and between Plaintiffs and Pruitt as follows: Pruitt shall have an additional fifteen (15) days to answer or otherwise respond to the Complaint, to and including February 1, 2023. This stipulation shall constitute a special appearance by Pruitt and shall not waive any defenses relating to personal jurisdiction, forum or venue, consistent with Section 418.10(d) of the California Code of Civil Procedure.

[SIGNATURES FOLLOW ON NEXT PAGE]

**STIPULATION TO EXTEND TIME FOR DEFENDANT ROBERT PRUITT TO RESPOND TO THE INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**
**CASE NO. 2:22-cv-7957-FLAA-MAA**

Dated: January 16, 2023

**BALESTRIERE FARIELLO LLP**
**KABATECK LLP**

*[signature: a. maz]*

John G. Balestriere
Matthew W. Schmidt
Anastasia K. Mazzella
*Attorneys for Plaintiffs*

Dated: January 16, 2023

**ROBERT PRUITT**, an individual, self-represented

Robert L. Pruitt
*Defendant*

**STIPULATION TO EXTEND TIME FOR DEFENDANT ROBERT PRUITT TO RESPOND TO THE INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**
**CASE NO. 2:22-cv-7957-FLAA-MAA**

Dated: January 16, 2023

**BALESTRIERE FARIELLO LLP**
**KABATECK LLP**

*/s/ A. Mazzella*

John G. Balestriere
Matthew W. Schmidt
Anastasia K. Mazzella
*Attorneys for Plaintiffs*

Dated: January 16, 2023

**ROBERT PRUITT**, an individual, self-represented

*/s/ Robert Pruitt*

Robert Pruitt
*Defendant*

STIPULATION TO EXTEND TIME FOR DEFENDANT ROBERT PRUITT TO RESPOND
TO THE INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS
CASE NO. 2:22-cv-7957-FLAA-MAA

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

Pursuant to Local Rule of Civil Procedure 5-4.3.4(a)(2)(i), the filer of this document attests that all the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 16, 2023

**BALESTRIERE FARIELLO LLP**
**KABATECK LLP**

*/s/ A. Mazzella*

John G. Balestriere
Matthew W. Schmidt
Anastasia K. Mazzella
*Attorneys for Plaintiffs*

**STIPULATION TO EXTEND TIME FOR DEFENDANT ROBERT PRUITT TO RESPOND TO THE INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**
**CASE NO. 2:22-cv-7957-FLAA-MAA**