# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| JULIA HUBBARD, et al. | 2:22–cv–07957–FLA–MAA |
| Plaintiff(s), | |
| v. | |
| TRAMMELL S CROW, JR., et al. | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   ___1/17/2023___

Document No.:   ___30___

Title of Document:   ___Stipulation: Extension of Time to File Document Extension of Time to File Response/Reply___

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Stipulation: Extending time to answer (30 days or Less)

Defendant Robert Pruitt's stipulation with 2 different and incorrect reliefs did NOT record any extension of time to File Answer to Complaint less than 30 days. These incorrect events are for other type of documents.

Other:

Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

Note:   **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_January 18, 2023_          By:  _/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov_
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**