# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Central District of California

Case Number: 2:22-CV-07957-SK

**Plaintiff:** JULIA HUBBARD and KAYLA GOEDINGHAUS

vs.

**Defendant:** TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, ETAL



LAW2022001760

Received by Civil Process Direct, LLC on the 24th day of December, 2022 at 1:45 pm to be served on **DR. SCOTT WOODS, 5936 W. Parker Rd, Suite 1100, Plano, Texas 75093**.

I, Michael Hernandez, being duly sworn, depose and say that on the **3rd day of January, 2023** at **12:40 pm, I:**

executed **SUBSTITUTE** service by delivering a true copy of the **Summons in a Civil Action; ComplaintCivil Cover Sheet Notice of Right to Consent to Magistrate Judge Statement of Consent** with the date of service endorsed thereon by me, to: **Marissa Brishard** as **Enployee / Staff Member**, a person employed therein to accept service for **DR. SCOTT WOODS** at the address of: **5936 W. Parker Rd, Suite 1100, Plano, Texas 75093**, the within named person's usual place of Business, in accordance to the Per California Code of Civil Rules.

**Additional Information pertaining to this Service:**
1/3/2023  I also mailed a copy of the Summons in a Civil Action; Complaint Civil Cover Sheet Notice of Right to Consent to Magistrate Judge Statement of Consent to the defendant at the address of SCOTT WOODS, MD, PA, 5936 W Parker Rd Ste 1100, Plano TX, 75093, usual place of business, in accordance to the Per California Code of Civil Rules.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 130, Hair: Black, Glasses: N

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the State of Texas. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state or federal jurisdiction. I declare that I have personal knowledge of these facts and the statements are true and correct."

Michael Hernandez
PSC4593 Exp. 7/31/23

Subscribed and sworn to before me on the 7th day of January, 2023 by the affiant who is personally known to me.

Notary Public

**Civil Process Direct, LLC**
706 Main Street
Ste 100
Dallas, TX 75202
(214) 651-7111

Our Job Serial Number: LAW-2022001760