# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Central District of California

Case Number: 2:22-CV-07957-SK

**Plaintiff:** JULIA HUBBARD and KAYLA GOEDINGHAUS

vs.

**Defendant:** TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, ETAL



LAW2022001768

Received by Civil Process Direct, LLC on the 24th day of December, 2022 at 1:45 pm to be served on **MICHAEL HYNES, JR., 7906 Beef Creek Drive, Arlington, Texas 76001.**

I, Michael Hernandez, being duly sworn, depose and say that on the **7th day of January, 2023** at **1:04 pm, I:**

executed **SUBSTITUTE** service by delivering a true copy of the **Summons in a Civil Action; Complaint Civil Cover Sheet Notice of Right to Consent to Magistrate Judge Statement of Consent** with the date of service endorsed thereon by me, to: **MICHAEL HYNES, SR.** as **CO-RESIDENT** at the address of: **7906 Beef Creek Drive, Arlington, Texas 76001,** the within named person's usual place of **abode,** who resides therein, who is sixteen (16) years of age or older and informed said person of the contents therein, in accordance to the California Code of Civil Rules.

**Additional Information pertaining to this Service:**
I also mailed a copy of the Summons in a Civil Action; Complaint Civil Cover Sheet, Notice of Right to Consent to Magistrate Judge Statement of Consent, via regular USPS First Class to the defendant MICHAEL H. HYNES, JR. to the address of 7906 Beef Creek Drive, Arlington, Texas 76001 usual place of abode, in accordance to the California Code of Civil Rules.

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 200, Hair: Salt & Pepper, Glasses: N

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the State of Texas. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state or federal jurisdiction. I declare that I have personal knowledge of these facts and the statements are true and correct."

Michael Hernandez
PSC4593 Exp. 7/31/23

Subscribed and sworn to before me on the 7th day of January, 2023 by the affiant who is personally known to me.

Jason Marcus Cohen
Notary Public

**Civil Process Direct, LLC**
706 Main Street
Ste 100
Dallas, TX 75202
(214) 651-7111

Our Job Serial Number: LAW-2022001768

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n