| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>Balestriere Fariello<br>225 Broadway, 29th Floor<br>New York, NY 10007<br>TELEPHONE NO.: 646-434-1169   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: JULIA HUBBARD and KAYLA GOEDINGHAUS | *FOR COURT USE ONLY* |
|---|---|
| United States District Court, Central District of California<br>STREET ADDRESS: 312 North Spring St.<br>MAILING ADDRESS: 312 North Spring St.<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: JULIA HUBBARD and KAYLA GOEDINGHAUS | CASE NUMBER:<br>2:22-cv-07957-SK |
| DEFENDANT/RESPONDENT: TRAMMELL S. CROW, JR.; ET AL | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>REF-11779311 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   SUMMONS; CIVIL COVER SHEET; NOTICE TO COUNSEL; STATEMENT OF CONSENT; COMPLAINT

   BY FAX

3. a. Party served *(specify name of party as shown on documents served)*:
      RCI Hospitality Holdings, Inc.

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:

4. Address where the party was served:
   10737 Cutten Road, Houston, TX 77066

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:        at *(time)*:

   b. [X] **by substituted service.** On *(date)*: 01/23/2023 at *(time)*: 4:28 PM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   Britney Williams, I delivered the documents to Britney Williams who indicated they were the employee with identity confirmed by subject stating their name. The individual tried to refuse service by refusing to take documents and did not state reason for refusal (documents left, seen by subject). The individual appeared to be a black-haired black female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.

   (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [X] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*:        from *(city)*:        or [X] a declaration of mailing is attached.

   (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 3

Form Adopted for Mandatory Use
Judicial Council of California POS-
010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
Tracking #: 0099976781

REF: REF-11779311

| PLAINTIFF/PETITIONER: JULIA HUBBARD and KAYLA GOEDINGHAUS | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TRAMMELL S. CROW, JR.; ET AL | 2:22-cv-07957-SK |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date)*:  (2) from *(city)*:

  (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)* **RCI Hospitality Holdings, Inc.**
      under the following Code of Civil Procedure section:
      
      ☒ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                          ☐ other:

7. **Person who served papers**
   a. Name: **Rodolfo Trevino**
   b. Address: **12400 Castlebridge Dr, 351, Jersey Village, TX 77065**
   c. Telephone number: **956-309-5228**
   d. The fee for service was: **$ 117.50**
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
         (i) ☐ owner  ☐ employee  ☐ independent contractor.  For:
         (ii) ☐ Registration No.:                       Registration #:
         (iii) ☐ County:                                County:

BY FAX

POS-010 [Rev. January 1, 2007]                **PROOF OF SERVICE OF SUMMONS**              Tracking #: 0099976781


REF: **REF-11779311**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State, Bar number, and address):<br>Balestriere Fariello<br>225 Broadway, 29th Floor<br>New York, NY 10007<br>    TELEPHONE NO.: 646-434-1169    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): JULIA HUBBARD and KAYLA GOEDINGHAUS | FOR COURT USE ONLY |
|---|---|
| United States District Court, Central District of California<br>    STREET ADDRESS: 312 North Spring St.<br>    MAILING ADDRESS: 312 North Spring St.<br>    CITY AND ZIP CODE: Los Angeles 90012<br>    BRANCH NAME: | |
| PLAINTIFF/PETITIONER: JULIA HUBBARD and KAYLA GOEDINGHAUS | CASE NUMBER:<br>2:22-cv-07957-SK |
| DEFENDANT/RESPONDENT: TRAMMELL S. CROW, JR.; ET AL | |
| **DECLARATION OF REASONABLE DILIGENCE** | Ref. No. or File No.:<br>REF-11779311 |

Party to Serve:
**RCI Hospitality Holdings, Inc.**

Documents:
**SUMMONS; CIVIL COVER SHEET; NOTICE TO COUNSEL; STATEMENT OF CONSENT; COMPLAINT**

Service Address:
**10737 Cutten Road, Houston, TX 77066**

I declare the following attempts were made to effect service by personal delivery:

Person who performed diligence:
**Rodolfo Trevino**
**12400 Castlebridge Dr 351, Jersey Village, TX 77065**
**956-309-5228**

  I am not a registered California process server
    Registration No.:   8690
    County:           Texas

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date: 01/25/2023

_____
Rodolfo Trevino
(NAME OF PERSON WHO PERFORMED DILIGENCE)

_____
(SIGNATURE)

BY FAX




8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 01/25/2023

**Rodolfo Trevino**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

REF: REF-11779311

**PROOF OF SERVICE OF SUMMONS**

Page 3 of 3

Tracking #: 0099976781

