John G. Balestriere*
Matthew W. Schmidt (Cal. Bar No. 302776)*
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (415) 966-2656
Facsimile:   (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

Anastasia Mazzella (Cal. Bar. No. 245201)
**KABATECK LLP**
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 217-5007
Facsimile: (213) 217-5010
am@kbklawyers.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| JULIA HUBBARD, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAMMELL S. CROW, JR., et al.,<br><br>Defendants. | Case No. 2:22-cv-7957-FLA-MAA<br><br><br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLANT ON DEFENDANTS**<br>[[Proposed] Order submitted concurrently herewith] |
|---|---|

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiffs Julia Hubbard and Kayla Goedinghaus ("Plaintiffs") will and hereby move this Court for an extension of time under Civil Local Rule 6-1 and Federal Rule of Civil Procedure 6(b) to serve the summons and complaint in this action on Defendants, Dr. Mrugeshkumar Shah ("Shah"), Michael Cain ("Cain"), Philip Ecob ("Ecob"), H.J. Cole ("Cole"), Kurt Knewitz ("Knewitz"), Paul Pendergrass ("Pendergrass"), Ralph Rogers ("Rogers"), Richard Butler ("Butler"), Mark Molina ("Molina"), Shawn Mayer ("Shawn Mayer"), Jade Mayer ("Jade Mayer"), Integrity Based Marketing, LLC, Storm Fitness Nutrition, LLC, Ultra Combat Nutrition, LLC, EcoLoft Homes LLC, and Elevated Wellness Partners LLC (collectively the "Unserved Defendants"). This Motion is based on this Notice of Motion and any concurrently filed Memorandum of Points and Authorities, the papers and records filed herein, oral argument and any other materials as may be submitted to the Court on or before the time of its decision on this matter. Plaintiffs have confirmed that no hearing date need be set for this motion.

Dated: February 1, 2023

By: _____
John G. Balestriere*
Matthew W. Schmidt (Cal. Bar No. 302776)*
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (415) 966-2656
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice

Anastasia Mazzella (Cal. Bar. No. 245201)
**KABATECK LLP**
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 217-5007
Facsimile: (213) 217-5010
am@kbklawyers.com
*Attorneys for Plaintiffs*

2