UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, *et al.,*<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>TRAMMELL S. CROW, JR., *et al.,*<br><br>　　　　Defendants. | Case No. 2:22-cv-07957-FLA-MAA<br><br>Assigned to Honorable<br>Fernando L. Aenlle-Rocha<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ROBERT PRUITT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

1

1   On February 1, 2023, Defendant Robert Pruitt filed a Motion to Dismiss for
2   Lack of Personal Jurisdiction. The Court, having considered the Motion and finding
3   good cause therefor, hereby GRANTS the Motion and ORDERS as follows:
4       The above-captioned action as against Defendant Robert Pruitt is dismissed.
5
6       IT IS SO ORDERED.
7
8   Dated: _____
9
10                                      Hon. Fernando L. Aenlle-Rocha
11                                      Judge, United States District Court
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28