| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Philip E. Cook (State Bar No. 149067) |
|     pcook@cooklawfirm.la |
| Brian J. Wright (State Bar No. 166753) |
|     bwright@cooklawfirm.la |
| THE COOK LAW FIRM, P.C. |
| 601 S. Figueroa St, Suite 2050 |
| Los Angeles, CA 90017 |
| Telephone: (213) 988-6100; Facsimile: (213) 988-6099 |
| ATTORNEY(S) FOR: Defendant Robert Pruitt |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JULIA HUBBARD, et al., | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:22-cv-07957-FLA-MAA |
| v. | |
| TRAMMELL S. CROW, JR., et al., | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for **Defendant Robert Pruitt** or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Defendant Robert Pruitt | Defendant |

February 1, 2023

Date

Signature *(signed)*

Attorney of record for (or name of party appearing in pro per):

Defendant Robert Pruitt

CV-30 (05/13)                       **NOTICE OF INTERESTED PARTIES**