# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>TRAMMELL S CROW, JR., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–07957–FLA–MAA<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __2/1/2023__

Document No.:  __49__

Title of Document:  __NOTICE OF MOTION AND MOTION for Enlargement of Time to File Certificate of Service on Defendants__

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Please review LR6–1 re 2/24/23 1:00 PM motion hearing. Nevertheless , the Hearing does NOT appear on the pdf documents . It is unclear if filing was to be formal motion or a request for extension of time with its proposed order submitted as a separate attachment.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  February 2, 2023       By:   /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                             Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS