**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| JULIA HUBBARD, et al. | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | 2:22−cv−07957−FLA−MAA |
| v. | |
| TRAMMELL S CROW, JR., et al. | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 2/1/2023 | 49 | Motion for Enlargement of Time to File Certificate of Service on Defendants |
| --- | --- | --- |
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____ .
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

   Please refer to CM/ECF No. 52.

Dated: 2/2/2023         By: _____
                            United States District Judge

G-112B (08/22)   **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**