John G. Balestriere*
Matthew W. Schmidt (Cal. Bar No. 302776)*
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (415) 966-2656
Facsimile:   (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice*

Anastasia Mazzella (Cal. Bar. No. 245201)
**KABATECK LLP**
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 217-5007
Facsimile: (213) 217-5010
am@kbklawyers.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al.,<br><br>                         Plaintiffs,<br><br>vs.<br><br>TRAMMELL S. CROW, JR., et al.,<br><br>                         Defendants. | Case No. 2:22-cv-7957-FLA-MAA<br><br><br>**PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLANT ON DEFENDANTS**<br>[[Proposed] Order submitted concurrently herewith] |

Plaintiffs Julia Hubbard ("Hubbard") and Kayla Goedinghaus ("Goedinghaus") (or "Plaintiffs") respectfully move for an extension of time under Civil Local Rule 6-1 and Federal Rules of Civil Procedure 6(b), to serve the Summons and Complaint in this action on the remaining Defendants Dr. Mrugeshkumar Shah ("Shah"), Michael Cain ("Cain"), Philip Ecob ("Ecob"), H.J. Cole ("Cole"), Kurt Knewitz ("Knewitz"), Paul Pendergrass ("Pendergrass"), Ralph Rogers ("Rogers"),

Richard Butler ("Butler"), Mark Molina ("Molina"), Shawn Mayer ("Shawn Mayer"), Jade Mayer ("Jade Mayer"), Integrity Based Marketing, LLC, Storm Fitness Nutrition, LLC, Ultra Combat Nutrition, LLC, EcoLoft Homes LLC, and Elevated Wellness Partners LLC (collectively the "Unserved Defendants"). This is Plaintiffs' first motion for an extension. Hubbard and Goedinghaus acknowledge that this process is taking longer than might have been anticipated, and that the location of some of the Unserved Defendants is likely to cause additional delay; but Hubbard and Goedinghaus respectfully seek relief so that they can continue in their efforts.

## I.   BACKGROUND

On November 1, 2022, Hubbard and Goedinghaus filed their Complaint (Dkt. No. 1) against Defendants Trammell S. Crow, Jr., Dr. Benjamin Todd Eller, Richard Hubbard, Dr. Melissa Miller, Dr. Joseph Bolin, Dr. Scott Woods, Dr. Mrugeshkumar Shah, R Michael Cain, Coe Juracek, Philip Ecob, H.J. Cole, Texas Ranger Cody Mitchell, Kurt Knewitz, Paul Pendergrass, Ralph Rogers, Robert Pruit, Scott Brunson, Case Grover, Richard Butler, Marc Molina, Michael Hynes, Jr., Shawn Mayer, Jade Mayer, RCI Hospitality Holdings, Inc., Integrity Based Marketing, LLC, Stporm

Fitness Nutrition, LLC, Ultra Combat Nutrition, LLC, Ecolift Homes LLC And Elevated Wellness Partners LLC (the "Defendants") for the violation of Human Trafficking Laws 18 U.S.C §§ 1589, 1591(a) and the violation of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(c). Hubbard and Goedingaus understand that some of the Unserved Defendants are corporations with their principal place of business in Texas, USA. However, for over two months, Hubbard and Goedinghaus have undertaken diligent efforts to serve all Defendants via personal and electronic service.

Hubbard and Goedinghaus engaged the services of two firms–ABC Legal and Civil Process Direct, LLC–specializing in service of civil process. Between November 11, 2022, and February 1, 2023, Hubbard and Goedinghaus sent the Summons and Complaint in this action to Defendants either via email or to their last known address. However, Hubbard and Goedinghaus have received no answer, the Unserved Defendants' properties have been or appeared vacant, or service processors been informed that the Defendants are unknown. After a diligent search, Hubbard and Goedinghaus have not found any other address to personally serve the Unserved Defendants, the Summons and Complaint.

Hubbard and Goedinghaus are currently working on coordinating service of process on Shah who is currently in federal prison in Dallas County.

On December 31, 2022, Hubbard and Goedinghaus attempted to serve Cain through a processor at his known address at 3883 Turtle Creek Blvd., Dallas, Texas 75219. No apartment unit was listed for Cain and the leasing office was closed. An address search was run on January 12, 2023, for Cain

and a most recent address was found for the Cain where Hubbard and Goedinghaus will make a second attempt to serve Cain.

On January 28, 2023, an attempt was made to serve Ecob, but the processor was unable to access the address as it was a secured building. Although the processor waited and contacted apartment office, it was to no avail as they were told that the resident had to grant access and when the resident was called there was no answer. Again, on January 30, 2023, the processor made a second attempt at service and while they were able to confirm that Ecob resided there, Ecob failed to answer the phone to grant access to the processor for service.

On December 26, 2022, a first attempt at service was made at Cole's residence at 14579 Berklee Drive, Addison, Texas 75001. The processor knocked on the door but there was no answer. Again on December 31, 2022, a second attempt at service was made at the same address but there was still no answer. Both times the process server left their contact information at the door but has not been contacted back since.

On November 11, 2022, an email with the Summons and Complaint was sent to Knewitz who did not accept service. Again, on December 27, 2022, service was attempted by a process server, but Knewitz provided address at 6009 W. Parker Rd., #149-189, Plano, TX, 75093 was a Pack n Mail Shoppe.

On November 11, 2022, an email was sent to Pendergrass' counsel John Cossum and the processor attempted to serve Pendergrass at his known address at 6952 Navigation Drive Grand Prairie, Texas 75054. The processor was informed that Pendergrass had moved, and the new owner would

inform the Defendant. The Defendant called the processor and informed them that he was out of town and an attempt should be made when he returned a few weeks from then.  Plaintiffs are yet to hear back.

On November 11, 2022, an email was sent to Rogers, but the Plaintiffs are yet to hear back on whether the Summons and Complaint has been received.

An address search was run on Butler, however the result found that the last known address Hubbard and Goedinghaus have for Butler in Texas, has been deficient since 2021. Plaintiffs have received a most recent address for Butler in Phoenix and intend to attempt service again.

Molina was emailed on November 11, 2022, but Hubbard and Goedinghaus received no acknowledgement. A processor attempted to serve at 3044 Jennifer Ave Brownsville, TX 78521 but was informed that Molina has relocated. Another attempt was made at Molina's most recent address, but processor was unable to access the new address.

On November 11, 2022, an email was sent to Shawn and Jade Mayer, but there was no acknowledgement. On February 1, 2023, a processor attempted service at their address at 1616 Diamond Lake Trail, Justin, Texas 76247. But there was no answer although there was a car parked in the driveway.

Between December 26, 2022, and December 30, 2022 service was attempted on Integrity Based Marketing, LLC, Storm Fitness Nutrition, LLC, Ultra Combat Nutrition, LLC, EcoLoft Homes LLC, and Elevated Wellness Partners LLC. However, process servers were informed either that the Unserved Defendants were no longer listed at their given addresses or that

no such company occupied the building. Hubbard and Goedinghaus have not yet found any other address to personally serve the Unserved Defendants.

## II.   ARGUMENT

The Court should grant Hubbard and Goedinghaus's request to extend the time to serve the Unserved Defendants because they have shown good cause through their repeated attempts to serve the Defendants. Federal Rules of Civil Procedure 6(b) provides that this Court, in its discretion, may enlarge the time for good cause shown. Fed. R. Civ. P. 6(b); see also Fed. R. Civ. P. 4(m) (providing that if the plaintiff does show "good cause," then "the court must extend the time for service for an appropriate period"). Diligent attempts to serve defendants establishes good cause. Here Hubbard and Goedinghaus engaged two different service firms to serve the Defendants not only at their last known residence but have conducted an address search to find their most recent addresses to serve the Summons and Complaint. Hubbard and Goedinghaus have also successfully served at least sixteen out of the thirty-two Defendants in this action.

The Court should grant Plaintiffs' motion approving the extension of time to serve process on the remaining Unserved Defendants, Dr. Mrugeshkumar Shah ("Shah"), Michael Cain ("Cain"), Philip Ecob ("Ecob"), H.J. Cole ("Cole"), Kurt Knewitz ("Knewitz"), Paul Pendergrass ("Pendergrass"), Ralph Rogers ("Rogers"), Richard Butler ("Butler"), Mark Molina ("Molina"), Shawn Mayer ("Shawn Mayer"), Jade Mayer ("Jade Mayer"), Integrity Based Marketing, LLC, Storm Fitness Nutrition, LLC,

Ultra Combat Nutrition, LLC, EcoLoft Homes LLC, and Elevated Wellness Partners LLC.

Dated: February 6, 2023

By: _____

John G. Balestriere*
Matthew W. Schmidt (Cal. Bar No. 302776)*
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (415) 966-2656
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice

Anastasia Mazzella (Cal. Bar. No. 245201)
**KABATECK LLP**
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 217-5007
Facsimile: (213) 217-5010
am@kbklawyers.com
*Attorneys for Plaintiffs*