# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR., et al.,<br><br>Defendants. | Case No. 2:22-cv-7957-FLA-MAA<br><br>Assigned to Honorable<br>Fernando L. Aenlle-Rocha<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL SCOTT WOODS, M.D.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Trial Date:   None Set |

On February 8, 2023, Defendant Michael Scott Woods' filed a Motion to Dismiss for Lack of Personal Jurisdiction. The Court, having considered the Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

The above-captioned action as against Defendant Robert Pruitt is dismissed.

IT IS SO ORDERED.

Dated: _____

_____

Hon. Fernando L. Aenlle-Rocha

Judge, United States District Court

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650