| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Brian L. Hoffman (State Bar No. 150824)<br>bhoffman@wshblaw.com<br>David J Rubaum (State Bar No. 191802)<br>drubaum@wshblaw.com<br>WOOD, SMITH, HENNING & BERMAN LLP<br>10960 Wilshire Boulevard, 18th Floor<br>Los Angeles, California 90024-3804<br>Phone: 310-481-7600<br>Fax: 310-481-7650<br>ATTORNEY(S) FOR: Defendant, MICHAEL SCOTT WOODS, M.D. (erroneously sued and served herein as DR. SCOTT WOODS) | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br>                                      Plaintiff(s),<br>v.<br>TRAMMELL S. CROW, JR., et al.,<br>                                     Defendant(s) | CASE NUMBER:<br>2:22-cv-07957-FLA-MAA<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for MICHAEL SCOTT WOODS, M.D. (erroneously sued and served herein as DR. SCOTT WOODS) or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| MICHAEL SCOTT WOODS, M.D. | Defendant |
| ALLIED WORLD INSURANCE COMPANY | Insurance Company |

February 8, 2023
Date

Signature
DAVID J. RUBAUM, ESQ

Attorney of record for (or name of party appearing in pro per):

CV-30 (05/13)  **NOTICE OF INTERESTED PARTIES**

Defendant MICHAEL SCOTT WOODS, M.D. (erroneously sued and served herein as DR. SCOTT WOODS)