UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br><br>TRAMMELL S. CROW, JR., et al.,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-07957-FLA (MAAx)<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME TO SERVE DEFENDANTS [DKT. 54]** |

　　　　On February 6, 2023, Plaintiffs Julia Hubbard and Kayla Goedinghaus (collectively, "Plaintiffs") filed an Application for Extension of Time to Serve Summons and Complaint on Defendants Dr. Mrugeshkumar Shah, Michael Cain, Philip Ecob, H.J. Cole, Kurt Knewitz, Paul Pendergrass, Ralph Rogers, Richard Butler, Mark Molina, Shawn Mayer, Jade Mayer, Integrity Based Marketing, LLC, Storm Fitness Nutrition, LLC, Ultra Combat Nutrition, LLC, EcoLoft Homes LLC, and Elevated Wellness Partners LLC (collectively the "Unserved Defendants").

　　　　The Complaint in this action was filed on November 1, 2022. Dkt. 1. Accordingly, all Defendants were required to have been served within 90 days, by January 30, 2023. *See* Fed. R. Civ. P. 4(m).

Fed. R. Civ. P. 4(m) provides, as relevant here, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

Based on the submitted papers, the court finds Plaintiffs have demonstrated good cause for additional time to complete service.  The court GRANTS Plaintiffs' Application.  Plaintiffs shall have a 60-day extension on the time to effectuate service on the Unserved Defendants, from the date of this Order, up to and including April 10, 2023.

IT IS SO ORDERED.

Dated: February 9, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge