1  Indira J. Cameron-Banks (Cal. Bar No. 248634)
2    *indira@cameronjones.law*
   Terrence M. Jones (Cal. Bar No. 256603)
3    *terrence@cameronjones.law*
4  **CAMERON | JONES LLP**
   8383 Wilshire Boulevard, Suite 800
6  Beverly Hills, California 90211
   424.757.0585 | www.cameronjones.law
7
8  Attorneys for Defendant
   BENJAMIN TODD ELLER
9

10           **UNITED STATES DISTRICT COURT**
11           **CENTRAL DISTRICT OF CALIFORNIA**
12

13  JULIA HUBBARD, et al.                    ) Case No.: 22-CV-07957-FLA-MAA
14                                           )
                                             )
15                     Plaintiff(s),         ) **STIPULATION TO EXTEND THE**
                                             ) **TIME FOR DEFENDANT**
16     vs.                                   ) **BENJAMIN TODD ELLER TO**
                                             ) **RESPOND TO THE COMPLAINT**
17  TRAMMELL S. CROW, JR., et al.            ) **BY NOT MORE THAN THIRTY**
                                             ) **DAYS**
18                                           )
                                             ) [L.R. 8-3]
19                     Defendant(s).         )
                                             )
20                                           ) Compl. Served**: 1/24/23**
                                             ) Current Response Date:  **2/14/23**
21                                           ) New Response Date:  **3/14/23**
                                             )
22                                           )
                                             )
23                                           ) Hon. Fernando L. Aenlle-Rocha
24  ─────────────────────────────
25
26     Plaintiffs and Defendant Benjamin Todd Eller, by and through undersigned
27  counsel, hereby stipulate pursuant to Local Rule 8-3 to extend the deadline for
28  Defendant's Response to the Complaint by less than thirty days, up to and including

March 14, 2023. This is the first stipulation between these parties to extend the deadline for Defendant to respond to the Complaint.

DATED: February 9, 2023          CAMERON JONES LLP

/s/ Indira J. Cameron-Banks
Indira J. Cameron-Banks
Terrence M. Jones

*Attorneys For Defendant*
BENJAMIN TODD ELLER

DATED: February 9, 2023          BALESTRIERE FARIELLO

/s/ Matthew W. Schmidt *
Matthew W. Schmidt

*Attorneys For Plaintiffs*
JULIA HUBBARD et al.

* I received authorization from counsel to affix electronic signature.

DATE: 2/9/23

Indira J. Cameron-Banks