1  MICHAEL J. TROTTER (SBN: 139034)
2  mjtrotter@cktflaw.com
   DAVID P. PRUETT (SBN: 155849)
3  dppruett@cktflaw.com
4  CARROLL, KELLY, TROTTER & FRANZEN
   111 West Ocean Boulevard, 14th Floor
5  Post Office Box 22636
6  Long Beach, California 90801-5636
   Telephone No. (562) 432-5855 / Facsimile No. (562) 432-8785
7
8  Attorneys for Defendant, MELISSA B. MILLER, M.D.

9              UNITED STATES DISTRICT COURT
10            CENTRAL DISTRICT OF CALIFORNIA
11

12 JULIA    HUBBARD    and    KAYLA  | CASE NO.:  2:22-cv-7957-FLA-MAA
13 GOEDINGHAUS,                      |
                                     | Hon. Fernando L. Aenlle-Rocha
14           Plaintiffs,             |
15     vs.                           | STIPULATION TO EXTEND TIME
                                     | TO RESPOND TO INITIAL
16 TRAMMELL   S.   CROW,   JR.,  DR. | COMPLAINT BY NOT MORE THAN
17 BENJAMIN TODD ELLER, RICHARD      | 30 DAYS (L.R. 8-3)
   HUBBARD, DR. MELISSA MILLER,      |
18 DR.  JOSEPH  BOLIN,   DR.  SCOTT  | Date Complaint Served: Jan. 18, 2023
19 WOODS,   DR.   MRUGESHKUMAR       |
   SHAH,   MICHAEL   CAIN,   COE     | Response Currently Due: Feb. 17, 2023
20 JURACEK, PHILIP ECOB, H.J. COLE,  |
21 TEXAS RANGER CODY MITCHELL,       | Date Due following the filing of the
   KURT    KNEWITZ,      PAUL        | stipulation: Mar. 20, 2023
22 PENDERGRASS, RALPH ROGERS,        |
23 ROBERT PRUITT, SCOTT BRUNSON,     |
   CASE GROVER, RICHARD BUTLER,      |
24 MARK MOLINA, MICHAEL HYNES,       |
25 JR., SHAWN MAYER, JADE MAYER,     |
   RCI HOSPITALITY HOLDINGS, INC.,   |
26 INTEGRITY  BASED  MARKETING,      |
27 LLC, STORM FITNESS NUTRITION,     |
28 LLC, ULTRA COMBAT NUTRITION,      |

1  LLC, ECOLOFT HOMES LLC,
2  ELEVATED WELLNESS PARTNERS
   LLC, DOE INDIVIDUALS 1–20, and
3  DOE COMPANIES 21–30
4
          Defendants.
5
6
7
8
9        Plaintiffs and Defendant Melissa B. Miller, by and through their attorneys,
10  hereby stipulate to extend the deadline for Defendant's response to the Complaint
11  for 30-days, such that the response will be due March 20, 2023.
12
13  DATED:  February 13, 2023          CARROLL, KELLY, TROTTER & FRANZEN
14
15
                                      By: /s/ David P. Pruett
16                                    _____
                                      MICHAEL J. TROTTER
17                                    DAVID P. PRUETT
                                      Attorneys for Defendant, MELISSA B.
18                                    MILLER, M.D.
19
20       The filer attests that all other signatories listed, and on whose behalf the filing
21  is submitted, concur in the filing's content and have authorized the filing.
22
23  DATED:  February 13, 2023          BALESTRIERE FARIELLO
24
25
                                      By: /s/ Matthew W. Schmidt
26                                    _____
                                      MATTHEW W. SCHMIDT
27                                    Attorneys for Plaintiffs JULIA
                                      HUBBARD and KAYLA
28                                    GOEDINGHAUS

## CERTIFICATE OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Post Office Box 22636, Long Beach, CA 90801-5636.  On February 14, 2023, I served a true and correct copy of the following document on the attached list of interested parties:

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

☒ **Electronic Mail**.   Pursuant to California Rule of Court, <u>C.C.P.,</u> section 1010.6(e), service is by e-mail only.

☐ **By United States First Class Mail**: I enclosed said document(s) in a sealed envelope or package to each addressee. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, with postage fully prepaid.

☒ **FEDERAL:** I declare under the penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct.

Executed on February 14, 2023, at Long Beach, California.

*/s/ A. Lorraine Orduno*
A. LORRAINE ORDUNO

MAILING LIST
*Hubbard/Goedinghaus v. Crow, et al.;* Case No. 2:22-cv-7957-FLA-MAA

John G. Balestriere*
Matthew W. Schmidt (Cal. Bar No. 302776)
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (415) 966-2656
Facsimile: (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice*

Anastasia Mazzella (Cal. Bar. No. 245201)
**KABATECK LLP**
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 217-5007
Facsimile: (213) 217-5010
am@kbklawyers.com
*Attorneys for Plaintiffs*