1  DELMAR S. THOMAS (SBN 210825)
     *dthomas@yukelaw.com*
2  JUSTIN M. MARVISI (SBN 294498)
     *jmarvisi@yukelaw.com*
3  OLIVIA H. KIM (SBN 322535)
     *okim@yukelaw.com*
4  YUKEVICH | CAVANAUGH
   355 S. Grand Avenue, 15th Floor
5  Los Angeles, California 90071-1560
   Telephone:  (213) 362-7777
6  Email:      eservice@yukelaw.com

7  Attorneys for Specially Appearing
   Defendants RCI HOSPITALITY
8  HOLDINGS, INC. and CASEY GROVER

9            **UNITED STATES DISTRICT COURT**

10   **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

| | |
|---|---|
| 12  JULIA HUBBARD and KAYLA GOEDINGHAUS, | CASE NO. 2:22-cv-7957 |
| 13          Plaintiffs, | **STIPULATION TO EXTEND TIME** |
| 14      vs. | **FOR DEFENDANT CASEY GROVER TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3.]** |
| 15  TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, | |
| 16  RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH | **Complaint Served: January 3, 2023** |
| 17  BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, | **Current Response Date: January 23, 2023** |
| 18  MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS | **New Response Date: February 23, 2023** |
| 19  RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, | |
| 20  RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, | Action Filed:      November 1, 2022 |
| 21  RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., | |
| 22  SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, | |
| 23  INC., INTEGRITY BASED MARKETING, LLC, STORM | |
| 24  FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, | |
| 25  ECOLOFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE | |
| 26  INDIVIDUALS 1–20, and DOE COMPANIES 21–30, | |
| 27 | |
| 28          Defendants. | |

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rules 7-1 and 8-3, Plaintiffs Julia Hubbard and Kayla Goedinghaus ("Plaintiffs"), by and through their counsel, and Defendant Casey Grover ("Grover"), hereby stipulate as follows:

## **RECITALS**

WHEREAS, on November 1, 2022, Plaintiffs filed their Initial Complaint in the above-entitled action. (ECF No. 1.)

WHEREAS, on January 3, 2023, Plaintiffs served Grover with the Complaint.

WHEREAS, Grover's answer to the Complaint was due January 23, 2023.

WHEREAS, Grover has been attempting to retain local counsel in California to represent them in the above-entitled action, and only recently obtained such counsel.

WHEREAS, Grover and his California counsel require additional time to answer or otherwise respond to the Complaint, as well as comply with Local Rule 7-3.

## **STIPULATION**

IT IS HEREBY STIPULATED, by and between Plaintiffs and Grover as follows:

Grover shall have up to and including February 23, 2023 to answer or otherwise respond to the Complaint. This stipulation shall constitute a special appearance by Grover and shall not waive any defenses under Federal Rule of Civil Procedure 12(b), or relating to personal jurisdiction, forum or venue, consistent with Section 418.10(d) of the California Code of Civil Procedure.

[SIGNATURES FOLLOW ON NEXT PAGE]

/ / /

/ / /

YUKEVICH | CAVANAUGH
355 SOUTH GRAND AVENUE, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1    DATED: February 14, 2023          BALESTRIERE FARIELLO
2                                      KABATECK LLP

3                                 By:   */s/ Matthew W. Schmidt*
4                                      John G. Balestriere
                                       Matthew W. Schmidt
5                                      Anastasia K. Mazzella
                                       Attorneys for Plaintiffs
6

7

8    DATED:  February 14, 2023         YUKEVICH | CAVANAUGH

9

10                                By:   */s/ Justin M. Marvisi*
                                       Delmar S. Thomas
11                                     Justin M. Marvisi
                                       Olivia H. Kim
12                                     Attorneys for Specially Appearing
                                       Defendants RCI HOSPITALITY
13                                     HOLDINGS, INC. and CASEY GROVER
14

15

16        **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

17        Pursuant to Local Rule of Civil Procedure 5-4.3.4(a)(2)(i), the filer of this

18   document attests that all the other signatories listed, and on whose behalf the filing

19   is submitted, concur in the filing's content and have authorized the filing.

20   DATED:  February 14, 2023         YUKEVICH | CAVANAUGH

21

22                                By:   */s/ Justin M. Marvisi*
                                       Delmar S. Thomas
23                                     Justin M. Marvisi
                                       Olivia H. Kim
24                                     Attorneys for Specially Appearing
25                                     Defendants RCI HOSPITALITY
                                       HOLDINGS, INC. and CASEY GROVER
26

27

28

STIPULATION TO EXTEND TIME FOR DEFENDANT CASEY GROVER TO RESPOND TO INITIAL
COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]

YUKEVICH | CAVANAUGH
355 SOUTH GRAND AVENUE, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

<div align="left" style="writing-mode: vertical">YUKEVICH | CAVANAUGH
355 SOUTH GRAND AVENUE, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788</div>

## **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, CA 90071-1560.

On February 14, 2023, I served true copies of the following document(s) described as **STIPULATION TO EXTEND TIME FOR DEFENDANT CASEY GROVER TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3.]** on the interested parties in this action as follows:

### **SEE CM/ECF SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 14, 2023, at Los Angeles, California.


_/s/ Deanna Castellanos_
Deanna Castellanos

CASE NO. 2:22-cv-7957