QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Diane Doolittle (Bar No. 142046)
    dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile:  (650) 801-5100

  Alex Bergjans (Bar No. 302830)
    alexbergjans@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

  Adam J. DiClemente (*pro hac vice* application forthcoming)
    adamdiclemente@quinnemanuel.com
51 Madison Ave 22nd floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

*Attorneys for Defendant Coe Juracek*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BROLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM | Case No. 2:22-cv-7957-FLA-MAA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: January 28, 2023<br>Current Response Date: February 21, 2023<br>New Response Date: March 23, 2023<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Courtroom: 6B |

| | |
|---|---|
| 1 | FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1-20, and DOE COMPANIES 21-30 |
| 2 | |
| 3 | |
| 4 | Defendants. |

Pursuant to Local Rules 7-1 and 8-3, Plaintiffs Julia Hubbard and Kayla Goedinghaus ("Plaintiffs"), and Defendant Coe Juracek ("Juracek") (collectively "the Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed the Complaint in this action on November 1, 2022;

WHEREAS, Plaintiffs served the Complaint on Juracek on January 28, 2023;

WHEREAS, Juracek's response to the Complaint is currently due on February 21, 2023;

WHEREAS, Juracek has requested and Plaintiffs have agreed to a 30-day extension for Juracek's response to the Complaint, which would give Juracek until March 23, 2023 to respond;

WHEREAS, this is Juracek's first request to extend time to respond to the initial Complaint;

WHEREAS, Local Rule 8-3 states that "[i]f the stipulation … does not extend the time [to respond to the initial complaint] for more than a cumulative total of thirty (30) days from the date the response initially would have been due, the stipulation need not be approved by the judge."

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree that the deadline for Juracek to respond to Plaintiffs' Complaint shall be extended to March 23, 2023; the Parties further stipulate and agree that this stipulation shall not waive any potential defenses, including those relating to jurisdiction, forum, or venue.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: February 16, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By*/s/ Diane Doolittle*
    Diane Doolittle
    Alex Bergjans
    Attorneys for Defendant Coe Juracek

DATED:  February 16, 2023    BALESTRIERE FARIELLO KABATECK LLP

By*/s/ Matthew W. Schmidt*
    John G. Balestriere
    Matthew W. Schmidt
    Anastasia Mazzella
    Attorneys for Plaintiffs Julia Hubbard and Kayla Goedinghaus

**ATTESTATION STATEMENT**

I, Alex Bergjans, the filer of this Stipulation, attest pursuant to L.R. 5-4.3.4(a)(2) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:   February 16, 2023     QUINN EMANUEL URQUHART & SULLIVAN, LLP


By /s/ Alex Bergjans
　　Alex Bergjans
　　Attorneys for Defendant Coe Juracek