# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAMMELL S. CROW, JR., *et al.*,<br><br>Defendants. | No. 2:22-cv-07957-FLA-MAA<br><br>Assigned to Honorable<br>Fernando L. Aenelle-Rocha<br><br>**[PROPOSED] ORDER FRANTING DEFENDANT CODY MITCHELL'S MOTION TO DISMISS** |

1  On February 24, 2023, Defendant Cody Mitchell filed a to dismiss for lack of
2  personal jurisdiction and failure to state a claim.  The Court having considered the
3  moving papers, and any opposition, reply, or oral argument thereafter, finds good
4  cause therefor, and hereby GRANTS the Motion and ORDERS as follows:
5  The above-captioned action against Defendant Cody Mitchell is dismissed.
6  IT IS SO ORDERED.

DATED:_____

                                               _____
                                               Hon. Fernando L. Anelle-Rocha
                                               Judge, United States District Court