**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA HUBBARD, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>TRAMMELL S CROW, JR., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22−cv−07957−FLA−MAA<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 02/24/2023 | 78 | Notice of Motion and Motion to Amend |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

Proposed document was not submitted or was not submitted as a separate attachment.
Incorrect event selected.
PDF document was NOT a motion, but ONLY the proposed order to pending Motion No. 76.
It is noted the Filer filed a Notice of Lodging at CM/ECF No. 81.
It is noted the Filer filed a Notice of Interested Parties at CM/ECF No. 80.

Dated: 02/27/2023     By: _____
United States District Judge