**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA HUBBARD, et al.<br><br>PLAINTIFF(S)<br>v.<br>TRAMMELL S CROW, JR., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22−cv−07957−FLA−MAA<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 02/23/2023 | 72 | Motion to Dismiss |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☑ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

The Filer shall lodge a Proposed Order.

Dated: 2/27/2023        By: _____
                            United States District Judge

G-112B (08/22)        ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT