DELMAR S. THOMAS (SBN 210825)
  *dthomas@yukelaw.com*
JUSTIN M. MARVISI (SBN 294498)
  *jmarvisi@yukelaw.com*
OLIVIA H. KIM (SBN 322535)
  *okim@yukelaw.com*
YUKEVICH | CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone:   (213) 362-7777
Facsimile:   (213) 362-7788
Email:          eservice@yukelaw.com

Attorneys for Defendant CASEY GROVER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>          Plaintiffs,<br>     vs.<br><br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1-20, and DOE COMPANIES 21-30,<br><br>          Defendants. | CASE NO. 2:22-cv-7957<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CASEY GROVER'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR IN THE ALTERNATIVE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [DKT. 72]**<br><br>Date:   March 31, 2023<br>Time:  1:30 p.m.<br>Dept:   6B, 6th Floor<br><br>Assigned to: Hon. Judge Fernando L. Aenlle-Rocha<br><br>Action Filed:   November 1, 2022<br>Trial Date:     None Set |

2513010.1

1  On February 23, 2023, Defendant Casey Grover filed a Motion to Dismiss for Lack of Personal Jurisdiction, Or In The Alternative, Motion To Dismiss For Failure To State A Claim.

Casey Grover lacks minimum contacts with California, has not purposefully availed himself to the law and protections of California, and does not live in California.  Further, Plaintiffs do not sufficiently allege a multidistrict conspiracy and/or Texas is an alternative forum under 18 U.S.C. § 1965(b) thereby negating the need to grant nationwide jurisdiction.  Alternatively, Plaintiffs' improper shotgun Complaint fails to comply with Rule 8 notice requirements, Plaintiff Kayla Goedinghaus asserts no allegations against Casey Grover, Plaintiffs fail to allege sufficient facts to substantiate a claim for sex-trafficking and/or labor-trafficking, the RICO claims are time-barred, and the RICO claims fail to plead facts plausibly showing Defendant's participation in an enterprise.

The Court, having considered the Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows: The above-captioned action as against Defendant Casey Grover is dismissed.

IT IS SO ORDERED.

DATED: _____, 2023

Hon. Fernando L. Aenlle-Rocha
Judge, United States District Court

## PROOF OF SERVICE

**JULIA HUBBARD and KAYLA GOEDINGHAUS v. TRAMMELL S. CROW, JR. et al.**

**United States District Court -- Central District Case No. 2:22-cv-07957**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, CA 90071-1560.

On February 27, 2023, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING DEFENDANT CASEY GROVER'S MOTION TO DISMISS FOR LACK** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 27, 2023, at Los Angeles, California.

_____
Chantel Y Estrada

2513010.1

[PROPOSED] ORDER GRANTING DEFENDANT CASEY GROVER'S MOTION TO DISMISS

# SERVICE LIST

***JULIA HUBBARD and KAYLA GOEDINGHAUS v. TRAMMELL S. CROW, JR. et al.***

**United States District Court -- Central District Case No. 2:22-cv-07957**

| | |
|---|---|
| John G. Balestriere, Esq.<br>Matthew W. Schmidt<br>BALESTRIERE FARIELLO<br>225 Broadway, 29th Floor<br>New York, NY 10007 | Attorneys for PLAINTIFFS<br><br>Tel: (415) 966-2656<br>Fax: (212) 208-2613<br>Email:<br>john.balestriere@balestrierefariello.com<br>matthew.schmidt@balestrierefariello.com |
| Anastasia Mazzella, Esq.<br>KABATECK LLP<br>633 West Fifth St., Suite 3200<br>Los Angeles, CA 90071 | Attorneys for PLAINTIFFS<br><br>Tel: (213) 217-5007<br>Fax: (213) 217-5010<br>Email: am@kbklawyers.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>Diane Doolittle, Esq.<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br><br>Alex Bergjans, Esq.<br>865 South Figueroa St., 10th Floor<br>Los Angeles, CA 90017-2543<br><br>Adam J. DiClemente, Esq.<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010 | Attorneys for DEFENDANT COE JURACEK<br><br>Tel: (650) 801-5000<br>Fax: (650) 801-5100<br>Email: dianedoolittle@quinnemanuel.com<br><br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br>Email: alexbergjans@quinnemanuel.com<br><br>Tel: (212) 849-7000<br>Fax: (212) 849-7100<br>Email: adamdiclemente@quinnemanuel.com |

2513010.1