UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>TRAMMELL S. CROW, JR., et al.,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-7957-FLA-MAA<br><br>**[PROPOSED] ORDER DENYING DEFENDANT GROVER'S MOTION TO DISMISS** |

　　　On March 10, 2023, Plaintiffs Julia Hubbard and Kayla Goedinghaus (collectively, "Plaintiffs") filed an Opposition to Defendant Casey Grover's ("Grover") Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(6) for Lack of Jurisdiction (the "Opposition").

　　　Plaintiffs have adequately pleaded substantive allegations against Grover as required by Federal Rule of Civil Procedure 8. They have made a prima facie showing that Defendant Grover has minimum contacts with California, and purposefully availed himself to the law and protections of California through his alleged participation in the venture.

    Plaintiffs have also adequately pleaded substantive allegations against Grover for sex-trafficking and labor-trafficking under RICO and have brought these claims in a timely manner. Plaintiffs' RICO claims adequately plead facts showing Grover's involvement in the Enterprise.

    The Court, having considered the parties' Opposition, all papers filed and finding good cause therefor, hereby DENIES Defendant Grover's Motion to Dismiss.

IT IS SO ORDERED.

Dated: _____

                                          FERNANDO L. AENLLE-ROCHA
                                          United States District Judge