UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br><br>TRAMMELL S. CROW, JR., et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-7957-FLA-MAA<br><br>**[PROPOSED] ORDER DENYING DEFENDANT MITCHELL'S MOTION TO DISMISS** |

　　　On March 10, 2023, Plaintiffs Julia Hubbard and Kayla Goedinghaus (collectively, "Plaintiffs") filed an Opposition to Defendant Cody Mitchell ("Mitchell") Motion to Dismiss under Federal Rules of Civil 12(b)(6) for Lack of Personal Jurisdiction and Failure to State a Claim (the "Opposition").

　　　Plaintiffs have adequately pleaded substantive allegations against Mitchell as required by Federal Rule of Civil Procedure 8.

　　　Plaintiffs have also made a prima facie showing that Defendant Mitchell has minimum contacts with California, and purposefully availed himself to the law and protections of California through his alleged participation in the venture.

1       The Court, having considered the parties' Opposition, all papers filed and finding
2  good cause therefor, hereby DENIES Defendant Mitchell's Motion to Dismiss for Lack
3  of Personal Jurisdiction and Failure to State Claim.

6  IT IS SO ORDERED.

8  Dated: _____
9                                                     FERNANDO L. AENLLE-ROCHA
10                                                    United States District Judge