1

2

3

4

6

7

**UNITED STATES DISTRICT COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA**

9

10

JULIA HUBBARD and KAYLA
GOEDINGHAUS

11

Plaintiff(s),

12

vs.

13

TRAMMELL S. CROW JR., et al.

14

15

Defendant(s).

16

17

18

19

20

21

22

23

24

25

26

27

28

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:22-CV-7957-FAR-MAA

**[proposed] ORDER re:**
DEFENDANT BENJAMIN TODD
ELLER'S MOTION TO DISMISS THE
COMPLAINT PURSUANT TO FED. R.
CIV. P. 12(b)(6) and 8(a)

Honorable Fernando L. Aenlle-Rocha

This Court, having read and considered Defendant Benjamin Todd Eller's Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and 8(a), and finding good cause therefor, hereby GRANTS Defendants Motion, and dismisses the Complaint.

DATED:

                                       Honorable Fernando L. Aenlle-Rocha
                                       UNITED STATES DISTRICT COURT JUDGE