UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| JULIA HUBBARD, et al. | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | 2:22−cv−07957−FLA−MAA |
| v. | |
| TRAMMELL S CROW, JR., et al. | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 3/15/2023 | 93 | Motion to Dismiss by Benjamin Todd Eller |
| --- | --- | --- |
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☑ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐ Other:

Dated: 3/16/2023          By: _____
                              United States District Judge