UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al.,<br><br>                              Plaintiffs,<br><br>         v.<br><br>TRAMMELL S. CROW, JR., et al.,<br><br>                              Defendants. | Case No. 2:22-cv-7957-FLA-MAA<br><br>**[PROPOSED] ORDER DENYING DEFENDANT RCI HOSPITALITY HOLDINGS' MOTION TO DISMISS** |

On [DATE] 2023, Plaintiffs Julia Hubbard and Kayla Goedinghaus (collectively, "Plaintiffs") filed an Opposition to Defendant RCI Hospitality Holdings, Inc.'s ("RCI") Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) (the "Opposition") for Lack of Personal Jurisdiction and Failure to State a Claim.

RCI Hospitality Holdings, Inc. does not lack minimum contacts with California, and purposefully availed itself to the law and protections of California.

1

1 | The Court, having considered the parties' Opposition, all papers filed and finding good cause therefor, hereby DENIES Defendant RCI's Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim.

IT IS SO ORDERED.

Dated: _____

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge