| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| CARROLL, KELLY, TROTTER & FRANZEN<br>Michael J. Trotter (SBN: 139034)<br>David P. Pruett (SBN: 155849)<br>111 West Ocean Blvd., 14th Flr., P.O. Box 22636<br>Long Beach, CA 90801-5636<br>Tel: (562) 432-5855; Fax: (562) 432-8785 | |
| ATTORNEY(S) FOR: Def., Melissa B. Miller, M.D. | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al.<br><br>Plaintiff(s),<br>v.<br>TRAMMELL S. CROW, JR., et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:22-cv-7957-FLA-MAA<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Defendant Melissa B. Miller, M.D._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Defendant Melissa B. Miller, M.D. | NORCAL Group, of ProAssurance Companies; health care professional liability insurance |

March 20, 2023
Date

_/s/ David P. Pruett_
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Melissa B. Miller, M.D.

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Post Office Box 22636, Long Beach, CA 90801-5636. On March 22, 2023, I served a true and correct copy of the following document on the interested parties in this action as follows:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 22, 2023, at Los Angeles, California.

*/s/ A. Lorraine Orduno*
A. Lorraine Orduno