John G. Balestriere*
Matthew W. Schmidt (Cal. Bar No. 302776)*
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (415) 966-2656
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

Anastasia Mazzella (Cal. Bar. No. 245201)
**KABATECK LLP**
633 West Fifth Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 217-5007
Facsimile: (213) 217-5010
am@kbklawyers.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| JULIA HUBBARD, et al., | Case No. 2:22-cv-7957-FLA-MAA |
|---|---|
| Plaintiffs, | |
| vs. | |
| TRAMMELL S. CROW, JR., et al., | **DECLARATION OF MATTHEW W. SCHMIDT IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE ORDER TO SHOW CAUSE** |
| Defendants. | |

I, MATTHEW W. SCHMIDT, an attorney admitted pro hac vice in the Central District of California, of legal age and under penalty of perjury, declare the following:

1. I am a partner with the firm Balestriere Fariello, and I represent Plaintiffs Julia Hubbard ("Hubbard") and Kayla Goedinghaus ("Goedinghaus") in the above-captioned action. I submit this declaration in support of Plaintiffs' Response to the Order to Show Cause.

2. The Central District of California is more familiar with the TVPA than any alternative district in Texas, having heard more than twice as many cases under 18 U.S. Code § 1591 than either the Northern or Western Districts of Texas.

3. I performed research via Westlaw and found that the Central District of California has decided 44 cases involving the TVPA, compared to only 19 in the Northern District of Texas and 18 in the Western District of Texas.

4. All Defendants have substantial contacts with the State of California due to the presence of Defendant Eller, a key part of the Venture, in this District.

5. All Defendants either knew or recklessly disregarded the presence of Eller in California and his key role in the Venture, thus purposefully directed activity to California.

6. I performed a web search to confirm that travel from Texas to Los Angeles does not present any burden: to the extent that travel is necessary, flights from Dallas to Los Angeles are typically under $300 and only about three hours.

7. Attached hereto as Exhibit A is a true and correct copy of a map of the Defendants' addresses in Texas.

Dated: March 24, 2023

By: _____

John G. Balestriere*

Matthew W. Schmidt (Cal. Bar No. 302776)*

BALESTRIERE FARIELLO

225 Broadway, 29th Floor

New York, New York 10007

Telephone:   (415) 966-2656

Facsimile:    (212) 208-2613

john.balestriere@balestrierefariello.com

matthew.schmidt@balestrierefariello.com

*Attorneys for Plaintiffs*

*\*Admitted Pro Hac Vice*

Anastasia Mazzella (Cal. Bar. No. 245201)

**KABATECK LLP**

633 West Fifth Street, Suite 3200

Los Angeles, California 90071

Telephone: (213) 217-5007

Facsimile: (213) 217-5010

am@kbklawyers.com

*Attorneys for Plaintiffs*