# EXHIBIT A

# Hubbard Defendant(s) Addresses

Defendants

Case Grover

Cody Mitchell

Coe Juracek

Dr. Joseph Bolin

Dr. Melissa Miller

Dr. Mrugeshkumar Shah (current)

Dr. Scott Woods

Ecoloft Homes LLC

Elevated Wellness Partners LLC

H.J. Cole (former)

H.J. Cole (current)

Integrity Based Marketing, LLC.

Kurt Knewitz

Mark Molina (former)

Mark Molina (current)

Michael Cain

Michael Hynes, Jr.

Paul Pendergrass

Phil Ecob

Ralph Rogers

RCI Hospitality Holdings Inc.

Richard Butler



Richard Hubbard



Robert Pruitt



Scott Brunson



Storm Fitness Nutrition, LLC.



Trammel Crow



Ultra Combat Nutrition, LLC.



Jade Mayer (former)



Shawn Mayer (former)



Shawn Mayer (current)

Jade Mayer (current)

Dr. Mrugeshkumar Shah (former)





Hubbard Defendant(s) Addresses
16 views
Last edit was 9 days ago
Add layer
Share
Preview
Defendants
Case Grover
Cody Mitchell
Coe Juracek
Dr. Joseph Bolin
Dr. Melissa Miller
Dr. Mrugeshkumar Shah (cur...
Dr. Scott Woods
Ecoloft Homes LLC
Elevated Wellness Partners L...
H.J. Cole (former)
H.J. Cole (current)
Integrity Based Marketing, L...
Kurt Knewitz
Mark Molina (former)
Mark Molina (current)
Michael Cain
Michael Hynes, Jr.
Paul Pendergrass
Phil Ecob
Ralph Rogers
RCI Hospitality Holdings Inc.
Richard Butler
Richard Hubbard
Robert Pruitt
Scott Brunson
Storm Fitness Nutrition, LLC.
Trammel Crow
For a better printing experience, select "Print map" in the file menu in the left panel.
Dallas
Fort Worth
Arlington
Irving
Plano
Garland
Denton
Frisco
Carrollton
Richardson
Lewisville
Grand Prairie
Mesquite
Mansfield
Waxahachie

For a better printing experience, select "Print map"
in the file menu in the left panel.

**Hubbard Defendant(s) Addresses**

16 views
Last edit was 9 days ago

Add layer    Share    Preview

Defendants

- Case Grover
- Cody Mitchell
- Coe Juracek
- Dr. Joseph Bolin
- Dr. Melissa Miller
- Dr. Mrugeshkumar Shah (cur...
- Dr. Scott Woods
- Ecoloft Homes LLC
- Elevated Wellness Partners L...
- H.J. Cole (former)
- H.J. Cole (current)
- Integrity Based Marketing, L...
- Kurt Knewitz
- Mark Molina (former)
- Mark Molina (current)
- Michael Cain
- Michael Hynes, Jr.
- Paul Pendergrass
- Phil Ecob
- Ralph Rogers
- RCI Hospitality Holdings Inc.
- Richard Butler
- Richard Hubbard
- Robert Pruitt
- Scott Brunson
- Storm Fitness Nutrition, LLC.
- Trammel Crow

Hubbard Defendant(s) Addresses
16 views
Last edit was 9 days ago
Add layer
Share
Preview
Defendants
Case Grover
Cody Mitchell
Coe Juracek
Dr. Joseph Bolin
Dr. Melissa Miller
Dr. Mrugeshkumar Shah (cur...
Dr. Scott Woods
Ecoloft Homes LLC
Elevated Wellness Partners L...
H.J. Cole (former)
H.J. Cole (current)
Integrity Based Marketing, L...
Kurt Knewitz
Mark Molina (former)
Mark Molina (current)
Michael Cain
Michael Hynes, Jr.
Paul Pendergrass
Phil Ecob
Ralph Rogers
RCI Hospitality Holdings Inc.
Richard Butler
Richard Hubbard
Robert Pruitt
Scott Brunson
Storm Fitness Nutrition, LLC.
Trammel Crow
For a better printing experience, select "Print map" in the file menu in the left panel.
Houston
Huntsville
Livingston
Bryan
College Station
Navasota
Montgomery
Conroe
The Woodlands
Spring
Humble
Cypress
Katy
Sugar Land
Pasadena
Baytown
League City
Galveston
Freeport
Bay City
El Campo
Wharton
Sealy
Columbus
Brenham
Matagorda Bay

