UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>TRAMMELL S. CROW, JR., et al.,<br><br>          Defendants. | Case No. 2:22-cv-7957-FLA-MAA<br><br>**[PROPOSED] ORDER DENYING DEFENDANT ELLER'S MOTION TO DISMISS** |

On April 7, 2023, Plaintiffs Julia Hubbard and Kayla Goedinghaus (collectively, "Plaintiffs") filed an Opposition to Defendant Dr. Benjamin Todd Eller's ("Eller") Motion to Dismiss under Federal Rule of Civil Procedure 8(a) for Shotgun Pleadings and 12(b)(6) for Lack of Personal Jurisdiction (the "Opposition").

Plaintiffs have made a prima facie showing that Defendant Eller made initializing plans with Rick Hubbard in order to form, perpetuate, and maintain the Venture and the continued abuse of Plaintiffs.

Plaintiffs have also made a prima facie showing that Defendant Eller has minimum contacts with California, and purposefully availed himself to the law and protections of California through his alleged participation in the Venture.

The Court, having considered the parties' Opposition, all papers filed and the arguments of counsel, and finding good cause therefore hereby DENIES Defendant Eller's Motion to Dismiss.

IT IS SO ORDERED.

Dated:_____                    _____
                                        FERNANDO L. AENLLE-ROCHA
                                        United States District Judge