# EX. A

**From:** Matthew W. Schmidt
**Sent:** Friday, November 11, 2022 7:57 PM
**To:** Kurt Knewitz
**Cc:** Sophie L. Saydah
**Subject:** RE: Hubbard, et al. v. Crow, et al., C.D. Cal. Case No. 2:22-cv-7957

Kurt:

Sophie just emailed you a copy. If you do not have a printer and would like a hard copy, I'm happy to send one as a courtesy if you wish to accept service. Otherwise, you will receive a hard copy when we effectuate service. I'm of course happy to discuss anything further with your lawyer once you retain one.

Thanks,
Matt

```
--
Matthew W. Schmidt
Partner
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5421
T: +1-415-966-2656
F: +1-212-208-2613
```
matthew.schmidt@balestrierefariello.com
Bio: http://mws.balestrierefariello.com
www.BalestriereFariello.com

```
The information contained in this e-mail message is attorney-client privileged and/or
confidential information intended for the use of the named recipient only. You are hereby
notified that any dissemination, distribution, or copying of this communication is
prohibited. If you have received this communication in error, please immediately notify
the sender by replying to this e-mail or by calling us at 212-374-5400 and please
immediately delete this communication. Thank you.
```

---

**From:** Kurt Knewitz <kurt@buyswd.com>
**Sent:** Friday, November 11, 2022 4:24 PM
**To:** Matthew W. Schmidt <matthew.schmidt@balestrierefariello.com>
**Cc:** Sophie L. Saydah <sophie.saydah@balestrierefariello.com>
**Subject:** RE: Hubbard, et al. v. Crow, et al., C.D. Cal. Case No. 2:22-cv-7957

I SAID SEND IT TO ME CERTIFIED if you can or whatever you want to do. I will need to get an attorney in CA so just send it to me for now.



**Kurt Knewitz**
Toll Free: (833) BUY-SWD'S • Mobile: (214) 418-1177
6009 W. Parker Rd. • Suite #149-189 • Plano, TX. 75093
Email: kurt@buyswd.com   Website: www.BuySWD.com

Access Our Private "Off-Market" Properties CLICK HERE!

*Disclaimer /Confidentiality Notice*:This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. You are hereby notified that any dissemination, distribution, or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited.  If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately.  You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. The sender therefore does not accept liability for any revisions, errors or omissions in the contents of this message, which arise as a result of e-mail transmission. Accordingly this email or attachments do not constitute investment advice or counsel. The Company expressly disclaims any and all responsibility for any direct or consequential loss or, (ii) any error, omission / inaccuracy in any such information or (iii) any action resulting therefrom. The information contained in this email communication and any attachments is for information purposes, and should not be regarded as an offer to sell or a solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be in violation of any local laws. It does not constitute a recommendation or take into account the particular investment objectives, financial conditions, or needs of specific investors. The price and value of the investments referred to in this email communication and the income from such investments may fluctuate, and investors may realize losses on these investments, including a loss of principal. Past performance is not indicative or a guarantee of future performance. We do not provide tax, accounting, or legal advice to our clients, and all investors are advised to consult with their tax, accounting, or legal advisers regarding any potential investment. The information and any opinions contained in this email communication have been obtained from sources that we consider reliable, but we do not represent such information and opinions are accurate or complete, and thus should not be relied upon as such. BuySWD.com LLC is not a broker-dealer registered with the U.S. Securities and Exchange Commission, nor a member of FINRA or SIPC. In the United States and Canada, securities are offered through various broker-dealers with whom BuySWD.com has explicit selling agreements. BuySWD.com or any of its affiliates does not provide tax, legal or accounting advice. This material has been prepared for informational purposes only, and is not intended to provide, and should not be relied on for, tax, legal or accounting advice. You should consult your own tax, legal and accounting advisors before engaging in any transaction.

**From:** Matthew W. Schmidt <matthew.schmidt@balestrierefariello.com>
**Sent:** Friday, November 11, 2022 6:13 PM
**To:** Kurt Knewitz <kurt@buyswd.com>
**Cc:** Sophie L. Saydah <sophie.saydah@balestrierefariello.com>
**Subject:** RE: Hubbard, et al. v. Crow, et al., C.D. Cal. Case No. 2:22-cv-7957

Kurt:

I take that to mean you do not accept service. We will proceed with service accordingly.

Have a good weekend.

Thanks,
Matt

```
--
Matthew W. Schmidt
Partner
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5421
T: +1-415-966-2656
F: +1-212-208-2613
matthew.schmidt@balestrierefariello.com
Bio: http://mws.balestrierefariello.com
www.BalestriereFariello.com

The information contained in this e-mail message is attorney-client privileged and/or
confidential information intended for the use of the named recipient only. You are hereby
notified that any dissemination, distribution, or copying of this communication is
prohibited. If you have received this communication in error, please immediately notify
```

```
the sender by replying to this e-mail or by calling us at 212-374-5400 and please
immediately delete this communication. Thank you.
```

**From:** Kurt Knewitz <kurt@buyswd.com>
**Sent:** Friday, November 11, 2022 4:09 PM
**To:** Sophie L. Saydah <sophie.saydah@balestrierefariello.com>
**Cc:** Matthew W. Schmidt <matthew.schmidt@balestrierefariello.com>
**Subject:** RE: Hubbard, et al. v. Crow, et al., C.D. Cal. Case No. 2:22-cv-7957

Send it to me certified.



**Kurt Knewitz**
Toll Free: (833) BUY-SWD'S • Mobile: (214) 418-1177
6009 W. Parker Rd. • Suite #149-189 • Plano, TX. 75093
Email: kurt@buyswd.com    Website: www.BuySWD.com

Access Our Private "Off-Market" Properties CLICK HERE!

*Disclaimer /Confidentiality Notice:* This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. You are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited.  If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately.  You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. The sender therefore does not accept liability for any revisions, errors or omissions in the contents of this message, which arise as a result of e-mail transmission. Accordingly this email or attachments do not constitute investment advice or counsel. The Company expressly disclaims any and all responsibility for any direct or consequential loss or, (ii) any error, omission / inaccuracy in any such information or (iii) any action resulting therefrom. The information contained in this email communication and any attachments is for information purposes, and should not be regarded as an offer to sell or a solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be in violation of any local laws. It does not constitute a recommendation or take into account the particular investment objectives, financial conditions, or needs of specific investors. The price and value of the investments referred to in this email communication and the income from such investments may fluctuate, and investors may realize losses on these investments, including a loss of principal. Past performance is not indicative or a guarantee of future performance. We do not provide tax, accounting, or legal advice to our clients, and all investors are advised to consult with their tax, accounting, or legal advisers regarding any potential investment. The information and any opinions contained in this email communication have been obtained from sources that we consider reliable, but we do not represent such information and opinions are accurate or complete, and thus should not be relied upon as such. BuySWD.com LLC is not a broker-dealer registered with the U.S. Securities and Exchange Commission, nor a member of FINRA or SIPC. In the United States and Canada, securities are offered through various broker-dealers with whom BuySWD.com has explicit selling agreements. BuySWD.com or any of its affiliates does not provide tax, legal or accounting advice. This material has been prepared for informational purposes only, and is not intended to provide, and should not be relied on for, tax, legal or accounting advice. You should consult your own tax, legal and accounting advisors before engaging in any transaction.

**From:** Sophie L. Saydah <sophie.saydah@balestrierefariello.com>
**Sent:** Friday, November 11, 2022 5:30 PM
**To:** Kurt Knewitz <kurt@buyswd.com>
**Cc:** Matthew W. Schmidt <matthew.schmidt@balestrierefariello.com>
**Subject:** Hubbard, et al. v. Crow, et al., C.D. Cal. Case No. 2:22-cv-7957

Kurt:

Please see the attached complaint and supporting documents that were filed last week in the United States District Court for the Central District of California.

Let us know if you accept service, or also let us know if there is a lawyer you would like us to direct our communication to.

Thanks,

Sophie

--
Sophie L. Saydah
Legal Analyst
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5420
F: +1-212-208-2613
sophie.saydah@balestrierefariello.com
www.BalestriereFariello.com

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this e-mail or by calling us at 212-374-5400 and please immediately delete this communication. Thank you.