UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HUBBARD, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR., et al.,<br><br>        Defendants. | Case No. 2:22-cv-7957-FLA-MAA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR ALTERNATIVE SERVICE AND EXTENSION OF TIME TO SERVE DEFENDANT KURT KNEWITZ** |

On April 10, 2023, Plaintiffs Julia Hubbard and Kayla Goedinghaus (collectively, "Plaintiffs") filed an Application for Alternative Service and Extension of Time to Serve Defendant Kurt Knewitz ("Knewitz") (the "Application").

The Court, having considered the Plaintiffs' Application and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

1. Plaintiffs may serve electronic copies of the Summons and Complaint via email on Defendant Knewitz.
2. Plaintiffs shall have until the ___ day of _____ 2023, to serve Defendant Knewitz

IT IS SO ORDERED.

Dated: _____

                                                FERNANDO L. AENLLE-ROCHA
                                                United States District Judge