UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-07957-FLA (MAAx) | Date | April 28, 2023 |
| Title | Julia Hubbard et al v. Trammell S. Crow, Jr. et al | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE |
|---|---|

| Twyla Freeman | Terri Hourigan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Matthew W. Schmidt | Gerald E. Hawxhurst |
| | Kenneth C. Stone |
| | Patrick B. Nichols |
| | Indira J. Cameron-Banks |
| | David P. Pruett |
| | David J. Rubaum |
| | Adam J. DiClemente |
| | Matthew A. Bergjans |
| | Alec R. Simpson – via Zoom Webinar |
| | Philip E. Cook |
| | Delmar S. Thomas |

**Proceedings:** **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE TRANSFERRED [DKT. 87]**

  The hearing is held. The court invites the parties to argue. Following discussions with counsel, the matter stands submitted and written order to issue.

00 : 30

Initials of Preparer   tf