ACCO,(MAAx),CLOSED,DISCOVERY,MJDAP_OUT,TRANSFERRED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:22−cv−07957−FLA−MAA

Julia Hubbard et al v. Trammell S. Crow, Jr. et al  
Assigned to: Judge Fernando L. Aenlle−Rocha  
Referred to: Magistrate Judge Maria A. Audero  
Demand: $1,000,000  
Cause: 18:1962 Racketeering (RICO) Act  

Date Filed: 11/01/2022  
Date Terminated: 05/05/2023  
Jury Demand: Plaintiff  
Nature of Suit: 470 Racketeer/Corrupt Organization  
Jurisdiction: Diversity  

**Plaintiff**

**Julia Hubbard**     represented by     **Matthew W. Schmidt**  
Balestriere Fariello  
225 Broadway, 29th Floor  
New York, NY 10007  
415−966−2656  
Fax: 212−208−2613  
Email: matthew.schmidt@balestrierefariello.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Anastasia Kinney Mazzella**  
Kabateck LLP  
633 West 5th Street Suite 3200  
Los Angeles, CA 90071  
213−217−5000  
Fax: 213−217−5010  
Email: am@kbklawyers.com  
*ATTORNEY TO BE NOTICED*

**John G. Balestriere**  
Balestriere Fariello  
225 Broadway, 29th Floor  
New York, NY 10007  
213−374−5401  
Fax: 213−208−2613  
Email: john.balestriere@balestrierefariello.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kayla Goedinghaus**     represented by     **Matthew W. Schmidt**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Anastasia Kinney Mazzella**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

                **John G. Balestriere**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Trammell S Crow, Jr.**      represented by  **Gerald E. Hawxhurst**
Hawxhurst Harris LLP
11111 Santa Monica Boulevard, Suite 620
Los Angeles, CA 90025
310−893−5150
Fax: 310−893−5195
Email: jerry@hawxhurstllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth C. Stone**
Gray Reed and McGraw LLP
1601 Elm Street, Suite 4600
Dallas, TX 75201
469−320−6106
Fax: 469−320−6878
Email: kstone@grayreed.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle DeWitt Foltyn−Smith**
Hawxhurst Harris LLP
11111 Santa Monica Boulevard Suite 620
Los Angeles, CA 90015
310−893−5150
Fax: 310−893−5195
Email: kyle@hawxhurstllp.com
*ATTORNEY TO BE NOTICED*

**London England**
Gray Reed and McGraw LLP
1601 Elm Street, Suite 4600
Dallas, TX 75201
469−320−6188
Fax: 469−320−6855
Email: lengland@grayreed.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Bryan Nichols**
Hawxhurst Harris LLP
11111 Santa Monica Boulevard Suite 620
Los Angeles, CA 90025
310−893−5150
Fax: 310−893−5195

Email: pat@hawxhurstllp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Benjamin Todd Eller**　　　　　represented by　**Terrence Matthew Jones**
Cameron Jones LLP
8383 Wilshire Boulevard Suite 800
Beverly Hills, CA 90211
424−474−0585
Email: terrence@cameronjones.law
*ATTORNEY TO BE NOTICED*

**Indira J Cameron−Banks**
Cameron Jones LLP
8383 Wilshire Boulevard Suite 800
Beverly Hills, CA 90211
424−757−0585
Email: indira@cameronjones.law
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard Hubbard**

**Defendant**

**Dr. Melissa Miller**　　　　　represented by　**David P Pruett**
*Erroneously Sued As*　　　　　　　　　　　Carroll Kelly Trotter and Franzen
Melissa B. Miller, MD　　　　　　　　　　111 West Ocean Boulevard 14th Floor
P O Box 22636
Long Beach, CA 90801−5636
562−432−5855
Fax: 562−432−8785
Email: dpruett@cktfmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael John Trotter**
Caroll Kelly Trotter Franzen McBride and
Peabody
111 West Ocean Boulevard 14th Floor
P O Box 22636
Long Beach, CA 90801−5636
562−432−5855
Fax: 562−432−8785
Email: mjtrotter@cktfmlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Joseph Bolin**

**Defendant**

represented by

| | |
|---|---|
| **Dr. Scott Woods**<br>*Erroneously Sued As*<br>Michael Scott Woods, M.D. | **David Jonathan Rubaum**<br>Wood Smith Henning Berman LLP<br>10960 Wilshire Boulevard 18th Floor<br>Los Angeles, CA 90024<br>310–717–4870<br>Email: DRubaum@wshblaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Dr. Mrugeshkumar Shah**

**Defendant**

**Michael Cain**

**Defendant**

**Coe Juracek** represented by **Diane M. Doolittle**
Quinn Emanuel Urquhart Oliver and Hedges
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650–801–5000
Fax: 650–801–5100
Email: dianedoolittle@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam J. DiClemente**
Quinn Emanuel Urquhart and Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
212–849–7000
Fax: 212–849–7100
Email: adamdiclemente@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Alexander Bergjans**
Quinn Emanuel Urquhart and Sullivan LLP
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017
213–443–3000
Fax: 213–443–3100
Email: alexbergjans@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Philip Ecob**

**Defendant**

**H.J. Cole**

**Defendant**

| | | |
|---|---|---|
| **Texas Ranger Cody Mitchell** | represented by | **Alec Raymond Simpson , I** <br> Office of the Attorney General <br> Law Enforcement Defense Division <br> P.O. Box 12548 <br> Austin, TX 78711–2548 <br> 512–463–2080 <br> Email: alec.simpson@oag.texas.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

**Kurt Knewitz**

**Defendant**

**Paul Pendergrass**

**Defendant**

**Ralph Rogers**

**Defendant**

| | | |
|---|---|---|
| **Robert Pruitt** | represented by | **Philip Earl Cook** <br> Cook Law Firm PC <br> 601 South Figueroa Street Suite 2050 <br> Los Angeles, CA 90017 <br> 213–988–6100 <br> Fax: 213–988–6099 <br> Email: pcook@cooklawfirm.la <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

**Scott Brunson**

**Defendant**

| | | |
|---|---|---|
| **Case Grover** | represented by | **Olivia Hyejun Kim** <br> Yukevich Cavanaugh <br> 355 South Grand Avenue 15th Floor <br> Los Angeles, CA 90071 <br> 213–362–7777 <br> Fax: 213–362–7788 <br> Email: oliviahkim@gmail.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> <br> **Delmar Shariff Thomas** <br> Yukevich Calfo & Cavanaugh LLP <br> 355 South Grand Avenue 15th Floor <br> Los Angeles, CA 90071–1560 <br> 213–362–7777 <br> Fax: 213–362–7788 <br> Email: dthomas@yukelaw.com <br> *ATTORNEY TO BE NOTICED* |

|  |  |  |
|---|---|---|
|  |  | **Justin Michael Marvisi**<br>Yukevich Cavanaugh<br>355 South Grand Avenue 15th Floor<br>Los Angeles, CA 90071<br>213–362–7777<br>Fax: 213–362–7788<br>Email: jmarvisi@yukelaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Richard Butler**

**Defendant**

**Mark Molina**

**Defendant**

**Michael Hynes, Jr.**

**Defendant**

**Shawn Mayer**

**Defendant**

**Jade Mayer**

**Defendant**

| | | |
|---|---|---|
| **RCI Hospitality Holdings, Inc.** | represented by | **Justin Michael Marvisi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Integrity Based Marketing, LLC**

**Defendant**

**Storm Fitness Nutrition, LLC**

**Defendant**

**Ultra Combat Nutrition, LLC**

**Defendant**

**EcoLoft Homes LLC**

**Defendant**

**Elevated Wellness Partners LLC**

**Defendant**

**Doe Individuals**

*1–20*

**Defendant**

**Doe Companies**

*21–30*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2022 | Ï 1 | COMPLAINT Receipt No: ACACDC−34253033 − Fee: $402, filed by Plaintiffs Julia Hubbard, Kayla Goedinghaus. (Attorney Matthew W Schmidt added to party Kayla Goedinghaus(pty:pla), Attorney Matthew W Schmidt added to party Julia Hubbard(pty:pla))(Schmidt, Matthew) (Entered: 11/01/2022) |
| 11/01/2022 | Ï 2 | CIVIL COVER SHEET filed by Plaintiffs Kayla Goedinghaus, Julia Hubbard. (Schmidt, Matthew) (Entered: 11/01/2022) |
| 11/01/2022 | Ï 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiffs Kayla Goedinghaus, Julia Hubbard. (Attachments: # 1 Attachment 1, # 2 Attachment 2)(Schmidt, Matthew) (Entered: 11/01/2022) |
| 11/03/2022 | Ï 4 | NOTICE TO COUNSEL re Magistrate Judge Direct Assignment Program. This case has been randomly assigned to Magistrate Judge Steve Kim. (Attachments: # 1 CV−11C) (sh) (Entered: 11/03/2022) |
| 11/03/2022 | Ï 5 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendants Joseph Bolin, Scott Brunson, Richard Butler, Michael Cain, H.J. Cole, Trammell S Crow, Jr., Doe Companies, Doe Individuals, EcoLoft Homes LLC, Philip Ecob, Elevated Wellness Partners LLC, Benjamin Todd Eller, Case Grover, Richard Hubbard, Michael Hynes, Jr., Integrity Based Marketing, LLC, Coe Juracek, Kurt Knewitz, Jade Mayer, Shawn Mayer, Melissa Miller, Cody Mitchell, Mark Molina, Paul Pendergrass, Robert Pruitt, RCI Hospitality Holdings, Inc., Ralph Rogers, Mrugeshkumar Shah, Storm Fitness Nutrition, LLC, Ultra Combat Nutrition, LLC, Scott Woods. (sh) (Entered: 11/03/2022) |
| 11/03/2022 | Ï 6 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non−Resident Attorney John G. Balestriere. A document recently filed in this case lists you as an out−of−state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G−64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (sh) (Entered: 11/03/2022) |
| 11/03/2022 | Ï 7 | NOTICE OF DEFICIENCIES in Attorney Case Opening. The following error(s) was found: No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every partys first appearance. See Local Rule 7.1−1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83−7. (sh) (Entered: 11/03/2022) |
| 11/03/2022 | Ï 8 | NOTICE of Interested Parties filed by Plaintiffs All Plaintiffs, (Schmidt, Matthew) (Entered: 11/03/2022) |
| 11/10/2022 | Ï 9 | APPLICATION to Withdraw , APPLICATION of Non−Resident Attorney John G. Balestriere to Appear Pro Hac Vice on behalf of Plaintiffs Kayla Goedinghaus, Julia Hubbard (Pro Hac Vice Fee |

| | | |
|---|---|---|
| | | – $500 Fee Paid, Receipt No. ACACDC–34310549) filed by Plaintiff Kayla Goedinghaus, Julia Hubbard. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Proposed Order) (Mazzella, Anastasia) (Entered: 11/10/2022) |
| 11/10/2022 | Ï 10 | WAIVER OF SERVICE Returned Executed filed by Plaintiffs Julia Hubbard, Kayla Goedinghaus. upon Trammell S Crow, Jr. waiver sent by Plaintiff on 11/8/2022, answer due 1/9/2023. Waiver of Service signed by Gerald E. Hawxhurst. (Schmidt, Matthew) (Entered: 11/10/2022) |
| 11/10/2022 | Ï 11 | Notice of Appearance or Withdrawal of Counsel: for attorney Gerald E. Hawxhurst counsel for Defendant Trammell S Crow, Jr.. Adding Gerald E. Hawxhurst as counsel of record for Trammell S. Crow, Jr. for the reason indicated in the G–123 Notice. Filed by defendant Trammell S. Crow, Jr.. (Attorney Gerald E. Hawxhurst added to party Trammell S Crow, Jr.(pty:dft))(Hawxhurst, Gerald) (Entered: 11/10/2022) |
| 11/10/2022 | Ï 12 | Notice of Appearance or Withdrawal of Counsel: for attorney Kyle DeWitt Foltyn–Smith counsel for Defendant Trammell S Crow, Jr.. Adding Kyle D. Foltyn–Smith as counsel of record for Trammell S. Crow, Jr. for the reason indicated in the G–123 Notice. Filed by defendant Trammell S. Crow, Jr.. (Attorney Kyle DeWitt Foltyn–Smith added to party Trammell S Crow, Jr.(pty:dft))(Foltyn–Smith, Kyle) (Entered: 11/10/2022) |
| 11/10/2022 | Ï 13 | NOTICE of Interested Parties filed by defendant Trammell S Crow, Jr., (Foltyn–Smith, Kyle) (Entered: 11/10/2022) |
| 11/10/2022 | Ï 14 | Notice of Appearance or Withdrawal of Counsel: for attorney Patrick Bryan Nichols counsel for Defendant Trammell S Crow, Jr.. Adding Patrick B. Nichols as counsel of record for Trammell S. Crow, Jr. for the reason indicated in the G–123 Notice. Filed by defendant Trammell S. Crow, Jr.. (Attorney Patrick Bryan Nichols added to party Trammell S Crow, Jr.(pty:dft))(Nichols, Patrick) (Entered: 11/10/2022) |
| 11/10/2022 | Ï 15 | APPLICATION of Non–Resident Attorney Kenneth C. Stone to Appear Pro Hac Vice on behalf of Defendant Trammell S Crow, Jr. (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–34313187) filed by Defendant Trammell S Crow, Jr.. (Attachments: # 1 Exhibit Certificates of Good Standing, # 2 Proposed Order) (Foltyn–Smith, Kyle) (Entered: 11/10/2022) |
| 11/10/2022 | Ï 16 | APPLICATION of Non–Resident Attorney London England to Appear Pro Hac Vice on behalf of Defendant Trammell S Crow, Jr. (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–34313194) filed by Defendant Trammell S Crow, Jr.. (Attachments: # 1 Exhibit Certificates of Good Standing, # 2 Proposed Order) (Foltyn–Smith, Kyle) (Entered: 11/10/2022) |
| 11/14/2022 | Ï 17 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non–Resident Attorney London England to Appear Pro Hac Vice on behalf of Defendant Trammell S Crow, Jr. (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–34313194) 16 , APPLICATION of Non–Resident Attorney Kenneth C. Stone to Appear Pro Hac Vice on behalf of Defendant Trammell S Crow, Jr. (Pro Hac Vice Fee – $500 Fee Paid, Receipt No. ACACDC–34313187) 15 . The following error(s) was/were found: Local Rule 5–4.3.4 Application not hand–signed. Case information is incomplete. MJ initials missing on application and proposed order. Please note MJ Notice of MJ Assignment, dated 11/3/22, Dkt. 4. Other error(s) with document(s): Please note that electronic, image or stamp signatures are not allowed for either applicant or local counsel. See Instructions for Applicants (1). (lt) (Entered: 11/14/2022) |
| 11/14/2022 | Ï 18 | ORDER ON APPLICATION OF NON–RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE by Magistrate Judge Steve Kim: GRANTING 9 Non–Resident Attorney John G. Balestriere APPLICATION to Appear Pro Hac Vice on behalf of Plaintiffs Julia Hubbard and Kayla Goedinghaus, designating Anastasia Mazzella as local counsel. (lt) (Entered: 11/16/2022) |

| | | |
|---|---|---|
| 11/14/2022 | Ï 19 | ORDER ON APPLICATION OF NON−RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE by Magistrate Judge Steve Kim: GRANTING 15 Non−Resident Attorney Kenneth C. Stone APPLICATION to Appear Pro Hac Vice on behalf of Defendant Trammell S. Crow, Jr., designating Gerald E. Hawxhurst as local counsel. (lt) (Entered: 11/16/2022) |
| 11/14/2022 | Ï 20 | ORDER ON APPLICATION OF NON−RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE by Magistrate Judge Steve Kim: GRANTING 16 Non−Resident Attorney London England APPLICATION to Appear Pro Hac Vice on behalf of Defendant Trammell S. Crow, Jr., designating Gerald E. Hawxhurst as local counsel. (lt) (Entered: 11/16/2022) |
| 12/01/2022 | Ï 21 | REMINDER NOTICE re Magistrate Judge Direct Assignment Program. Each party must file form CV−11C within the consent deadlines pursuant to L.R. 73−2. Additionally, the parties are directed to L.R. 73−2.2 Proof of Service. In any case in which only a magistrate judge is initially assigned, plaintiff must file a proof of service within 10 days of service of the summons and complaint as to each defendant. (hr) (Entered: 12/01/2022) |
| 12/02/2022 | Ï 22 | STATEMENT *OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE* (Balestriere, John) (Entered: 12/02/2022) |
| 12/02/2022 | Ï 23 | NOTICE OF REASSIGNMENT of MJDAP case from Magistrate Judge Steve Kim to Judge Fernando L. Aenlle−Rocha for all further proceedings. Any discovery matters that may be referred to a Magistrate Judge are assigned to U.S. Magistrate Judge Maria A. Audero. The case number will now reflect the initials of the transferee Judges 2:22−cv−07957 FLA(MAAx). (rn) (Entered: 12/02/2022) |
| 12/05/2022 | Ï 24 | INITIAL STANDING ORDER upon filing of the complaint by Judge Fernando L. Aenlle−Rocha. (tf) (Entered: 12/05/2022) |
| 01/05/2023 | Ï 25 | Joint STIPULATION for Leave to EXTEND PAGE LIMITS ON MEMORANDA OF POINTS AND AUTHORITIES AND MODIFY BRIEFING SCHEDULE filed by Defendant Trammell S Crow, Jr.. (Attachments: # 1 Proposed Order)(Hawxhurst, Gerald) (Entered: 01/05/2023) |
| 01/09/2023 | Ï 26 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendant Trammell S Crow, Jr.. Motion set for hearing on 3/24/2023 at 01:30 PM before Judge Fernando L. Aenlle−Rocha. (Attachments: # 1 Proposed Order) (Hawxhurst, Gerald) (Entered: 01/09/2023) |
| 01/10/2023 | Ï 27 | ORDER SETTING SCHEDULING CONFERENCE by Judge Fernando L. Aenlle−Rocha. Scheduling Conference set for 2/24/2023 at 01:00 PM before Judge Fernando L. Aenlle−Rocha. (tf) (Entered: 01/10/2023) |
| 01/10/2023 | Ï 28 | ORDER GRANTING IN PART AND DENYING IN PART JOINT STIPULATION AND APPLICATIONFOR LEAVE TO EXTEND PAGE LIMITS ON MEMORANDA OF POINTS AND AUTHORITIES ANDMODIFY BRIEFING SCHEDULE 25 by Judge Fernando L. Aenlle−Rocha: Having considered the parties Stipulation, the court finds the parties do notestablish good cause for an extension to the standard word and page limits for briefs and DENIES the parties' request for an extension. The court expects the parties to comply with the greater of the 7,000−word limit established under Local Rule 11−6.1 or the 25−page limit established by the Initial Standing Order (Dkt. 24) for moving and opposition briefs, as well as the 15−page limit for Defendant Crows reply brief. The court GRANTS in part the Stipulation and SETS the following briefing schedule on Defendant Crow's Motion to Dismiss:1. Defendant Crows deadline to file the Motion to Dismiss January 9, 2023;2. Plaintiffs deadline to file a response to the Motion to Dismiss January 27, 2023; 3. Defendant Crows deadline to file a reply in Support of the Motion to Dismiss February 10, 2023; and 4. Hearing on the Motion to Dismiss February 24, 2023 at 1:30 p.m. 26 . (lc) (Entered: 01/10/2023) |
| 01/13/2023 | Ï 29 | EX PARTE APPLICATION to Extend Time to File Answer to 2/15/2023 filed by Plaintiffs Kayla Goedinghaus, Julia Hubbard. (Attachments: # 1 Proposed Order Granting Ex Parte Application |

| | | |
|---|---|---|
| | | For Leave to Extend Deadline) (Balestriere, John) (Entered: 01/13/2023) |
| 01/17/2023 | Ï 30 | (STRICKEN PER 1/18/2023 COURT'S G112B RESPONSE ORDER DOCKET NO. 32). STIPULATION for Extension of Time to File for Defendant Robert Pruitt to Respond to the Initial Complaint by not more than 30 days, STIPULATION for Extension of Time to File filed by Plaintiff Julia Hubbard.(Mazzella, Anastasia) Modified on 1/18/2023 (lc). (Entered: 01/17/2023) |
| 01/18/2023 | Ï 31 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: Stipulation for Extension of Time to File, Stipulation for Extension of Time to File Response/Reply 30 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Stipulation: Extending time to answer (30 days or Less). Defendant Robert Pruitt's stipulation with 2 different and incorrect reliefs did NOT record any extension of time to File Answer to Complaint less than 30 days. These incorrect events are for other type of documents. Other error(s) with document(s): Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lc) (Entered: 01/18/2023) |
| 01/18/2023 | Ï 32 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT RE: Stipulation for Extension of Time to File, Stipulation for Extension of Time to File Response/Reply 30 by Judge Fernando L. Aenlle−Rocha. The document is stricken. (lc) (Entered: 01/18/2023) |
| 01/18/2023 | Ï 33 | STIPULATION Extending Time to Answer the complaint as to re Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Julia Hubbard, Kayla Goedinghaus.(Mazzella, Anastasia) (Entered: 01/18/2023) |
| 01/23/2023 | Ï 34 | ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO EXTEED DEADLINE TO RESPONSD TO DEFENDANT TRAMMEL S. CROW, JR'S MOTION TO DISMISS 29 by Judge Fernando L. Aenlle−Rocha: Plaintiffs' Opposition to the Motion to Dismiss shall be due on or before February 15, 2023. Defendant Crow's Reply in support of the Motion to Dismiss shall be due on or before March 10, 2023. The hearing on Defendant Crows Motion to Dismiss is CONTINUED to March 24, 2023 at 1:30 PM 26 . (lc) (Entered: 01/23/2023) |
| 01/25/2023 | Ï 35 | First STIPULATION Extending Time to Answer the complaint as to All Parties, filed by Defendant Scott Woods.(Attorney David Jonathan Rubaum added to party Scott Woods(pty:dft))(Rubaum, David) (Entered: 01/25/2023) |
| 01/27/2023 | Ï 36 | NOTICE of Appearance filed by attorney Philip Earl Cook on behalf of Defendant Robert Pruitt (Attorney Philip Earl Cook added to party Robert Pruitt(pty:dft))(Cook, Philip) (Entered: 01/27/2023) |
| 01/29/2023 | Ï 37 | PROOF OF SERVICE Executed by Plaintiff Julia Hubbard, Kayla Goedinghaus, upon Defendant Case Grover served on 1/3/2023, answer due 1/24/2023. Service of the Summons and Complaint were executed upon Case Grover in compliance with California Code of Civil Procedure by personal service.Original Summons NOT returned. (Schmidt, Matthew) (Entered: 01/29/2023) |
| 01/29/2023 | Ï 38 | PROOF OF SERVICE Executed by Plaintiff Julia Hubbard, Kayla Goedinghaus, upon Defendant Cody Mitchell served on 1/25/2023, answer due 2/15/2023. Service of the Summons and Complaint were executed upon Cody Mitchell in compliance with California Code of Civil Procedure by personal service.Original Summons NOT returned. (Schmidt, Matthew) (Entered: 01/29/2023) |
| 01/29/2023 | Ï 39 | PROOF OF SERVICE Executed by Plaintiff Julia Hubbard, Kayla Goedinghaus, upon Defendant Coe Juracek served on 1/28/2023, answer due 2/21/2023. Service of the Summons and Complaint were executed upon Coe Juracek in compliance with California Code of Civil Procedure by |

| | | |
|---|---|---|
| | | personal service.Original Summons NOT returned. (Schmidt, Matthew) (Entered: 01/29/2023) |
| 01/29/2023 | Ï 40 | PROOF OF SERVICE Executed by Plaintiff Julia Hubbard, Kayla Goedinghaus, upon Defendant Benjamin Todd Eller served on 1/24/2023, answer due 2/14/2023. Service of the Summons and Complaint were executed upon Benjamin Todd Eller in compliance with California Code of Civil Procedure by personal service.Original Summons NOT returned. (Schmidt, Matthew) (Entered: 01/29/2023) |
| 01/29/2023 | Ï 41 | PROOF OF SERVICE Executed Julia Hubbard, Kayla Goedinghaus, upon Defendant Joseph Bolin served on 12/28/2022, answer due 1/27/2023. Service of the Summons and Complaint were NOT executed upon the United States Attorneys Office which was NOT served. The Attorney Generals Office of the United States was NOT served. The officer agency or corporation was NOT served. Service was executed in compliance with California Code of Civil Procedure. Due diligence declaration NOT attached. Registered or certified mail return receipt NOT attached. Original Summons NOT returned. (Schmidt, Matthew) (Entered: 01/29/2023) |
| 01/29/2023 | Ï 42 | PROOF OF SERVICE Executed by Plaintiff Julia Hubbard, Kayla Goedinghaus, upon Defendant Scott Woods served on 1/3/2023, answer due 2/8/2023. Service of the Summons and Complaint were executed upon Scott Woods in compliance with California Code of Civil Procedure by substituted service at business address and no service by mail was executed.Original Summons NOT returned. (Schmidt, Matthew) (Entered: 01/29/2023) |
| 01/29/2023 | Ï 43 | PROOF OF SERVICE Executed by Plaintiff Julia Hubbard, Kayla Goedinghaus, upon Defendant Michael Hynes, Jr. served on 1/7/2023, answer due 1/30/2023. Service of the Summons and Complaint were executed upon Michael Hynes, Jr. in compliance with California Code of Civil Procedure by substituted service at home address and no service by mail was executed.Original Summons NOT returned. (Schmidt, Matthew) (Entered: 01/29/2023) |
| 01/29/2023 | Ï 44 | PROOF OF SERVICE Executed by Plaintiff Julia Hubbard, Kayla Goedinghaus, upon Defendant RCI Hospitality Holdings, Inc. served on 1/23/2023, answer due 2/13/2023. Service of the Summons and Complaint were executed upon Britney Williams, employee of RCI Hospitality Holdings, Inc. in compliance with California Code of Civil Procedure by substituted service at business address and by also mailing a copy.Original Summons NOT returned. (Schmidt, Matthew) (Entered: 01/29/2023) |
| 01/29/2023 | Ï 45 | PROOF OF SERVICE Executed by Plaintiff Julia Hubbard, Kayla Goedinghaus, upon Defendant Richard Hubbard served on 1/18/2023, answer due 2/8/2023. Service of the Summons and Complaint were executed upon Richard Hubbard in compliance with statute not specified by personal service.Original Summons returned. (Schmidt, Matthew) (Entered: 01/29/2023) |
| 01/29/2023 | Ï 46 | PROOF OF SERVICE Executed by Plaintiff Julia Hubbard, Kayla Goedinghaus, upon Defendant Robert Pruitt served on 12/26/2022, answer due 1/17/2023. Service of the Summons and Complaint were executed upon Robert Pruitt in compliance with California Code of Civil Procedure by personal service.Original Summons NOT returned. (Schmidt, Matthew) (Entered: 01/29/2023) |
| 01/29/2023 | Ï 47 | PROOF OF SERVICE Executed by Plaintiff Julia Hubbard, Kayla Goedinghaus, upon Defendant Scott Brunson served on 1/21/2023, answer due 2/13/2023. Service of the Summons and Complaint were executed upon Scott Brunson in compliance with California Code of Civil Procedure by personal service.Original Summons NOT returned. (Schmidt, Matthew) (Entered: 01/29/2023) |
| 01/30/2023 | Ï 48 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: Service of Summons and Complaint Returned Executed (21 days), 38 , Service of Summons and Complaint Returned Executed (21 days), 39 , Service of Summons and Complaint Returned Executed (21 days), 40 , Service of Summons and Complaint Returned Executed (21 days), 44 , Service of Summons and Complaint Returned Executed (21 days), 47 . The following error(s) was/were |

| | | |
|---|---|---|
| | | found: Form has ERRONEOUS address of the US District Court as "312 North Spring Street" which is that of Los Angeles County Superior Court; No. 39 has " Santa Ana". Other error(s) with document(s): Filer is advised to Update form to reflect the US District Court's Address to that of the Location of the Assigned Judge. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lc) (Entered: 01/30/2023) |
| 02/01/2023 | Ï 49 | (STRICKEN PER 2/2/2023 COURT'S G112B RESPONSE ORDER DOCKET NO. 53). NOTICE OF MOTION AND MOTION for Enlargement of Time to File Certificate of Service on Defendants filed by Plaintiffs Kayla Goedinghaus, Julia Hubbard. Motion set for hearing on 2/24/2023 at 01:00 PM before Judge Fernando L. Aenlle−Rocha. (Attachments: # 1 Notice of Motion, # 2 Proposed Order) (Schmidt, Matthew) Modified on 2/2/2023 (lc). (Entered: 02/01/2023) |
| 02/01/2023 | Ï 50 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction filed by Defendant Robert Pruitt. Motion set for hearing on 3/10/2023 at 01:30 PM before Judge Fernando L. Aenlle−Rocha. (Attachments: # 1 Declaration Declaration of Defendant Robert L. Pruitt III ISO Motion to Dismiss for Lack of Personal Jurisdiction, # 2 Proposed Order Proposed Order Granting Defendant Robert Pruitt's Motion to Dismiss for Lack of Personal Jurisdiction) (Cook, Philip) (Entered: 02/01/2023) |
| 02/01/2023 | Ï 51 | CERTIFICATE of Interested Parties filed by Defendant Robert Pruitt, identifying Robert Pruitt. (Cook, Philip) (Entered: 02/01/2023) |
| 02/02/2023 | Ï 52 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: NOTICE OF MOTION AND MOTION for Enlargement of Time to File Certificate of Service on Defendants 49 . The following error(s) was/were found: Hearing information is missing, incorrect, or untimely. Please review LR6−1 re 2/24/23 1:00 PM motion hearing. Nevertheless, the Hearing does NOT appear on the pdf documents. It is unclear if filing was to be formal motion or a request for extension of time with its proposed order submitted as a separate attachment. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lc) (Entered: 02/02/2023) |
| 02/02/2023 | Ï 53 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT RE: NOTICE OF MOTION AND MOTION for Enlargement of Time to File Certificate of Service on Defendants 49 by Judge Fernando L. Aenlle−Rocha. The document is stricken. Please refer to CM/ECF No. 52. (lc) (Entered: 02/02/2023) |
| 02/06/2023 | Ï 54 | EX PARTE APPLICATION for Enlargement of Time to File Certificate of Service on Defendants *Dr. Mrugeshkumar Shah, Michael Cain, Philip Ecob, H.J. Cole, Kurt Knewitz, Paul Pendergrass, Ralph Rogers, Richard Butler, Mark Molina, Shawn Mayer, Jade Mayer, Integrity Based Marketing, LLC, Storm Fitness Nutrition, LLC, Ultra Combat Nutrition, LLC, EcoLoft Homes LLC, and Elevated Wellness Partners LLC* filed by Plaintiffs Kayla Goedinghaus, Julia Hubbard. (Attachments: # 1 Proposed Order, # 2 Declaration) (Schmidt, Matthew) (Entered: 02/06/2023) |
| 02/08/2023 | Ï 55 | First NOTICE OF MOTION AND MOTION for Joinder in NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 50 , First NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction filed by Defendant Scott Woods. Motion set for hearing on 3/10/2023 at 01:30 PM before Judge Fernando L. Aenlle−Rocha. (Attachments: # 1 Declaration declaration of def Michael Scott Woods, # 2 Proposed Order Proposed Order Granting def Michael Scott Woods Motion to Dismiss for Lack of Jurisdiction) (Rubaum, David) (Entered: 02/08/2023) |

| | | |
|---|---|---|
| 02/08/2023 | Ï 56 | CERTIFICATE of Interested Parties filed by Defendant Scott Woods, identifying Michael Scott Woods, M.D.. (Rubaum, David) (Entered: 02/08/2023) |
| 02/09/2023 | Ï 57 | ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME TO SERVE DEFENDANTS 54 by Judge Fernando L. Aenlle−Rocha: The court GRANTS PlaintiffsApplication. Plaintiffs shall have a 60−day extension on the time to effectuate service on the Unserved Defendants Defendants Dr. Mrugeshkumar Shah, Michael Cain, Philip Ecob, H.J. Cole, Kurt Knewitz, Paul Pendergrass, Ralph Rogers, Richard Butler, Mark Molina, Shawn Mayer, Jade Mayer, Integrity Based Marketing, LLC, Storm Fitness Nutrition, LLC, Ultra Combat Nutrition, LLC, EcoLoft Homes LLC, and Elevated Wellness Partners LLC, from the date of this Order, up to and including April 10, 2023. (lc) (Entered: 02/09/2023) |
| 02/10/2023 | Ï 58 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 21 days, filed by Plaintiffs Kayla Goedinghaus, Julia Hubbard.. (Attachments: # 1 Exhibit)(Schmidt, Matthew) (Entered: 02/10/2023) |
| 02/13/2023 | Ï 59 | First STIPULATION Extending Time to Answer the complaint as to Benjamin Todd Eller answer now due 3/14/2023, filed by Defendant Benjamin Todd Eller.(Attorney Indira J Cameron−Banks added to party Benjamin Todd Eller(pty:dft))(Cameron−Banks, Indira) (Entered: 02/13/2023) |
| 02/13/2023 | Ï 60 | NOTICE of Appearance filed by attorney Terrence Matthew Jones on behalf of Defendant Benjamin Todd Eller (Attorney Terrence Matthew Jones added to party Benjamin Todd Eller(pty:dft))(Jones, Terrence) (Entered: 02/13/2023) |
| 02/13/2023 | Ï 61 | (IN CHAMBERS) ORDER by Judge Fernando L. Aenlle−Rocha: In light of the extension of time to serve remaining Defendants (Dkt. 57 ), the court CONTINUES the scheduling conference from February 24, 2023, to April 28, 2023, at 1:00 p.m. The parties are ORDERED to file an updated Joint Report at least fourteen days before the conference.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (tf) TEXT ONLY ENTRY (Entered: 02/13/2023) |
| 02/14/2023 | Ï 62 | STIPULATION for Extension of Time to File Answer to March 20, 2023 filed by defendant Melissa Miller.(Attorney David P Pruett added to party Melissa Miller(pty:dft))(Pruett, David) (Entered: 02/14/2023) |
| 02/14/2023 | Ï 63 | STIPULATION Extending Time to Answer the complaint as to Case Grover answer now due 2/23/2023, filed by Defendant Case Grover.(Attorney Justin Michael Marvisi added to party Case Grover(pty:dft))(Marvisi, Justin) (Entered: 02/14/2023) |
| 02/14/2023 | Ï 64 | First STIPULATION Extending Time to Answer the complaint as to RCI Hospitality Holdings, Inc. answer now due 2/27/2023, filed by Defendant RCI Hospitality Holdings, Inc..(Attorney Justin Michael Marvisi added to party RCI Hospitality Holdings, Inc.(pty:dft))(Marvisi, Justin) (Entered: 02/14/2023) |
| 02/14/2023 | Ï 65 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: Notice of Appearance 60 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Notice of Appearance of Withdrawal of Counsel G123.. Notice of Appearance or Withdrawal not dated. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (ak) (Entered: 02/14/2023) |
| 02/15/2023 | Ï 66 | OPPOSITION to NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 50 filed by Plaintiffs Kayla Goedinghaus, Julia Hubbard. (Schmidt, Matthew) (Entered: 02/15/2023) |
| 02/15/2023 | Ï 67 | OPPOSITION to NOTICE OF MOTION AND MOTION to Dismiss Case 26 filed by Plaintiffs Kayla Goedinghaus, Julia Hubbard. (Schmidt, Matthew) (Entered: 02/15/2023) |

| | | |
|---|---|---|
| 02/16/2023 | Ï 68 | STIPULATION Extending Time to Answer the complaint as to Coe Juracek answer now due 3/23/2023, filed by Defendant Coe Juracek.(Attorney Matthew Alexander Bergjans added to party Coe Juracek(pty:dft))(Bergjans, Matthew) (Entered: 02/16/2023) |
| 02/16/2023 | Ï 69 | NOTICE of Interested Parties filed by Defendant Coe Juracek, (Bergjans, Matthew) (Entered: 02/16/2023) |
| 02/16/2023 | Ï 70 | Notice of Appearance or Withdrawal of Counsel: for attorney Diane M. Doolittle counsel for Defendant Coe Juracek. Adding Diane Doolittle as counsel of record for Coe Juracek for the reason indicated in the G−123 Notice. Filed by Defendant Coe Juracek. (Attorney Diane M. Doolittle added to party Coe Juracek(pty:dft))(Doolittle, Diane) (Entered: 02/16/2023) |
| 02/22/2023 | Ï 71 | MEMORANDUM in Opposition to First NOTICE OF MOTION AND MOTION for Joinder in NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 50 First NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 55 filed by Plaintiffs Kayla Goedinghaus, Julia Hubbard. (Schmidt, Matthew) (Entered: 02/22/2023) |
| 02/23/2023 | Ï 72 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *OR IN THE ALTERNATIVE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM* filed by Defendant Casey Grover Case Grover. Motion set for hearing on 3/31/2023 at 01:30 PM before Judge Fernando L. Aenlle−Rocha. (Attachments: # 1 Declaration DECLARATION OF DEFENDANT CASEY GROVER IN SUPPORT OF HIS MOTION TO DISMISS) (Marvisi, Justin) (Entered: 02/23/2023) |
| 02/23/2023 | Ï 73 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *OR IN THE ALTERNATIVE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM* 72 . The following error(s) was/were found: Local Rule 7−1.1 no notice of interested parties. Proposed document was not submitted or was not submitted as a separate attachment. Other error(s) with document(s): No [Prop] Order attached. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lom) (Entered: 02/23/2023) |
| 02/24/2023 | Ï 74 | REPLY to Plaintiff's Opposition to Michael Scott Wood's First NOTICE OF MOTION AND MOTION for Joinder in NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 50 First NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 55 filed by Defendant Scott Woods. (Rubaum, David) (Entered: 02/24/2023) |
| 02/24/2023 | Ï 75 | REPLY in support of NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 50 filed by Defendant Robert Pruitt. (Cook, Philip) (Entered: 02/24/2023) |
| 02/24/2023 | Ï 76 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* filed by Defendant Cody Mitchell. Motion set for hearing on 3/31/2023 at 01:30 PM before Judge Fernando L. Aenlle−Rocha. (Attachments: # 1 Declaration Declaration of Cody Mitchell, # 2 Proposed Order) (Attorney Alec Raymond Simpson, I added to party Cody Mitchell(pty:dft))(Simpson, Alec) (Entered: 02/24/2023) |
| 02/24/2023 | Ï 77 | Notice and Certificate of Interested Parties filed by Defendant Cody Mitchell, (Simpson, Alec) (Entered: 02/24/2023) |
| 02/24/2023 | Ï 78 | (STRICKEN PER 2/27/2023 COURT'S G112B RESPONSE DOCKET NO. 82). NOTICE OF MOTION AND MOTION to AMENDED PROPOSED ORDER TO DOCUMENT 76 NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* 76 filed by Defendant Cody Mitchell. (Simpson, Alec) Modified on 2/27/2023 (lc). (Entered: 02/24/2023) |

| | | |
|---|---|---|
| 02/27/2023 | Ï 79 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: NOTICE OF MOTION AND MOTION to AMENDED PROPOSED ORDER TO DOCUMENT 76 NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* 76 78 . The following error(s) was/were found: Proposed document was not submitted or was not submitted as a separate attachment. Incorrect event selected. Correct event to be used is: SEE BELOW UNDER OTHER. PDF document was NOT a motion, but ONLY the proposed order to pending motion no. 76. Other error(s) with document(s): As an alternative, prepare and e−file a formal Notice of Lodging, to be docketed only under its specific event: Notice of Lodging, to which the formal proposed order is submitted as a Separate Attachment thereto.. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lc) (Entered: 02/27/2023) |
| 02/27/2023 | Ï 80 | DEFENDANTS RCI HOSPITALITY HOLDINGS, INC. AND CASEY GROVERS CERTIFICATE AND NOTICE OF INTERESTED PARTIES (L.R. 7.1−1) of Interested Parties filed by Attorney RCI Hospitality Holdings, Inc., identifying DEFENDANTS RCI HOSPITALITY HOLDINGS, INC. AND CASEY GROVER. (Marvisi, Justin) (Entered: 02/27/2023) |
| 02/27/2023 | Ï 81 | NOTICE OF LODGING filed *[PROPOSED] Order* re NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* 76 (Attachments: # 1 Proposed Order [PROPOSED] Order to Pending Motion No. 76)(Simpson, Alec) (Entered: 02/27/2023) |
| 02/27/2023 | Ï 82 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT RE: NOTICE OF MOTION AND MOTION to AMENDED PROPOSED ORDER TO DOCUMENT 76 NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* 76 78 by Judge Fernando L. Aenlle−Rocha. The document is stricken. OTHER: Proposed document was not submitted or was not submitted as a separate attachment. Incorrect event selected. PDF document was NOT a motion, but ONLY the proposed order to pending Motion No. 76. It is noted the Filer filed a Notice of Lodging at CM/ECF No. 81. It is noted the Filer filed a Notice of Interested Parties at CM/ECF No. 80. (lc) (Entered: 02/27/2023) |
| 02/27/2023 | Ï 83 | NOTICE OF MOTION AND MOTION to Dismiss *FOR LACK OF PERSONAL JURISDICTION, OR IN THE ALTERNATIVE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM* filed by Defendant RCI Hospitality Holdings, Inc. RCI Hospitality Holdings, Inc.. Motion set for hearing on 4/7/2023 at 01:30 PM before Judge Fernando L. Aenlle−Rocha. (Attachments: # 1 Declaration DECLARATION OF SCOTT SHERMAN IN SUPPORT OF DEFENDANT RCI HOSPITALITY HOLDINGS, INC.S MOTION TO DISMISS, # 2 Proposed Order [PROPOSED] ORDER GRANTING DEFENDANT RCI HOSPITALITY HOLDINGS, INC.S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR IN THE ALTERNATIVE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [DKT. 83 ]) (Marvisi, Justin) (Entered: 02/27/2023) |
| 02/27/2023 | Ï 84 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT RE: NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *OR IN THE ALTERNATIVE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM* 72 by Judge Fernando L. Aenlle−Rocha. A notice of interested parties shall be filed no later than 5 days from entry of this Order. OTHER: The Filer shall lodge a Proposed Order. (lc) (Entered: 02/27/2023) |
| 02/27/2023 | Ï 85 | NOTICE OF LODGING filed re NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *OR IN THE ALTERNATIVE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM* 72 (Attachments: # 1 Proposed Order [PROPOSED] ORDER GRANTING DEFENDANT CASEY GROVERS MOTION TO DISMISS FOR LACK OF PERSONAL |

| | | |
|---|---|---|
| | | JURISDICTION, OR IN THE ALTERNATIVE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [DKT. 72])(Marvisi, Justin) (Entered: 02/27/2023) |
| 03/06/2023 | Ï 86 | (IN CHAMBERS) ORDER CONTINUING MOTION OF DEFENDANT ROBERT PRUITT TO DISMISS FOR LACK OF PERSONAL JURISDICTION (DKT. 50 ), MOTION OF DEFENDANT MICHAEL SCOTT WOODS TO DISMISS (DKT. 55 ), AND MOTION OF DEFENDANT TRAMMELL S. CROW, JR. TO DISMISS (DKT. 26 ) by Judge Fernando L. Aenlle−Rocha: The court on its own motion, continues the motions from March 10, 2023, and March 24, 2023 respectively, to March 31, 2023, at 1:30 p.m. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (tf) TEXT ONLY ENTRY (Entered: 03/06/2023) |
| 03/06/2023 | Ï 87 | ORDER TO SHOW CAUSE THAT PARTIES SHOW CAUSE IN WRITING BY MARCH 24, 2023 WHY THIS ACTION SHOULD NOT BE TRANSFERRED TO US DISTRICT COURT IN TEXAS PURSUANT TO 2 USC 1404(a). THE PARTIES MAY FILE ONE BRIEF PER SIDE, WHICH SHALL NOT EXCEED 15 PAGES PER BRIEF by Judge Fernando L. Aenlle−Rocha. (lc) (Entered: 03/06/2023) |
| 03/10/2023 | Ï 88 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *OR IN THE ALTERNATIVE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM* 72 filed by Plaintiffs Kayla Goedinghaus, Julia Hubbard. (Attachments: # 1 Proposed Order)(Schmidt, Matthew) (Entered: 03/10/2023) |
| 03/10/2023 | Ï 89 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* 76 filed by Plaintiffs Kayla Goedinghaus, Julia Hubbard. (Attachments: # 1 Proposed Order)(Schmidt, Matthew) (Entered: 03/10/2023) |
| 03/10/2023 | Ï 90 | REPLY IN SUPPORT OF NOTICE OF MOTION AND MOTION to Dismiss Case 26 filed by Defendant Trammell S Crow, Jr.. (Hawxhurst, Gerald) (Entered: 03/10/2023) |
| 03/13/2023 | Ï 91 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiffs Kayla Goedinghaus, Julia Hubbard. (Attachments: # 1 Exhibit Complaint, # 2 Exhibit List of Defendants to be Served)(Schmidt, Matthew) (Entered: 03/13/2023) |
| 03/14/2023 | Ï 92 | NOTICE OF DEFICIENCIES in Request to Issue Summons RE: Summons Request 91 . The following error(s) was found: The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write see attached.Next, attach a face page of the complaint or a second page addendum to the Summons. Filer ERRONEOUSLY ATTACHED the pdf of the 64 PAGE COMPLAINT with active electronic headers intact thus making making current electronic headers illegible. Please ONLY ATTACH a Clean PDF of the FULL CAPTION PAGE of the Complaint for the attachment 1" when resubmitting the summons request. The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your request. (lc) (Entered: 03/14/2023) |
| 03/15/2023 | Ï 93 | NOTICE OF MOTION AND MOTION to Dismiss Complaint filed by defendant Benjamin Todd Eller. Motion set for hearing on 4/28/2023 at 01:30 PM before Judge Fernando L. Aenlle−Rocha. (Attachments: # 1 Proposed Order) (Cameron−Banks, Indira) (Entered: 03/15/2023) |
| 03/15/2023 | Ï 94 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiffs Kayla Goedinghaus, Julia Hubbard. (Attachments: # 1 Exhibit, # 2 Exhibit)(Schmidt, Matthew) (Entered: 03/15/2023) |
| 03/15/2023 | Ï 95 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to defendants Richard Butler, Michael Cain, H.J. Cole, EcoLoft Homes LLC, Philip Ecob, Elevated Wellness Partners LLC, Integrity Based Marketing, LLC, Kurt Knewitz, Jade Mayer, Shawn Mayer, Mark Molina, Paul Pendergrass, Ralph Rogers, Mrugeshkumar Shah, Storm Fitness Nutrition, LLC, Ultra Combat Nutrition, LLC. (lc) (Entered: 03/15/2023) |

| | | |
|---|---|---|
| 03/15/2023 | Ï 96 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: Benjamin Todd Eller's NOTICE OF MOTION AND MOTION to Dismiss Complaint 93 . The following error(s) was/were found: Local Rule 7−1.1 no notice of interested parties. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lc) (Entered: 03/15/2023) |
| 03/16/2023 | Ï 97 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT RE: NOTICE OF MOTION AND MOTION to Dismiss Complaint 93 by Judge Fernando L. Aenlle−Rocha. A notice of interested parties shall be filed no later than 5 days from entry of this Order. (lc) (Entered: 03/16/2023) |
| 03/17/2023 | Ï 98 | NOTICE of Interested Parties filed by Defendant Benjamin Todd Eller, (Cameron−Banks, Indira) (Entered: 03/17/2023) |
| 03/17/2023 | Ï 99 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Dismiss *FOR LACK OF PERSONAL JURISDICTION, OR IN THE ALTERNATIVE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM* 83 filed by Plaintiffs Kayla Goedinghaus, Julia Hubbard. (Attachments: # 1 Proposed Order)(Schmidt, Matthew) (Entered: 03/17/2023) |
| 03/17/2023 | Ï 100 | REPLY DEFENDANT CASEY GROVERS REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR IN THE ALTERNATIVE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *OR IN THE ALTERNATIVE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM* 72 filed by Defendant Case Grover. (Marvisi, Justin) (Entered: 03/17/2023) |
| 03/17/2023 | Ï 101 | REPLY In Support of NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* 76 filed by Defendant Cody Mitchell. (Simpson, Alec) (Entered: 03/17/2023) |
| 03/20/2023 | Ï 102 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction filed by defendant Melissa Miller. Motion set for hearing on 4/28/2023 at 01:30 PM before Judge Fernando L. Aenlle−Rocha. (Attachments: # 1 Declaration In Support of Motion to Dismiss, # 2 Proposed Order, # 3 Supplement) (Pruett, David) (Entered: 03/20/2023) |
| 03/21/2023 | Ï 103 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: ATTACHMENT OF SUPPLEMENT ONLY TO THE NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction [102−3] by Melissa Mille. The following error(s) was/were found: Local Rule 7−1.1 Notice of interested party was submitted as an attachment, instead of being filed under its own specific event: Notice: Certificate/Notice of Interested Parties Other error(s) with document(s): Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lc) (Entered: 03/21/2023) |
| 03/22/2023 | Ï 104 | NOTICE of Interested Parties filed by defendant Melissa Miller, (Pruett, David) (Entered: 03/22/2023) |
| 03/23/2023 | Ï 105 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* filed by Defendant Coe Juracek. Motion set for hearing on 4/28/2023 at 01:30 PM before Judge Fernando L. Aenlle−Rocha. (Attachments: # 1 Proposed Order) (Doolittle, Diane) (Entered: 03/23/2023) |
| 03/24/2023 | Ï 106 | REPLY DEFENDANT RCI HOSPITALITY HOLDINGS, INC.S REPLY IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR, IN THE |

| | | |
|---|---|---|
| | | ALTERNATIVE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Defendant RCI Hospitality Holdings, Inc.. (Marvisi, Justin) (Entered: 03/24/2023) |
| 03/24/2023 | 107 | RESPONSE filed by Plaintiffs Kayla Goedinghaus, Julia Hubbardto Order to Show Cause, 87 (Attachments: # 1 Declaration, # 2 Exhibit)(Schmidt, Matthew) (Entered: 03/24/2023) |
| 03/24/2023 | 108 | STATEMENT Separate Statement of Facts filed by Defendant Benjamin Todd Eller (Attachments: # 1 Declaration Declarationn of Indira J. Cameron−Banks, # 2 Declaration Declaration of Benjamin Todd Eller, # 3 Exhibit Exhibit A, # 4 Exhibit Exhibit B, part 1, # 5 Exhibit Exhibit B, part 2, # 6 Exhibit Exhibit B, part 3, # 7 Exhibit Exhibit C)(Cameron−Banks, Indira) (Entered: 03/24/2023) |
| 03/24/2023 | 109 | RESPONSE filed by Defendant Trammell S Crow, Jr.to Order to Show Cause, 87 , *on behalf of all Defendants who have appeared* (Hawxhurst, Gerald) (Entered: 03/24/2023) |
| 03/27/2023 | 110 | (IN CHAMBERS) ORDER CONTINUING MOTION OF DEFENDANT ROBERT PRUITT TO DISMISS (DKT. 50 ), MOTION OF DEFENDANT MICHAEL SCOTT WOODS TO DISMISS (DKT. 55 ), MOTION OF TRAMMELL S. CROW, JR.'S TO DISMISS (DKT. 26 ), MOTION OF DEFENDANT CODY MITCHELL TO DISMISS (DKT. 76 ), MOTION OF DEFENDANT CASEY GROVER AND CASE GROVER TO DISMISS (DKT. 72 ), AND MOTION OF DEFENDANT RCI HOSPITALITY HOLDINGS, INC. TO DISMISS 9DKT. 83 ) by Judge Fernando L. Aenlle−Rocha: The court on its own motion, continues the Motions to Dismiss from March 31, 2023, and April 7, 2023 to April 28, 2023, at 1:30 p.m. in courtroom 6B. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (tf) TEXT ONLY ENTRY (Entered: 03/27/2023) |
| 04/07/2023 | 111 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Dismiss Complaint 93 filed by Plaintiffs Kayla Goedinghaus, Julia Hubbard. (Attachments: # 1 Proposed Order)(Schmidt, Matthew) (Entered: 04/07/2023) |
| 04/07/2023 | 112 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 102 filed by Plaintiffs Kayla Goedinghaus, Julia Hubbard. (Attachments: # 1 Proposed Order)(Schmidt, Matthew) (Entered: 04/07/2023) |
| 04/07/2023 | 113 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* 105 filed by Plaintiffs Kayla Goedinghaus, Julia Hubbard. (Attachments: # 1 Proposed Order)(Schmidt, Matthew) (Entered: 04/07/2023) |
| 04/10/2023 | 114 | EX PARTE APPLICATION for Enlargement of Time to File filed by Plaintiffs Kayla Goedinghaus, Julia Hubbard. (Attachments: # 1 Exhibit A, # 2 Proposed Order) (Schmidt, Matthew) (Entered: 04/10/2023) |
| 04/14/2023 | 115 | REPLY NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction 102 filed by Defendant Melissa Miller. (Pruett, David) (Entered: 04/14/2023) |
| 04/14/2023 | 116 | REPLY In Support of NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* 105 filed by Defendant Coe Juracek. (Doolittle, Diane) (Entered: 04/14/2023) |
| 04/14/2023 | 117 | (STRICKEN PER 4/18/2023 COURT'S G112B RESPONSE DOCKET NO. 125). APPLICATION of Non−Resident Attorney Adam J. DiClemente to Appear Pro Hac Vice on behalf of Defendant Coe Juracek (Pro Hac Vice Fee − $500 Fee Paid, Receipt No. ACACDC−35140482) filed by Defendant Coe Juracek. (Attachments: # 1 Exhibit 1 − Certificate of Good Standing, District of Columbia Bar, # 2 Exhibit 2 − Certificate of Good Standing, New York Bar, # 3 Proposed Order) (Bergjans, Matthew) Modified on 4/18/2023 (lc). (Entered: 04/14/2023) |

| 04/14/2023 | 118 | JOINT REPORT of Rule 26(f) Discovery Plan filed by Plaintiffs Kayla Goedinghaus, Julia Hubbard. (Attachments: # 1 Exhibit)(Schmidt, Matthew) (Entered: 04/14/2023) |
|---|---|---|
| 04/14/2023 | 119 | REPLY Support of Motion to Dismiss the Complaint NOTICE OF MOTION AND MOTION to Dismiss Complaint 93 filed by Defendant Benjamin Todd Eller. (Cameron−Banks, Indira) (Entered: 04/14/2023) |
| 04/17/2023 | 120 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: Report 118 by plaintiff. The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Joint Report Rule 26(f) Discovery Plan. Other error(s) with document(s): Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lc) (Entered: 04/17/2023) |
| 04/17/2023 | 121 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: Benjamin Todd Eller's Reply (Motion related) 119 . The following error(s) was/were found: Filer case has incorrect initials for Judge Fernando L. Aenlle−Rocha as "FAR" instead of "FLA". This is the second filing with incorrect initials (first one is docket no. 108). Other error(s) with document(s): Refer to Notice of Reassignment of 12/2/2022, docket no. 23... In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lc) (Entered: 04/17/2023) |
| 04/17/2023 | 122 | ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' APPLICATION FORALTERNATIVE SERVICE AND EXTENSION OF TIME TO SERVE DEFENDANT KURT KNEWITZ 114 by Judge Fernando L. Aenlle−Rocha: Plaintiffs shall have a 60− day extension on the time to effectuate service on Knewitz pursuant to Rule 4(e)(1), from the date of this Order, up to and including June 13, 2023. The court DENIESPlaintiffs' request for alternate service without prejudice. (lc) (Entered: 04/17/2023) |
| 04/17/2023 | 123 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non−Resident Attorney Adam J. DiClemente to Appear Pro Hac Vice on behalf of Defendant Coe Juracek (Pro Hac Vice Fee − $500 Fee Paid, Receipt No. ACACDC−35140482) 117 . The following error(s) was/were found: Local Rule 5−4.3.4 Application not hand−signed. Proposed Order has not been flattened and is causing a corruption with the filing. Other error(s) with document(s): Please note that electronic, image or stamp signatures are not allowed for either applicant or local counsel. See Instructions for Applicants (1). (lt) (Entered: 04/17/2023) |
| 04/17/2023 | 124 | Corrected APPLICATION of Non−Resident Attorney Adam J. DiClemente to Appear Pro Hac Vice on behalf of Defendant Coe Juracek (Pro Hac Vice Fee − $500 Previously Paid on 4/14/2023, Receipt No. 35140482) filed by Defendant Coe Juracek. (Attachments: # 1 Exhibit 1 – Certificate of Good Standing, District of Columbia Bar, # 2 Exhibit 2 – Certificate of Good Standing, New York Bar, # 3 Proposed Order Granting Application) (Bergjans, Matthew) (Entered: 04/17/2023) |
| 04/18/2023 | 125 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT RE: APPLICATION of Non−Resident Attorney Adam J. DiClemente to Appear Pro Hac Vice on behalf of Defendant Coe Juracek (Pro Hac Vice Fee − $500 Fee Paid, Receipt No. ACACDC−35140482) 117 by Judge Fernando L. Aenlle−Rocha. The document is stricken. (lc) (Entered: 04/18/2023) |
| 04/18/2023 | 126 | ORDER GRANTING APPLICATION of Non−Resident Attorney Adam J. DiClemente to Appear Pro Hac Vice on behalf of Defendant Coe Juracek and designating Alex Bergians as local counsel 124 by Judge Fernando L. Aenlle−Rocha. (lc) (Entered: 04/18/2023) |

| | | |
|---|---|---|
| 04/25/2023 | 127 | (IN CHAMBERS) ORDER TAKING MOTIONS OF DEFENDANTS TRAMMELL S. CROW, JR. (DKT. 26 ), ROBERT PRUITT (DKT. 50 ), SCOTT WOODS (DKT. 55 ), CASEY GROVER, CASE GROVER (DKT. 72 ), CODY MITCHELL (DKT. 76 ), RCI HOSPITALITY HOLDING, INC. (DKT. 83 ), BENJAMIN TODD ELLER (DKT. 93 ), MELISSA MILLER (DKT. 102 ), AND COE JURACEK (DKT. 105 ) UNDER SUBMISSION by Judge Fernando L. Aenlle−Rocha: The court finds that these Motions to Dismiss currently scheduled for hearing on April 28, 2023, are appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. L.R. 7−15. Accordingly, these motions are taken UNDER SUBMISSION and the hearing is vacated as the the motions only. The court expects the parties to continue litigating this action diligently, while awaiting the court's ruling on this motion. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (tf) TEXT ONLY ENTRY (Entered: 04/25/2023) |
| 04/25/2023 | 128 | (IN CHAMBERS) ORDER VACATING SCHEDULING CONFERENCE by Judge Fernando L. Aenlle−Rocha: On the court's own motion, the Scheduling Conference currently set for hearing on April 28, 2023 is hereby VACATED with the hearing to be reset after the court rules on the Order to Show Cause and Defendants' Motions to Dismiss. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (tf) TEXT ONLY ENTRY (Entered: 04/25/2023) |
| 04/25/2023 | 129 | (IN CHAMBERS) ORDER by Judge Fernando L. Aenlle−Rocha: The court sets its March 6, 2023 Order to Show Cause (Dkt. 87 ) for an in−person hearing on April 28, 2023, at 1:30 p.m. in Courtroom 6B.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (tf) TEXT ONLY ENTRY (Entered: 04/25/2023) |
| 04/26/2023 | 130 | (IN CHAMBERS) ORDER ADVANCING TIME FOR HEARING ON ORDER TO SHOW CAUSE by Judge Fernando L. Aenlle−Rocha. The Order to Show Cause hearing is advanced from 1:30 p.m. to 11:00 a.m. on April 28, 2023 in courtroom 6B. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (tf) TEXT ONLY ENTRY (Entered: 04/26/2023) |
| 04/28/2023 | 131 | MINUTES OF Show Cause Hearing held before Judge Fernando L. Aenlle−Rocha: ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE TRANSFERRED 87 . The court invites the parties to argue. Following discussions with counsel, the matter stands submitted and written order to issue. Court Reporter: Terri Hourigan. (lc) (Entered: 05/01/2023) |
| 05/05/2023 | 132 | ORDER TRANSFERRING ACTION AND DENYING DEFENDANTS' MOTIONS TO DISMISS AS MOOT [26, 50 , 55 , 72 , 76 , 83 , 93 , 102 , 105 by Judge Fernando L. Aenlle−Rocha: court TRANSFERS the action to theWestern District of Texas, pursuant to 28 U.S.C. § 1404(a), and RECOMMENDS theaction be assigned to the San Antonio Division pursuant to the parties request.The court DENIES Responding Defendants request for a ruling on the Motionsto Dismiss filed by Crow, (Dkt. 26), Pruitt (Dkt. 50), Woods (Dkt. 55), Grover (Dkt. 72), Mitchell (Dkt. 76), RCI (Dkt. 83), Eller (Dkt. 93), Miller (Dkt. 102), and Juracek (Dkt. 105). These Motions are DENIED without prejudice as moot. Defendants may file renewed Motions to Dismiss within thirty (30) days of the acknowledgement of receipt of this action by the Western District of Texas, unless that court orders otherwise. (Made JS−6. Case Terminated.). (Case electronically sent to USDC Western District of Texas on 5/5/2023. (lc) (Entered: 05/05/2023) |