

| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| **PHILIP J. DEVLIN**<br>CLERK OF COURT | **WESTERN DISTRICT OF TEXAS**<br>262 W. Nueva St. Rm. 1-400<br>San Antonio, Texas 78207 | **ANNETTE FRENCH**<br>CHIEF DEPUTY |

May 10, 2023

John G. Balestriere
Balestriere Fariello
225 Broadway, 29th Floor
New York, NY 10007

RE:  Civil Case No. SA-23-CV-00580-FB
     Julia Hubbard et al v. Trammell S. Crow, Jr. et al

Dear Counsel:

Our records indicate you are not admitted to practice in this Court. The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding. Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case. If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel. (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

Sincerely,
PHILIP J. DEVLIN, CLERK

United States District Court

By: _____
Natasha A. Martinez, Deputy Clerk

cc: all counsel



| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| PHILIP J. DEVLIN<br>CLERK OF COURT | WESTERN DISTRICT OF TEXAS<br>262 W. Nueva St. Rm. 1-400<br>San Antonio, Texas 78207 | ANNETTE FRENCH<br>CHIEF DEPUTY |

May 10, 2023

Matthew Alexander Bergjans
Quinn Emanuel Urquhart and Sullivan LLP
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017

RE:  Civil Case No. SA-23-CV-00580-FB
     Julia Hubbard et al v. Trammell S. Crow, Jr. et al

Dear Counsel:

Our records indicate you are not admitted to practice in this Court. The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding. Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case. If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel. (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

Sincerely,
PHILIP J. DEVLIN, CLERK

United States District Court

By: _____
    Natasha A. Martinez, Deputy Clerk

cc: all counsel



| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| **PHILIP J. DEVLIN**<br>**CLERK OF COURT** | **WESTERN DISTRICT OF TEXAS**<br>262 W. Nueva St. Rm. 1-400<br>San Antonio, Texas 78207 | **ANNETTE FRENCH**<br>**CHIEF DEPUTY** |

<div align="center">May 10, 2023</div>

Indira J Cameron-Banks
Cameron Jones LLP
8383 Wilshire Boulevard Suite 800
Beverly Hills, CA 90211

**RE**: Civil Case No. SA-23-CV-00580-FB
Julia Hubbard et al v. Trammell S. Crow, Jr. et al

Dear Counsel:

Our records indicate you are not admitted to practice in this Court. The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding. Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case. If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel. (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

> Sincerely,
> PHILIP J. DEVLIN, CLERK
>
> United States District Court
>
> By: _____
> Natasha A. Martinez, Deputy Clerk

cc: all counsel



| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| **PHILIP J. DEVLIN**<br>**CLERK OF COURT** | **WESTERN DISTRICT OF TEXAS**<br>262 W. Nueva St. Rm. 1-400<br>San Antonio, Texas 78207 | **ANNETTE FRENCH**<br>**CHIEF DEPUTY** |

May 10, 2023

Phillip E. Cook
Jones, Day, Reavis & Pogue
555 West Fifth Street
Suite 4600
Los Angeles, CA 90013-1025

**RE**:  Civil Case No. SA-23-CV-00580-FB
   Julia Hubbard et al v. Trammell S. Crow, Jr. et al

Dear Counsel:

Our records indicate you are not admitted to practice in this Court.  The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding.  Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case.  If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel.  (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

Sincerely,
PHILIP J. DEVLIN, CLERK

United States District Court

By:_____/s/ Natasha A. Martinez_____
   Natasha A. Martinez, Deputy Clerk

cc: all counsel



**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS**
262 W. Nueva St. Rm. 1-400
San Antonio, Texas 78207

PHILIP J. DEVLIN
CLERK OF COURT

ANNETTE FRENCH
CHIEF DEPUTY

**May 10, 2023**

Adam J. DiClemente
Quinn Emanuel Urquhart and Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

**RE**:  Civil Case No. SA-23-CV-00580-FB
Julia Hubbard et al v. Trammell S. Crow, Jr. et al

Dear Counsel:

Our records indicate you are not admitted to practice in this Court.  The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding.  Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case.  If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov.  If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel.  (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

Sincerely,
PHILIP J. DEVLIN, CLERK

United States District Court

By: _____
Natasha A. Martinez, Deputy Clerk

cc: all counsel



**PHILIP J. DEVLIN**
**CLERK OF COURT**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
262 W. Nueva St. Rm. 1-400
San Antonio, Texas 78207

**ANNETTE FRENCH**
**CHIEF DEPUTY**

**May 10, 2023**

**Diane M. Doolittle**
**Quinn Emanuel Urquhart Oliver and Hedges**
**555 Twin Dolphin Drive, 5th Floor**
**Redwood Shores, CA 94065**

**RE**:  Civil Case No. SA-23-CV-00580-FB
Julia Hubbard et al v. Trammell S. Crow, Jr. et al

Dear Counsel:

Our records indicate you are not admitted to practice in this Court.  The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding.  Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case.  If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel.  (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

Sincerely,
PHILIP J. DEVLIN, CLERK

United States District Court

By: _____
Natasha A. Martinez, Deputy Clerk

cc: all counsel



**PHILIP J. DEVLIN**
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
262 W. Nueva St. Rm. 1-400
San Antonio, Texas 78207

**ANNETTE FRENCH**
CHIEF DEPUTY

May 10, 2023

Kyle DeWitt Foltyn-Smith
Hawxhurst Harris LLP
11111 Santa Monica Boulevard Suite 620
Los Angeles, CA 90015

**RE**: Civil Case No. SA-23-CV-00580-FB
Julia Hubbard et al v. Trammell S. Crow, Jr. et al

Dear Counsel:

Our records indicate you are not admitted to practice in this Court. The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding. Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case. If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel. (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

Sincerely,
PHILIP J. DEVLIN, CLERK

United States District Court

By: _____
Natasha A. Martinez, Deputy Clerk

cc: all counsel



| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| **PHILIP J. DEVLIN**<br>**CLERK OF COURT** | **WESTERN DISTRICT OF TEXAS**<br>262 W. Nueva St. Rm. 1-400<br>San Antonio, Texas 78207 | **ANNETTE FRENCH**<br>**CHIEF DEPUTY** |

**May 10, 2023**

Terrence Matthew Jones
Cameron Jones LLP
8383 Wilshire Boulevard Suite 800
Beverly Hills, CA 90211

**RE**:  Civil Case No. SA-23-CV-00580-FB
       Julia Hubbard et al v. Trammell S. Crow, Jr. et al

Dear Counsel:

Our records indicate you are not admitted to practice in this Court.  The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding.  Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case.  If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel.  (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

                              Sincerely,
                              PHILIP J. DEVLIN, CLERK

                              United States District Court

                         By:_____
                              Natasha A. Martinez, Deputy Clerk

cc: all counsel



| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| **PHILIP J. DEVLIN**<br>CLERK OF COURT | **WESTERN DISTRICT OF TEXAS**<br>262 W. Nueva St. Rm. 1-400<br>San Antonio, Texas 78207 | **ANNETTE FRENCH**<br>CHIEF DEPUTY |

**May 10, 2023**

Olivia Hyejun Kim
Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA 90071

**RE**:  Civil Case No. SA-23-CV-00580-FB
Julia Hubbard et al v. Trammell S. Crow, Jr. et al

Dear Counsel:

Our records indicate you are not admitted to practice in this Court.  The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding.  Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case.  If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel.  (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

Sincerely,
PHILIP J. DEVLIN, CLERK

United States District Court

By:_____
Natasha A. Martinez, Deputy Clerk

cc: all counsel

Case 5:23-cv-00580-FB   Document 134   Filed 05/10/23   Page 10 of 17



| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| **PHILIP J. DEVLIN**<br>**CLERK OF COURT** | **WESTERN DISTRICT OF TEXAS**<br>262 W. Nueva St. Rm. 1-400<br>San Antonio, Texas 78207 | **ANNETTE FRENCH**<br>**CHIEF DEPUTY** |

**May 10, 2023**

Justin Michael Marvisi
Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA 90071

**RE**: Civil Case No. SA-23-CV-00580-FB
Julia Hubbard et al v. Trammell S. Crow, Jr. et al

Dear Counsel:

Our records indicate you are not admitted to practice in this Court. The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding. Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case. If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel. (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

Sincerely,
PHILIP J. DEVLIN, CLERK

United States District Court

By: _____
Natasha A. Martinez, Deputy Clerk

cc: all counsel



**PHILIP J. DEVLIN**
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
262 W. Nueva St. Rm. 1-400
San Antonio, Texas 78207

**ANNETTE FRENCH**
CHIEF DEPUTY

**May 10, 2023**

Anastasia Kinney Mazzella
Kabateck LLP
633 West 5th Street Suite 3200
Los Angeles, CA 90071

**RE**:  Civil Case No. SA-23-CV-00580-FB
Julia Hubbard et al v. Trammell S. Crow, Jr. et al

Dear Counsel:

Our records indicate you are not admitted to practice in this Court.  The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding.  Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case.  If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel.  (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

Sincerely,
PHILIP J. DEVLIN, CLERK

United States District Court

By: _____
Natasha A. Martinez, Deputy Clerk

cc: all counsel



**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS**
262 W. Nueva St. Rm. 1-400
San Antonio, Texas 78207

| | | |
|---|---|---|
| **PHILIP J. DEVLIN**<br>CLERK OF COURT | | **ANNETTE FRENCH**<br>CHIEF DEPUTY |

**May 10, 2023**

Patrick Bryan Nichols
Hawxhurst Harris LLP
11111 Santa Monica Boulevard Suite 620
Los Angeles, CA 90025

**RE**:  Civil Case No. SA-23-CV-00580-FB
Julia Hubbard et al v. Trammell S. Crow, Jr. et al

Dear Counsel:

Our records indicate you are not admitted to practice in this Court.  The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding.  Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case.  If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov.  If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel.  (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

Sincerely,
PHILIP J. DEVLIN, CLERK

United States District Court

By:_____
Natasha A. Martinez, Deputy Clerk

cc: all counsel



**PHILIP J. DEVLIN**
**CLERK OF COURT**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
262 W. Nueva St. Rm. 1-400
San Antonio, Texas 78207

**ANNETTE FRENCH**
**CHIEF DEPUTY**

May 10, 2023

David P Pruett
Carroll Kelly Trotter and Franzen
111 West Ocean Boulevard 14th Floor
P O Box 22636
Long Beach, CA 90801-5636

**RE**: Civil Case No. SA-23-CV-00580-FB
Julia Hubbard et al v. Trammell S. Crow, Jr. et al

Dear Counsel:

Our records indicate you are not admitted to practice in this Court. The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding. Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case. If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel. (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

Sincerely,
PHILIP J. DEVLIN, CLERK

United States District Court

By: _____
Natasha A. Martinez, Deputy Clerk

cc: all counsel



**PHILIP J. DEVLIN**
**CLERK OF COURT**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
262 W. Nueva St. Rm. 1-400
San Antonio, Texas 78207

**ANNETTE FRENCH**
**CHIEF DEPUTY**

**May 10, 2023**

**David Jonathan Rubaum**
**Wood Smith Henning Berman LLP**
**10960 Wilshire Boulevard 18th Floor**
**Los Angeles, CA 90024**

**RE**:  Civil Case No. SA-23-CV-00580-FB
Julia Hubbard et al v. Trammell S. Crow, Jr. et al

Dear Counsel:

Our records indicate you are not admitted to practice in this Court.  The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding.  Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case.  If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel.  (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

Sincerely,
PHILIP J. DEVLIN, CLERK

United States District Court

By: _____
Natasha A. Martinez, Deputy Clerk

cc: all counsel



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
262 W. Nueva St. Rm. 1-400
San Antonio, Texas 78207

**PHILIP J. DEVLIN**
**CLERK OF COURT**

**ANNETTE FRENCH**
**CHIEF DEPUTY**

**May 10, 2023**

Matthew W. Schmidt
Balestriere Fariello
225 Broadway, 29th Floor
New York, NY 10007

**RE**:  Civil Case No. SA-23-CV-00580-FB
     Julia Hubbard et al v. Trammell S. Crow, Jr. et al

Dear Counsel:

Our records indicate you are not admitted to practice in this Court. The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding. Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case. If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel. (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

Sincerely,
PHILIP J. DEVLIN, CLERK

United States District Court

By:_____
    Natasha A. Martinez, Deputy Clerk

cc: all counsel



**PHILIP J. DEVLIN**
**CLERK OF COURT**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
262 W. Nueva St. Rm. 1-400
San Antonio, Texas 78207

**ANNETTE FRENCH**
**CHIEF DEPUTY**

**May 10, 2023**

**Delmar Shariff Thomas**
**Yukevich Calfo & Cavanaugh LLP**
**355 South Grand Avenue 15th Floor**
**Los Angeles, CA 90071-1560**

**RE**:  Civil Case No. SA-23-CV-00580-FB
Julia Hubbard et al v. Trammell S. Crow, Jr. et al

Dear Counsel:

Our records indicate you are not admitted to practice in this Court.  The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding.  Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case.  If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov.  If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel.  (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

Sincerely,
PHILIP J. DEVLIN, CLERK

United States District Court

By:_____
Natasha A. Martinez, Deputy Clerk

cc: all counsel



**PHILIP J. DEVLIN**
**CLERK OF COURT**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
262 W. Nueva St. Rm. 1-400
San Antonio, Texas 78207

**ANNETTE FRENCH**
**CHIEF DEPUTY**

**May 10, 2023**

Michael John Trotter
Caroll Kelly Trotter Franzen McBride and Peabody
111 West Ocean Boulevard 14th Floor
P O Box 22636
Long Beach, CA 90801-5636

**RE**:  Civil Case No. SA-23-CV-00580-FB
Julia Hubbard et al v. Trammell S. Crow, Jr. et al

Dear Counsel:

Our records indicate you are not admitted to practice in this Court.  The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding.  Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case.  If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel.  (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

Sincerely,
PHILIP J. DEVLIN, CLERK

United States District Court

By:_____
Natasha A. Martinez, Deputy Clerk

cc: all counsel