IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JULIA HUBBARD, and KAYLA GOEDINGHAUS,** | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| V. | ) ) | CIVIL ACTION NO. SA-23-CA-580-FB |
| **TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; JOSEPH BOLIN; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; PAUL PENDERGRASS; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MARK MOLINA; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; RCI HOSPITALITY HOLDINGS, INC.; INTEGRITY BASED MARKETING, LLC; STORM FITNESS NUTRITION, LLC; ULTRA COMBAT NUTRITION, LLC; ECOLOFT HOMES LLC; ELEVATED WELLNESS PARTNERS LLC; DOE INDIVIDUALS 1-20; and DOE COMPANIES 21-30,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

Before the Court is the Motion for Admission *Pro Hac Vice* (docket no. 136) filed on May 30, 2023, by attorney John G. Balestriere seeking authorization to appear in this case *pro hac vice* on behalf of Plaintiffs. Mr. Balestriere is a member in good standing with the Bar of the State of New York and is admitted to practice before the United States District Court for the Southern District of New York and the Second Circuit Court of Appeals.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any

case. This Court has, however, made an exception for out-of-district counsel if their practice in the Western District is limited to one or two cases. The motion reveals this is Mr. Balestriere's first application to appear *pro hac vice* in the Western District of Texas. Therefore, after due consideration, the Court is of the opinion the motion should be granted such that John G. Balestriere may appear in this case *pro hac vice*.

IT IS THEREFORE ORDERED that the Motion for Admission *Pro Hac Vice* (docket no. 136) is GRANTED such that John G. Balestriere may appear *pro hac vice* in this case. The Court further ORDERS Mr. Balestriere to become familiar with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas.

IT IS FURTHER ORDERED that John G. Balestriere immediately tender the amount of $100.00, payable to Clerk, U.S. District Court, in compliance with Western District of Texas Local Rule AT-1(f)(2), if he has not already done so.

IT IS FINALLY ORDERED that John G. Balestriere, pursuant to Section 6 of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, must register as a filing user within ten (10) days of this Order, if he has not already done so. Mr. Balestriere's *pro hac vice* status shall not take effect until he has complied with all of the requirements contained in this Order.

It is so ORDERED.

SIGNED this 1st day of June, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE