UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS, | § § § | |
| Plaintiffs, | § § | Case No. 5:23-cv-00580-FB |
| v. | § § | |
| TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUIT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARC MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STPORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLIFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1–20, and DOE COMPANIES 21–30 | § § § § § § § § § § § § § § § § § § § § § | Judge: Hon. Fred Biery Courtroom: 8509 Date Action Filed: May 8, 2023 (transferred) |
| Defendants. | § § | |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Defendant Trammell S. Crow, Jr. ("Crow") requests leave to exceed the Court's page limits

and permit Crow to file a motion to dismiss that is up to twenty-seven (27) pages long.

Pursuant to Local Rule CV-7(D), parties are limited to twenty (20) pages for non-discovery

motions. Plaintiffs' Complaint is 64 pages long, asserts claims against twenty-nine named

individuals (plus additional unnamed individuals and companies), and asserts four causes of action against all defendants. *See, e.g.,* Complaint at 59.  This request for seven (7) additional pages is not for the purpose of delay or to complicate the proceedings but in order to ensure that the issues in dispute are clearly presented to the Court.  Plaintiff asserts causes of action pursuant to the Victims of Trafficking and Violence Protection Act of 2000 ("TVPA") and RICO, under 18 U.S.C. § 1962(c) and (d), both of which are complex statutes with detailed pleading requirements and elements. Plaintiffs' TVPA and RICO allegations are deficient for multiple, independent reasons. The additional pages are necessary to compare the statutory schemes alleged to the factual allegations in the Complaint.

Crow has met and conferred with counsel for Plaintiffs and they are unopposed to the relief requested.

DATED:  June 1, 2023                    Respectfully submitted,


                                          /s/ *Kenneth C. Stone*
                                          Gerald E. Hawxhurst
                                          Texas State Bar No. 24090636
                                          jerry@hawxhurstllp.com
                                          HAWXHURST LLP
                                          1301 S. Capital of Texas Hwy
                                          Building C, Suite 300
                                          Austin, Texas 78746
                                          Tel: (512) 522-4995
                                          Fax: (512) 522-4961

                                          GRAY REED
                                             KENNETH C. STONE
                                             Texas Bar No. 19296300
                                             LONDON ENGLAND
                                             Texas Bar No. 24110313
                                          1601 Elm Street, Suite 4600
                                          Dallas, Texas 75201
                                          Telephone:  (214) 954-4135
                                          Facsimile:  (214) 953-1332
                                          Email:  kstone@grayreed.com
                                                    lengland@grayreed.com

                                          *Attorneys for Defendant Trammell S. Crow,*
                                          *Jr.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Motion was served on all counsel of record via ECF on June 1, 2023:

<u>/s/ Kenneth C. Stone</u>
Kenneth C. Stone

*Attorneys for Defendant Trammell S. Crow, Jr.*

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned conferred with Matthew W. Schmidt, counsel for Plaintiffs, via email on June 1, 2023, and Mr. Schmidt stated Plaintiffs are unopposed to the relief requested.

<u>/s/ Kenneth C. Stone</u>
Kenneth C. Stone