

# U.S. District Court

## Texas Western - San Antonio

Receipt Date: Jun 1, 2023 2:50PM

BALESTRIERE PLLC
225 BROADWAY, STE 2900
NEW YORK, NY 10007-3074

Rcpt. No: 2679                     Trans. Date: Jun 1, 2023 2:50PM                     Cashier ID: #DG

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DTXW523LB000000 /001<br>EXECUTIVE OFFICE OF THE CLERK USDC | 1 | 100.00 | 100.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1439 | 05/25/2023 | | $100.00 |
| | | | Total Due Prior to Payment: | | $100.00 |
| | | | Total Tendered: | | $100.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: PRO HAC VICE FOR JOHN G. BALESTRIERE. 5:23-CV-580. JULIA HUBBARD, ET AL. V. DR. BENJAMIN TODD ELLER, ET AL.

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov