IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JULIA HUBBARD, and KAYLA GOEDINGHAUS,** | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| V. | ) ) | CIVIL ACTION NO. SA-23-CA-580-FB |
| **TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; JOSEPH BOLIN; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; PAUL PENDERGRASS; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MARK MOLINA; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; RCI HOSPITALITY HOLDINGS, INC.; INTEGRITY BASED MARKETING, LLC; STORM FITNESS NUTRITION, LLC; ULTRA COMBAT NUTRITION, LLC; ECOLOFT HOMES LLC; ELEVATED WELLNESS PARTNERS LLC; DOE INDIVIDUALS 1-20; and DOE COMPANIES 21-30,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER DENYING WITHOUT PREJUDICE DEFENDANT TRAMMELL S. CROW'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Before the Court is the Unopposed Motion for Leave to Exceed Page Limits (docket no. 138), filed by Defendant Trammell S. Crow, Jr. on June 1, 2023. Defendant Crow seeks leave to file a motion to dismiss up to 27 pages in length. After careful consideration, the Court is of the opinion that the motion should be denied without prejudice to reurging with an executed copy of the proposed motion to dismiss attached as an exhibit to the motion for leave.

The local rules for the Western District of Texas provide that leave of court must be obtained prior to filing a proposed motion to dismiss which exceeds 20 pages. W.D. Tex. Loc. R. CV-7(c)(2)

("Unless otherwise authorized by the court, discovery and case management motions are limited to 10 pages, and other motions are limited to 20 pages."). The local rules also provide that an executed copy of the proposed motion to dismiss must be attached to the motion for leave. *Id.* at CV-7(b) ("When a motion for leave to file a pleading, motion, or other submission is required, an executed copy of the proposed pleading, motion, or other submission shall be filed as an exhibit to the motion for leave."). Defendant Crow's submission does not include a copy of the proposed motion to dismiss.

IT IS THEREFORE ORDERED that the Unopposed Motion for Leave to Exceed Page Limits (docket no. 138) filed by Defendant Trammell S. Crow, Jr. is DENIED WITHOUT PREJUDICE to reurging with an executed copy of the proposed motion to dismiss attached as an exhibit to the motion for leave.

It is so ORDERED.

SIGNED this 2nd day of June, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE