IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD AND KAYLA GOEDINGHAUS | § § | |
| Plaintiffs, | § | |
| v. | § | Case No. 5:23-CV-00580-FB |
| | § | |
| TRAMMELL S. CROW, JR., ET AL. | § | |
| Defendants. | § | |
| | § | |

**DEFENDANT DR. MELISSA MILLER'S
UNOPPOSED MOTION TO SUBSTITUTE COUNSEL OF RECORD**

**TO THE HONORABLE U.S. DISTRICT COURT JUDGE FRED BIERY:**

COMES NOW Defendant Dr. Melissa Miller (**"Dr. Miller"**), and respectfully files this motion requesting this Court's permission to substitute its counsel of record in the above-entitled lawsuit.

Specifically, on April 28, 2023 this action was transferred from the United States District Court for the Central District of California to the United States District Court for the Western District of California.  Dr. Miller is currently represented by Michael J. Trotter and David P. Pruett of Carroll, Kelly, Trotter & Franzen, a firm located in Long Beach, Ca.  *See* Clerk's Dkt. No. 115.  Dr. Miller now respectfully requests that her current attorney of record be permitted to withdraw as her counsel of record and that attorneys Chad Geisler and Steve Dillawn be permitted to substitute in as her counsel of record in this action.  Mr. Geisler and Mr. Dillawn are both licensed to practice in the U.S. District Court for the Western District of Texas.  Pursuant to Local Rule CV-7, the undersigned have conferred

with counsel for all other parties in this lawsuit regarding the relief requested in this motion, and the other parties to this lawsuit confirmed they are not opposed to a substitution.

Accordingly, Dr. Miller respectfully requests the Court to enter the attached proposed Order permitting the requested substitution.

Respectfully submitted,

**CARROLL, KELLY, TROTTER & FRANZEN**
111 West Ocean Blvd., 14th Floor
P.O. Box 22636
Long Beach, California  90801-5636
(562) 432-5855
(562) 432-8785

By:_____
      Michael J. Trotter
      California Bar No. 139034
      mjtrotter@cktflaw.com
      David P. Pruett
      California Bar No. 155849
      dppruett@cktflaw.com

**ATTORNEYS FOR DEFENDANT**
**DR. MELISSA MILLER**

**GERMER BEAMAN & BROWN PLLC**
One Barton Skyway
1501 S Mopac Expy, Suite A400
Austin, Texas 78746
(512) 472-0288
(512) 472-0721 Fax

By: _/s/ R. Chad Geisler_
        R. Chad Geisler
        State Bar No. 00793793
        cgeisler@germer-austin.com
        Steve Dillawn
        State Bar No. 05871300
        sdillawn@germer-austin.com

**ATTORNEYS FOR DEFENDANT**
**DR. MELISSA MILLER**

## CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of the foregoing document was served on all attorneys of record via ECF on this 2nd day of June, 2023.

        _/s/ R. Chad Geisler_
        R. Chad Geisler