IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD AND KAYLA GOEDINGHAUS<br>　　　　　　　Plaintiffs,<br>v.<br><br>TRAMMELL S. CROW, JR., ET AL.<br>　　　　　　　Defendants. | Case No. 5:23-CV-00580-FB |

## ORDER

Before the Court in the above-entitled lawsuit is Defendant Dr. Melissa Miller's Unopposed Motion to Substitute Counsel. After considering the Motion, the Court is of the opinion that the Motion should be granted.

**IT IS THEREFORE ORDERED** that Defendant Dr. Melissa Miller's Unopposed Motion to Substitute Counsel is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant Dr. Melissa Miller's current attorneys of record, Michael J. Trotter and David P. Pruett, shall be permitted to withdraw and shall be removed from the docket in the above-entitled lawsuit.

**IT IS FINALLY ORDERED** that attorneys, Chad Geisler and Steve Dillawn, shall be substituted as the attorneys of record for Defendant Dr. Melissa Miller in the above-entitled lawsuit.

Signed this _____ of _____ 2023.

_____
**FRED BIERY**
**UNITED STATES DISTRICT JUDGE**