AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| Julia Hubbard and Kayla Goedinghaus ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:23-cv-00580-FB-EC |
| Michael Scott Woods, M.D., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Michael Scott Woods, M.D.

Date: 06/02/2023

*Attorney's signature*

Daniel J. Paret, State Bar No. 24088181
*Printed name and bar number*

Wood Smith Henning & Berman, LLP
14860 Landmark Blvd., Suite 120
Dallas, TX 75254
*Address*

dparet@wshblaw.com
*E-mail address*

(469) 210-2041
*Telephone number*

(469) 210-2051
*FAX number*