IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS,<br><br>    Plaintiff,<br><br>v.<br><br>TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; JOSEPH BOLIN; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; PAUL PENDERGRASS; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MARK MOLINA; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; RCI HOSPITALITY HOLDINGS, INC.; INTEGRITY BASED MARKETING, LLC; STORM FITNESS NUTRITION, LLC; ULTRA COMBAT NUTRITION, LLC; ECOLOFT HOMES LLC; ELEVATED WELLNESS PARTNERS LLC; DOE INDIVIDUALS 1-20; AND DOE COMPANIES 21-30,<br><br>    Defendants. | CIVIL ACTION NO. SA-23-CA-580-FB |

## NOTICE OF APPEARANCE OF COUNSEL FOR COE JURACEK

Notice is hereby given that the undersigned attorney, Evan Z. Pearson of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, 300 West Sixth Street, Suite 2010, Austin, Texas 78701, enters his appearance in the above-referenced proceeding for Defendant Coe Juracek. Mr. Pearson is admitted to practice in this Court and Mr. Juracek respectfully requests that the Court take note of this Notice of Appearance and make Evan Pearson one of his attorneys of record in

this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed to Mr. Pearson at the address set forth below.

| | |
|---|---|
| Dated:  June 5, 2023 | Respectfully submitted, |
| | */s/ Evan Z. Pearson*<br>Evan Z. Pearson<br>Texas Bar No. 24121403<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>300 W. 6th Street, Suite 2010<br>Austin, Texas 78701<br>Tel.: (737) 667-6100<br>Fax: (737) 667-6110<br>Email:  evanpearson@quinnemanuel.com |
| | *Attorney for Coe Juracek* |

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on the date this document is filed.

*/s/ Evan Z. Pearson*
Evan Z. Pearson