UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JULIA HUBBARD, et al.

vs.                                                   Case No.: SA-23-CA-580-FB

TRAMMELL S. CROW, JR., et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Matthew "Alex" Bergjans, counsel for Coe Juracek, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Matthew "Alex" Bergjans may appear on behalf of Coe Juracek in the above case.

IT IS FURTHER ORDERED that Matthew "Alex" Bergjans, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of June _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE