**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS**

SAN ANTONIO DIVISION

Julia Hubbard, et al.

vs.                                                          Case No.: 5:23-CV-00580-FB

Trammell S. Crow, Jr. et a.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Indira J. Cameron-Banks, counsel for Benjamin Todd Eller, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Indira J. Cameron-Banks may appear on behalf of Benjamin Todd Eller in the above case.

IT IS FURTHER ORDERED that Indira J. Cameron-Banks, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of June _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE