**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **JULIA HUBBARD, and KAYLA GOEDINGHAUS,** ) ) ) | |
| Plaintiffs, ) ) | |
| V. ) ) | **CIVIL ACTION NO. SA-23-CA-580-FB** |
| **TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; JOSEPH BOLIN; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; PAUL PENDERGRASS; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MARK MOLINA; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; RCI HOSPITALITY HOLDINGS, INC.; INTEGRITY BASED MARKETING, LLC; STORM FITNESS NUTRITION, LLC; ULTRA COMBAT NUTRITION, LLC; ECOLOFT HOMES LLC; ELEVATED WELLNESS PARTNERS LLC; DOE INDIVIDUALS 1-20; and DOE COMPANIES 21-30,** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**ORDER GRANTING DEFENDANT MELISSA MILLER'S UNOPPOSED
MOTION TO SUBSTITUTE COUNSEL OF RECORD**

Before the Court is Defendant Dr. Melissa Miller's Unopposed Motion to Substitute Counsel of Record. (Docket no. 141.) After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Defendant Dr. Melissa Miller's Unopposed Motion to Substitute Counsel of Record (docket no. 141) is GRANTED such that attorneys Michael J. Trotter and David P. Pruett–with the firm of Carroll, Kelly, Trotter & Frazen–are WITHDRAWN as counsel of

record for Defendant Miller. The Court directs the Clerk to remove the above-listed attorneys from the Court's CM/ECF service list for this cause of action.

IT IS FINALLY ORDERED that attorneys R. Chad Geisler and Steve Dillawn–with the law firm of Germer Beaman & Brown PLLC, One Barton Skyway, 1501 S. Mopac Expressway, Suite A400, Austin, Texas, 78746; telephone number (512) 472-0288; facsimile number (512) 472-0721–are substituted as the attorneys of record for Defendant Miller in the above entitled lawsuit.

It is so ORDERED.

SIGNED this 6th day of June, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE