IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, </br></br> Plaintiffs, </br></br> V. </br></br> TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; JOSEPH BOLIN; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; PAUL PENDERGRASS; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MARK MOLINA; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; RCI HOSPITALITY HOLDINGS, INC.; INTEGRITY BASED MARKETING, LLC; STORM FITNESS NUTRITION, LLC; ULTRA COMBAT NUTRITION, LLC; ECOLOFT HOMES LLC; ELEVATED WELLNESS PARTNERS LLC; DOE INDIVIDUALS 1-20; and DOE COMPANIES 21-30, </br></br> Defendants. | CIVIL ACTION NO. SA-23-CA-580-FB |

### ORDER GRANTING DEFENDANT TRAMMELL S. CROW, JR.'S RENEWED UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Before the Court is the Renewed Unopposed Motion for Leave to Exceed Page Limits (docket no. 143), filed by Defendant Trammell S. Crow, Jr. on June 2, 2023. Defendant Crow seeks leave to file a motion to dismiss up to 26 pages in length. After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the Renewed Unopposed Motion for Leave to Exceed Page Limits (docket no. 143) filed by Defendant Trammell S. Crow, Jr. is GRANTED such that Trammell S. Crow, Jr.'s Motion to Dismiss the Complaint (attached as an exhibit at docket no. 143-1 to the renewed motion for leave) shall be filed as part of the record in these proceedings.

It is so ORDERED.

SIGNED this 6th day of June, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE