IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **JULIA HUBBARD, and KAYLA GOEDINGHAUS,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| V. ) ) | CIVIL ACTION NO. SA-23-CA-580-FB |
| **TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; JOSEPH BOLIN; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; PAUL PENDERGRASS; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MARK MOLINA; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; RCI HOSPITALITY HOLDINGS, INC.; INTEGRITY BASED MARKETING, LLC; STORM FITNESS NUTRITION, LLC; ULTRA COMBAT NUTRITION, LLC; ECOLOFT HOMES LLC; ELEVATED WELLNESS PARTNERS LLC; DOE INDIVIDUALS 1-20; and DOE COMPANIES 21-30,** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** ) | |

### ORDER GRANTING MOTIONS FOR ADMISSION *PRO HAC VICE*

Before the Court are the Motion(s) for Admission *Pro Hac Vice* (docket nos. 145-147) filed by attorneys Diane Doolittle, Adam DiClemente and Matthew "Alex" Bergjans seeking authorization to appear in this case *pro hac vice* on behalf of Defendant Coe Juracek, along with the Motion for Admission *Pro Hac Vice* (docket no. 148) filed by attorney Indira J. Cameron-Banks seeking authorization to appear *pro hac vice* in this case on behalf of Defendant Benjamin Todd Eller.

Ms. Doolittle is a member in good standing with the Bar of the State of California and is admitted to practice before the District Court for the Northern District of California and the Ninth Circuit Court of Appeals. (Docket no. 145 at page 1.) Mr. DiClemente is a member in good standing with the Bar of the State of New York and is admitted to practice before the Bar of the District of Columbia, the District Court for the Southern District of New York and the Fifth Circuit Court of Appeals. (Docket no. 146 at page 1.) Mr. Bergjans is a member in good standing with the Bar of the State of California and is admitted to practice before the District Courts for the Central, Southern and Northern Districts of California. (Docket no. 147 at page 1.) Ms. Cameron-Banks is a member in good standing with the Bar of the State of California and is admitted to practice before unspecified courts in Massachusetts, Connecticut and Rhode Island. (Docket no. 148 at page 1.) A review of the motions reveals that the applicants have not previously applied to appear *pro hac vice* in the Western District of Texas.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any case. This Court has, however, made an exception for out-of-district counsel if their practice in the Western District is limited to one or two cases, or in some instances as long as a licensed Western District of Texas attorney is involved in the case. Each motion reveals that a licensed Western District of Texas attorney has been designated as co-counsel. (Docket nos. 145-48 at page 3), Therefore, after due consideration, the Court is of the opinion the motions should be granted such that Diane Doolittle, Adam DiClemente, Matthew "Alex" Bergjans and Indira J. Cameron-Banks (sometimes collectively referred to as "counsel") may appear in this case *pro hac vice*.

IT IS THEREFORE ORDERED that the Motion(s) for Admission *Pro Hac Vice* (docket nos. 145-148) are GRANTED such that Diane Doolittle, Adam DiClemente, Matthew "Alex" Bergjans, and Indira J. Cameron-Banks may appear *pro hac vice* in this case. The Court further ORDERS that counsel familiarize themselves with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas.

IT IS FURTHER ORDERED that counsel immediately tender the amount of $100.00, payable to Clerk, U.S. District Court, in compliance with Western District of Texas Local Rule AT-1(f)(2), if counsel have not already done so.

IT IS FINALLY ORDERED that counsel, pursuant to Section 6 of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, must register as a filing user within ten (10) days of this Order, if counsel have not already done so. *Pro hac vice* status shall not take effect until counsel have complied with all of the requirements contained in this Order.

It is so ORDERED.

SIGNED this 6th day of June, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE