IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD et al., § | | |
| § | | |
| *Plaintiffs,* § | | |
| § | | |
| § | | |
| vs. § | | Civil Case No. SA-23-CV-00580-FB |
| § | | |
| TRAMMELL S. CROW. JR. et al., § | | |
| § | | |
| *Defendants* § | | |

**DEFENDANTS RCI HOSPITALITY HOLDINGS, INC. AND
CASEY GROVER'S MOTION TO SUBSTITUTE COUNSEL**

Defendants RCI Hospitality Holdings, Inc. ("RCI") and Casey Grover ("Grover") (collectively, "Defendants") file this Motion to Substitute Counsel, and in support, respectfully show the Court as follows:

I.

This case was originally filed in the U.S. District Court for the Central District of California,[1] and Defendants were represented there by Delmar S. Thomas, Justin M. Marvisi, and Olivia H. Kim, all with the law firm Yukevich Cavanaugh (collectively, "Original Counsel").[2] On May 5, 2023, the case was transferred to this Court.[3] Original Counsel are not admitted to practice in this Court and do not intend to pursue *pro hac vice* admission for this case. Accordingly, Defendants move to substitute Stephanie Richmond Roark, Brian Rawson, Holly Naehritz, and Darrell L. Barger, all with the law firm Hartline Barger LLP (collectively, "New

---

[1] Doc. 1, Pls.' Orig. Compl. at 1 (Nov. 1, 2022).
[2] Doc. 72, Grover's Mot. to Dismiss at 1 (Feb. 23, 2023); Doc. 83, RCI's Mot. to Dismiss at 1 (Feb. 27, 2023).
[3] Doc. 132, Transfer Order at 9 (May 5, 2023).

Counsel"), and all of whom are admitted to practice before this Court, in Original Counsel's place as Defendants' counsel of record.

## II.

In light of the foregoing, Defendants RCI Hospitality Holdings, Inc. and Casey Grover respectfully pray that the Court: (1) grant this Motion to Substitute Counsel; (2) discharge Original Counsel as Defendants' counsel of record and substitute New Counsel as Defendants' counsel of record; and (3) award Defendants all other proper relief.

> Respectfully submitted,
>
> */s/ Stephanie Richmond Roark*
> **STEPHANIE RICHMOND ROARK**
> State Bar No. 24070498
> sroark@hartlinebarger.com
> **BRIAN S. RAWSON**
> State Bar No. 24041754
> brawson@hartlinebarger.com
> **HOLLY NAEHRITZ**
> State Bar No. 24083700
> hnaehritz@hartlinebarger.com
> **HARTLINE BARGER LLP**
> 8750 N. Central Expy., Suite 1600
> Dallas, Texas 75231
> Telephone:  (214) 369-2100
> Facsimile:  (214) 369-2118
>
> **DARRELL L. BARGER**
> State Bar No. 01733800
> dbarger@hartlinebarger.com
> **HARTLINE BARGER LLP**
> 800 North Shoreline Blvd.
> Suite 200, North Tower
> Corpus Christi, Texas 78401
> Telephone:  (361) 866-8000
> Facsimile:  (361) 866-8039

*/s/ Justin M. Marvisi*
**DELMAR S. THOMAS**
Cal. State Bar No. 210825
dthomas@yukelaw.com
**JUSTIN M. MARVISI**
Cal. State Bar No. 294498
jmarvisi@yukelaw.com
**OLIVIA H. KIM**
Cal. State Bar No. 322535
okim@yukelaw.com
YUKEVICH CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone:  (213) 362-7777
Facsimile:  (213) 362-7788
Email: eservice@yukelaw.com

**ATTORNEYS FOR DEFENDANTS RCI HOSPITALITY HOLDINGS, INC. AND CASEY GROVER**

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 24, 2023, my colleague Tyler G. Stuart conferred by email with counsel for Plaintiffs about this Motion, and counsel stated Plaintiffs are unopposed to it.

*/s/ Stephanie Richmond Roark*
**STEPHANIE RICHMOND ROARK**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record and *pro se* parties in accordance with the applicable Federal Rules of Civil Procedure on June 6, 2023.

*/s/ Stephanie Richmond Roark*
**STEPHANIE RICHMOND ROARK**