IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD et al., | § § § | |
| *Plaintiffs,* | § § § | |
| vs. | § § | Civil Case No. SA-23-CV-00580-FB |
| TRAMMELL S. CROW. JR. et al., | § § § | |
| *Defendants* | § | |

## ORDER SUBSTITUTING COUNSEL

The Court has considered Defendants RCI Hospitality Holdings, Inc. and Casey Grover's (collectively, "Defendants") Motion to Substitute Counsel, all timely-filed objections and related briefing, the pleadings, record, and applicable law. The Motion is hereby **GRANTED** in full. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

Delmar S. Thomas, Justin M. Marvisi, and Olivia H. Kim, all with law firm Yukevich Cavanaugh, are hereby **DISCHARGED** as Defendants' counsel of record, and Stephanie Richmond Roark, Brian Rawson, Holly Naehritz, and Darrell L. Barger, all with law firm Hartline Barger LLP, are **SUBSTITUTED** as Defendants' counsel of record.

SIGNED this _____ day of _____, 2023

_____
UNITED STATES DISTRICT JUDGE