IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **JULIA HUBBARD** and **KAYLA GOEDINGHAUS,** *Plaintiffs* VS. **MICHAEL SCOTT WOODS, M.D., ET AL.** *Defendants,* | CIVIL ACTION NO. 5:23-cv-00580-FB-EC |

### ORDER ON DEFENDANT MICHAEL SCOTT WOODS, M.D.'S 12(b)(6) MOTION TO DISMISS

COMES NOW, on this day for consideration Defendant Michael Scott Woods, M.D. ("Dr. Woods") motion to dismiss, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, all claims alleged in Plaintiff's Complaint against Dr. Woods. Upon consideration of the motion, response and reply, if any, to dismiss this court finds the motion meritorious and therefore finds that said motion should be GRANTED.

IT IS THEREFORE ORDERED AND DECREED that Plaintiffs' claims against Defendant Michael Scott Woods, M.D. are hereby DISMISSED WITH PREJUDICE.

Signed this _____ day of _____, 2023.

_____
DISTRICT JUDGE FRED BIERY
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO