# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

JULIA HUBBARD, et al

vs.                                                         Case No.: 5:23-cv-00580-FB

TRAMMEL CROW, JR., et al

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by JAMES P. MOON, counsel for ROBERT L. PRUITT III, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and JAMES P. MOON may appear on behalf of ROBERT L. PRUITT III in the above case.

IT IS FURTHER ORDERED that JAMES P. MOON, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of June _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

Reset all fields      Print Form