IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS,  )<br>)<br>Plaintiffs,  )<br>)<br>V.  )<br>)<br>TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; JOSEPH BOLIN; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; PAUL PENDERGRASS; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MARK MOLINA; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; RCI HOSPITALITY HOLDINGS, INC.; INTEGRITY BASED MARKETING, LLC; STORM FITNESS NUTRITION, LLC; ULTRA COMBAT NUTRITION, LLC; ECOLOFT HOMES LLC; ELEVATED WELLNESS PARTNERS LLC; DOE INDIVIDUALS 1-20; and DOE COMPANIES 21-30,  )<br>)<br>Defendants.  ) | CIVIL ACTION NO. SA-23-CA-580-FB |

**ORDER GRANTING DEFENDANTS RCI HOSPITALITY HOLDINGS, INC.
AND CASE GROVER'S MOTION TO SUBSTITUTE COUNSEL**

Before the Court is Defendants RCI Hospitality Holdings, Inc. and Case Grover's Motion to Substitute Counsel. (Docket no. 153.) After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Defendants RCI Hospitality Holdings, Inc. and Case Grover's Motion to Substitute Counsel (docket no. 153) is GRANTED such that attorneys Delmar S. Thomas, Justin M. Marvisi, and Olivia H. Kim–all with law firm Yukevich Cavanaugh–are

WITHDRAWN as counsel of record for Defendants RCI Hospitality Holdings, Inc. and Case Grover. The Court directs the Clerk to remove the above-listed attorneys from the Court's CM/ECF service list for this cause of action.

IT IS FURTHER ORDERED that attorneys Stephanie Richmond Roark, Brian Rawson and Holly Naehritz–with the law firm of Hartline Barger LLP, 8750 N. Central Expy., Suite 1600, Dallas Texas, 75231; telephone number (214) 369-2110; facsimile number (214) 369-2118–and attorney Darrell L. Barger–with the law firm of Hartline Barger LLP, 800 North Shoreline Blvd. Suite 200, North Tower, Corpus Christi, Texas, 78401; telephone number (361) 866-8000; facsimile number (361 (866-8039–are substituted as the attorneys of record for Defendants RCI Hospitality Holdings, Inc. and Case Grover in the above entitled lawsuit.

It is so ORDERED.

SIGNED this 7th day of June, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE