IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| V. | ) ) | CIVIL ACTION NO. SA-23-CA-580-FB |
| TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; JOSEPH BOLIN; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; PAUL PENDERGRASS; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MARK MOLINA; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; RCI HOSPITALITY HOLDINGS, INC.; INTEGRITY BASED MARKETING, LLC; STORM FITNESS NUTRITION, LLC; ULTRA COMBAT NUTRITION, LLC; ECOLOFT HOMES LLC; ELEVATED WELLNESS PARTNERS LLC; DOE INDIVIDUALS 1-20; and DOE COMPANIES 21-30, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Before the Court is the Motion for Admission *Pro Hac Vice* (docket no. 155) filed by attorney James P. Moon seeking authorization to appear in this case *pro hac vice* on behalf of Defendant Robert L. Puruitt.

Mr. Moon is a member in good standing with the Bar of the State of Texas and is admitted to practice before all Texas state courts and the United States District Courts for the Northern District and Southern District of Texas. A review of the motions reveals that the applicant has not previously applied to appear *pro hac vice* in the Western District of Texas.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any case. This Court has, however, made an exception for out-of-district counsel if their practice in the Western District is limited to one or two cases, or in some instances as long as a licensed Western District of Texas attorney is involved in the case. Mr. Moon informs the Court that he has applied for admission to the Western District. Accordingly, after due consideration, the Court is of the opinion the motion should be granted such that James P. Moon may appear in this case *pro hac vice*.

IT IS THEREFORE ORDERED that the Motion for Admission *Pro Hac Vice* (docket no. 155) is GRANTED such that James P. Moon may appear *pro hac vice* in this case. The Court further ORDERS that Mr. Moon familiarize himself with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas.

IT IS FURTHER ORDERED that James P. Moon immediately tender the amount of $100.00, payable to Clerk, U.S. District Court, in compliance with Western District of Texas Local Rule AT-1(f)(2), if he has not already done so.

IT IS FINALLY ORDERED that James P. Moon, pursuant to Section 6 of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, must register as a filing user within ten (10) days of this Order, if he has not already done so. *Pro hac vice* status shall not take effect until he has complied with all of the requirements contained in this Order.

It is so ORDERED.

SIGNED this 7th day of June, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE