IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD et al., | § § § | |
| *Plaintiffs,* | § § § | |
| vs. | § § | Civil Case No. SA-23-CV-00580-FB |
| TRAMMELL S. CROW. JR. et al., | § § § | |
| *Defendants* | § | |

**ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT CASEY GROVER**

On this day, the Court considered Defendant Casey Grover's ("Grover") <u>Motion to Dismiss</u>, all timely-filed objections and related briefing, argument of counsel, the pleadings, record, and applicable law. The Motion is hereby **GRANTED** in full. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that all claims by Plaintiffs Julia Hubbard and Kayla Goedinghaus (collectively, "Plaintiffs") against Grover are **DISMISSED** for failure to state a claim. Grover is **AWARDED** his costs of court from Plaintiffs.

SIGNED this _____ day of _____, 2023

_____
UNITED STATES DISTRICT JUDGE