IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD AND KAYLA GOEDINGHAUS <br> Plaintiffs, <br> v. <br><br> TRAMMELL S. CROW, JR., ET AL. <br> Defendants. | § § § § § § § § | Case No. 5:23-CV-00580-FB |

### DEFENDANT ROBERT PRUITT'S
### UNOPPOSED MOTION TO SUBSTITUTE COUNSEL OF RECORD

**TO THE HONORABLE U.S. DISTRICT COURT JUDGE FRED BIERY:**

**COMES NOW ROBERT L. PRUITT** (**"Pruitt"**), Defendant, in the above-t=captioned and numbered cause and, pursuant to Rule AT-3 of the Local Court Rules, respectfully files this Unopposed Motion to Substitute Counsel of record (the "Motion") requesting this Court's permission to substitute its counsel of record for Pruitt and in support hereof would respectfully show the Court as follows:

1. On April 28, 2023, this action was transferred from the United States District Court for the Central District of California to the United States District Court for the Western District of California.

2. Pruitt currently is represented by Philip E. Cook and Brian J. Wright of The Cook Law Firm, P.C., a law firm located in Los Angeles, California (hereafter collectively "Cook"). *See* ECF 36. Cook is not licensed to practice in the State of Texas.

3. In addition, on June 7, 2023, this Court entered its Order Granting Motion for Admission Pro Hac Vice [ECF 158] authorizing the admission *pro hac vice* of James P. Moon ("Moon") as counsel for Pruitt. In addition, Moon is also in the process of applying for admission to the Western District of Texas.

## REQUEST FOR SUBSTITUTION OF COUNSEL

4. Pruitt now respectfully requests that Cook, his current attorney of record in California, be permitted to withdraw as his counsel of record, following the transfer to this Court, and that attorney James P. Moon be permitted to substitute in as his lead counsel of record in this Texas action.

5. Mr. Moon is a member of the State Bar of Texas and, as noted above, has been admitted *pro hac vice* herein, and is currently seeking admission to practice in the U.S. District Court for the Western District of Texas.

6. Pursuant to Local Rule CV-7, the undersigned have conferred with counsel for all other parties in this lawsuit regarding the relief requested in this motion, and the other parties to this lawsuit confirmed they are not opposed to a substitution.

WHEREFORE, PREMISES CONSIDERED, Pruitt respectfully requests the Court to enter the attached proposed Order authorizing the withdrawal of Cook as his of record, and substituting Moon as his lead counsel of record, on behalf of Pruitt herein; and printing to proof, such other and further relief, at law and equity, to which he may show himself justly entitled.

Respectfully submitted,

**THE COOK LAW FIRM, P.C.**
601 S. Figueroa St, Suite 2050
Los Angeles, CA 90017
Telephone: (213) 988-6100
Facsimile: (213) 988-6099

By:  */s/  Philip E. Cook*
      Philip E. Cook
      California State Bar No. 149067
      pcook@cooklawfirm.la
      Brian J. Wright
      California State Bar No. 166753)
      bwright@cooklawfirm.la

**LAW OFFICES OF JAMES P. MOON, PLLC**
101 Vintage Dr, Suite 100
Red Oak, TX 75154-6369
Tel: (469) 820-9509
Fax: 800-930-7112

By:  */s/ James P. Moon*
      James P. Moon
      State Bar No. 14316300
      jpmpllc@gmail.com

**ATTORNEYS FOR DEFENDANT**
**ROBERT L. PRUITT**

**CERTIFICATE OF CONFERENCE**

      The undersigned hereby certifies that, prior to the filing of this Motion, the counsel for Defendants contacted all counsel of record herein to determine whether they were opposed to the relief requested in this Motion, who indicated that they had no opposition to the release requested related to the substitution of counsel..

      /s/ James P. Moon
      JAMES P. MOON

3

**CERTIFICATE OF SERVICE**

     I hereby certify by my signature below that a true and correct copy of the foregoing Motion was served on all attorneys of record by the ECF filing system on this 8th day of June, 2023.

                                            */s/ James P. Moon*
                                            JAMES P. MOON