IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD AND KAYLA GOEDINGHAUS | § § | |
| Plaintiffs, | § | |
| v. | § | Case No. 5:23-CV-00580-FB |
| | § | |
| TRAMMELL S. CROW, JR., ET AL. | § | |
| Defendants. | § § | |

## ORDER

Before the Court in this action is Defendant Robert L. Pruitt's Unopposed Motion to Substitute Counsel. After considering the Motion, and for good cause shown:

**IT IS ORDERED** that Defendant Robert Pruitt's Unopposed Motion to Substitute Counsel is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant Robert L. Pruitt's current attorneys of record, Philip E. Cook and Brian J. Wright of The Cook Law Firm, P.C., are permitted to withdraw and shall be removed from the docket in the above-entitled lawsuit.

**IT IS FINALLY ORDERED** that attorney James P. Moon shall be substituted as the attorney of record for Defendant Robert L. Pruitt in this action.

Signed this _____ of _____ 2023.

_____
**HONORABLE FRED BIERY**
**UNITED STATES DISTRICT COURT**

1