UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS, <br><br> Plaintiffs, <br><br> v. <br><br> TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUIT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARC MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STPORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLIFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1–20, and DOE COMPANIES 21–30 <br><br> Defendants. | Case No. 5:23-cv-00580-FB <br><br><br> Judge: Hon. Fred Biery <br> Date Action Filed: May 8, 2023 (transferred) |

## ORDER GRANTONG DEFENDANT ROBERT L. PRUITT'S MOTION TO DISMISS COMPLAINT

**ON THIS DAY CAME ON FOR CONSIDERATION** the Motion to Dismiss

Complaint filed by **ROBERT L. PRUITT** ("Pruitt") in the above-styled and numbered

---

cause seeking the dismissal of the Complaint pursuant to Rule 12(b)(6) of the FEDERAL RULES OF CIVIL PROCEDURE.

Having considered the Motion, and the record before the Court, together with the applicable law, the Court is of the opinion that the Motion should be granted in all respects. It is therefore

ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss Complaint is hereby, in all respects, GRANTED, and that the complaint is hereby DISMISSED with prejudice.

Signed this _____ of _____ 2023.

_____
**HONORABLE FRED BIERY**
**UNITED STATES DISTRICT COURT**