201st District Court

# Case Summary

Case No. D-1-FM-19-006725

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF RICHARD HUBBARD VS. JULIA HUBBARD AND IN THE INTEREST OF S. H. CHILD(REN) § § | Location: | **201st District Court** |
| | Filed on: | **10/03/2019** |

## Case Information

**Statistical Closures**
04/11/2022  Final Judgment - FM

Case Type:  Divorce - Children

## Assignment Information

**Current Case Assignment**
Case Number   D-1-FM-19-006725
Court         201st District Court
Date Assigned 10/03/2019

## Case Events

10/03/2019   ASM:FM DIV WITH CHILDREN
             *Event Code: 2320 Adjmt Amount: 328.00*

10/03/2019   ORIGINAL PETITION/APPLICATION
             *ORIGINAL PETITION FOR DIVORCE Event Code: 5050*

10/03/2019   NEW:ORIGINAL PETITION/APPL (OCA)
             *Event Code: 4500*

10/03/2019   ASM:CITATION ISSUE
             *Event Code: 702 Adjmt Amount: 8.00*

10/04/2019   ASM:CITATION ISSUE
             *Event Code: 702 Adjmt Amount: 8.00*

10/04/2019   ASM:TRO ISSUANCE
             *Event Code: 710 Adjmt Amount: 8.00*

10/04/2019   ASM:ATTACHMENT ISSUE
             *Event Code: 715 Adjmt Amount: 8.00*

10/04/2019   ISS:ATTACHMENT CHILD
             *Form Number P26-123 Issued by LAURA LANCASTER (4726) ISS:ATTACHMENT CHILD Event Code: 4726*

10/14/2019   UNEXECUTED RETURN OF SERVICE
             *CITATION-JULIA A HUBBARD Event Code: 4899*

10/16/2019   ASM:NOTICE ISSUE
             *Event Code: 705 Adjmt Amount: 8.00*

10/16/2019   ORD:TEMPORARY ORDERS
             *INTERIM ORDER AND ORDER SETTING HEARING FOR TEMPORARY ORDERS Event Code: 8235*

10/22/2019   MTN:SUB & OR WITHDRAW COUNSEL
             *MOTION FOR WITHDRAWAL OF COUNSEL Event Code: 5268*

10/28/2019   ORD:SUB & OR WITHDRAW COUNSEL
             *ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL Event Code: 8232*

10/31/2019   ASM:TRO SERVICE CST5
             *Event Code: 850 Adjmt Amount: 115.00*

**EXHIBIT A, page 1**

**201st District Court**

## Case Summary

### Case No. D-1-FM-19-006725

10/31/2019   ASM:TRO ISSUANCE
    *Event Code: 710 Adjmt Amount: 16.00*

10/31/2019   MOTION
    *MOTION TO EXTEND TEMPORARY RESTRAINING ORDER Event Code: 5265*

10/31/2019
ORD: TEMPORARY RESTRAINING ORD
    *EXTENDED TEMPORARY RESTRAINING ORDER AND ORDER TO APPEAR FOR TEMPORARY ORDERS Event Code: 8236*

11/13/2019   UNSIGNED/PROPOSED ORDER
    *ORDER ON MOTION FOR CONTINUANCE Event Code: 5422*

12/30/2019   UNEXECUTED RETURN OF SERVICE
    *TEMPORARY RESTRAINING ORDER WRIT-JULIA A HUBBARD Event Code: 4899*

01/30/2020   ORIGINAL ANSWER/WAIVER
    *RESPONDENTS ORIGINAL ANSWER AND GENERAL DENIAL Event Code: 5150*

02/04/2020
ANSWER & ADDITIONAL PLEADING
    *RESPONDENT'S FIRST AMENDED ANSWER AND REQUEST FOR EMERGENCY TEMPORARY ORDER Event Code: 5151*

02/04/2020   OTHER/NOTICE
    *RESPONDENT'S APPLICATION FOR EMGENCY RELIEF Event Code: 5415*

02/04/2020   ASM:NOTICE ISSUE
    *Event Code: 705 Adjmt Amount: 8.00*

02/04/2020   ASM:NOTICE SERVICE CST5
    *Event Code: 835 Adjmt Amount: 80.00*

02/04/2020   ORD: SHOW CAUSE
    *ORDER TO APPEAR AND TO DELIVER CHILD Event Code: 8231*

02/05/2020   MOTION
    *RESPONDENT'S FIRST AMENDED APPLICATION FOR EMERGENCY RELIEF Event Code: 5265*

02/07/2020   ORDER
    *ORDER APPOINTING GUARDIAN AD LITEM Event Code: 8225*

02/07/2020   ORD:TEMPORARY ORDERS
    *TEMPORARY ORDERS Event Code: 8235*

02/07/2020
AFFIDAVIT
    *AFFIDAVIT AND STATEMENT OF FACTS AND MOTION TO EXTEND TRO AN D APPLICATION FOR TEMPORARY INJUNCTION AND NOTICE OF HEARING Event Code: 5401*

02/11/2020   EXECUTED SERVICE
    *SHOW CAUSE-RICHARD HUBBARD Event Code: 4893*

02/12/2020
NTC:NOTICE OF DE NOVO APPEAL
    *PETITIONER FATHER'S REQUEST FOR A DE NOVO HEARING AND ADDITI ONAL RELIEF AND A NEW HEARING FOR TEMPORARY ORDERS Event Code: 5557*

02/13/2020   NOTICE
    *NOTIFICATION OF HEARING Event Code: 5554*

02/13/2020   NOTICE
    *NOTICE OF DESIGNATION AND APPEARANCE OF GUARDIAN AD LITEM Event Code: 5554*

02/13/2020   EXHIBITS RECEIPT
    *EXHIBITS RECEIPT Event Code: 5411*

02/14/2020   ASM:NOTICE ISSUE
    *Event Code: 705 Adjmt Amount: 8.00*

02/14/2020   ASM:SUBPOENA ISSUE
    *Event Code: 708 Adjmt Amount: 24.00*

02/14/2020   ORD: SHOW CAUSE
    *ORDER TO APPEAR FOR DE NOVO HEARING Event Code: 8231*

**EXHIBIT A, page 2**

## Case Summary
### Case No. D-1-FM-19-006725

| | | |
|---|---|---|
| 02/14/2020 | NOTICE | |
| | *CORRECTED NOTIFICATION OF HEARING Event Code: 5554* | |
| 02/14/2020 | MOTION | |
| | *MOTION FOR JUDGE TO CONFER WITH CHILD/REN AND NOTICE OF HEAR ING Event Code: 5265* | |
| 02/14/2020 | OTHER/NOTICE | |
| | *SERVICE REQUEST FORM SUBMITTED SUBMITTED BY RICHARD HUBBARD Event Code: 5415* | |
| 02/14/2020 | SUBPOENA SIGNED & SEALED | |
| | *Form Number G08-4935 Issued by STANFORD ZELDA (4808) SUBPOENA SIGNED & SEALED Event Code: 4808* | |
| 02/14/2020 | SUBPOENA SIGNED & SEALED | |
| | *Form Number G08-4936 Issued by STANFORD ZELDA (4808) SUBPOENA SIGNED & SEALED Event Code: 4808* | |
| 02/14/2020 | SUBPOENA SIGNED & SEALED | |
| | *Form Number G08-4937 Issued by STANFORD ZELDA (4808) SUBPOENA SIGNED & SEALED Event Code: 4808* | |
| 02/19/2020 | ASM:SUBPOENA ISSUE | |
| | *Event Code: 708 Adjmt Amount: 16.00* | |
| 02/19/2020 | SUBPOENA SIGNED & SEALED | |
| | *Form Number G08-4939 Issued by MIRALRIO JESSICA (4808) SUBPOENA SIGNED & SEALED Event Code: 4808* | |
| 02/19/2020 | SUBPOENA SIGNED & SEALED | |
| | *Form Number G08-4940 Issued by MIRALRIO JESSICA (4808) SUBPOENA SIGNED & SEALED Event Code: 4808* | |
| 02/25/2020 | LETTER/EMAIL/CORR | |
| | *LETTER FROM SHAWN MAYER Event Code: 5414* | |
| 02/27/2020 | EXECUTED SERVICE | |
| | *SUBPOENA CHARDONNAY NICHOLAS Event Code: 4893* | |
| 02/27/2020 | EXECUTED SERVICE | |
| | *SUBPOENA TREMAIN FLOY Event Code: 4893* | |
| 03/03/2020 | ASM:SUBPOENA ISSUE | |
| | *Event Code: 708 Adjmt Amount: 8.00* | |
| 03/03/2020 | ASM:SUBPOENA SERVICE CST5 | |
| | *Event Code: 840 Adjmt Amount: 80.00* | |
| 03/03/2020 | SUBPOENA SIGNED & SEALED | |
| | *Form Number G08-4945 Issued by LAURA LANCASTER (4808) SUBPOENA SIGNED & SEALED ISSUED TO KAYLA CLAIRE GOEDINGHAUS REQUESTED BY JULIA HUBBA RD Event Code: 4808* | |
| 03/06/2020 | EXECUTED SERVICE | |
| | *SUBPOENA KAYLA CLAIRE GOEDINHAUS Event Code: 4893* | |
| 03/10/2020 | ORD:TEMPORARY ORDERS | |
| | *ADDITIONAL TEMPORARY ORDERS Event Code: 8235* | |
| 05/25/2021 | NOTICE | |
| | *NOTICE OF DESIGNATION AND APPEARANCE OF GUARDIAN AD LITEM Event Code: 5554* | |
| 11/03/2021 | OTHER/NOTICE | |
| | *GUARDIAN AD LITEM REPORT TO THE COURT* | |
| 12/13/2021 | MOTION | |
| | *MOTION FOR DISMISSAL OF GUARDIAN AD LITEM* | |
| 12/22/2021 | ORDER | (Judicial Officer: ARTH, JAMES) |
| | *ORDER FOR DISMISSAL OF GUARDIAN AD LITEM* | |
| 01/11/2022 | NOTICE | |
| | *NOTICE OF FINAL HEARING* | |
| 01/11/2022 | MOTION | |
| | *RESPONDENT'S MOTION IN SUPPORT OF FINAL CUSTODY ORDER* | |
| 02/25/2022 | PLEADING | |
| | *AMENDED ORIGINAL COUNTERPETITION FOR DIVORCE* | |

**201st District Court**

## Case Summary
### Case No. D-1-FM-19-006725

| | | |
|---|---|---|
| 02/25/2022 | PLEADING | |
| | *ORIGINAL COUNTERPETITION FOR DIVORCE* | |
| 02/25/2022 | OTHER/NOTICE | |
| | *JULIA HUBBARD S PROPOSED DISPOSITION OF ISSUES* | |
| 02/25/2022 | OTHER/NOTICE | |
| | *PROPOSED PROPERTY DIVISION* | |
| 02/25/2022 | OTHER/NOTICE | |
| | *PROPOSED SUPPORT DECISION AND INFORMATION OF JULIA HUBBARD* | |
| 03/07/2022 | OTHER/NOTICE | |
| | *AMENDED PROPOSED SUPPORT DECISION AND INFORMATION OF JULIA HUBBARD* | |
| 03/07/2022 | OTHER/NOTICE | |
| | *AFFIDAVIT FOR UCCJEA INFORMATION* | |
| 03/10/2022 | MOTION | |
| | *REQUEST FOR ORDER TO ALLOW MEDIA COVERAGE VIA RECORDING OF LIVESTREAMED YOUTUBE* | |
| 03/11/2022 | OTHER/NOTICE | |
| | *STATEMENT OF HEALTH INSURANCE AND DENTAL INSURANCE AVAILABILITY* | |
| 03/11/2022 | OTHER/NOTICE | |
| | *CONSENT OF PARTY OR WITNESS* | |
| 04/11/2022 | FMD:FINAL JUDGMENT (OCA) | |
| 04/11/2022 | ORDER | (Judicial Officer: HEXSEL, MARIA CANTU) |
| | *FINAL DECREE OF DIVORCE* | |
| 04/11/2022 | EMPLOYERS ORDER WITHHOLD | (Judicial Officer: HEXSEL, MARIA CANTU) |
| | *INCOME WITHHOLDING FOR SUPPORT* | |

407th District Court

## Case Summary
### Case No. 2017CI07925

| | | | |
|---|---|---|---|
| **RICHARD L HUBBARD VS JULIA A HUBBARD** | § § | Location: | **407th District Court** |
| | | Filed on: | **05/01/2017** |

### Case Information

**Statistical Closures**  
04/02/2019  CASE CLOSED DISMISSED WOP WANT OF PROSECUTION (OCA)

Case Type:  DIVORCE W/CHILDREN  
Case Status:  **04/08/2019**  Disposed

### Assignment Information

**Current Case Assignment**  
Case Number   2017CI07925  
Court         407th District Court  
Date Assigned 05/01/2017

### Party Information

*Lead Attorneys*

**Petitioner**   HUBBARD, RICHARD LANE

**Respondent**   HUBBARD, ALEXIS          KELLEY, JOHN A  
                                          *Retained*

                 HUBBARD, JULIA ALEXIS    ESH, JAMES V  
                                          *Retained*

### Dispositions

04/02/2019   **ORDER GRANTING DISMISSAL WANT OF PROS.**  (Judicial Officer: Stryker, Cathleen M)  
             Comment (VOLUME:5104 PAGE:1583 PAGE COUNT:3 SPECIAL ORDER NUMBER 71716)

### Events and Orders of the Court

05/01/2017   New Cases Filed (OCA)

05/01/2017   PETITION

05/01/2017   CIVIL CASE INFORMATION SHEET

05/01/2017   REQUEST FOR SERVICE AND PROCESS  
             *CIT/NOTCE PPS*

05/01/2017   SERVICE ASSIGNED TO CLERK 1

05/01/2017   NOTICE OF HEARING FOR TEMPORARY ORDERS   (Judicial Officer: GONZALES, NORMA)  
             *VOLUME : 4737 PAGE : 779*

05/02/2017   CITATION  
             *P.U 5/4/17 BY KEITH M*

407th District Court
## Case Summary
### Case No. 2017CI07925

| | | |
|---|---|---|
| 05/02/2017 | NOTICE | |
| | *P.U 5/4/17 BY KEITH M* | |
| 05/02/2017 | **Citation** | |
| | HUBBARD, JULIA ALEXIS | |
| | Served: 05/06/2017 | |
| | *P.U 5/4/17 BY KEITH M PRINT_FIELD_2: N* | |
| 05/02/2017 | **Notice** | |
| | HUBBARD, JULIA ALEXIS | |
| | Served: 05/06/2017 | |
| | *P.U 5/4/17 BY KEITH M* | |
| 05/24/2017 | PLEA IN ABATEMENT | |
| 05/24/2017 | SUBPOENA | |
| | *DIRECTED TO LYNSEY BIBBENS* | |
| 05/25/2017 | JUDGES DOCKET NOTES     (Judicial Officer: ALVARADO, ROSIE) | |
| 05/25/2017 | HEARING/TRIAL CRT REPORTER ASSIGNED | |
| | *JM JUDY MATA* | |
| 05/25/2017 | HAND WRITTEN     (Judicial Officer: GONZALES, NORMA) | |
| | *VOLUME : 4745 PAGE : 1592 AGREED TEMPORARY ORDERS* | |
| 05/25/2017 | **Non-Jury**   (9:00 AM) | |
| 05/26/2017 | FIRST AMENDED | |
| | *PLEA IN ABATEMENT* | |
| 05/26/2017 | AFFD OF INABILITY TO PAY COSTS | |
| 06/12/2017 | MOTION TO TRANSFER | |
| 06/12/2017 | LETTER TO STAFF ATTORNEY FROM: | |
| | *LEGAL AID OF NORTHWEST TEXAS* | |
| 06/15/2017 | RESPONSE | |
| | *AND AFFIDAVIT CONTROVERTING MOTION TO TR ANSFER* | |
| 06/15/2017 | LETTER FROM STAFF ATTORNEY MAILED TO: | |
| | *CHRISTINE RUDY ATTY OF RECORD* | |
| 06/22/2017 | ORDER TO APPEAR     (Judicial Officer: RENEE, A YANTA ) | |
| | *VOLUME : 4756 PAGE : 3430* | |
| 06/30/2017 | NOTICE OF ENTRY OF APPEARANCE OF ATTORNEY OF | |
| | *JAMES V ESH* | |
| 07/07/2017 | RULE 11 AGREEMENT | |
| 07/10/2017 | **Non-Jury**   (8:30 AM) | |
| 08/15/2017 | MOTION TO WITHDRAW ATTORNEY | |
| 08/23/2017 | **Non-Jury**   (8:30 AM) | |
| 08/23/2017 ORDER TO WITHDRAW     (Judicial Officer: Stryker, Cathleen M) | | |
| *VOLUME : 4784 PAGE : 2398 HEATHER CLEMENT TESSMER &amp; CHRISTINE RUDY FOR RICHARD LANE HUBBARD (AGREED)* | | |
| 12/04/2017 | MOTION TO WITHDRAW ATTORNEY | |
| 12/19/2017 | ORDER TO WITHDRAW     (Judicial Officer: POZZA, KAREN H.) | |
| | *VOLUME : 4847 PAGE : 1372 ATTY JOHN A KELLEY AND JAMES V ESH* | |
| 12/19/2017 | **Non-Jury**   (8:30 AM) | |
| 03/06/2019 | ORDER SETTING DISMISSAL WANT OF PROS.     (Judicial Officer: SALINAS, LAURA) | |
| | *VOLUME : 5091 PAGE : 112 SPECIAL ORDER NUMBER 71664* | |
| 03/06/2019 | NOTICE OF SETTING ON DISMISSAL DOCKET | |
| | *DKJ6980O - CREATED* | |

## Case Summary
**Case No. 2017CI07925**

| | | |
|---|---|---|
| 03/06/2019 | NOTICE OF SETTING ON DISMISSAL DOCKET | |
| | *DKJ6980O - CREATED* | |
| 03/06/2019 | NOTICE OF SETTING ON DISMISSAL DOCKET | |
| | *DKJ6980O - CREATED* | |
| 03/06/2019 | NOTICE OF SETTING ON DISMISSAL DOCKET | |
| | *DKJ6980O - CREATED* | |
| 03/06/2019 | **Notice of Setting on Dismissal Docket** | |
| | *DKJ6980O - CREATED PRINT_FIELD_2: 03/06/2019LS OKENP* | |
| 03/06/2019 | **Notice of Setting on Dismissal Docket** | |
| | KELLEY, JOHN A | |
| | Unserved | |
| | *DKJ6980O - CREATED PRINT_FIELD_2: 03/06/2019LS OKENP* | |
| 03/06/2019 | **Notice of Setting on Dismissal Docket** | |
| | ESH, JAMES V | |
| | Unserved | |
| | *DKJ6980O - CREATED PRINT_FIELD_2: 03/06/2019LS OKENP* | |
| 03/06/2019 | **Notice of Setting on Dismissal Docket** | |
| | *DKJ6980O - CREATED PRINT_FIELD_2: 03/06/2019LS OKENP* | |
| 04/02/2019 | **Notice of Dismissal Want of Prosecution** | |
| | *DKJ6991O - CREATED* | |
| 04/02/2019 | **Notice of Dismissal Want of Prosecution** | |
| | KELLEY, JOHN A | |
| | Unserved | |
| | *DKJ6991O - CREATED* | |
| 04/02/2019 | **Notice of Dismissal Want of Prosecution** | |
| | ESH, JAMES V | |
| | Unserved | |
| | *DKJ6991O - CREATED* | |
| 04/02/2019 | **Notice of Dismissal Want of Prosecution** | |
| | *DKJ6991O - CREATED* | |
| 04/02/2019 | NOTICE OF DISMISSAL WANT OF PROSECUTION | |
| | *DKJ6991O - CREATED* | |
| 04/02/2019 | NOTICE OF DISMISSAL WANT OF PROSECUTION | |
| | *DKJ6991O - CREATED* | |
| 04/02/2019 | NOTICE OF DISMISSAL WANT OF PROSECUTION | |
| | *DKJ6991O - CREATED* | |
| 04/02/2019 | NOTICE OF DISMISSAL WANT OF PROSECUTION | |
| | *DKJ6991O - CREATED* | |
| 04/02/2019 | ORDER GRANTING DISMISSAL WANT OF PROS. (Judicial Officer: Stryker, Cathleen M) | |
| | *VOLUME : 5104 PAGE : 1583 SPECIAL ORDER NUMBER 71716* | |
| 04/02/2019 | **Setting for Dismissal for Want of Prosecution (DWOP)** (8:30 AM) | |
| 04/02/2019 | CASE CLOSED DISMISSED WOP WANT OF PROSECUTION (Judicial Officer: Stryker, Cathleen M) | |
| 09/01/2022 | REQUEST FOR CD FROM | |
| | *PAM STINE* | |