IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, ) ) ) Plaintiffs, ) ) V. ) ) TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; JOSEPH BOLIN; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; PAUL PENDERGRASS; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MARK MOLINA; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; RCI HOSPITALITY HOLDINGS, INC.; INTEGRITY BASED MARKETING, LLC; STORM FITNESS NUTRITION, LLC; ULTRA COMBAT NUTRITION, LLC; ECOLOFT HOMES LLC; ELEVATED WELLNESS PARTNERS LLC; DOE INDIVIDUALS 1-20; and DOE COMPANIES 21-30, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Defendants. ) | CIVIL ACTION NO. SA-23-CA-580-FB |

**ORDER GRANTING DEFENDANT ROBERT PRUITT'S UNOPPOSED
MOTION TO SUBSTITUTE COUNSEL OF RECORD**

Before the Court is Defendant Robert Pruitt's Unopposed Motion to Substitute Counsel of Record. (Docket no. 164.) After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Defendant Robert Pruitt's Unopposed Motion to Substitute Counsel of Record (docket no. 164) is GRANTED such that attorneys Philip E. Cook and Brian J. Wright–with The Cook Law Firm, P.C.–are WITHDRAWN as counsel of record for Defendant Robert

Pruitt. The Court directs the Clerk to remove the above-listed attorneys from the Court's CM/ECF service list for this cause of action.

IT IS FURTHER ORDERED that attorney James P. Moon–who is pursuing admission to the Bar of the Western District of Texas and has been authorized to appear *pro hac vice* in this case on behalf of Defendant Robert Pruitt–is SUBSTITUTED as counsel of record for Defendant Pruitt.

It is so ORDERED.

SIGNED this 9th day of June, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE