UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
JUN 12 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

Julia Hubbard et al.

vs.                                 Case No.: SA-23-CV-00580-FB

Trammell S. Crow, Jr. et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Matthew W. Schmidt**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent **Julia Hubbard and Kayla Goedinghaus** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) **BALESTRIERE FARIELLO** with offices at:

   Mailing address: 225 Broadway, 29th Floor
   City, State, Zip Code: New York, New York 10007
   Telephone: 212-374-5401     Facsimile: 212-208-2613

2. Since **2010**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **New York**. Applicant's bar license number is **4806535**.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | New York | 02/17/2010 |
   | Court of Appeals for the First Circuit | 02/17/2010 |
   | California | 04/02/2015 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the ____ day of _____, ____.

Number: _____ on the ____ day of _____, ____.

Number: _____ on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Matthew W. Schmidt to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Matthew W. Schmidt
[printed name of Applicant]

_____
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 05 day of June, 2023.

Matthew W. Schmidt
[printed name of Applicant]

_____
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Julia Hubbard et al.

vs.                                          Case No.: SA-23-CV-00580-FB

Trammell S. Crow, Jr. et al.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Matthew W. Schmidt, counsel for Julia Hubbard and Kayla Goedinghaus, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Matthew W. Schmidt may appear on behalf of Julia Hubbard and Kayla in the above case.

IT IS FURTHER ORDERED that Matthew W. Schmidt, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of June _____, 20_____.


_____
UNITED STATES MAGISTRATE JUDGE

NEW YORK NY 100

U.S. District Clerk's Office
262 West Nueva Street,
Room 1-400
San Antonio, Texas 78 RECEIVED

RECEIVED
JUN 12 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

78207-453150

BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
Phone:  +1.212.374.5400
Fax:     +1.212.208.2613
info@balestrierefariello.com
www.balestrierefariello.com

SCREENED BY CSO
JUN 10 2023