UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Julia Hubbard et al.

vs.

Trammell S. Crow, Jr. et al.

Case No.: SA-23-CV-00580-FB

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Matthew W. Schmidt, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Julia Hubbard and Kayla Goedinghaus in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) BALESTRIERE FARIELLO with offices at:

   Mailing address: 225 Broadway, 29th Floor

   City, State, Zip Code: New York, New York 10007

   Telephone: 212-374-5401     Facsimile: 212-208-2613

2. Since 2010, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York.

   Applicant's bar license number is 4806535.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | New York | 02/17/2010 |
   | Court of Appeals for the First Circuit | 02/17/2010 |
   | California | 04/02/2015 |



# U.S. District Court

## Texas Western - San Antonio

**THIS IS A COPY**

Receipt Date: Jun 15, 2023 1:29PM

BALESTRIERE PLLC
225 BROADWAY STE 2900
NEW YORK, NY 10007-3074

Rcpt. No: 2768          Trans. Date: Jun 15, 2023 1:29PM          Cashier ID: #BT

| CD  | Purpose      | Case/Party/Defendant | Qty | Price | Amt |
|-----|--------------|----------------------|-----|-------|-----|
| 111 | Pro Hac Vice | DTXW523LB000000 /001<br>EXECUTIVE OFFICE OF THE CLERK USDC<br>**FBO**: MATTHEW W. SCHMIDT | 1 | 100.00 | 100.00 |

| CD | Tender |       |           | Amt     |
|----|--------|-------|-----------|---------|
| CH | Check  | #1436 | 06/5/2023 | $100.00 |

Total Due Prior to Payment: $100.00
Total Tendered: $100.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: PRO HAC VICE PAYMENT BY BALESTRIERE PLLC FOR MATTHEW W. SCHMIDT TO REPRESENT JULIA HUBBARD & KAYLA GOEDINGHAUS. 5:23-CV-00580-FB. JULIA HUBBARD & KAYLA GOEDINGHAUS V. TRAMMELL S. CROW, JR., ET AL.

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov