UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUIT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARC MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLIFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1–20, and DOE COMPANIES 21–30<br>Defendants. | Case No. 5:23-cv-00580-FB<br><br>Judge: Hon. Fred Biery<br>Courtroom: 8509<br>Date Action Filed: May 8, 2023<br>(transferred) |

## **UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Plaintiffs Julia Hubbard and Kayla Goedinghaus ("Plaintiffs") request leave to exceed the Court's page limits and permit Plaintiffs to file a response to Defendants' Motions to Dismiss that is up to twenty-seven (27) pages long.

Pursuant to Local Rule CV-7(D), parties are limited to twenty (20) pages for non-discovery motions. Plaintiffs' Complaint is 64 pages long, asserts claims against twenty-nine named

individuals (plus additional unnamed individuals and companies), and asserts four causes of action against all defendants. *See, e.g.,* Complaint at 59. This request for seven (7) additional pages is not for the purpose of delay or to complicate the proceedings but in order to ensure that the issues in dispute are clearly presented to the Court. The Court having granted Defendant Trammell S. Crow's ("Crow") Motion for Leave to Exceed Page Limits for his Motion to Dismiss should grant Plaintiffs' similar Motion for Leave. The additional pages are necessary to address and respond to the claims made in the Defendants' Motions to Dismiss. Plaintiffs have met and conferred with counsel for Defendants and they are unopposed to the relief requested.

Dated: New York, New York
       June 16, 2023

                                          Respectfully submitted,

                                          Matthew W. Schmidt*
                                          John G. Balestriere*
                                          **BALESTRIERE FARIELLO**
                                          225 Broadway, 29th Floor
                                          New York, New York 10007
                                          Telephone: (212) 374-5401
                                          Facsimile:    (212) 208-2613
                                          john.balestriere@balestrierefariello.com
                                          matthew.schmidt@balestrierefariello.com
                                          ***Admitted Pro Hac Vice***