UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS, <br><br> Plaintiffs, <br><br> v. <br><br> TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUIT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARC MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STPORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLIFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1–20, and DOE COMPANIES 21–30 <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 5:23-cv-00580-FB <br><br> Judge: Hon. Fred Biery <br> Courtroom: 8509 <br> Date Action Filed: May 8, 2023 (transferred) |

## **ORDER**

Before the Court is Defendant Trammell S. Crow, Jr.'s ("Crow") Unopposed Motion for Leave to Exceed Page Limits (Dkt. \_\_\_) (the "Motion"). The Court finds that the Motion should be, and hereby is, **GRANTED**.

Crow is **GRANTED LEAVE** to file the reply to the response to the motion to dismiss up to thirteen (13) pages in length.

**IT IS SO ORDERED.**

SIGNED this _____ day of _____, 2023.

                                                        UNITED STATES DISTRICT JUDGE