IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, | ) ) ) |
| Plaintiffs, | ) ) ) |
| V. | ) ) CIVIL ACTION NO. SA-23-CA-580-FB ) |
| TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; JOSEPH BOLIN; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; PAUL PENDERGRASS; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MARK MOLINA; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; RCI HOSPITALITY HOLDINGS, INC.; INTEGRITY BASED MARKETING, LLC; STORM FITNESS NUTRITION, LLC; ULTRA COMBAT NUTRITION, LLC; ECOLOFT HOMES LLC; ELEVATED WELLNESS PARTNERS LLC; DOE INDIVIDUALS 1-20; and DOE COMPANIES 21-30, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING PLAINTIFFS' REQUEST FOR
## LEAVE TO FILE AN AMENDED COMPLAINT

Before the Court is the status of the above styled and numbered cause. Plaintiffs' response (docket no. 173) to Defendant Trammell S. Crow, Jr.'s Rule 12(b)(6) motion to dismiss (docket no. 151) includes a request for leave (docket no. 173 at page 26) to file an amended complaint. After careful consideration, the Court is of the opinion that the request should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' request for leave (docket no. 173 at page 26) is GRANTED such that Plaintiffs shall have until **July 7, 2023**, to file an amended complaint. Plaintiffs are notified that the Court is not inclined to entertain an extension of the above established deadline.

It is so ORDERED.

SIGNED this 27th day of June, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE