IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, ) ) ) Plaintiffs, ) ) V. ) ) TRAMMELL S. CROW, JR.; BENJAMIN ) TODD ELLER; RICHARD HUBBARD; ) MELISSA MILLER; JOSEPH BOLIN; ) SCOTT WOODS; MRUGESHKUMAR ) SHAH; MICHAEL CAIN; COE ) JURACEK; PHILIP ECOB; H.J. COLE; ) CODY MITCHELL; KURT KNEWITZ; ) PAUL PENDERGRASS; RALPH ) ROGERS; ROBERT PRUITT; SCOTT ) BRUNSON; CASE GROVER; RICHARD ) BUTLER; MARK MOLINA; MICHAEL ) HYNES, JR.; SHAWN MAYER; JADE ) MAYER; RCI HOSPITALITY ) HOLDINGS, INC.; INTEGRITY BASED ) MARKETING, LLC; STORM FITNESS ) NUTRITION, LLC; ULTRA COMBAT ) NUTRITION, LLC; ECOLOFT HOMES ) LLC; ELEVATED WELLNESS ) PARTNERS LLC; DOE INDIVIDUALS ) 1-20; and DOE COMPANIES 21-30, ) ) Defendants. ) | CIVIL ACTION NO. SA-23-CA-580-FB |

**ORDER REGARDING MOTIONS TO DISMISS**

Before the Court are motions to dismiss and related requests for relief filed by Defendants Crow (docket nos. 151, 182 & 183), Woods (docket no. 154), Miller (docket no. 156), Grover Grover (docket no. 159), Mitchell (docket no. 160), RCI Hospitality Holdings, Inc. (Docket no. 161), Juracek (162), Pruitt (docket no. 165), and Eller (docket no. 166), along with Plaintiffs' amended complaint (docket no. 190) filed in response to the motions to dismiss. After careful consideration, the Court is of the

opinion that the motions and related filings, which are based on Plaintiffs' original complaint, should be dismissed without prejudice to refiling in response to Plaintiffs' amended complaint, if necessary.

IT IS THEREFORE ORDERED that the motions to dismiss and related filings by Defendants Crow (docket nos. 151, 182 & 183), Woods (docket no. 154), Miller (docket no. 156), Grover Grover (docket no. 159), Mitchell (docket no. 160), RCI Hospitality Holdings, Inc. (Docket no. 161), Juracek (162), Pruitt (docket no. 165), and Eller (docket no. 166) are DISMISSED WITHOUT PREJUDICE to refiling in response to Plaintiffs' amended complaint (docket no. 190), if necessary.

It is so ORDERED.

SIGNED this 10th day of July, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE