**DEFENDANTS TO BE SERVED:**

AARON BURLINGAME

203 Capulin Mtn

Cedar Park, Texas 78613

---

DR. MRUGESHKUMAR SHAH

US Armed Forces Reserve CMPL

344 Marine Forces Dr

Grand Prairie, TX 75051

---

MICHAEL CAIN

2602 Timberwood Dr, Unit 4

Fort Collins, CO 80528

---

PHILIP ECOB

2215 Cedar Springs Rd Apt 1414

Dallas, TX 75201

---

H.J. COLE

4606 Cedar Springs Road Apt 1932

Dallas, TX 75219

---

KURT KNEWITZ

6009 W. Parker Rd., #149-189

Plano, TX. 75093

---

PAUL PENDERGRASS

6952 Navigation Drive

Grand Prairie, Texas 75054

---

RALPH ROGERS

28827 Fine Road

Marble Falls, Texas 78654

---

RICHARD BUTLER

4900 N 44th St, Apt 1061

Phoenix, AZ 85018

---

MARK MOLINA
800 N Iowa Ave Apt 1
Brownsville, TX 78521

SHAWN MAYER
1900 Stonehill Dr,
Justin, TX 76247-6734

JADE MAYER
1900 Stonehill Dr,
Justin, TX 76247-6734

INTEGRITY BASED MARKETING, LLC
14613 Kelmscot Drive
Frisco, Texas 75035

STORM FITNESS NUTRITION, LLC
2245 Keller Way, Suite 250
Carrollton, Texas 75006

ULTRA COMBAT NUTRITION, LLC
17100 Dallas Parkway, Suite 211
 Dallas, Texas 75248

ECOLOFT HOMES LLC
3610-2 North Josey Lane #223
Carrollton, Texas 75007-0000

ELEVATED WELLNESS PARTNERS LLC
11615 Forest Central Drive, Suite 216, LB 16
Dallas, Texas 75243