IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| V. | ) ) | CIVIL ACTION NO. SA-23-CA-580-FB |
| TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; JOSEPH BOLIN; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; PAUL PENDERGRASS; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MARK MOLINA; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; RCI HOSPITALITY HOLDINGS, INC.; INTEGRITY BASED MARKETING, LLC; STORM FITNESS NUTRITION, LLC; ULTRA COMBAT NUTRITION, LLC; ECOLOFT HOMES LLC; ELEVATED WELLNESS PARTNERS LLC; DOE INDIVIDUALS 1-20; and DOE COMPANIES 21-30, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING DEFENDANT TRAMMELL S. CROW, JR.'S
UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Before the Court is the Unopposed Motion for Leave to Exceed Page Limits (docket no. 194), filed by Defendant Trammell S. Crow, Jr. on July 19, 2023.  By way of his motion, Defendant Crow seeks to file a motion to dismiss that is up to 27 pages in length.  After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the Unopposed Motion for Leave to Exceed Page Limits (docket no. 194) is GRANTED such that Defendant Trammell S. Crow, Jr.'s Motion to Dismiss the First Amended Complaint and the exhibits attached thereto (attached to the motion for leave at Exhibits 1, 2 & 3) shall be filed as part of the record in these proceedings.

It is so ORDERED.

SIGNED this 20th day of July, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE