AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    5:23-CV-00580-FB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Aaron Burlingame**
was recieved by me on **7/17/2023:**

- [X] I personally served the summons on the individual at **203 Capulin Mountain, Cedar Park, TX 78613** on **07/19/2023 at 1:23 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:   07/19/2023

*Server's signature*

**Luis J Perez**
*Printed name and title*

**P.O. Box 6887**
**Round Rock, TX 78683**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Aaron Burlingame with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with a beard and a tattoo.**




Tracking #: **0110536727**