IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD et al., | § § § | |
| *Plaintiffs,* | § § § | |
| vs. | § § | Civil Case No. SA-23-CV-00580-FB |
| TRAMMELL S. CROW. JR. et al., | § § § | |
| *Defendants* | § | |

### ORDER DISMISSING ALL CLAIMS AGAINST
### DEFENDANT RCI HOSPITALITY HOLDINGS, INC.

On this day, the Court considered Defendant RCI Hospitality Holdings, Inc.'s ("RCI") Motion to Dismiss, all timely-filed objections and related briefing, argument of counsel, the pleadings, record, and applicable law. The Motion is hereby **GRANTED** in full. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that all claims by Plaintiffs Julia Hubbard and Kayla Goedinghaus (collectively, "Plaintiffs") against RCI are **DISMISSED** for failure to state a claim. RCI is **AWARDED** its costs of court from Plaintiffs.

SIGNED this _____ day of _____, 2023

_____
UNITED STATES DISTRICT JUDGE