IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD, *ET AL.*, <br> *Plaintiffs*, <br><br> v. <br><br> TRAMMEL S. CROW, JR., *ET AL.*, <br> *Defendants*. | § <br> § <br> § <br> §    CIVIL ACTION NO. 5:23-CV-00580-FB <br> § <br> § <br> § <br> § |

## ORDER

On this day, the Court considered Defendant Cody Mitchell's ("Defendant")'s Motion to Dismiss Pursuant Plaintiffs' First Amended Complaint Under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and any responses thereto. After considering the motion and pleadings of the parties, the Court is of the opinion that the motion has merit. Therefore, it is

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**. It is further

**ORDERED** that Plaintiffs' claims against Defendant is **DISMISSED** with prejudice.

Signed this ___ day of _____, 2023.

_____
**HONORABLE PRESIDING JUDGE**

1