

**[Best Practices, LLC](#)**
Todd Eller, Ph. D. PD2857
364 West Wilson Ave
Suite 5
Glendale, CA 91203
(800) 598-7889

To whom it may concern,

Kayla Goodinghouse suffers from severe post-traumatic stress order and clinical depression. Her episodes of fatigue, emotional exhaustion and crying have become more frequent. Kayla suffered multiple traumas from childhood abuse, kidnapping and rape. She is currently on the following medications:

- Zoloft
- Prazosin
- Ambilify

She is currently still having major symptoms of depression and trauma including:

- Nightmares
- Lack of Sleep
- Extreme Stress
- Crying
- Major Fatigue
- Inability to Function

Our evaluation of Kayla highly recommends that she sees a psychiatrist in her local area as soon as possible to prevent her symptoms from worsening and to give her much needed relief.

Benjamin Todd Eller, Ph.D.                              Dr. Elizabeth Thrower

*[signature]*                                            *[signature]*

EXHIBIT C, page 1

**From:** ███
**To:** ███
**Date:** ██████████████
**Attachments:** ███

----- Forwarded Message -----
**From:** "beneller@yahoo.com" <beneller@yahoo.com>
**To:** 'Rick Hubbard' <rick@ecoloft.us>
**Sent:** Friday, January 25, 2019 at 05:12:00 PM PST
**Subject:**