# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1–20, and DOE COMPANIES 21–30<br><br>　　　　　　Defendant(s). | Case No.: 2:23-CV-00580-FB<br><br>BENJAMIN TODD ELLER'S REPLY BRIEF IN SUPPORT OF HIS MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO FRCP12(b)(2) FOR LACK OF PERSONAL JURISDICTION, and FRCP 12(b)(6) FOR FAILURE TO STATE A CLAIM<br><br><br>Hon. Fred Biery |

This Court, having read and considered Benjamin Todd Eller's Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and (6) and 8(a), and finding good cause therefor, hereby grants the Motion in its entirety.

**IT IS SO ORDERED.**

Dated: _____

_____

THE HONORABLE FRED BIERY

UNITED STATES DISTRICT JUDGE