IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, | ) ) ) |
| Plaintiffs, | ) ) |
| V. | ) ) CIVIL ACTION NO. SA-23-CA-580-FB ) |
| TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; JOSEPH BOLIN; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; PAUL PENDERGRASS; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MARK MOLINA; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; RCI HOSPITALITY HOLDINGS, INC.; INTEGRITY BASED MARKETING, LLC; STORM FITNESS NUTRITION, LLC; ULTRA COMBAT NUTRITION, LLC; ECOLOFT HOMES LLC; ELEVATED WELLNESS PARTNERS LLC; DOE INDIVIDUALS 1-20; and DOE COMPANIES 21-30, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

Before the Court is Plaintiffs' Unopposed Motion to Extend Time to File a Response to Defendants' Motions to Dismiss. (Docket no. 206.) After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' Unopposed Motion to Extend Time to File a Response to Defendants' Motions to Dismiss (docket no. 206) is GRANTED such that the deadline for Plaintiffs to respond to the motions to dismiss filed by Defendants Crow (docket no. 196), Miller (docket no. 198), Woods (docket no. 199), Grover (docket no. 200), RCI (docket no. 201), Mitchell (docket no. 202), Juracek (No. 203), Eller (docket no. 204) and Pruitt (docket no. 205) is EXTENDED until **August 17, 2023**.

It is so ORDERED.

SIGNED this 28th day of July, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE