UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>    Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARC MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLIFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1–20, and DOE COMPANIES 21–30<br>    Defendants. | Case No. 5:23-cv-00580-FB<br><br>Judge: Hon. Fred Biery<br>Courtroom: 8509<br>Date Action Filed: May 8, 2023<br>(transferred) |

## **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Plaintiffs Julia Hubbard and Kayla Goedinghaus ("Plaintiffs") request leave to exceed the Court's page limits and permit Plaintiffs to file an Opposition to Defendant Crow's Motion to Dismiss that is up to twenty-seven (27) pages long.

Pursuant to Local Rule CV-7(D), parties are limited to twenty (20) pages for non-discovery motions. Plaintiffs' Amended Complaint is 74 pages long, asserts claims against twenty-nine

named individuals (plus additional unnamed individuals and companies), and asserts four causes of action against all defendants. (*See, e.g.,* Amended Complaint, Dkt. No. 190.) This request for seven (7) additional pages is not for the purpose of delay or to complicate the proceedings but in order to ensure that the issues in dispute are clearly presented to the Court. The Court having granted Defendant Trammell S. Crow's ("Crow") Motion for Leave to Exceed Page Limits for his Motion to Dismiss should grant Plaintiffs' similar Motion for Leave. The additional pages are necessary to address and respond to the claims made in the Defendant's Motion to Dismiss. Plaintiffs have met and conferred with Defendant Crow, and he is unopposed to the relief requested.

Dated: New York, New York
August 16, 2023

                                                    Respectfully submitted,

                                                    _____

Matthew W. Schmidt*
John G. Balestriere*
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (212) 374-5401
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Admitted Pro Hac Vice*