## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| V. | ) ) | CIVIL ACTION NO. SA-23-CA-580-FB |
| TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; JOSEPH BOLIN; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; PAUL PENDERGRASS; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MARK MOLINA; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; RCI HOSPITALITY HOLDINGS, INC.; INTEGRITY BASED MARKETING, LLC; STORM FITNESS NUTRITION, LLC; ULTRA COMBAT NUTRITION, LLC; ECOLOFT HOMES LLC; ELEVATED WELLNESS PARTNERS LLC; DOE INDIVIDUALS 1-20; and DOE COMPANIES 21-30, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED
## MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Before the Court is Plaintiffs' Unopposed Motion for Leave to Exceed Page Limits (docket no. 208), filed on August 16, 2023.  By way of their motion, Plaintiffs seek to file a response that exceeds the page limits in opposition to Defendant Trammell S. Crow, Jr.'s Motion to Dismiss the First Amended Complaint (docket no. 196).  After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' Unopposed Motion for Leave to Exceed Page Limits (docket no. 208) is GRANTED such that Plaintiffs' Opposition to Trammel S. Crow, Jr.'s Motion to Dismiss Amended Complaint (attached to the motion for leave at docket no. 208-1 as Exhibit 1) shall be filed as part of the record in these proceedings.

It is so ORDERED.

SIGNED this 17th day of August, 2023.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE