UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUIT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARC MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLIFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1–20, and DOE COMPANIES 21–30<br>　　　　　Defendants. | Case No. 5:23-cv-00580-FB<br><br>Judge: Hon. Fred Biery<br>Courtroom: 8509<br>Date Action Filed: May 8, 2023 (transferred) |

## **UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Defendant Trammell S. Crow, Jr. ("Crow") requests leave to exceed the Court's page limits and permit Crow to file a reply in support of his motion to dismiss that is up to thirteen (13) pages long.

Pursuant to Local Rule CV-7(D), parties are limited to ten (10) pages for replies in support of non-discovery motions. Plaintiffs' Amended Complaint is 74 pages long,[1] asserts claims against

---

[1] Plaintiffs' Amended Complaint is ten pages longer than the original Complaint. *Compare* Dkt. 1 and Dkt. 190.

-1-

thirty named individuals (plus additional unnamed individuals and companies),[2] and asserts four causes of action against all defendants. *See, e.g.,* Am. Comp. at 68. This request for three (3) additional pages in Crow's reply brief is not for the purpose of delay or to complicate the proceedings, but in order to ensure that the issues in dispute are clearly presented to the Court. *See* Exhibit A.

  Crow has met and conferred with counsel for Plaintiffs and they are unopposed to the relief requested.

DATED:  August 22, 2023             Respectfully submitted,

                         /s/ *Kenneth C. Stone*
                         Gerald E. Hawxhurst
                         Texas State Bar No. 24090636
                         jerry@hawxhurstllp.com
                         HAWXHURST LLP
                         1301 S. Capital of Texas Hwy
                         Building C, Suite 300
                         Austin, Texas 78746
                         Telephone:  (512) 522-4995
                         Facsimile:  (512) 522-4961

                         GRAY REED
                         KENNETH C. STONE
                         Texas Bar No. 19296300
                         LONDON ENGLAND
                         Texas Bar No. 24110313
                         1601 Elm Street, Suite 4600
                         Dallas, Texas 75201
                         Telephone:  (214) 954-4135
                         Facsimile:  (214) 953-1332
                         Email:  kstone@grayreed.com
                              lengland@grayreed.com

                         *Attorneys for Defendant*
                         *Trammell S. Crow, Jr.*

---

[2] By amendment, Plaintiffs added an additional defendant, Aaron Burlingame.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served on all counsel of record via ECF on August 22, 2023:

> */s/ Kenneth C. Stone*
> Kenneth C. Stone
>
> *Attorneys for Defendant Trammell S. Crow, Jr.*

## CERTIFICATE OF CONFERENCE

The undersigned conferred with Matthew W. Schmidt, counsel for Plaintiffs, via email on August 21, 2023, and Mr. Schmidt stated Plaintiffs are unopposed to the relief requested.

> */s/ Kenneth C. Stone*
> Kenneth C. Stone