IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD AND KAYLA GOEDINGHAUS § § §<br>Plaintiffs, §<br>v. §<br> §<br>TRAMMELL S. CROW, JR., ET AL. §<br>Defendants. § | Case No. 5:23-CV-00580-FB |

### DEFENDANT ROBERT PRUITT'S
### UNOPPOSED MOTION TO SUBSTITUTE COUNSEL OF RECORD

**TO THE HONORABLE U.S. DISTRICT COURT JUDGE FRED BIERY:**

COMES NOW Defendant Robert Pruitt (**"Mr. Pruitt"**), and respectfully files this motion requesting this Court's permission to substitute its counsel of record in the above-entitled lawsuit.

On April 28, 2023, this action was transferred from the United States District Court for the Central District of California to the United States District Court for the Western District of Texas. Mr. Pruitt currently is represented by James Moon. *See* Dkt. No. 167. Mr. Pruitt now respectfully requests that his current attorney of record be permitted to withdraw as his counsel of record, and that attorney Steven J. Berry be permitted to substitute in as his counsel of record in this lawsuit. Mr. Berry is a member of the Texas Bar and is admitted to practice in the U.S. District Court for the Western District of Texas. Pursuant to Local Rule CV-7, the undersigned have conferred with counsel for all other

parties in this lawsuit regarding the relief requested in this motion, and the other parties to this lawsuit confirmed they are not opposed to substitution.

Accordingly, Mr. Pruitt respectfully requests the Court to enter the attached proposed Order permitting the requested substitution.

> Respectfully submitted,
>
> **LAW OFFICES OF JAMES P. MOON, PLLC**
>
> By: */s/ James P. Moon*
> James P. Moon
> State Bar No. 14316300
> 101 Vintage Dr, Suite 100
> Red Oak, TX 75154-6369
> (469) 820-9509
> (800) 930-7112 fax
> jpmpllc@gmail.com
>
> **BERRY ODOM LLP**
>
> By: */s/ Steven J. Berry*
> Steven J. Berry
> State Bar No.: 02242550
> 611 9th Avenue
> Fort Worth, Texas  76104
> Telephone: (817) 850-4200
> Facsimile: (817) 546-3210
> E-Mail: sberry@berryodom.com
> **ATTORNEYS FOR DEFENDANT**
> **ROBERT PRUITT**

## **CERTIFICATE OF SERVICE**

I hereby certify by my signature below that a true and correct copy of the foregoing document was served on all attorneys of record on this 25th day of August 2023.

*s/Steven J. Berry*