## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. SA-23-CA-580-FB |
| | ) | |
| TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; JOSEPH BOLIN; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; PAUL PENDERGRASS; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MARK MOLINA; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; RCI HOSPITALITY HOLDINGS, INC.; INTEGRITY BASED MARKETING, LLC; STORM FITNESS NUTRITION, LLC; ULTRA COMBAT NUTRITION, LLC; ECOLOFT HOMES LLC; ELEVATED WELLNESS PARTNERS LLC; DOE INDIVIDUALS 1-20; and DOE COMPANIES 21-30, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Before the Court is Defendant Robert Pruitt's Unopposed Motion to Substitute Counsel of

Record.  (Docket no. 229).  After careful consideration, the motion is granted.

IT IS THEREFORE ORDERED that Defendant Robert Pruitt's Unopposed Motion to Substitute

Counsel of Record (docket no. 229) Pis GRANTED such that James Moon, of James P. Moon, PLLC,

is PERMITTED to withdraw and Steven J. Berry is SUBSTITUTED as counsel for Defendant Robert

Pruitt as set forth below:

Steven J. Berry
State Bar No. 02242550
E-mail: sberry@berryodom.com
Berry Odom LLP
611 9th Avenue
Fort Worth, Texas   76104
Tel: (817) 850-4200
Fax: (817) 546-3210

It is so ORDERED.

SIGNED this 28th day of August, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE