IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, | ) ) ) |
| Plaintiffs, | ) ) |
| V. | ) ) CIVIL ACTION NO. SA-23-CA-580-FB ) |
| TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; PAUL PENDERGRASS; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MARC MOLINA; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; RCI HOSPITALITY HOLDINGS, INC.; INTEGRITY BASED MARKETING, LLC; STORM FITNESS NUTRITION, LLC; ULTRA COMBAT NUTRITION, LLC; ECOLOFT HOMES LLC; ELEVATED WELLNESS PARTNERS LLC; DOE INDIVIDUALS 1-50; and DOE COMPANIES 1-50; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER AND ADVISORY

Before the Court is the status of the above styled and numbered cause. The last activities with respect to service were the summonses returned executed on January 29, 2023, indicating that the answer of Defendants Michael Hynes, Jr. was due on January 30, 2023 (docket no. 43); the answer of Richard Hubbard was due on February 8, 2023 (docket no. 45); and the answer of Scott Brunson was

due on February 13, 2023 (docket no. 47). The Court's review of the record reveals no answer has been filed nor have Plaintiffs sought a default judgment against these Defendants.

Because of the inactivity, IT IS HEREBY ORDERED that Plaintiffs shall apprise the Court no later than **December 4, 2023,** whether Plaintiffs have settled their differences with these Defendants and, if not, whether Plaintiffs wish to proceed with this litigation. If no response or advisory is filed by that date, Plaintiffs are advised that their claims against these Defendants will be dismissed for failure to prosecute and/or failure to comply with a court order.

It is so ORDERED.

SIGNED this 20th day of November, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE