UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Case No. 5:23-cv-00580-FB |
| TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BROLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1-20, and DOE COMPANIES 21-30 | § § § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

**MOTION TO WITHDRAW**
**ADAM DICLEMENTE AS COUNSEL FOR COE JURACEK**

1

Defendant Mr. Coe Juracek ("Juracek") respectfully motions the Court ("Motion") to remove Mr. Adam DiClemente as counsel as record for Mr. Juracek in the above captioned matter.

There is good cause for granting this Motion, and in support of the Motion, Mr. Juracek would show that Mr. DiClemente has left Quinn Emanuel Urquhart and Sullivan, LLP. Additionally, Mr. Juracek will not be prejudiced by Mr. DiClemente's withdrawal because Ms. Diane Doolittle, Mr. Alex Bergjans, and Mr. Evan Pearson of Quinn Emanuel Urquhart and Sullivan, LLP will remain as counsel for Mr. Juracek.

Granting this Motion will not harm or prejudice Plaintiffs Ms. Julia Hubbard and Ms. Kayla Goedinghaus ("Plaintiffs"), nor will the granting of this Motion cause undue delay.

Defendant respectfully requests that the Court enter the proposed order submitted herewith which withdraws Mr. DiClemente as counsel of record for Mr. Juracek.

DATED: November 30, 2023          Respectfully submitted,

By */s/ Diane M. Doolittle*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Diane M. Doolittle (*pro hac vice*)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:      (650) 801 5000
Facsimile:       (650) 801 5100

Matthew "Alex" Bergjans (*pro hac vice*)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:      (213) 443 3000
Facsimile:       (213) 443 3100

3

                Evan Pearson (Texas State Bar No. 24121403)
evanpearson@quinnemanuel.com
300 W. Sixth Street, Suite 2010
Austin, Texas 78701
Telephone:	(737) 667 6119
Facsimile:	(737) 667 6110

*Attorneys for Defendant Coe Juracek*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being served on all counsel of record via the Court's CM/ECF system on November 30, 2023.

                                          */s/   Evan Z. Pearson*
                                          Evan Z. Pearson