UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **JULIA HUBBARD and KAYLA GOEDINGHAUS,** § § § | |
| **Plaintiffs,** § § | |
| v. § § | Case No. 5:23-cv-00580-FB |
| **TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BROLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1-20, and DOE COMPANIES 21-30** § § § § § § § § § § § § § § § § § § § § § § | |
| **Defendants.** § § | |

**ORDER GRANTING MOTION TO WITHDRAW**
<u>**ADAM DICLEMENTE AS COUNSEL FOR COE JURACEK**</u>

1

Having considered Defendant Mr. Coe Juracek's Motion to Withdraw Adam DiClemente ("Mr. DiClemente") as Counsel (the "Motion to Withdraw"), the Court finds that the Motion to Withdraw should be and hereby is GRANTED. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that the Motion to Withdraw is **GRANTED** and Mr. DiClemente is hereby withdrawn as counsel of record for Mr. Juracek and it is further

**ORDERED, ADJUDGED, AND DECREED** that the docket be amended to reflect that Mr. DiClemente has withdrawn as counsel for Mr. Juracek and that he no longer needs to be noticed of any pleadings, motions, or other documents filed or served in this case.

SIGNED on this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE