IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD, and <br> KAYLA GOEDINGHAUS <br><br> VS. <br><br> TRAMMELL S. CROW, JR., BENJAMIN TODD ELLER, RICHARD HUBBARD, MELISSA MILLER, SCOTT WOODS, MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE FROVER, RICHARD BUTLER, MARC MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, AARON BURLINGAME, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES, LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1-50; AND DOE COMPANIES 1-50 | CIVIL NO. 5:23-cv-00580-FB |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

NOW COMES, Defendant, **ROBERT PRUITT**, and files this Notice of Appearance of Additional Counsel, and in support thereof, would show the Court as follows:

I.

ROBERT PRUITT hereby notifies this Court and counsel of record of the appearance of James M. "Jamie" Parker, Jr. with the law firm of Naman Howell Smith & Lee, PLLC, 10001 Reunion Place, Suite 600, San Antonio, Texas 78216, as additional counsel in this matter for Defendant Pruitt. His address and telephone number are indicated in the below signature block. Steven J. Berry remains as lead counsel on this

matter on behalf of ROBERT PRUITT.

## II. PRAYER

For these reasons, ROBERT PRUITT asks the Court to enter James M. "Jamie" Parker, Jr. as additional counsel for ROBERT PRUITT and any and all relief it is entitled under law and equity to which it may show itself justly entitled.

Respectfully submitted,

*/s/ James M. Parker, Jr.*
JAMES M. "JAMIE" PARKER, JR.
State Bar No. 15488710
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6364
Facsimile:   (210) 785-2964
jparker@namanhowell.com

STEVEN J. BERRY
State Bar No. 02242550
BERRY ODOM, LLP
611 9th Avenue
Fort Worth, Texas 76104
Telephone: (817) 850-4200
Facsimile: (817) 546-3210
sberry@berryodom.com

**ATTORNEYS FOR DEFENDANT, ROBERT PRUITT**

### CERTIFICATE OF SERVICE

I hereby certify that on the **1st** day of **December 2023**, the foregoing document, was filed with the Clerk of Court using the CM/ECF system, and was served on all counsel of record via E-mail:

*/s/ James M. Parker, Jr.*
JAMES M. "JAMIE" PARKER, JR.