UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS, § § § **Plaintiffs,** § § v. § **TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BROLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1-20, and DOE COMPANIES 21-30 **Defendants.** | Case No. 5:23-cv-00580-FB |

**COE JURACEK'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant Coe Juracek ("Juracek"), by counsel, respectfully requests that the Court grant Mr. Juracek a brief extension to file his Answer to Julia Hubbard and Kayla Goedinghaus'

1

(collectively, "Plaintiffs") First Amended Complaint to December 18, 2023 pursuant to Fed. R. Civ. P. 6(b).  In support of this Unopposed Motion, Mr. Juracek states that:

1. This Motion is not filed for the purpose of delay, but so that Mr. Juracek may fully accurately, and meaningfully respond to Plaintiffs allegations in the First Amended Complaint, promoting judicial economy;

2. Plaintiffs do not oppose the requested extension;

3. The extension is sought in good faith;

4. No party will not be prejudiced by a Court Order granting the requested extension; and

5. Mr. Juracek's deadline has not elapsed or been previously extended.

THEREFORE, Mr. Juracek respectfully requests that the Court enter the proposed order submitted with this Unopposed Motion and extend his deadline to respond to Plaintiffs' First Amended Complaint to December 18, 2023.

Dated:  December 4, 2023                    */s/ Diane M. Doolittle*

                                            QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                             Diane M. Doolittle (pro hac vice)
                                             dianedoolittle@quinnemanuel.com
                                             555 Twin Dolphin Drive, 5th Floor
                                             Redwood Shores, California 94065
                                             Telephone:   (650) 801 5000
                                             Facsimile:    (650) 801 5000

                                            Matthew "Alex" Bergjans (pro hac vice)
                                            alexbergjans@quinnemanuel.com
                                            865 S. Figueroa Street, 10th Floor
                                            Los Angeles, California 90017
                                            Telephone:   (213) 443 3000
                                            Facsimile:    (213) 443 3100

                                              Evan Pearson (Texas State Bar No. 24121403)
                                              evanpearson@quinnemanuel.com
                                              300 W. Sixth Street, Suite 2010
                                              Austin, Texas 78701
                                              Telephone:   (737) 667 6119
                                              Facsimile:    (737) 667 6110

                                        *Attorneys for Defendant Coe Juracek*

## CERTIFICATE OF SERVICE

The foregoing document was filed under the Court's CM/ECF system, automatically effecting service on counsel of record for all other parties who have appeared in this action on the date of such service.

*/s/ Evan Z. Pearson*
Evan Z. Pearson

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Mr. Juracek and Plaintiffs conferred on December 4, 2023 and counsel for Plaintiffs indicated that they do not oppose this motion.

By: */s/ Evan Z. Pearson*
Evan Z. Pearson
