UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS, § § § | |
| Plaintiffs, § § | |
| v. § | Case No. 5:23-cv-00580-FB |
| § | |
| TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BROLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1-20, and DOE COMPANIES 21-30 § § § § § § § § § § § § § § § § § § | |
| Defendants. § | |

**ORDER GRANTING COE JURACEK'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

1

Defendant Coe Juracek ("Juracek") having filed his Unopposed Motion for Extension of Time to Respond to Plaintiffs' First Amended Complaint and the Court having considered the Unopposed Motion and being duly advised in the premises, hereby GRANTS the Unopposed Motion.

IT IS THEREFORE ADJUDGED, ORDERED, AND DECREED that Mr. Juracek's Answer to Plaintiffs' First Amended Complaint shall be due on December 18, 2023.

SO ORDERED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE