# Exhibit A

Re: Case No.: 2:22-cv-7957

Richard Butler <richardleebutler@icloud.com>
Tue 4/4/2023 4:52 PM
To:Elaine Arriola <elaine.arriola@balestrierefariello.com>

Hello yes,

1) I am not the Richard Butler mentioned in the matter of Hubbard et Al., V Crow et Al.

2) I do not know and have never known Julia Hubbard or Kayla Goedinghaus, or any party listed as a defendant in this case.

3) My name is Richard Lee Butler Jr (age 29) and I live in Phoenix , Arizona and do not have any ties to this court case.

4) I have never been a manager at Silver City Cabaret

Thank you

Sent from my iPhone

> On Apr 4, 2023, at 1:33 PM, Elaine Arriola <elaine.arriola@balestrierefariello.com> wrote:
>
> Richard Butler:
>
> Thank you for your call earlier today. I have spoken with John who is cc'd on this email about our conversation. I do sincerely apologize for the mix up and any stress it may have caused you. Regarding next steps, we are making sure you no longer receive any correspondence regarding this matter.
>
> Could you please in a response to this email confirm the following:
>
>   1. You are not the Richard Butler who is mentioned in the matter Hubbard et al., v. Crow et al.
>   2. You do not know and have never known Julia Hubbard or Kayla Goedinghaus, or any party listed as a defendant in this case.
>   3. You are Richard Lee Butler Jr who resides in Phoenix, AZ and are not a party in this case.
>   4. You are not and have never been a manager at Silver City Cabaret in Dallas, TX.
>
> Please reach out anytime if you have any questions or concerns.
>
> Thank you,
> Elaine
>
> --
> Elaine Arriola
> Legal Analyst
> BALESTRIERE FARIELLO
> 225 Broadway, 29th Floor
> New York, New York 10007

> T: + 1-646-434-1146
> elaine.arriola@balestrierefariello.com
> www.BalestriereFariello.com
>
> The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this e-mail or by calling us at 212-374-5400 and please immediately delete this communication. Thank you.
>
>
> -----Original Message-----
> From: Elaine Arriola
> Sent: Tuesday, April 4, 2023 10:19 AM
> To: Richard Butler <richardleebutler@icloud.com>
> Cc: John G. Balestriere <john.balestriere@balestrierefariello.com>
> Subject: RE: Case No.: 2:22-cv-7957
>
> Mr. Butler:
>
> I rang you and left you a voicemail with my phone number. I will try you again at 12:00 EDT. If you are not available to speak later today, please call at your earliest convenience.
>
> Thank you,
> Elaine
>
> --
> Elaine Arriola
> Legal Analyst
> BALESTRIERE FARIELLO
> 225 Broadway, 29th Floor
> New York, New York 10007
> T: + 1-646-434-1146
> elaine.arriola@balestrierefariello.com
> www.BalestriereFariello.com
>
> The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this e-mail or by calling us at 212-374-5400 and please immediately delete this communication. Thank you.
>
>
> -----Original Message-----
> From: Richard Butler <richardleebutler@icloud.com>
> Sent: Monday, April 3, 2023 7:51 PM
> To: John G. Balestriere <john.balestriere@balestrierefariello.com>
> Cc: Elaine Arriola <elaine.arriola@balestrierefariello.com>
> Subject: Re: Case No.: 2:22-cv-7957

>
> When should I be expecting a follow up. To be honest your office has made me feel highly unsafe with this whole ordeal because of my information being on these documents and then in turn providing the actual involved suspects an address that they would assume would be linked to the actual "Richard Butler"
>
> So I need to know expected reach out times before I have to actually involve my legal team.
>
> By this point I need documentation proving that I am the actual Richard Butler you are looking for . SSN confirmation , Birthday confirmation, etc.
>
> Best,
> Richard Lee Butler Jr
>
>> On Apr 3, 2023, at 3:53 PM, John G. Balestriere <john.balestriere@balestrierefariello.com> wrote:
>>
>> Richard:
>>
>> My colleague, Elaine, copied, shall follow up. Please copy her on all correspondence.
>>
>> Thanks,
>> John
>>
>> --
>> John G. Balestriere
>> Partner
>> BALESTRIERE FARIELLO
>> 225 Broadway, 29th Floor
>> New York, New York 10007
>> T: +1-212-374-5401
>> F: +1-212-208-2613
>> john.balestriere@balestrierefariello.com
>> Bio: http://jgb.balestrierefariello.com
>> www.BalestriereFariello.com
>>
>>
>> The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only.  You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited.  If you have received this communication in error, please immediately notify the sender by replying to this e-mail or by calling us at 212-374-5400 and please immediately delete this communication.  Thank you.
>>
>> -----Original Message-----
>> From: Richard Butler <richardleebutler@icloud.com>
>> Sent: Sunday, April 2, 2023 9:56 PM
>> To: John G. Balestriere <john.balestriere@balestrierefariello.com>
>> Subject: Re: Case No.: 2:22-cv-7957
>>
>> Hello,

>>
>> I am following up because I have yet to have been contacted. I am HIGHLY concerned with the gravity of this case and my "name" and address being attached to this. I would like to know next steps asap.
>>
>> Thank you,
>> Richard Lee Butler Jr
>>
>> Sent from my iPhone
>>
>>>> On Mar 28, 2023, at 8:07 PM, John G. Balestriere <john.balestriere@balestrierefariello.com> wrote:
>>>
>>> Mr. Butler:
>>>
>>> One of my colleagues shall follow up with by the end of the week.
>>>
>>> Thanks,
>>> John
>>>
>>> --
>>> John G. Balestriere
>>> Partner
>>> BALESTRIERE FARIELLO
>>> 225 Broadway, 29th Floor
>>> New York, New York 10007
>>> T: +1-212-374-5401
>>> F: +1-212-208-2613
>>> john.balestriere@balestrierefariello.com
>>> Bio: http://jgb.balestrierefariello.com
>>> www.BalestriereFariello.com
>>>
>>>
>>> The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only.  You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited.  If you have received this communication in error, please immediately notify the sender by replying to this e-mail or by calling us at 212-374-5400 and please immediately delete this communication.  Thank you.
>>>
>>> -----Original Message-----
>>> From: Richard Butler <richardleebutler@icloud.com>
>>> Sent: Tuesday, March 28, 2023 11:05 PM
>>> To: John G. Balestriere <john.balestriere@balestrierefariello.com>; mathew.schmidt@balestrierefariello.com; am@kbklawyers.com
>>> Subject: Case No.: 2:22-cv-7957
>>>
>>> To whom it may concern,
>>>
>>> (Please Respond When Read)
>>>

\>>> Hello there my name is Richard Lee Butler Jr., I am currently 29 years old and I'm currently living in Phoenix, AZ. Earlier today I was served with papers regarding a court proceeding in reference to a Julia Hubbard and Kayla Goedinghaus.
\>>>
\>>> I do not know these plaintiffs nor do I know any of the defendants within this court case. I believe I was served under the assumption that I was "Butler" referred to in the case analysis.
\>>>
\>>> Like I said above I am 29, I have no affiliation with the military and I don't know this man Richard Hubbard.
\>>>
\>>> I would like to be reached out to asap at (520)269-5675 I would like to discuss this over the phone so I can answer any and all questions you may have so I can confirm my actual identity.
\>>>
\>>> Best,
\>>> Richard Lee Butler Jr.