# Exhibit E

RE: Reg No.: 55042-177, Dr. Mrugeshkumar Shah

Elaine Arriola <elaine.arriola@balestrierefariello.com>

Fri 4/14/2023 10:26 AM

To:CDA-CCM@bop.gov <CDA-CCM@bop.gov>

Hello,

I am following up regarding my previous email. I am still waiting to hear back from your office.

Thank you,
Elaine

--

Elaine Arriola
Legal Analyst
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: + 1-646-434-1146
elaine.arriola@balestrierefariello.com
www.BalestriereFariello.com

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this e-mail or by calling us at 212-374-5400 and please immediately delete this communication. Thank you.

---

**From:** Elaine Arriola
**Sent:** Tuesday, April 4, 2023 10:42 AM
**To:** CDA-CCM@bop.gov
**Subject:** Reg No.: 55042-177, Dr. Mrugeshkumar Shah

Hello,

My name is Elaine, and I am a paralegal at the firm Balestriere Fariello. I am contacting you regarding an inmate by the name Mrugeshkumar Shah who is listed as a party in a current legal matter. Per Court rules, Dr. Shah must be served with legal papers. Could you please direct me on how to move forward with serving documents to Dr. Shah by providing your rules for doing so at Dallas RRM? If this is not the correct point of contact to whom this question should be directed, could you please direct me to someone who can offer some guidance?

Thank you,
Elaine

--

Elaine Arriola
Legal Analyst
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: + 1-646-434-1146

elaine.arriola@balestrierefariello.com
www.BalestriereFariello.com

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this e-mail or by calling us at 212-374-5400 and please immediately delete this communication. Thank you.