# Exhibit F

Hubbard, et al. v. Crow, et al.

Sophie L. Saydah <sophie.saydah@balestrierefariello.com>
Tue 10/4/2022 4:26 PM
To:ralphbrogers@gmail.com <ralphbrogers@gmail.com>
Cc:John G. Balestriere <john.balestriere@balestrierefariello.com>;Matthew W. Schmidt <matthew.schmidt@balestrierefariello.com>;Mandeep S Minhas <mandeep.minhas@balestrierefariello.com>

📎 2 attachments (2 MB)
Letter.pdf; Proposed Complaint.pdf;

Ralph:

My firm represents Julia Hubbard and Kayla Goedinghaus.

Please see the attached letter and proposed complaint from John G. Balestriere.

Thanks,
Sophie


--
Sophie L. Saydah
Legal Analyst
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5420
F: +1-212-208-2613
sophie.saydah@balestrierefariello.com
www.BalestriereFariello.com

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this e-mail or by calling us at 212-374-5400 and please immediately delete this communication. Thank you.

Hubbard, et al. v. Crow, et al., C.D. Cal. Case No. 2:22-cv-7957

Sophie L. Saydah <sophie.saydah@balestrierefariello.com>
Fri 11/11/2022 6:31 PM

To:ralphbrogers@gmail.com <ralphbrogers@gmail.com>
Cc:Matthew W. Schmidt <matthew.schmidt@balestrierefariello.com>

📎 5 attachments (4 MB)
4-1 Statement of Consent.pdf; 4 Notice of Right to Consent to Magistrate.pdf; 5 Summons.pdf; 1 Complaint.pdf; 2 Civil Cover Sheet.pdf;

Ralph:

Please see the attached complaint and supporting documents that were filed last week in the United States District Court for the Central District of California.

Let us know if you accept service, or also let us know if there is a lawyer you would like us to direct our communication to.

Thanks,
Sophie


--
Sophie L. Saydah
Legal Analyst
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5420
F: +1-212-208-2613
sophie.saydah@balestrierefariello.com
www.BalestriereFariello.com

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this e-mail or by calling us at 212-374-5400 and please immediately delete this communication. Thank you.