# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, )<br>)<br>Plaintiffs, )<br>)<br>V. )<br>)<br>TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; PAUL PENDERGRASS; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MARC MOLINA; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; RCI HOSPITALITY HOLDINGS, INC.; INTEGRITY BASED MARKETING, LLC; STORM FITNESS NUTRITION, LLC; ULTRA COMBAT NUTRITION, LLC; ECOLOFT HOMES LLC; ELEVATED WELLNESS PARTNERS LLC; DOE INDIVIDUALS 1-50; and DOE COMPANIES 1-50; )<br>)<br>Defendants. ) | CIVIL ACTION NO. SA-23-CA-580-FB |

**ORDER GRANTING MOTION TO WITHDRAW ADAM DICLEMENTE AS COUNSEL OF RECORD FOR DEFENDANT COE JURACEK**

Before the Court is the Motion to Withdraw Adam DiClemente as Counsel for Coe Juracek (docket no. 235) filed by defense counsel for Defendant Juracek on November 30, 2023. After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Motion to Withdraw Adam DiClemente as Counsel for Coe Juracek (docket no. 235) is GRANTED such that attorney Adam DiClemente is hereby

WITHDRAWN as counsel of record for Defendant Coe Juracek.

IT IS FURTHER ORDERED that the docket be amended to reflect that Adam DiClemente has withdrawn as counsel for Defendant Coe Juracek and that he no longer needs to be noticed of any pleadings, motions, or other documents filed or served in this case.

IT IS FINALLY ORDERED that attorneys Diane Doolittle, Alex Bergjans, and Evan Pearson of Quinn Emanuel Urquhart and Sullivan, LLP will remain as counsel of record for Defendant Coe Juracek.

It is so ORDERED.

SIGNED this 11th day of December, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE