IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, <br><br> Plaintiffs, <br><br> V. <br><br> TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; PAUL PENDERGRASS; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MARC MOLINA; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; RCI HOSPITALITY HOLDINGS, INC.; INTEGRITY BASED MARKETING, LLC; STORM FITNESS NUTRITION, LLC; ULTRA COMBAT NUTRITION, LLC; ECOLOFT HOMES LLC; ELEVATED WELLNESS PARTNERS LLC; DOE INDIVIDUALS 1-50; and DOE COMPANIES 1-50; <br><br> Defendants. | CIVIL ACTION NO. SA-23-CA-580-FB |

**ORDER GRANTING DEFENDANT BENJAMIN TODD ELLER'S MOTION
FOR EXTENSION OF TIME TO FILE A RESPONSIVE
PLEADING TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Before the Court is Defendant Benjamin Todd Eller's Unopposed Motion Pursuant to Fed. R. Civ. P. 6(b) for Extension of Time to File a Responsive Pleading to Plaintiffs' First Amended Complaint. (Docket no. 241). After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Defendant Benjamin Todd Eller's Unopposed Motion Pursuant to Fed. R. Civ. P. 6(b) for Extension of Time to File a Responsive Pleading to Plaintiffs' First Amended Complaint (docket no. 241) is GRANTED such that Defendant Eller shall have until **December 18, 2023,** to file an answer to Plaintiffs' First Amended Complaint.

It is so ORDERED.

SIGNED this 11th day of December, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE