## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>    Plaintiff(s),<br><br>vs.<br><br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1–20, and DOE COMPANIES 21–30<br><br>    Defendant(s). | Case No.: 2:23-CV-00580-FB<br><br>**PROPOSED ORDER re:**<br><br>DEFENDANT BENJAMIN TODD ELLER'S RULE 60(b) MOTION FOR RECONSIDERATION OF THE COURT'S NOVEMBER 20, 2023 ORDER (DKT. 232) FINDING PERSONAL JURISDICTION OVER BENJAMIN TODD ELLER; and RULE 12(i) REQUEST FOR HEARING ON DEFENDANT BENJAMIN TODD ELLER'S PERSONAL JURISDICTION DEFENSE<br><br><br>Hon. Fred Biery |

This Court, having read and considered *Rule 60(B) Motion For Reconsideration Of The Court's November 20, 2023 Order (Dkt. 232) Finding Personal Jurisdiction Over Benjamin Todd Eller; And Rule 12(I) Request For Hearing On Defendant Benjamin Todd Eller's Personal Jurisdiction Defense*, and finding good cause therefor, hereby grants the Motion in its entirety and will reconsider the November 20, 2023 order finding of personal jurisdiction Defendant Eller,, and orders a pretrial evidentiary hearing on the limited issue of personal jurisdiction over him.

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE FRED BIERY
UNITED STATES DISTRICT JUDGE