# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

|  |  |  |
|---|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES LLC, ELEVTED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1-20, and DOE COMPANIES 1-20,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No.**<br>**SA-23-CA-580-FB** |

## ORDER GRANTING ADDITIONAL TIME TO SERVE AND FILE A RESPONSE TO DEFENDANT ELLER'S MOTION FOR RECONSIDERATION

This Matter being brought before the Court by the Plaintiffs' motion for additional time to respond (the "Motion for Additional Time") to Defendant Dr. Benjamin Todd Eller's Motion for Reconsideration (Dkt. No. 257)(the "Underlying Motion"), and the Court having reviewed the papers submitted in support hereof, and no papers having been submitted in opposition hereto, and for good cause shown, it is **ORDERED** that the Motion for Additional Time is granted and papers responsive to the Underlying Motion shall be timely if electronically served and filed on or before January 19, 2024.

Signed on this _____ day of _____, 2024.

_____
U.S.D.J.

2