IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, | ) ) ) |
| Plaintiffs, | ) ) ) |
| V. | ) ) CIVIL ACTION NO. SA-23-CA-580-FB |
| TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; JOSEPH BOLIN; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; PAUL PENDERGRASS; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MARK MOLINA; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; RCI HOSPITALITY HOLDINGS, INC.; INTEGRITY BASED MARKETING, LLC; STORM FITNESS NUTRITION, LLC; ULTRA COMBAT NUTRITION, LLC; ECOLOFT HOMES LLC; ELEVATED WELLNESS PARTNERS LLC; DOE INDIVIDUALS 1-20; and DOE COMPANIES 21-30, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**<u>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND
TIME TO FILE RESPONSE TO DEFENDANT ELLER'S MOTION TO RECONSIDER</u>**

Before the Court is Plaintiffs' Motion for Additional Time to Serve and File a Response to Defendant Eller's Motion for Reconsideration (docket no. 260), filed on January 4, 2024. After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Additional Time to Serve and File a Response to Defendant Eller's Motion for Reconsideration (docket no. 260) is GRANTED such that Plaintiffs shall have up to and including **January 19, 2024,** to file their response to Defendant's Eller's motion for reconsideration.

It is so ORDERED.

SIGNED this 5th day of January 5, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE