# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, | ) ) ) |
| Plaintiffs, | ) ) ) |
| V. | ) ) CIVIL ACTION NO. SA-23-CA-580-FB ) |
| TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; COE JURACEK; PHILIP ECOB; CODY MITCHELL; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC., | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS SHAH, CAIN, COLE, KNEWITZ, PENDERGRASS, BUTLER, MOLINA, INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES, LLC, ELEVATED WELLNESS PARTNERS, LLC, DOE INDIVIDUALS 1-50 and DOE COMPANIES 1-50**

In response to an Order to Show Cause, Plaintiffs stipulate to the dismissal without prejudice of certain Defendants in this case. (Docket no. 246); *see also* Fed. R. Civ. P. 41(a)(1)(A)(i) ("[T]he plaintiff may dismiss an action . . . by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.").

IT IS THEREFORE ORDERED that the following Defendants are DISMISSED WITHOUT PREJUDICE from this case:

* Mrugeshkumar Shah;
* Michael Cain;

*   H.J. Cole;
*   Kurt Knewitz
*   Paul Pendergrass;
*   Richard Butler;
*   Mark Molina;
*   Integrity Based Marketing, LLC;
*   Storm Fitness Nutrition, LLC;
*   Ultra Combat Nutrition, LLC;
*   Ecoloft Homes, LLC;
*   Elevated Wellness Partners, LLC;
*   Doe Individuals 1-50; and
*   Doe Companies 1-50.

It is so ORDERED.

SIGNED this 9th day of January, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE