# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **JULIA HUBBARD, and KAYLA GOEDINGHAUS,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| V. ) | CIVIL ACTION NO. SA-23-CA-580-FB |
| ) | |
| **TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; COE JURACEK; PHILIP ECOB; CODY MITCHELL; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

On December 5, 2023, Plaintiffs "advise[d] the Court that they intend to proceed with litigation and move for default judgment for Defendants Hynes, Rick Hubbard, Brunson, Ecob, Rogers, Jade Mayer and Shawn Mayer." (Docket no. 247). The file reflects no further activity in this regard.

IT IS THEREFORE ORDERED that Plaintiffs shall have until **January 23, 2024**, to move for default against Defendants Hynes, Hubbard, Brunson, Ecob, Rogers, Jade Mayer and Shawn Mayer. Otherwise, Plaintiffs' claims against these Defendants shall be dismissed for failure to prosecute and/or comply with a Court Order. *See* FED. R. CIV. P. 41(b) (allowing district court to dismiss action *sua sponte* for plaintiff's failure to comply with court order or failure to prosecute).

It is so ORDERED.

SIGNED this 9th day of January, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE