# Exhibit A

Search Cause No :

Search Name :

**Constable Carlos B. Lopez**
Travis County, Texas - Precinct Five
Service Check Hotline:
512-854-9714

Attorneys - When using E-File, remember to put "Please use Constable Pct. 5 for service" in the Special Instructions/Comments box so we will receive your paper.

## Case Data    222CV7957SK

**Cause No. :** 222CV7957SK-1
**Court:** District 0 **County:** CENTRAL DIS OF C
**Issued:** 11/03/2022 **Received:** 12/16/2022 **Type:** Summons
--------------------------------------------------------------------------
**Plaintiff:** HUBBARD, JULIA ET AL
**Defendant:** CROW, TRAMMELL S ET AL
**Respondent:** HUBBARD, RICHARD LANE
**Attorney:** BALESTRIERE FARIELLO **Source:** Private
**Division:** Main **Fee Due:** 0

## Case History

--------------------------------------------------------------------------10
**01/17/2023** @3:55 P.M.   delivered in person
**Responsible party:** Michael Digiantonio
**Address:** 28827 FINE RD MARBLE FALLS TX 78654

**Last changed:** 01/18/2023 16:13
--------------------------------------------------------------------------9
**01/17/2023** @3:55 P.M.   delivered, waiting officer's return
**Responsible party:** Michael Digiantonio
**Address:** 28827 FINE RD MARBLE FALLS TX 78654
**Notes:** Richard Lane Hubbard

**Last changed:** 01/17/2023 15:57
--------------------------------------------------------------------------8
**01/09/2023** @10:46 A.M.   information
**Responsible party:** Michael Digiantonio
**Address:** 28827 FINE RD MARBLE FALLS TX 78654
**Notes:** Called, left voice mails on 2 #'s

**Last changed:** 01/09/2023 10:49
--------------------------------------------------------------------------7
**01/03/2023** @8:41 A.M.   attempted delivery
**Responsible party:** Michael Digiantonio

**Address:** 28827 FINE RD MARBLE FALLS TX 78654
**Notes:** No answer, left card

**Last changed:** 01/03/2023 08:45

--------------------------------------------------------------------------------6

12/29/2022 @9:29 A.M.  transferred new information
**Responsible party:** Michael Digiantonio
**Address:** 28827 FINE RD MARBLE FALLS TX 78654
**Comment:** tiburon /accurint current address
**Last changed:** 12/29/2022 09:31

--------------------------------------------------------------------------------5

12/28/2022 @4:32 P.M.  request research
**Responsible party:** Josh Alba
**Address:** 509 W 11TH STREET AUSTIN TX 78701

**Last changed:** 12/28/2022 16:32

--------------------------------------------------------------------------------4

12/28/2022 @4:30 P.M.  information
**Responsible party:** Josh Alba
**Address:** 509 W 11TH STREET AUSTIN TX 78701
**Notes:** no return call from plaintiff. sending to research

**Last changed:** 12/28/2022 16:30

--------------------------------------------------------------------------------3

12/27/2022 @9:47 A.M.  information
**Responsible party:** Josh Alba
**Address:** 509 W 11TH STREET AUSTIN TX 78701
**Notes:** called and left message for plaintiff

**Last changed:** 12/27/2022 09:47

--------------------------------------------------------------------------------2

12/19/2022 @9:26 A.M.  attempted delivery
**Responsible party:** Josh Alba
**Address:** 509 W 11TH STREET AUSTIN TX 78701
**Notes:** respondent did not show to court. left card/ bailiff, hes didn't show for his previous hearing either

**Last changed:** 12/19/2022 09:27

--------------------------------------------------------------------------------1

12/16/2022 @4:43 P.M.  assigned to deputy
**Responsible party:** Michael Untermeyer
**Address:** 509 W 11TH STREET AUSTIN TX 78701

**Last changed:** 12/16/2022 16:43