# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD, et al., § <br>    *Plaintiffs*, § <br> § <br> v. § <br> § <br> TRAMMEL S. CROW, JR., et al., § <br>    *Defendants*. § | CIVIL ACTION: 5:23-CV-580-FB |

### NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANT MITCHELL

Defendant Cody Mitchell hereby notifies the Court and all other parties to this matter of the appearance of his co-counsel, Assistant Attorney General Christopher Lee Lindsey. Assistant Attorney General Alec Simpson remains as lead counsel for Defendant Mitchell. Defendant respectfully requests that all pleadings, orders, and correspondence continue to be sent to the Office of the Attorney General, Law Enforcement Defense Division, P.O. Box 12548, MC-012, Austin, Texas 78711-2548 and to the email address listed below for Christopher Lee Lindsey.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief, Law Enforcement Defense Division

**/s/CHRISTOPHER LEE LINDSEY**
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General
Attorney-in-Charge
State Bar No.  24065628

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2157
(512) 370-9314 Fax No.
christopher.lindsey@oag.texas.gov

**ATTORNEYS FOR MITCHELL**

## CERTIFICATE OF SERVICE

I, **Christopher Lee Lindsey**, Assistant Attorney General of Texas, certify that a true copy of the foregoing has been served by electronic noticing on February 2, 2024.

**/s/ CHRISTOPHER LEE LINDSEY**
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General

2