UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS, <br><br>Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR., *et al.*<br>Defendants. | §<br>§<br>§  Case No. 5:23-cv-00580-FB<br>§<br>§<br>§<br>§  Judge: Hon. Fred Biery<br>§  Date Action Filed: May 8, 2023 (transferred)<br>§<br>§ |

## SCHEDULING RECOMMENDATIONS

The parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

1. The parties shall complete ADR in compliance with Local Rule CV-88 by 60 days before the date initially set for trial.  A motion objecting to ADR must be filed no later than 60 days before that deadline.

2. The Plaintiffs shall submit a separate written offer of settlement to each Defendant by March 13, 2024, and each opposing party shall respond, in writing, by April 12, 2024.

3. Plaintiffs shall file all motions to amend or supplement pleadings or to join additional parties by February 20, 2024 and Defendants shall do so by March 20, 2024.

4. Plaintiffs shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26 by 90 days before discovery deadline.  Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26 by 45 days

before discovery deadline.  All designations of rebuttal experts shall be designated within 30 days of receipt of the report of the opposing expert.

      5.      An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 30 days of receipt of the written report of the expert's proposed testimony, or within 60 days of the expert's deposition, if a deposition is taken, whichever is later.

      6.      The parties shall complete all discovery on or before April 4, 2025.  Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

      7.      All dispositive motions shall be filed no later than 60 days after the discovery deadline.  Dispositive motions and responses to dispositive motions shall be limited to 30 pages in length.

      8.      The trial date will be determined at a later date by the Court.  The parties shall consult Local Rule CV-16 regarding matters to be filed in advance of trial.  At the time the trial date is set, the Court will also set the deadline for the filing of matters in advance of trial.

      9.      All of the parties who have appeared in the action conferred as required by the federal rules of procedure concerning the contents of the proposed scheduling order between January 5 and February 2, 2024, and the parties have agreed as to its contents.

//

//

//

//

DATED:  February 2, 2024                                  Respectfully submitted,


By: /s/ *Matthew W. Schmidt*
   Matthew W. Schmidt*
   116A Main Street
   Tiburon, California 94920
   Telephone:(202) 746-9110
   mwschmidt@gmail.com
   *Attorney for Plaintiffs*
   **Admitted Pro Hac Vice*

By: /s/ *John G. Balestriere*
   John G. Balestriere*
   BALESTRIERE FARIELLO
   225 Broadway, 29th Floor
   New York, New York 10007
   Telephone: (212) 374-5401
   Facsimile: (212) 208-2613
   john.balestriere@balestrierefariello.com
   *Attorneys for Plaintiffs*
   **Admitted Pro Hac Vice*


/s/ *Kenneth C. Stone*

Gerald E. Hawxhurst, TSB No. 24090636
jerry@hawxhurstllp.com
HAWXHURST LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Tel: (512) 522-4995
Fax: (512) 522-4961

GRAY REED
   Kenneth C. Stone, TSB No. 19296300
   London England, TSB No. 24110313
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:   (214) 953-1332
Email:  kstone@grayreed.com
lengland@grayreed.com
*Attorneys for Defendant Trammell S. Crow*

/s/ [signature: Daniel J. Paret]
  Daniel J. Paret, State Bar No. 24088181
  **WOOD, SMITH, HENNING & BERMAN, LLP**
  14860 Landmark Blvd., Suite 120
  Dallas, Texas 75254
  Tel: (469) 210-2054
  Fax: (469) 210-2051
  dparet@wshblaw.com
  *Attorney for Defendant Michael Scott Woods, M.D.*

/s/ *Stephanie Richmond Roark*
**STEPHANIE RICHMOND ROARK**
State Bar No. 24070498
sroark@hartlinebarger.com
**BRIAN S. RAWSON**
State Bar No. 24041754
brawson@hartlinebarger.com
**HOLLY NAEHRITZ**
State Bar No. 24083700
hnaehritz@hartlinebarger.com
**HARTLINE BARGER LLP**
8750 N. Central Expy., Suite 1600
Dallas, Texas 75231
Telephone: (214) 369-2100
Facsimile: (214) 369-2118
*Attorneys for Defendants RCI Hospitality Holdings, Inc. and Casey Grover*

/s/ *Diane M. Doolittle*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Diane M. Doolittle (pro hac vice)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801 5000
Facsimile: (650) 801 5000

Matthew "Alex" Bergjans (pro hac vice)
alexbergjans@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443 3000
Facsimile: (213) 443 3100

Evan Pearson (Texas State Bar No. 24121403)
evanpearson@quinnemanuel.com
300 W. Sixth Street, Suite 2010
Austin, Texas 78701
Telephone: (737) 667 6119
Facsimile: (737) 667 6110
*Attorneys for Defendant Coe Juracek*

/s/ *Steven J. Berry*
STEVEN J. BERRY
State Bar No. 02242550
BERRY ODOM, LLP
611 9th Avenue
Fort Worth, Texas 76104
Telephone: (817) 850-4200
Facsimile: (817) 546-3210
E-Mail: sberry@berryodom.com

JAMES M. "JAMIE" PARKER, JR.
State Bar No. 15488710
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6364
Facsimile: (210) 785-2964
jparker@namanhowell.com
*Attorneys for Defendant Robert Pruitt*

/s/ *Kurt S. Elieson*
Kurt S. Elieson
Texas Bar No. 06521100
KurtE@CarpLawFirm.com
CARPENTER & ASSOCIATES
555 Republic Drive, Suite 510
Plano, Texas 75074
972-455-8700 – Tel.
972-767-5599 – Fax
*Attorney for Defendants Shawn Mayer and Jade Mayer*

| | |
|---|---|
| /s/ *Steve Dillawn*<br>Steve Dillawn<br>**Germer Beaman & Brown PLLC**<br>**One Barton Skyway**<br>**1501 S Mopac Expy Suite A400**<br>**Austin, TX 78746**<br>Ph: 512.482.5176<br>Fax: 512.472.0721<br>sdillawn@germer-austin.com<br>*Attorney for Defendant Dr. Melissa Miller* | /s/*CHRISTOPHER LEE LINDSEY*<br>**CHRISTOPHER LEE LINDSEY**<br>Assistant Attorney General<br>State Bar No.  24065628<br><br>P. O. Box 12548, Capitol Station<br>Austin, Texas 78711<br>(512) 463-2157<br>(512) 370-9314 Fax<br>christopher.lindsey@oag.texas.gov<br>*Attorney for Defendant Texas Ranger Cody Mitchell* |

/s/ *Indira J. Cameron Banks*
Indira J Cameron Banks (*pro hac vice*)
Cameron Jones LLP
407 N Maple Dr., Grnd 1
Beverly Hills, CA 90210
  indira@cameronjones.law
Tel: 424.757.0585
*Attorney for Defendant Dr. Benjamin Todd Eller*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "SCHEDULING RECOMMENDATIONS" was served on all counsel of record via ECF on February 2, 2024.

_____
Kyle Foltyn-Smith