IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTOION DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, THE ESTATE OF DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J.COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUIT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARC MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, AARON BURLINGAME, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLIFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1–50, and DOE COMPANIES 1–50 | Case No. 5:23-cv-00580-FB<br><br>Judge: Hon. Fred Biery<br>Date Action Filed: May 8, 2023<br>(transferred) |

**<u>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL</u>**

　　　　**PLEASE TAKE NOTICE** that, pursuant to Local Rule AT-3 of the United States District Court for the Western District of Texas, John G. Balestriere and Balestriere Fariello (the "Firm") respectfully request that the Court Order Mr. Balestriere and the Firm's withdrawal as counsel of

record for Plaintiffs Julia Hubbard and Kayla Goedinghaus in the above-captioned action as Plaintiffs have terminated their engagement of Mr. Balestriere and the Firm. Mr. Balestriere and the Firm maintain a fee interest in the matter and liens pursuant to applicable law and rules. Plaintiffs' successor attorney is Matthew W. Schmidt, 116A Main Street Tiburon, California 94920.

Dated: New York, New York
       February 7, 2024

By: _____
John G. Balestriere*
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (212) 374-5421
Facsimile: (212) 208-2613
john.balestriere@balestrierefariello.com
*Admitted Pro Hac Vice

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 7th day of February 2023, I referred by email with counsel for Defendants concerning with motion, and no Defendant indicated an opposition to the foregoing motion.

_____
John G. Balestriere

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February 2023, the foregoing document was filed with the Clerk of Court using the CM/ECF system, and was thus served on all counsel of record via E-mail:

_____
John G. Balestriere