IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTOION DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>              Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, THE ESTATE OF DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J.COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUIT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARC MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, AARON BURLINGAME, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLIFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1–50, and DOE COMPANIES 1–50 | Case No. 5:23-cv-00580-FB<br><br>Judge: Hon. Fred Biery<br>Date Action Filed: May 8, 2023<br>(transferred) |

**MOTION TO WITHDRAW MOTION TO WITHDRAW AS COUNSEL**

      John G. Balestriere and Balestriere Fariello (the "Firm") respectfully request that the Court withdraw the Unopposed Motion to Withdraw as Counsel (Dkt. No. 274) (the "Motion") as I erred in the certification: while there had been communications with Defendants regarding Balestriere

Fariello no longer being counsel of record, I did not correspond with Defendants earlier today specifically seeking their position on the Motion. Since filing the Motion which I seek to withdraw by way of this application I have sought Defendants' position on Balestriere Fariello's application to withdraw as Plaintiff's counsel. As of this filing, no Defendants have opposed, but I am waiting to hear from all counsel. Balestriere Fariello shall file a new motion to withdraw on the same basis as the earlier filed motion if no Defendant opposes.

Dated: New York, New York
February 7, 2024

By: _____
John G. Balestriere*
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (212) 374-5421
Facsimile: (212) 208-2613
john.balestriere@balestrierefariello.com
*Admitted Pro Hac Vice