IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. SA-23-CA-580-FB |
| | ) | |
| TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; COE JURACEK; PHILIP ECOB; CODY MITCHELL; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER REGARDING MOTIONS TO WITHDRAW

Before the Court are Plaintiffs' Unopposed Motion to Withdraw as Counsel (docket no. 274),

Motion to Withdraw Motion to Withdraw as Counsel (docket no. 275), and Unopposed Motion to

Withdraw as Counsel (docket no. 276).  After careful consideration, the following Orders are entered:

IT IS ORDERED that Plaintiffs' Motion to Withdraw Motion to Withdraw as Counsel (docket

no. 275) is GRANTED such that Plaintiffs' Unopposed Motion to Withdraw as Counsel (docket no.

274) is WITHDRAWN from the record in this case.

IT IS FURTHER ORDERED that Plaintiffs' Unopposed Motion to Withdraw as Counsel

(docket no. 276) is GRANTED such that John G. Balestriere and the law firm of Balestriere Fariello

are WITHDRAWN as Plaintiffs' counsel of record in the above styled and numbered cause.

IT IS FINALLY ORDERED that Plaintiffs' successor attorney, Matthew W. Schmidt, shall remain as counsel of record for Plaintiffs in this case.

It is so ORDERED.

SIGNED this 13th day of February, 2024.

FRED BIERY
UNITED STATES DISTRICT JUDGE