**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Case No. SA-23-CA-580-FB |
| TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; COE JURACEK; PHILIP ECOB; CODY MITCHELL; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and  RCI HOSPITALITY HOLDINGS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) Judge: Hon. Fred Biery Date Action Filed: May 8, 2023 (transferred) |
| Defendants. | ) ) ) |

## NOTICE OF CHANGE OF ADDRESS

**TO THE HONORABLE JUDGE BIERY:**

The undersigned attorney files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

My new address is as follows:

| | |
|---|---|
| Firm: | Schmidt Law Corporation |
| Street: | 116A Main Street |
| City, Sate, Zip: | Tiburon, California 94920 |
| Telephone: | (202) 746-9110 |
| State Bar No.: | 302776 (California) (*Pro hac vice* granted June 14, 2023, Dkt. No. 169) |

Dated: Tiburon, California
      February 14, 2024

By:
Matthew W. Schmidt*
SCHMIDT LAW CORPORATION
116A Main Street
Tiburon, California 94920
Telephone:    (202) 746-9110
matt@schmidtlc.com
*Attorney for Plaintiffs*
*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February 2024, the foregoing document was filed with the Clerk of Court using the CM/ECF system, and was served on all counsel of record via E-mail:

Matthew W. Schmidt

2