**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; COE JURACEK; PHILIP ECOB; CODY MITCHELL; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC.,<br><br>Defendants. | Case No. SA-23-CA-580-FB<br><br>Judge: Hon. Fred Biery<br>Date Action Filed: May 8, 2023<br>(transferred) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Consistent with the proposed deadlines set forth in the Parties' joint Scheduling Recommendation, filed February 2, 2024 (Dkt. No. 272), Plaintiffs respectfully request permission to file the attached Proposed Second Amended Complaint (attached hereto as Exhibit A). As shown from the attached redline showing changes from the Amended Complaint (attached hereto as Exhibit B), in addition to removing certain allegations concerning previously dismissed defendants—including Joseph Bolin (*see* Ex. A ¶¶ 14, 129, 133, 141; Ex. B at 59–60); Paul Pendergrass (*see* Ex. A ¶ 39; Ex. B at 38, 66); Marc Molina (*see* Ex. A ¶¶ 42-44, 239); and various corporate entities owned by Richard Hubbard (Integrity Based Marketing, LLC; Storm Fitness

Nutrition, LLC; Ultra Combat Nutrition, LLC; Ecolift Homes LLC; and Elevated Wellness

Partners LLC (*see* Ex. B at 13))—the Proposed SAC reasserts claims against Mrugeshkumar Shah,

Michael Cain, H.J. Cole, and Kurt Knewitz, who were previously not served and for that reason

dismissed without prejudice (Dkt. No. 262). Plaintiffs believe that Shah, Cain, Cole, and Knewitz

can be properly and timely served and participate in this suit without interruption of the Parties'

proposed schedule, including because the Parties are likely to seek third-party discovery from these

individuals even if they are not parties. Plaintiffs do not otherwise make substantive changes to

their allegations. Consistent with the Court's Order to serve relevant filings on Defendants Richard

Hubbard, Scott Brunson, Philip Ecob, Ralph Rogers, and Michael Hynes (Dkt. No. 278), Plaintiffs

intend to serve the Proposed Second Amended Complaint on those Defendants as well.

     Accordingly, Plaintiffs respectfully request leave to file the Proposed Second Amended

Complaint, attached hereto as Exhibit A.

Dated: Tiburon, California
       February 14, 2024

By: _____
Matthew W. Schmidt*
**SCHMIDT LAW CORPORATION**
116A Main Street
Tiburon, California 94920
Telephone:    (202) 746-9110
matt@schmidtlc.com
*Attorney for Plaintiffs*
*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February 2024, the foregoing document was filed with the Clerk of Court using the CM/ECF system, and was served on all counsel of record via E-mail:

_____
Matthew W. Schmidt