IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; COE JURACEK; PHILIP ECOB; CODY MITCHELL; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC.,<br><br>Defendants. | Case No. SA-23-CA-580-FB<br><br>Judge: Hon. Fred Biery<br>Date Action Filed: May 8, 2023 (transferred) |

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Before the Court is Plaintiffs' Motion for Leave to File their Second Amended Complaint (docket no. 283), filed on February 20, 2024. After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Leave to File their Second Amended Complaint is GRANTED.

It is so ORDERED.

SIGNED this ___ day of _____.

2

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE