# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br>　　　　Plaintiffs,<br>v.<br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUIT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARC MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, AARON BURLINGAME, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLIFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1–50, and DOE COMPANIES 1–50,<br>　　　　Defendants. | Case No. 5:23-cv-00580-FB<br><br>Judge: Hon. Fred Biery<br>Date Action Filed: May 8, 2023 (transferred) |

## **NOTICE OF CHARGING LIEN**

**PLEASE TAKE NOTICE** that pursuant to New York Judiciary Law § 475-a and the common law of the state of Texas, Balestriere Fariello (the "Firm") asserts a charging lien for legal services rendered in the above-entitled action of at least 37.5% of any sum recovered by way of settlement, and on any judgment that may be recovered, for the percentage mentioned above. *See, e.g., Rotella v. Cutting*, No. 02-10-00028-CV, 2011 WL 3836456, at *5 (Tex. App.—Fort Worth Aug. 31, 2011, no pet.), and *Tarrant Cnty. Hosp. Dist. v. Jones*, 664 S.W.2d 191, 196 (Tex. App.—Fort Worth 1984, no writ). The Firm asserts this lien as its legal fee, plus costs and/or disbursements and interest upon money held on account for payment thereof which attaches to any verdict, report, determination, decision, judgment, or final order in favor of plaintiffs, and/or proceeds therefrom in whatever hands they may come.

Plaintiffs Julia Hubbard and Kayla Goedinghaus (the "Former Clients") retained the Firm on June 17, 2022. On February 8, 2024, after the Former Clients terminated the Firm without cause and decided to engage the services of another lawyer, the Firm moved to withdraw as counsel for the Former Clients (Dkt. No. 276), and this Court granted such application on February 13, 2024 (Dkt. No. 277).

**PLEASE TAKE FURTHER NOTICE** that the aforesaid charging lien shall not be affected by a settlement between the parties before or after judgment, final order or determination, and no disposition of this action may violate the aforesaid lien of the undersigned former attorneys of record.

Dated: New York, New York
March 5, 2024

By:_____

John G. Balestriere\*
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (212) 374-5421
Facsimile: (212) 208-2613
john.balestriere@balestrierefariello.com
*\*Admitted Pro Hac Vice*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 5th day of March 2024, the foregoing document was filed with the Clerk of Court using the CM/ECF system, and was thus served on all counsel of record via E-mail:

 

_____

John G. Balestriere