# UNITED STATES DISTRICT COURT

for the
Western District of Texas

| | | |
|---|---|---|
| **JULIA HUBBARD et al**<br>*Plaintiff*<br>v.<br>**TRAMMELL S. CROW, JR., et al.**<br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. SA-23-CA-580-FB |

## AFFIDAVIT OF SERVICE

I, Raul Ortegon, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on February 26, 2024, at 8:27 pm. I delivered these documents to Scott Brunson in Travis County, TX on February 27, 2024 at 5:32 pm at 8801 Alderman Drive, Austin, TX 78747 by personal service by handing the following documents to an individual identified as Scott Brunson.

Summons
Complaint
Notice of Transfer
Amended Complaint
Motion for Leave to File Second Amended Complaint

Additional Description:
After first service attempt and leaving my number, Respondent called at 12:18pm. I told him I could drop by later today to deliver documents. I returned and he answered the door. I handed him the documents.

White Male, est. age 55-64, glasses: N, No Hair hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=30.1525527824,-97.7618040714
Photograph: See Exhibit 1

My name is Raul Ortegon, my date of birth is 2/4/1969, and my address is 330 Creekside Dr., Buda, TX 78610, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in

Hays County,

TX on 2/28/2024.

/s/ Raul Ortegon

Raul Ortegon
+1 (512) 750-9930
Certification Number: PSC-22040
Expiration Date: 1/31/2025


Exhibit 1a)



Exhibit 1b)