## UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| **JULIA HUBBARD; KAYLA GOEDINGHAUS** <br><br> *Plaintiff* <br><br> v. <br><br> **TRAMMELL S. CROW, JR., et al.** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 5:23-cv-00580-FB |

## AFFIDAVIT OF SERVICE

I, Thomas J. Beals, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on February 22, 2024, at 6:39 am. I delivered these documents to Philip Ecob in Dallas County, TX on February 29, 2024 at 11:16 am at 2215 Cedar Springs Road, 1414, Dallas, TX 75201 by identifying the following documents, offering to deliver them to a person identified to me as Philip Ecob who refused service, and then leaving the documents in a conspicuous place.

Summons
California COMPLAINT FOR VIOLATIONS OF THE TRAFFICKING VICTIMS PROTECTION ACT AND RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT DEMAND FOR JURY TRIAL
ORDER TRANSFERRING ACTION AND DENYING DEFENDANTS' MOTIONS TO DISMISS AS MOOT
Texas AMENDED COMPLAINT FOR VIOLATIONS OF THE TRAFFICKING VICTIMS PROTECTION ACT AND RACKETEERING INFLUENCED AND CORRUPT ORGANIZATIONS ACT
PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE TRAFFICKING VICTIMS PROTECTION ACT AND RACKETEERING INFLUENCED AND CORRUPT ORGANIZATIONS ACT, and ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Additional Description:

As directed, all documents in a sealed box was left at the concierge. The above description is the concierge who accepted the package and set it on the counter, and said that he would get it to Mr. Ecobb

Middle Eastern Male, est. age 45-54, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=32.7953880865,-96.8104528402
Photograph: See Exhibit 1

My name is Thomas J. Beals, my date of birth is 3/7/1958, and my address is 2009 Pintail Ct, Midlothian, TX 76065, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in
    Ellis County    ,
    TX     on     3/1/2024    .

/s/ *Thomas J. Beals*
Thomas J. Beals
+1 (509) 607-2552
Certification Number: PSC-22462
Expiration Date: 6/30/2025





