# UNITED STATES DISTRICT COURT

for the
Western District of Texas

**JULIA HUBBARD and KAYLA GOEDINGHAUS**

*Plaintiff*

v.

**TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, THE ESTATE OF DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J.-COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUIT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARC MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, AARON BURLINGAME, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLIFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1-50, and DOE COMPANIES 1-50**

)
)
)
)
)
)
)
)
)

Civil Action No. 5:23-cv-00580-FB

*Defendant*

## AFFIDAVIT OF SERVICE

I, Thomas J. Beals, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on February 22, 2024, at 6:34 am. After careful inquiry and diligent attempts, I was able to serve Michael Hynes by Certified mail with Return Receipt and Posted in a conspicuous place at the residence.

Notice of Transfer
Complaint
Motion for Leave to File Second Amended Complaint
Summons
Complaint

Serve Attempt #1
Date / Time: February 23, 2024 4:11 pm
Address: 7906 Beef Creek Drive, Arlington, TX 76001
Photo: See Exhibits 1a, 1b, 1c, 1d below
Geolocation: https://google.com/maps?q=32.6191805955,-97.126933951
Description of attempt: Residence does have a remote doorbell. It was never answered also knocking did not
prompt any answer at the door. I did contact the neighbor just to the left of the residence who said he had not
seen them in a few days. I think they may be on vacation or away for whatever reason, TFH9001 shows
owned/registered to ELIZABETH ANN HYNES and MICHAEL P HYNES, THY8350 shows owned/
registered to MICHAEL PAUL HYNES JR.

Serve Attempt #2
Date / Time: February 24, 2024 9:52 am
Address: 7906 Beef Creek Drive, Arlington, TX 76001
Photo: See Exhibits 2a, 2b, 2c below
Geolocation: https://google.com/maps?q=32.61864495,-97.1268735175
Description of attempt: No changes since my last attempt the vehicles have not moved they both seem to
have a slight dust covering as if they've not been driven recently remote doorbell appears to be working there
was no response from knocking or the doorbell. TFH9001 shows owned/registered to ELIZABETH ANN
HYNES and MICHAEL P HYNES, THY8350 shows owned/registered to MICHAEL PAUL HYNES JR.

Serve Attempt #3
Date / Time: February 26, 2024 7:07 pm
Address: 7906 Beef Creek Drive, Arlington, TX 76001
Photo: See Exhibits 3a, 3b, 3c, 3d below
Geolocation: https://google.com/maps?q=32.6189145958,-97.1268807259
Description of attempt: No interior lights on one exterior on the porch vehicles appear to be in the same
position exactly as last time I can can confirm that the first vehicle has not moved. Also, there is a truck
parked just slightly away from the residence that may be associated or maybe not. TFH9001 shows owned/
registered to ELIZABETH ANN HYNES and MICHAEL P HYNES, THY8350 shows owned/registered to
MICHAEL PAUL HYNES JR.

Serve Attempt #4
Date / Time: February 27, 2024 12:20 pm
Address: 7906 Beef Creek Drive, Arlington, TX 76001
Photo: See Exhibits 4a, 4b below
Geolocation: https://google.com/maps?q=32.6185192634,-97.1268022713
Description of attempt: There are no apparent changes to the status of the address the remote doorbell
allowed me to ring at once and then it seem to be shut off. I did continue knocking for an extended period of
time, but no answer at the door. TFH9001 shows owned/registered to ELIZABETH ANN HYNES and

MICHAEL P HYNES, THY8350 shows owned/registered to MICHAEL PAUL HYNES JR.

Serve Attempt #5
Date / Time: March 5, 2024 10:29 am
Address: 7906 Beef Creek Drive, Arlington, TX 76001
Photo: See Exhibits 5a, 5b, 5c, 5d, 5e, 5f, 5g, 5h, 5i, 5j below
Geolocation: https://google.com/maps?q=32.6702661161,-97.4708747865
Description of attempt: Per requested the package was sent via certified return requested all pictures attached of receipts and tracking numbers Certified Tracking Number: 9589 0710 5270 0872 4337 50 Return Receipt Tracking: 9590 9402 8343 3094 3449 19. mailed 3/5/24@10:24am

Serve Attempt #6
Date / Time: March 5, 2024 6:58 pm
Address: 7906 Beef Creek Drive, Arlington, TX 76001
Photo: See Exhibits 6a, 6b, 6c, 6d, 6e below
Geolocation: https://google.com/maps?q=32.6173427217,-97.1259488133
Description of attempt: Posted as per directed, You'll know that the first vehicle in the driveway was still in the same position but the second vehicle has been turned around. Lights are on interior the darkest house I did attempt knocking made no contact contact. Document was posted as shown I did my best to secure it to the home


My name is Thomas J. Beals, my date of birth is 3/7/1958, and my address is 2009 Pintail Ct, Midlothian, TX 76065, and USA.
I declare under penalty of perjury that the foregoing is true and correct.

Executed in

___Ellis County_____ ,

___TX_____ on ___3/5/2024_____ .

/s/ *Thomas J. Beals*
_____

Thomas J. Beals
+1 (509) 607-2552
Certification Number: PSC-22462
Expiration Date: 6/30/2025































Exhibit 5b)



Exhibit 5c)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MICHAEL HYNES
7906 BeeF CreeK ㏛
ArLiNgToN TX
        76001

9590 9402 8343 3094 3449 19

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



Exhibit 5d)









Exhibit 5h)

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Arlington, TX 76001    OFFICIAL USE

9589 0710 5270 0872 4337 50

Certified Mail Fee    $4.40
$
Extra Services & Fees (check box, add fee as appropriate)    $3.65    0126
☐ Return Receipt (hardcopy)    $0.00    12
☐ Return Receipt (electronic)    $0.00
☐ Certified Mail Restricted Delivery    $0.00
☐ Adult Signature Required    $0.00
☐ Adult Signature Restricted Delivery    $

Postmark
Here

Postage    $11.70

Total Postage and Fees    03/05/2024
$19.75

Sent To    Michael Hynes
Street and Apt. No., or PO Box No.    7706 Beat Creek DR
City, State, ZIP+4®    Arlington, TX 76001

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Exhibit 5i)

BENBROOK, TX 76126-9998
(800)275-8777

03/05/2024                           10:24 AM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|

Priority Mail®                 1
Arlington, TX 76001
Weight: 3 lb 15.10 oz
Expected Delivery Date
Thu 03/07/2024                              $11.70
Insurance
Up to $100.00 included      $0.00
Certified Mail®                            $4.40
Tracking #:
9589 0710 5270 0872 4337 50
Return Receipt                             $3.65
Tracking #:
9590 9402 8343 3094 3449 19

Total                                      $19.75

Grand Total:                               $19.75

Debit Card Remit                           $19.75
Card Name: VISA
Account #: XXXXXXXXXXXX1910
Approval #: H04371
Transaction #: 836
Receipt #: 033336
Debit Card Purchase: $19.75
AID: A0000000980840
AL: US DEBIT
PIN: Verified                    Chip

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of



Exhibit 5j)

Transaction #: 83b
Receipt #: 03336
Debit Card Purchase: $19.75
AID: A0000000980840
AL: US DEBIT                    Chip
PIN: Verified

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,









Exhibit 6d)

