## UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| **JULIA HUBBARD and KAYLA GOEDINGHAUS** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 5:23-cv-00580-FB |
| ) | |
| **TRAMMELL S. CROW, JR., et al.** ) | |
| ) | |
| *Defendant* ) | |

### AFFIDAVIT OF SERVICE

I, Michélle du Plessis, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on February 27, 2024, at 6:14 pm. I delivered these documents to Ralph Rogers in Travis County, TX on March 1, 2024 at 12:02 pm at 28827 Fine Road, Marble Falls, TX 78654 by personal service by handing the following documents to an individual identified as Ralph Rogers.

Summons
California ORDER TRANSFERRING ACTION AND DENYING DEFENDANTS' MOTIONS TO DISMISS AS MOOT
PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE TRAFFICKING VICTIMS PROTECTION ACT AND RACKETEERING INFLUENCED AND CORRUPT ORGANIZATIONS ACT
California COMPLAINT FOR VIOLATIONS OF THE TRAFFICKING VICTIMS PROTECTION ACT AND RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT
Texas AMENDED COMPLAINT FOR VIOLATIONS OF THE TRAFFICKING VICTIMS PROTECTION ACT AND RACKETEERING INFLUENCED AND CORRUPT ORGANIZATIONS ACT

White Male, est. age 65+, glasses: Y, Gray hair, 240 lbs to 260 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=30.5087222484,-98.1026170621

Photograph: See Exhibit 1

My name is Michélle du Plessis, my date of birth is 2/11/1975, and my address is 7201 Ranch Road 2222, Austin, TX 78730, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed in <br> ___Travis County_____ , <br> __TX___ on __3/1/2024_____ . | /s/ *Michlle du Plessis* <br> Michélle du Plessis <br> +1 (512) 333-1722 <br> Certification Number: PSC-20619 <br> Expiration Date: 3/31/2024 |



