CAUSE NO. SA-23-CA-580-FB

| | | |
|---|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS | § § | IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION |
| Plaintiff, | § | |
| VS. | § § | |
| TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; COE JURACEK; PHILIP ECOB; CODY MITCHELL; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC., | § | |
| Defendant. | § | |

## AFFIDAVIT OF DUE DILIGENCE in Support of Alternate Service

"The following came to hand on **2/29/2024**,

**1 - COMPLAINT.PDF, 132 - TRANSFER ORDER.PDF, 190 - AMENDED COMPLAINT.PDF, 283- MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT.PDF, RICK HUBBARD SUMMONS.PDF,**

For delivery to **RICHARD HUBBARD**

**Additional Information:**

1) Unsuccessful Attempt: Mar 2, 2024, 11:14 am CST at 28827 FINE ROAD, MARBLE FALLS, TX 78654

I attempted service - property is gated with no access, I honked and there was no reply - I ran plates on the 2 trucks present and they both came back to Ralph Rogers - slip trace shows this as the best possible address for the subject.

2) Unsuccessful Attempt: Mar 2, 2024, 11:47 am CST at 4901 MY ROAD, MARBLE FALLS, TX 78654

The subject was associated with this address and I thought it would be worth a look , Gated no access vehicle registered to subject not seen

3) Unsuccessful Attempt: Mar 2, 2024, 8:52 pm CST at 28827 FINE ROAD, MARBLE FALLS, TX 78654

no access honked no response left delivery notice

4) Unsuccessful Attempt: Mar 4, 2024, 8:09 am CST at 28827 FINE ROAD, MARBLE FALLS, TX 78654

received a call from Ralph Rogers he and a female with him both let me know that the subject does not live there was evicted and is no longer allowed there - Ralph said last he heard Rick was in the Dallas area & he has no way to contact him but that Rick occasionally reaches out via Facebook. Ralph also stated if Rick were to come on his property ever again he would shoot him.

RESULTING in BAD ADDRESS

5) Unsuccessful Attempt: Mar 4, 2024, 10:34 am CST at 28827 FINE ROAD, MARBLE FALLS, TX 78654

I was provided 3 possible phone numbers and an email for Rick tried them all 2 numbers disconnected 1 said I had a wrong number and the email bounced back as mailbox full or getting too much email

It is my opinion that the subject has engaged in deliberate action to avoid being found - he may surface via skip trace in the future but that could take weeks, months or even years sometimes ...  I recommend service via "Approved Alternate Service" in any method or combination of methods the court deems appropriate including but not limited to social media, public posting in a news paper or at the courthouse etc.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am a JBCC Certified Process Server and I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Donna LiAne Gardner**, my date of birth is **05/10/1967**, and my address is **PO Box 2111, Cedar Park , TX 78630**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **COMAL** County, State of **TEXAS**, on **March 04, 2024**.

*[Signature: Donna LiAne Gardner]*

**Donna LiAne Gardner**
**Certification Number: PSC-17222**
**Certification Expiration: 08/31/2025**
**Fees: $375**