IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>    Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; COE JURACEK; PHILIP ECOB; CODY MITCHELL; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC.,<br><br>    Defendants. | Case No. SA-23-CA-580-FB<br><br>Judge: Hon. Fred Biery<br>Date Action Filed: May 8, 2023 (transferred) |

## **DECLARATION OF JULIA HUBBARD**

1. I, Julia Hubbard, am the Plaintiff in this action and declare the following under penalty of perjury under 18 U.S.C. § 1746.

2. Based on my personal knowledge, Defendant Rick Hubbard has two active Facebook accounts, accessible at https://www.facebook.com/profile.php?id=61552262523303 and https://www.facebook.com/profile.php?id=100090753525747. I have reviewed both of these accounts and they contain photos and other identifying information of Mr. Hubbard.

3. I viewed both of these accounts today, March 5, 2024, and confirmed that Mr. Hubbard last posed to the first account, https://www.facebook.com/profile.php?id=61552262523303, on

January 13, 2024, when he modified his profile photo. The second account, https://www.facebook.com/profile.php?id=100090753525747, also showed recent activity, in November 2023.

    4.   Based on my review of these accounts and their activity, I believe that these are effective means to contact Rick Hubbard.

    I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on March 5, 2024

/s/ Julia Hubbard
Julia Hubbard