IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; COE JURACEK; PHILIP ECOB; CODY MITCHELL; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC.,<br><br>Defendants. | Case No. SA-23-CA-580-FB<br><br>Judge: Hon. Fred Biery<br>Date Action Filed: May 8, 2023<br>(transferred) |

**ORDER GRANTING PLAINTIFFS' MOTION FOR SUBSTITUTE SERVICE**

Before the Court is Plaintiffs' Motion for Substitute Service on Defendant Rick Hubbard, filed on March 5, 2024. After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Leave to File their Second Amended Complaint is GRANTED; and

IT IS FURTHER ORDERED that Plaintiffs shall serve the summons, complaint, notice of transfer, and amended complaint on Rick Hubbard's Facebook accounts located at

https://www.facebook.com/profile.php?id=61552262523303 and at

https://www.facebook.com/profile.php?id=100090753525747.

      It is so ORDERED.

      SIGNED this ___ day of _____.

                                      _____
                                      FRED BIERY
                                      UNITED STATES DISTRICT JUDGE