IN THE UNITED STATES COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>Plaintiffs,<br><br>v.<br><br>TRAMMEL S. CROW, JR.; DR. BENJAMIN TODD ELLER; RICHARD HUBBARD; DR. MELISSA MILLER; THE ESTATE OF DR. JOSEPH BOLIN; DR. SCOTT WOODS; DR. MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; TEXAS RANGER CODY MITCHELL; KURT KNEWITZ; PAUL PENDERGRASS; RALPH ROGERS; ROBERT PRUIT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MARC MOLINA; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; RCI HOSPITALITY HOLDINGS, INC.; INTEGRITY BASED MARKETING, LLC; STORM FITNESS NUTRITION, LLC; ULTRA COMBAT NUTRITION, LLC; ECOLIFT HOMES LLC; ELEVATED WELLNESS PARTNERS LLC; DOE INDIVIDUALS 1-50 and DOE COMPANIES 1-50,<br><br>Defendants. | Civil Action No. 3:23-cv-01312-E<br><br>SA-23-CV-580-FB |

## DEFENDANT PHILIP ECOB'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT

COMES NOW, Defendant, PHILIP ECOB and files this his Answer to Plaintiffs' Amended Complaint, and would respectfully show unto the Court the following:

Defendant Philip Ecob denies all factual allegations in Plaintiffs' Amended Complaint and denies all liability to Plaintiffs.

WHEREFORE, PREMISES CONSIDERED, Defendant, PHILIP ECOB prays that the Plaintiffs take nothing by their Amended Complaint and for other relief to which he may show himself justly entitled.

Dated: March 8, 2024

Respectfully submitted,

By: _____
Philip Ecob, Pro Se
2215 Cedar Springs Road, Apt. 1414
Dallas, TX 75201
Telephone:
Email:

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Answer to Plaintiffs' Amended Complaint has been served upon all counsel of record via electronic service on March 8, 2024.

Dated: March 8, 2024

By: _____
Philip Ecob, Pro Se



