IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **JULIA HUBBARD, and KAYLA GOEDINGHAUS,** | ) ) ) |
| Plaintiffs, | ) ) |
| V. | ) ) |
| **TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; COE JURACEK; PHILIP ECOB; CODY MITCHELL; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC.,** | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

CIVIL ACTION NO. SA-23-CA-580-FB

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE

Before the Court is Plaintiffs' Motion for Leave to File Second Amended Complaint, filed on February 21, 2024.  (Docket no. 283).  To date no response in opposition to the motion has been filed. After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Leave to File Second Amended Complaint (docket no. 283) is GRANTED such that Plaintiffs' Second Amended Complaint for Violations of the Trafficking Victims Protection Act and Racketeering Influenced and Corrupt Organizations Act (docket no. 283-1, attached to the motion for leave as Exhibit A), shall be filed as part of the record in these proceedings.

It is so ORDERED.

SIGNED this 21st day of March, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE