IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **JULIA HUBBARD, and KAYLA GOEDINGHAUS,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| V. ) | CIVIL ACTION NO. SA-23-CA-580-FB |
| ) | |
| **TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; COE JURACEK; PHILIP ECOB; CODY MITCHELL; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER DISMISSING AS MOOT PLAINTIFFS' ORIGINAL
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Before the Court is Plaintiffs' Motion for Leave to File Second Amended Complaint (docket no. 282), filed on February 20, 2024.  On this date, the Court granted Plaintiffs' corrected motion (docket no. 283) for leave to file their second amend their complaint.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Leave to File Second Amended Complaint (docket no. 282), filed on February 20, 2024, is DISMISSED as MOOT.

It is so ORDERED.

SIGNED this 21st day of March, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE