IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| V. | ) ) | CIVIL ACTION NO. SA-23-CA-580-FB |
| TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; COE JURACEK; PHILIP ECOB; CODY MITCHELL; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION FOR SUBSTITUTE SERVICE ON
DEFENDANT RICK HUBBARD**

Before the Court is Plaintiffs' Motion for Substitute Service on Defendant Rick Hubbard (docket no. 289), filed on March 5, 2024. To date, no response in opposition to the motion has been filed. After careful consideration, and for the reasons stated in the motion, the Court is of the opinion that the motion should be granted

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Substitute Service on Defendant Rick Hubbard (docket no. 289) is GRANTED such that Plaintiffs shall serve the summons, complaint, notice of transfer, amended complaint and second amended complaint on Defendant Rick Hubbard's Facebook accounts located at:

https://www.facebook.com/profile.php?id=61552262523303 and at

https://www.facebook.com/profile.php?id=100090753525747.

    It is so ORDERED.

    SIGNED this 21st day of March, 2024.

                                      */s/ Fred Biery*
                                    FRED BIERY
                                    UNITED STATES DISTRICT JUDGE