UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS, <br><br> Plaintiffs, <br><br> v. <br><br> TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUIT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARC MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1–20, and DOE COMPANIES 21–30 <br><br> Defendants. | Case No. 5:23-cv-00580-FB <br><br> Judge: Hon. Fred Biery <br> Date Action Filed: May 8, 2023 (transferred) |

**[PROPOSED] ORDER GRANTING TRAMMELL S. CROW'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

**ORDER GRANTING TRAMMELL S. CROW'S**
**MOTION TO COMPEL PRODUCTION**

THE COURT, having considered Trammell S. Crow's Federal Rule of Civil Procedure 37(a)(3)(B)(iv) motion for an order compelling plaintiffs Julia Hubbard and Kayla Goedinghaus to produce information responsive to the requests for production, Mr. Crow's request for an award of expenses in connection with bringing his motion to compel, and plaintiffs' responses thereto, ORDERS as follows:

The Court finds that plaintiffs failed to timely produce information in response to Mr. Crow's requests for production, and that plaintiffs have not shown good cause for their delay. Plaintiffs therefore are ORDERED to complete their production of responsive information by the deadline set forth below.

Having granted Mr. Crow's motion to compel, the Court must award Mr. Crow the reasonable expenses, including attorney's fees, he incurred in bringing his motion, unless one of the exceptions in Rule 37(a)(5)(A)(i)-(iii) applies. The Court, having determined that no such exception applies, ORDERS plaintiffs Julia Hubbard, Kayla Goedinghaus and their counsel of record in this matter pay Mr. Crow, jointly and severally, expenses in the amount of $_____.

Plaintiffs and their counsel shall comply with this ORDER within ten calendar days of the hereof.

Dated: _____         _____
                                  Magistrate Judge Elizabeth Chestney