**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. SA-23-CA-580-FB |
| TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J.COLE; CODY MITCHELL; KURT KNEWITZ; RALPH ROGERS; ROBERT PRUIT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Judge: Hon. Fred Biery<br>Date Action Filed: May 8, 2023<br>(transferred) |
| Defendants. | |

**[PROPOSED] ORDER DENYING TRAMMELL S. CROW MOTION TO COMPEL
PRODUCTION OF DOCUMENTS**

Before the Court is Plaintiffs' Motion for Leave to File their Second Amended Complaint

(docket no. 296), filed on March 24, 2024. After careful consideration, the Court is of the

opinion that the motion should be denied.

IT IS THEREFORE ORDERED that Defendant Crow's Motion to Compel Production of

Documents is DENIED.

It is so ORDERED.

SIGNED this ___ day of _____.

_____
Elizabeth Chestney
UNITED STATES MAGISTRATE JUDGE