# **ATTACHMENT B**

| | |
|---|---|
| **From:** | Matthew Schmidt <matt@schmidtlc.com> |
| **Sent:** | Sunday, March 24, 2024 7:17 PM |
| **To:** | Ken Stone; Jerry Hawxhurst; Jill Bindler; Patrick Nichols |
| **Cc:** | Stefan Savic; Justin Loveland |
| **Subject:** | [EXTERNAL] Hubbard et al. v. Crow, et al. – Plaintiffs' Amended Responses to Defendant Crow's Interrogatories |
| **Attachments:** | Pl. Goedinghaus's Amended Response to Def. Crow's Interrogatories.pdf; Pl. Hubbard's Amended Response to Def. Crow's Interrogatories.pdf |

Ken, Jerry, Jill, and Pat:

Please see Plaintiffs' amended responses to Mr. Crow's interrogatories. As you had discussed that you intended to move on Monday if we did not reach agreement, we had taken the weekend to give more fulsome responses, which I understood to be consistent with our discussion. We will respond to your motion in due course.

While we had some unexpected technical delays on our documents, we are now on track for an initial production tomorrow, Monday. I will follow up further once ready.

Best,
Matt



Matthew W. Schmidt

116A Main Street

Tiburon, California 94920

415.390.6075

matt@schmidtlc.com

1