UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS, | § § § | |
| Plaintiffs, | § § | Case No. 5:23-cv-00580-FB |
| v. | § § | |
| TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC., | § § § § § § § § § § § § § § § | Judge: Hon. Fred Biery Date Action Filed: May 8, 2023 (transferred) |
| Defendants. | § § | |

**TRAMMELL S. CROW'S ANSWER TO THE SECOND AMENDED COMPLAINT**

GRAY REED
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email: kstone@grayreed.com

HAWXHURST LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Tel: (512) 522-4995
Fax: (512) 522-4961
Email: jerry@hawxhurstllp.com

Defendant Trammell S. Crow (sued erroneously as Trammel S. Crow, Jr.) hereby submits his answer to plaintiffs Julia Hubbard and Kayla Goedinghaus's (collectively, "Plaintiffs") Second Amended Complaint.  Mr. Crow responds to each of the numbered paragraphs in the Amended Complaint as follows:

1.      Mr. Crow denies the allegations in paragraph 1 to the extent they pertain to him. Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 1 and on that basis denies them.

2.      Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 2 and on that basis denies them.

3.      Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 3 and on that basis denies them.

4.      Mr. Crow denies the allegations in paragraph 4 to the extent they pertain to him. Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 4 and on that basis denies them.

5.      Mr. Crow denies the allegations in paragraph 5 to the extent they pertain to him. Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 5 and on that basis denies them.

6.      Mr. Crow denies the allegations in paragraph 6 to the extent they pertain to him. Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 6, which also appear to state legal conclusions to which no response is required, and on that basis denies them.

7.      Mr. Crow denies the allegations in paragraph 7 to the extent they pertain to him. Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 7 and on that basis denies them.

8.      Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 8 and on that basis denies them.

9.      Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 9 and on that basis denies them.

10.      Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 10 and on that basis denies them.

11.      Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 11 and on that basis denies them.

12.      Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 12 and on that basis denies them.

13.      Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 13 and on that basis denies them.

14.      Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 14 and on that basis denies them.

15.      Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 15 and on that basis denies them.

16.      Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 16 and on that basis denies them.

17.      Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 17 and on that basis denies them.

18.      Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 18 and on that basis denies them.

19.      Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 19 and on that basis denies them.

20.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 20 and on that basis denies them.

21.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 21 and on that basis denies them.

22.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 22 and on that basis denies them.

23.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 23 and on that basis denies them.

24.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 24 and on that basis denies them.

25.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 25 and on that basis denies them.

26.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 26 and on that basis denies them.

27.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 27 and on that basis denies them.

28.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 28 and on that basis denies them.

29.     Mr. Crow admits that he knew Julia Hubbard before he knew Rick Hubbard and that he is a "philanthropist, and prominent member of the Dallas community."  Mr. Crow otherwise denies the allegations in paragraph 29 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 29 and on that basis denies them.

30.     Mr. Crow admits that he knew Julia Hubbard before 2010.  Mr. Crow otherwise denies the allegations in paragraph 30 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 30 and on that basis denies them.

31.     Mr. Crow denies the allegations in paragraph 31 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 31 and on that basis denies them.

32.     Mr. Crow admits that Julia Hubbard introduced him to Rick Hubbard.  Mr. Crow otherwise denies the allegations in paragraph 32 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 32 and on that basis denies them.

33.     Mr. Crow denies the allegations in paragraph 33 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 33 and on that basis denies them.

34.     Mr. Crow denies the allegations in paragraph 34 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 34 and on that basis denies them.

35.     Mr. Crow denies the allegations in paragraph 35.

36.     Mr. Crow denies the allegations in paragraph 36.

37.     Mr. Crow denies the allegations in paragraph 37 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 37 and on that basis denies them.

38.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 38 and on that basis denies them.

39.     Mr. Crow denies the allegations in paragraph 39 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 39 and on that basis denies them.

40.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 40 and on that basis denies them.

41.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 41 and on that basis denies them.

42.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 42 and on that basis denies them.

43.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 43 and on that basis denies them.

44.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 44 and on that basis denies them.

45.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 45 and on that basis denies them.

46.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 46 and on that basis denies them.

47.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 47 and on that basis denies them.

48.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 48 and on that basis denies them.

49.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 49 and on that basis denies them.

50.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 50 and on that basis denies them.

51.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 51 and on that basis denies them.

52.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 52, which also states a legal conclusion to which no response is required, and on that basis denies them.

53.     Paragraph 53 sets forth a legal conclusion to which no response is required and it is therefore denied.

54.     Paragraph 54 sets forth a legal conclusion to which no response is required and it is therefore denied.

55.     Paragraph 55 sets forth a legal conclusion to which no response is required and it is therefore denied.

56.     Paragraph 56 sets forth a legal conclusion to which no response is required and it is therefore denied.

57.     Mr. Crow denies the allegations in paragraph 57 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 57, which also states a legal conclusion to which no response is required, and on that basis denies them.

58.     Paragraph 58 sets forth a legal conclusion to which no response is required and it is therefore denied.

59.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 59 and on that basis denies them.

60.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 60 and on that basis denies them.

61.     Mr. Crow admits the allegation in paragraph 61.

62.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 62 and on that basis denies them.

63.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 63 and on that basis denies them.

64.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 64 and on that basis denies them.

65.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 65 and on that basis denies them.

66.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 66 and on that basis denies them.

67.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 67 and on that basis denies them.

68.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 68 and on that basis denies them.

69.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 69 and on that basis denies them.

70.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 70 and on that basis denies them.

71.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 71 and on that basis denies them.

72.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 72 and on that basis denies them.

73.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 73 and on that basis denies them.

74.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 74 and on that basis denies them.

75.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 75 and on that basis denies them.

76.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 76 and on that basis denies them.

77.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 80 and on that basis denies them.

78.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 78 and on that basis denies them.

79.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 79 and on that basis denies them.

80.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 80 and on that basis denies them.

81.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 81 and on that basis denies them.

82.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 82 and on that basis denies them.

83.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 83 and on that basis denies them.

84.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 84 and on that basis denies them.

85.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 85 and on that basis denies them.

86.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 86 and on that basis denies them.

87.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 87 and on that basis denies them.

88.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 88 and on that basis denies them.

89.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 89 and on that basis denies them.

90.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 90 and on that basis denies them.

91.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 91 and on that basis denies them.

92.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 92 and on that basis denies them.

93.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 93 and on that basis denies them.

94.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 94 and on that basis denies them.

95.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 95 and on that basis denies them.

96.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 96 and on that basis denies them.

97.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 97 and on that basis denies them.

98.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 98 and on that basis denies them.

99.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 99 and on that basis denies them.

100.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 100 and on that basis denies them.

101.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 101 and on that basis denies them.

102.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 102 and on that basis denies them.

103.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 103 and on that basis denies them.

104.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 104 and on that basis denies them.

105.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 105 and on that basis denies them.

106.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 106 and on that basis denies them.

107.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 107 and on that basis denies them.

108.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 108 and on that basis denies them.

109.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 109 and on that basis denies them.

110.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 110 and on that basis denies them.

111.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 111 and on that basis denies them.

112.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 112 and on that basis denies them.

113.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 113 and on that basis denies them.

114.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 114 and on that basis denies them.

115.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 115 and on that basis denies them.

116.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 116 and on that basis denies them.

117.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 117 and on that basis denies them.

118.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 118 and on that basis denies them.

119.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 119 and on that basis denies them.

120.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 120 and on that basis denies them.

121.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 121 and on that basis denies them.

122.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 122 and on that basis denies them.

123.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 123 and on that basis denies them.

124.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 124 and on that basis denies them.

125.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 125 and on that basis denies them.

126.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 126 and on that basis denies them.

127.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 127 and on that basis denies them.

128.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 128 and on that basis denies them.

129.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 129 and on that basis denies them.

130.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 130 and on that basis denies them.

131.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 131 and on that basis denies them.

132.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 132 and on that basis denies them.

133.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 133 and on that basis denies them.

134.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 134 and on that basis denies them.

135.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 135 and on that basis denies them.

136.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 136 and on that basis denies them.

137.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 137 and on that basis denies them.

138.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 138 and on that basis denies them.

139.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 139 and on that basis denies them.

140.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 140 and on that basis denies them.

141.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 141 and on that basis denies them.

142.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 142 and on that basis denies them.

143.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 143 and on that basis denies them.

144.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 144 and on that basis denies them.

145.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 145 and on that basis denies them.

146.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 146 and on that basis denies them.

147.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 147 and on that basis denies them.

148.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 148 and on that basis denies them.

149.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 149 and on that basis denies them.

150.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 150 and on that basis denies them.

151.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 151 and on that basis denies them.

152.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 152 and on that basis denies them.

153.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 153 and on that basis denies them.

154.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 154 and on that basis denies them.

155.     Mr. Crow admits that he met Julia Hubbard in or around 2009.  Mr. Crow otherwise denies the allegations in paragraph 155 to the extent they pertain to him.  Mr. Crow

lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 155 and on that basis denies them.

156.    Mr. Crow admits the allegations in paragraph 156.

157.    Mr. Crow admits that he met Rick Hubbard in or around 2009.  Mr. Crow otherwise denies the allegations in paragraph 157 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 157 and on that basis denies them.

158.    Mr. Crow admits the allegations that he "was wealthy and closely connected to Dallas business interests."  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 158 and on that basis denies them.

159.    Mr. Crow admits the allegations in paragraph 159.

160.    Mr. Crow admits the allegations in paragraph 160.

161.    Mr. Crow admits the allegations that he has "hosted various parties and social events, which were much-desired invitations" and that Rick Hubbard stayed at his home after at least one party.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 161 and on that basis denies them.

162.    Mr. Crow admits the allegations that he has "hosted a twice-annual camping event in the fall and spring each year, called 'Kiddie Campout' for fathers and their children" and that attendance required an invitation.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 162 and on that basis denies them.

163.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 163 and on that basis denies them.

164.    Mr. Crow admits that one of his projects is "EarthX, formerly called Earth Day Texas, which operated an annual expo showcasing environmental initiatives each year in April."  Mr. Crow otherwise denies the allegations in paragraph 164.

165.    Mr. Crow admits that the "annual Earth X expo is [a] highly prominent" event." Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 165 and on that basis denies them.

166.    Mr. Crow admits that he has "hosted a private party" after the EarthX expo.  Mr. Crow otherwise denies the allegations in paragraph 166 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 166 and on that basis denies them.

167.    Mr. Crow denies the allegations in paragraph 167 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 167 and on that basis denies them.

168.    Mr. Crow denies the allegations in paragraph 168.

169.    Mr. Crow denies the allegations in paragraph 169.

170.    Mr. Crow denies the allegations in paragraph 170.

171.    Mr. Crow admits that he keeps "gifts for his guests," including "children's gifts."  Mr. Crow otherwise denies the allegations in paragraph 182.

172.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 172 and on that basis denies them.

173.    Mr. Crow denies the allegations in paragraph 173.

174.    Mr. Crow denies the allegations in paragraph 174.

175.   Mr. Crow admits that he "exchange[d] text messages with [Julia] Hubbard" and "allow[ed] himself to be photographed with her."  Mr. Crow otherwise denies the allegations in paragraph 175.

176.   Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 176 and on that basis denies them.

177.   Mr. Crow denies the allegations in paragraph 177 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 177 and on that basis denies them.

178.   Mr. Crow denies the allegations in paragraph 178 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 178 and on that basis denies them.

179.   Mr. Crow denies the allegations in paragraph 179 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 179 and on that basis denies them.

180.   Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 180 and on that basis denies them.

181.   Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 181 and on that basis denies them.

182.   Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 182 and on that basis denies them.

183.   Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 183 and on that basis denies them.

184.   Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 184 and on that basis denies them.

185.     Mr. Crow admits that Michael Cain is a film producer.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 185 and on that basis denies them.

186.     Mr. Crow admits that he is friends with Michael Cain.  Mr. Crow otherwise denies the allegations in paragraph 186 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 186 and on that basis denies them.

187.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 187 and on that basis denies them.

188.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 188 and on that basis denies them.

189.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 189 and on that basis denies them.

190.     Mr. Crow admits that H.J. Cole is a "founder of H.J. Cole & Associates."  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 190 and on that basis denies them.

191.     Mr. Crow admits that he is friends with H.J. Cole.  Mr. Crow otherwise denies the allegations in paragraph 191 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 191 and on that basis denies them.

192.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 192 and on that basis denies them.

193.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 193 and on that basis denies them.

194.    Mr. Crow admits that Ecob "previously worked at Crow Holdings Capital."  Mr. Mr. Crow lacks sufficient  knowledge and information as to the accuracy of the other allegations in paragraph 194 and on that basis denies them.

195.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 195 and on that basis denies them.

196.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 196 and on that basis denies them.

197.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 197 and on that basis denies them.

198.    Mr. Crow admits that Juracek was "a Senior Managing Director at Mr. Crow Holdings Capital and member of its investment committee."  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 198 and on that basis denies them.

199.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 199 and on that basis denies them.

200.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 200 and on that basis denies them.

201.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 201 and on that basis denies them.

202.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 202 and on that basis denies them.

203.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 203 and on that basis denies them.

204.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 204 and on that basis denies them.

205.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 205 and on that basis denies them.

206.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 206 and on that basis denies them.

207.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 207 and on that basis denies them.

208.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 208 and on that basis denies them.

209.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 209 and on that basis denies them.

210.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 210 and on that basis denies them.

211.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 211 and on that basis denies them.

212.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 212 and on that basis denies them.

213.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 213 and on that basis denies them.

214.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 214 and on that basis denies them.

215.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 215 and on that basis denies them.

216. Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 216 and on that basis denies them.

217. Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 217 and on that basis denies them.

218. Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 218 and on that basis denies them.

219. Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 219 and on that basis denies them.

220. Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 220 and on that basis denies them.

221. Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 221 and on that basis denies them.

222. Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 222 and on that basis denies them.

223. Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 223 and on that basis denies them.

224. Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 224 and on that basis denies them.

225. Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 225 and on that basis denies them.

226. Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 226 and on that basis denies them.

227. Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 227 and on that basis denies them.

228.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 228 and on that basis denies them.

229.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 229 and on that basis denies them.

230.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 230 and on that basis denies them.

231.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 231 and on that basis denies them.

232.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 232 and on that basis denies them.

233.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 233 and on that basis denies them.

234.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 234 and on that basis denies them.

235.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 235 and on that basis denies them.

236.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 236 and on that basis denies them.

237.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 237 and on that basis denies them.

238.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 238 and on that basis denies them.

239.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 239 and on that basis denies them.

240.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 240 and on that basis denies them.

241.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 241 and on that basis denies them.

242.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 242 and on that basis denies them.

243.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 243 and on that basis denies them.

244.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 244 and on that basis denies them.

245.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 245 and on that basis denies them.

246.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 246 and on that basis denies them.

247.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 247 and on that basis denies them.

248.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 248 and on that basis denies them.

249.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 249 and on that basis denies them.

250.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 250 and on that basis denies them.

251.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 251 and on that basis denies them.

252.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 252 and on that basis denies them.

253.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 253 and on that basis denies them.

254.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 254 and on that basis denies them.

255.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 255 and on that basis denies them.

256.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 256 and on that basis denies them.

257.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 257 and on that basis denies them.

258.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 258 and on that basis denies them.

259.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 259 and on that basis denies them.

260.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 260 and on that basis denies them.

261.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 261 and on that basis denies them.

262.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 262 and on that basis denies them.

263.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 263 and on that basis denies them.

264.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 264 and on that basis denies them.

265.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 265 and on that basis denies them.

266.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 266 and on that basis denies them.

267.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 267 and on that basis denies them.

268.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 268 and on that basis denies them.

269.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 269 and on that basis denies them.

270.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 270 and on that basis denies them.

271.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 271 and on that basis denies them.

272.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 272 and on that basis denies them.

273.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 273 and on that basis denies them.

274.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 274 and on that basis denies them.

275.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 275 and on that basis denies them.

276.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 276 and on that basis denies them.

277.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 277 and on that basis denies them.

278.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 278 and on that basis denies them.

279.     Mr. Crow denies the allegations in paragraph 279 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 279 and on that basis denies them.

280.     Mr. Crow denies the allegations in paragraph 280 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 280 and on that basis denies them.

281.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 281 and on that basis denies them.

282.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 282 and on that basis denies them.

283.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 283 and on that basis denies them.

284.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 284 and on that basis denies them.

285.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 285 and on that basis denies them.

286.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 286 and on that basis denies them.

287.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 287 and on that basis denies them.

288.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 288 and on that basis denies them.

289.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 289 and on that basis denies them.

290.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 290 and on that basis denies them.

291.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 291 and on that basis denies them.

292.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 292 and on that basis denies them.

293.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 293 and on that basis denies them.

294.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 294 and on that basis denies them.

295.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 295 and on that basis denies them.

296.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 296 and on that basis denies them.

297.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 297 and on that basis denies them.

298.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 298 and on that basis denies them.

299.     Paragraph 299 sets forth a legal conclusion to which no response is required and it is therefore denied.

300.     Mr. Crow denies the allegations in paragraph 300 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 300, which appear to set forth a legal conclusion to which no response is required, and on that basis denies them.

301.     Mr. Crow denies the allegations in paragraph 301 and, to the extent they set forth a legal conclusion to which no response is required, denies them on that basis as well.

302.     Mr. Crow denies the allegations in paragraph 302.

303.     Mr. Crow denies the allegations in paragraph 303.

304.     Mr. Crow denies the allegations in paragraph 304.

305.     Mr. Crow denies the allegations in paragraph 305.

306.     Mr. Crow denies the allegations in paragraph 306.

307.     Mr. Crow denies the allegations in paragraph 307.

308.     Mr. Crow denies the allegations in paragraph 308.

309.     Mr. Crow denies the allegations in paragraph 309 and, to the extent they set forth a legal conclusion to which no response is required, denies them on that basis as well.

310.     Mr. Crow denies the allegations in paragraph 310 and, to the extent they set forth a legal conclusion to which no response is required, denies them on that basis as well.

311.     Mr. Crow denies the allegations in paragraph 311.

312.     Mr. Crow denies the allegations in paragraph 312 and, to the extent they set forth a legal conclusion to which no response is required, denies them on that basis as well.

313.     Mr. Crow denies the allegations in paragraph 213.

314.     Mr. Crow denies the allegations in paragraph 314 and, to the extent they set forth a legal conclusion to which no response is required, denies them on that basis as well.

315.     Mr. Crow denies the allegations in paragraph 315 and, to the extent they set forth a legal conclusion to which no response is required, denies them on that basis as well.

316.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 316 and on that basis denies them.

317.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 317 and on that basis denies them.

318.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 318 and on that basis denies them.

319.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 319 and on that basis denies them.

320.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 320 and on that basis denies them.

321.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 321 and on that basis denies them.

322.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 322 and on that basis denies them.

323.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 323 and on that basis denies them.

324.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 324 and on that basis denies them.

325.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 325 and on that basis denies them.

326.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 326 and on that basis denies them.

327.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 327 and on that basis denies them.

328.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 328 and on that basis denies them.

329.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 329 and on that basis denies them.

330.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 330 and on that basis denies them.

331.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 331 and on that basis denies them.

332.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 332 and on that basis denies them.

333.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 333 and on that basis denies them.

334.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 334 and on that basis denies them.

335.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 335 and on that basis denies them.

336.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 336 and on that basis denies them.

337.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 337 and on that basis denies them.

338.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 338 and on that basis denies them.

339.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 339 and on that basis denies them.

340.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 340 and on that basis denies them.

341.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 341 and on that basis denies them.

342.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 342 and on that basis denies them.

343.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 343 and on that basis denies them.

344.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 344 and on that basis denies them.

345.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 345 and on that basis denies them.

346.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 346 and on that basis denies them.

347.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 347 and on that basis denies them.

348.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 348 and on that basis denies them.

349.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 349 and on that basis denies them.

350.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 350 and on that basis denies them.

351.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 351 and on that basis denies them.

352.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 352 and on that basis denies them.

353.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 353 and on that basis denies them.

354.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 354 and on that basis denies them.

355.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 355 and on that basis denies them.

356.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 356 and on that basis denies them.

357.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 357 and on that basis denies them.

358.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 358 and on that basis denies them.

359.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 359 and on that basis denies them.

360.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 360 and on that basis denies them.

361.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 361 and on that basis denies them.

362.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 362 and on that basis denies them.

363.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 363 and on that basis denies them.

364.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 364 and on that basis denies them.

365.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 365 and on that basis denies them.

366.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 366 and on that basis denies them.

367.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 367 and on that basis denies them.

368.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 368 and on that basis denies them.

369.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 367 and on that basis denies them.

370.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 370 and on that basis denies them.

371.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 371 and on that basis denies them.

372.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 372 and on that basis denies them.

373.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 373 and on that basis denies them.

374.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 374 and on that basis denies them.

375.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 375 and on that basis denies them.

376.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 376 and on that basis denies them.

377.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 377 and on that basis denies them.

378.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 378 and on that basis denies them.

379.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 379 and on that basis denies them.

380.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 380 and on that basis denies them.

381.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 381 and on that basis denies them.

382.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 382 and on that basis denies them.

383.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 383 and on that basis denies them.

384.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 384 and on that basis denies them.

385.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 385 and on that basis denies them.

386.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 386 and on that basis denies them.

387.     Paragraph 387 sets forth a legal conclusion to which no response is required and it is therefore denied.

388.     Mr. Crow denies the allegations in paragraph 388 to the extent they pertain to him and, to the extent they set forth a legal conclusion to which no response is required, denies them on that basis as well.  Mr. Crow further denies that Plaintiffs have filed any RICO statement in this action.

389.     Paragraph 389 sets forth a legal conclusion to which no response is required and it is therefore denied.

390.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 390 and on that basis denies them.  To the extent these allegations set forth a legal conclusion to which no response is required, Mr. Crow denies them on that basis as well.

391.     Mr. Crow denies the allegations in paragraph 391 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 391 and on that basis denies them.  To the extent these allegations set forth a legal conclusion to which no response is required, Mr. Crow denies them on that basis as well.

392.     Mr. Crow denies the allegations in paragraph 392 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 392 and on that basis denies them.  To the extent these allegations set forth a legal conclusion to which no response is required, Mr. Crow denies them on that basis as well.

393.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 393 and on that basis denies them.  To the extent these allegations set forth a legal conclusion to which no response is required, Mr. Crow denies them on that basis as well.

394.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 394 and on that basis denies them.  To the extent these allegations set forth a legal conclusion to which no response is required, Mr. Crow denies them on that basis as well.

395.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 395 and on that basis denies them.  To the extent these allegations set forth a legal conclusion to which no response is required, Mr. Crow denies them on that basis as well.

396.     To the extent Paragraph 396 purports to "repeat and reallege" the Second Amended Complaint's allegations contained in paragraphs 1 through 395, Mr. Crow hereby repeats and incorporates each and every admission and denial set forth above in paragraphs 1 through 395 as if fully set forth herein.

397.     Mr. Crow denies the allegations in paragraph 397 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 397 and on that basis denies them.  To the extent these allegations set forth a legal conclusion to which no response is required, Mr. Crow denies them on that basis as well.

398.     Paragraph 398 sets forth a legal conclusion to which no response is required and it is therefore denied.

399.     Paragraph 399 sets forth a legal conclusion to which no response is required and it is therefore denied.

400.     To the extent Paragraph 400 purports to "repeat and reallege" the Second Amended Complaint's allegations contained in paragraphs 1 through 399, Mr. Crow hereby repeats and incorporates each and every admission and denial set forth above in paragraphs 1 through 399 as if fully set forth herein.

401.     Mr. Crow denies the allegations in paragraph 401 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 401 and on that basis denies them.  To the extent these allegations set forth a legal conclusion to which no response is required, Mr. Crow denies them on that basis as well.

402.     Paragraph 402 sets forth a legal conclusion to which no response is required and it is therefore denied.

403.     Paragraph 403 sets forth a legal conclusion to which no response is required and it is therefore denied.

404.     To the extent Paragraph 430 purports to "repeat and reallege" the Second Amended Complaint's allegations contained in paragraphs 1 through 403, Mr. Crow hereby repeats and incorporates each and every admission and denial set forth above in paragraphs 1 through 403 as if fully set forth herein.

405.     Paragraph 405 sets forth a legal conclusion to which no response is required and it is therefore denied.

406.     Paragraph 406 sets forth a legal conclusion to which no response is required and it is therefore denied.

407.     Paragraph 407 sets forth a legal conclusion to which no response is required and it is therefore denied.

408.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 408 and on that basis denies them.  To the extent these allegations set forth a legal conclusion to which no response is required, Mr. Crow denies them on that basis as well.

409.     Paragraph 409 sets forth a legal conclusion to which no response is required and it is therefore denied.

410.     Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 410 and on that basis denies them.  To the extent these allegations set forth a legal conclusion to which no response is required, Mr. Crow denies them on that basis as well.

411.     Paragraph 411 sets forth a legal conclusion to which no response is required and it is therefore denied.

412.     Paragraph 412 sets forth a legal conclusion to which no response is required and it is therefore denied.

413.     Paragraph 413 sets forth a legal conclusion to which no response is required and it is therefore denied.

414.     To the extent Paragraph 414 purports to "repeat and reallege" the Second Amended Complaint's allegations contained in paragraphs 1 through 413, Mr. Crow hereby repeats and incorporates each and every admission and denial set forth above in paragraphs 1 through 413 as if fully set forth herein.

415.     Paragraph 415 sets forth a legal conclusion to which no response is required and it is therefore denied.

416.    Paragraph 416 sets forth a legal conclusion to which no response is required and it is therefore denied.

417.    Paragraph 417 sets forth a legal conclusion to which no response is required and it is therefore denied.

418.    Mr. Crow lacks sufficient knowledge and information as to the accuracy of the allegations in paragraph 418 and on that basis denies them.  To the extent these allegations set forth a legal conclusion to which no response is required, Mr. Crow denies them on that basis as well.

419.    Mr. Crow denies the allegations in paragraph 419 to the extent they pertain to him.  Mr. Crow lacks sufficient knowledge and information as to the accuracy of the other allegations in paragraph 419 and on that basis denies them.  To the extent these allegations set forth a legal conclusion to which no response is required, Mr. Crow denies them on that basis as well.

420.    Paragraph 420 sets forth a legal conclusion to which no response is required and it is therefore denied.

421.    Paragraph 421 sets forth a legal conclusion to which no response is required and it is therefore denied.

## **AFFIRMATIVE DEFENSES**

Without assuming the burden of proof as to the following, other than any burden imposed on it by law, Mr. Crow alleges his affirmative defenses as follows:

### FIRST AFFIRMATIVE DEFENSE

(Statute of Limitations)

All or some of the purported claims set forth in the Second Amended Complaint are barred by the applicable statute of limitations, including, but not limited to, the four-year statute

of limitations that Civil RICO actions are subject to.  See Agency Holding Corp. v. Malley-Duff Assoc., Inc., 483 U.S. 143, 156 (1987).

## SECOND AFFIRMATIVE DEFENSE

### (*In Pari Delicto*)

Plaintiffs' claims are barred in whole or in part by the doctrine of *in pari delicto* because, to the extent any of the alleged conduct occurred, Plaintiffs were knowing and active participants in it and received benefits therefrom.  Application of the doctrine here does not interfere with the policy goals of the relevant federal statutes.

## THIRD AFFIRMATIVE DEFENSE

### (Contributory or Comparative Fault)

Plaintiffs' damages, if any, were caused, in whole or in part, by acts or omissions of Plaintiffs or third parties over which Mr. Crow has no control and for which Mr. Crow is not legally responsible.  Plaintiffs' recovery, if any, should be barred or proportionately reduced by Plaintiffs' and third parties' fault or degree of responsibility.

## FOURTH AFFIRMATIVE DEFENSE

### (Damages Too Speculative and Remote)

Plaintiffs' claims are barred, in whole or in part, because the damages Plaintiffs seek are too speculative and remote and because of the impossibility of the ascertainment and allocation of such alleged damages.

## FIFTH AFFIRMATIVE DEFENSE

### (Failure to Join Indispensable Parties, Misjoinder of Parties and/or Wrong Parties)

Plaintiffs' claims are barred, in whole or in part, because they failed to join indispensable parties to this litigation, improperly joined parties and/or named the wrong parties in the Second Amended Complaint.

## SIXTH AFFIRMATIVE DEFENSE

### (Avoidable Consequences and/or Failure to Mitigate)

Plaintiffs' claims are barred, in whole or in part, or, at a minimum, recovery should be reduced pursuant to the doctrines of avoidable consequences and/or failure to mitigate. To the extent Plaintiffs may have suffered any damages, they were required to take reasonable and timely actions to limit their losses which they failed to do.

## SEVENTH AFFIRMATIVE DEFENSE

### (Offset or Setoff)

If any loss, injury, damages, or detriment occurred as alleged in the Second Amended Complaint, Mr. Crow is entitled to an offset or setoff for the amounts Plaintiffs recover from any other person for such loss, injury, damages, or detriment including, but not limited to, amounts recovered from any settling party.

## EIGHTH AFFIRMATIVE DEFENSE

### (Res Judicata and Collateral Estoppel)

Plaintiffs' claims are barred, in whole or in part, by the doctrines of res judicata, transactional res judicata, and/or collateral estoppel based on prior litigation between Plaintiffs and some of the Defendants because their present claims arise out of the same transaction or occurrence that was the subject matter of claims in prior litigation and/or involved the same aggregate of operative facts.

## **RESERVATION OF RIGHTS**

Mr. Crow reserves the right to assert such additional affirmative defenses as may be necessary based on its ongoing investigation of the Second Amended Complaint and the claims asserted by Plaintiffs therein.

## **PRAYER**

WHEREFORE, Mr. Crow prays for judgment as follows:

      1.      That Plaintiffs take nothing by reason of their Second Amended Complaint;

      2.      That judgment be entered in favor of Mr. Crow on the Second Amended Complaint;

      3.      That the Court award Mr. Crow his costs incurred in this action; and

      4.      That the Court award such other relief to Mr. Crow as it may deem just and proper.

DATED:  March April 4, 2024          Respectfully submitted,

           */s/ Kenneth C. Stone*

           GRAY REED
           Kenneth C. Stone
           Texas Bar No. 19296300
           kstone@grayreed.com
           London England
           Texas Bar No. 24110313
           lengland@grayreed.com
           1601 Elm Street, Suite 4600
           Dallas, Texas 75201
           Tel: (214) 954-4135
           Fax: (214) 953-1332

           HAWXHURST LLP
           Gerald E. Hawxhurst
           Texas State Bar No. 24090636
           jerry@hawxhurstllp.com
           1301 S. Capital of Texas Hwy
           Building C, Suite 300
           Austin, Texas 78746
           Tel: (512) 522-4995
           Fax: (512) 522-4961

           *Attorneys for Defendant*
           *Trammell S. Crow*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing "Trammell S. Crow's Answer to the Second Amended Complaint" was served on all counsel of record via ECF on April 4, 2024.

_____
Kyle Foltyn-Smith