IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS | § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. SA-23-CA-580-FB |
| TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; COE JURACEK; PHILIP ECOB; CODY MITCHELL; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC., | § | |
| Defendant. | § | |

## AFFIDAVIT OF SUBSTITUTE SERVICE via Facebook

"The following came to hand on **Mar 26, 2024, 8:46 pm**,

ORDER RE PUBLICATION, RICK HUBBARD SUMMONS, 1 - COMPLAINT,
132 - TRANSFER ORDER, 190 - AMENDED COMPLAINT, 283-
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

and was executed at **11:23 AM** on **Wednesday** Mar 27, 2024
by delivering a true copy to the within named **RICHARD HUBBARD via BOTH Facebook Messenger(s) linked to the following Facebook Accounts associated with the subject IN DIRECT ACCORDANCE with the JUDGES ORDER.**

https://www.facebook.com/profile.php?id=61552262523303
and
https://www.facebook.com/profile.php?id=100090753525747

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am I am a JBCC Certified Private Process Server and I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Donna LiAne Gardner**, my date of birth is **05/10/1967**, and my address is **PO Box 2111, Cedar Park , TX 78630**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **COMAL** County, State of **TEXAS**, on **March 27, 2024**.

*Donna LiAne Gardner* (signature)

**Donna LiAne Gardner**
**Certification Number: PSC-17222**
**Certification Expiration: 08/31/2025**

The Following Documents were Sent 3/27/2024 at 11:26am CDT

 Rick Hubbard Summons.pdf
 283- Motion for Leave to File Second
 190 - Amended Complaint.pdf
 132 - Transfer Order.pdf
 1 - Complaint.pdf
 . Order re publication.pdf

_____

Notice Below Sent 3-27-2024 at 10:48am CDT (I forgot to include it initially when I sent the documents.)

- Rick Hubbard

MY NAME IS Donna Gardner, CERTIFIED BY THE JBCC UNDER PSC#17222, EXPIRATION DATE 08/31/2025.

By order issued from the Presiding Judge FRED BIERY UNITED STATES DISTRICT JUDGE of IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION, the documents attached regarding CIVIL ACTION NO. SA-23-CA-580-FB are delivered to you via Facebook messenger per the PLAINTIFF's MOTION for SUBSTITUTE SERVICE.

PLEASE NOTE THERE ARE DEADLINES AND RESPONSIBILITIES INCLUDED IN THESE DOCUMENTS.

PLEASE CONTACT YOUR ATTORNEY, THE INDIVIDUALS NOTED IN THE DOCUMENTS OR THE COURT FOR FURTHER INSTRUCTION.

 THANK YOU.

_____

All of the above were sent through the Facebook Messenger(s) associated with the 2 Facebook accounts below belonging to the Subject.:

https://www.facebook.com/profile.php?id=61552262523303

and

https://www.facebook.com/profile.php?id=100090753525747


All Documents were sent through Facebook Messenger from my anonymous FB profile

https://www.facebook.com/profile.php?id=61554735565355



# Rick Hubbard
291 friends



**Intro**

- Went to Harlingen High School
- Went to **WestWood**
- Went to **Stephen F. Austin State Unive**
- Lives in **Austin, Texas**
- From **Dallas, Texas**
- Single
- Pronounces name CHOO-PAUH KAUH-

      

## Photos

See all photos

## Friends

291 friends

See all friends


**Melissa Kite**


**Dan Winter**


**Justin Webb**


**Sherry Frydrych**


**Bryan Bowe**




**Andrea Gonzalez**

**David Proct**

 Rick Hubbard

### Rick Hubbard

Lives in Austin, Texas

Went to WestWood

11:26 AM

📄 . Order re publication.pdf
74.1 KB

📄 1 - Complaint.pdf
3.05 MB

📄 132 - Transfer Order.pdf



    Aa  👍  





      

# Rick Hubbard

291 friends

Add fri

Rick Hubbard

delivered to you via Facebook messenger per the PLAINTIFF's MOTION for SUBSTITUTE SERVICE. PLEASE NOTE THERE ARE DEADLINES AND RESPONSIBILITIES INCLUDED IN THESE DOCUMENTS.
PLEASE CONTACT YOUR ATTORNEY, THE INDIVIDUALS NOTED IN THE DOCUMENTS OR THE COURT FOR FURTHER INSTRUCTION.
THANK YOU.

11:48 AM

Sent 1m ago

Aa

Posts About Friends Photos ...

## Intro

- Went to Harlingen High School
- Went to **WestWood**
- Went to **Stephen F. Austin State Unive**
- Lives in **Austin, Texas**
- From **Dallas, Texas**
- Single
- Pronounces name CHOO-PAUH KAUH-

## Photos

See all photos

## Friends

291 friends

See all friends


**Melissa Kite**


**Dan Winter**


**Justin Webb**


**Sherry Frydrych**


**Bryan Bowe**

**Rick Hubbard**

delivered to you via Facebook messenger per the PLAINTIFF's MOTION for SUBSTITUTE SERVICE. PLEASE NOTE THERE ARE DEADLINES AND RESPONSIBILITIES INCLUDED IN THESE DOCUMENTS. PLEASE CONTACT YOUR ATTORNEY, THE INDIVIDUALS NOTED IN THE DOCUMENTS OR THE COURT FOR FURTHER INSTRUCTION. THANK YOU.

11:48 AM

Sent 1m ago


**Andrea Gonzalez**

**David Proctor**





Posts

Filters

**Rick Hubbard** updated his profile picture.
November 21, 2023

**Rick Hubbard**

delivered to you via Facebook messenger per the PLAINTIFF's MOTION for SUBSTITUTE SERVICE. PLEASE NOTE THERE ARE DEADLINES AND RESPONSIBILITIES INCLUDED IN THESE DOCUMENTS. PLEASE CONTACT YOUR ATTORNEY, THE INDIVIDUALS NOTED IN THE DOCUMENTS OR THE COURT FOR FURTHER INSTRUCTION. THANK YOU.

11:48 AM

Sent 1m ago

Aa