# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

Matthew W. Schmidt*
**SCHMIDT LAW CORPORATION**
116A Main Street
Tiburon, California 94920
Telephone: (202) 746-9110
matt@schmidtlc.com
Attorney for Plaintiffs
*Admitted pro hac vice

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>Plaintiffs,<br>v.<br>TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J.COLE; CODY MITCHELL; KURT KNEWITZ; RALPH ROGERS; ROBERT PRUIT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC.,<br><br>Defendants. | Case No. 5:23-cv-00580-FB<br><br>Judge: Hon. Fred Biery<br>Date Action Filed: May 8, 2023 (transferred) |

## PLAINTIFFS' SUPPLEMENTAL STATEMENT CONCERNING SERVICE OF DEFENDANT RICK HUBBARD

On February 13, 2024, the Court directed Plaintiffs to serve certain Defendants, including Defenant Rick Hubbard ("Rick Hubbard"), with the summons, complaint, notice of transfer, and amended complaint by March 5, 2024. (Dkt. No. 278.) After being unable to serve Rick Hubbard by traditional means, Plaintiffs moved on May 5 to serve Rick Hubbard by Facebook pursuant to Texas Rule of Civil Procedure ("Rule") 106(b)(2), which allows a party to seek such alternative service where that party lists "any location where the defendant can probably be found" and where such service was unsuccessful. (*See* Dkt. No. 289.) *See* Tex. R. Civ. P. 106(b)(2). The Court granted Plaintiffs' motion on March 21, 2024, (Dkt. No. 294) and Plaintiffs served Rick Hubbard through his Facebook accounts on March 26, 2024 (Dkt. No. 305).

On April 2, 2024, during a discovery meet-and-confer, counsel for Defendant Trammell Crow ("Crow") raised that, based on materials that Plaintiff Hubbard produced in discovery, it appeared in early February that Plaintiff Julia Hubbard knew of another location of Rick Hubbard, and that he was staying with Defendant Kurt Knewitz ("Knewitz"). However, Plaintiffs disclosed this in their motion for substitute service, that Rick Hubbard was "potentially residing with former Defendant Kurt Knewitz." (Dkt. No. 289 at 2.) But as also described in Plaintiffs' motion for substitute service, Plaintiffs were unable to confirm this information and Plaintiff Hubbard no longer believed that Rick Hubbard was staying with Defendant Knewitz (if he ever was) at the time that Plaintiffs attempted service—accordingly, they attempted service, after various attempts by their process server to locate Rick Hubbard, at what they believed was the "best possible" address for Rick Hubbard, at his former address of 28827 Fine Road. (*Id.*)

//

//

//

Dated: Tiburon, California
       April 5, 2024

By: _____
Matthew W. Schmidt*
**SCHMIDT LAW CORPORATION**
116A Main Street
Tiburon, California 94920
Telephone:   (415) 390-6075
matt@schmidtlc.com
*Attorney for Plaintiffs*
*Admitted Pro Hac Vice

2

## **CERTIFICATION OF SERVICE**

      I hereby certify by my signature below that a true and correct copy of the foregoing document was served on all attorneys of record via ECF on this 5th day of April 2024.

Dated: Tiburon, California
       April 5, 2024

                                      _____
                                      Matthew W. Schmidt
                                      Attorney for Plaintiffs