IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JULIA HUBBARD, and KAYLA GOEDINGHAUS,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| V. | ) ) | CIVIL ACTION NO. SA-23-CA-580-FB |
| **TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC.,** | ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

**ORDER REFERRING NON-DISPOSITIVE MOTIONS
TO UNITED STATES MAGISTRATE JUDGE**

Before the Court are Defendant Trammell S. Crow's Opposed Motion to Compel Amended Responses to Interrogatories and for an Award of the Expenses Incurred in Brining this Motion (docket no. 296) and Defendant Trammell S. Crow's Opposed Motion to Compel Production of Documents (docket no. 297), along with related filings. It appears that Defendant Crow's motions are non-dispositive and should be referred to a United States Magistrate Judge for determination and ruling. 28 U.S.C. § 636; Local Court Rules App. C.

IT IS THEREFORE ORDERED that Defendant Trammell S. Crow's Opposed Motion to Compel Amended Responses to Interrogatories and for an Award of the Expenses Incurred in Brining

this Motion (docket no. 296) and Defendant Trammell S. Crow's Opposed Motion to Compel Production of Documents (docket no. 297) are REFERRED to United States Magistrate Judge Elizabeth S. Chestney for determination and ruling.

It is so ORDERED.

SIGNED this 9th day of April, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE