IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD et al., § | |
| § | |
| *Plaintiffs,* § | |
| § | |
| § | |
| vs. § | Civil Case No. SA-23-cv-00580-FB |
| § | |
| TRAMMELL S. CROW. JR. et al., § | |
| § | |
| *Defendants* § | |

### NOTICE OF CHANGE OF LAW FIRM AFFILIATION

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE that Stephanie Richmond Roark and Brian S. Rawson, counsel for Defendants RCI Hospitality Holdings, Inc. and Casey Grover, in the above-captioned action, are no longer affiliated with the law firm of Hartline Barger LLP.

No attorney from Hartline Barger LLP will continue to represent a party in this matter.

Stephanie Richmond Roark and Brian S. Rawson are now affiliated with the law firm of Rawson Law, PLLC.  Please update your contact information as follows:

        Stephanie Richmond Roark
        sroark@rawson-law.com
        Brian S. Rawson
        brawson@rawson-law.com
        Rawson Law, PLLC
        4516 Lovers Ln., Ste. 172
        Dallas, Texas 75225

Respectfully submitted,

*/s/ Stephanie Richmond Roark*
**STEPHANIE RICHMOND ROARK**
State Bar No. 24070498
sroark@rawson-law.com
**BRIAN S. RAWSON**
State Bar No. 24041754
brawson@rawson-law.com
**RAWSON LAW, PLLC**
4516 Lovers Ln., Ste. 172
Dallas, Texas 75225

**ATTORNEYS FOR DEFENDANTS
RCI HOSPITALITY HOLDINGS, INC.
AND CASEY GROVER**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document has been forwarded to all counsel of record in accordance with the applicable Texas Rules of Civil Procedure on this 16th day of April, 2024.

*/s/ Stephanie Richmond Roark*
**STEPHANIE RICHMOND ROARK**