IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD, KAYLA GOEDINGHAUS, | § § § § § | |
| *Plaintiffs,* | § § | SA-23-CV-00580-FB |
| vs. | § § | |
| TRAMMELL S CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, CODY MITCHELL, KURT KNEWITZ, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., AARON BURLINGAME, | § § § § § § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER SETTING HEARING

Before the Court is the above-styled cause of action. Currently pending before the Court are Defendant Trammell S. Crow's Opposed Motion to Compel Amended Responses to Interrogatories and for an Award of the Expenses Incurred in Bringing this Motion [#296] and Defendant Trammell S. Crow's Opposed Motion to Compel Production of Documents [#297], which were referred to the undersigned for disposition [#311]. Thus,

**IT IS THEREFORE ORDERED** that Defendant Trammell S. Crow's Opposed Motion to Compel Amended Responses to Interrogatories and for an Award of the Expenses Incurred in Bringing this Motion [#296] and Defendant Trammell S. Crow's Opposed Motion to Compel Production of Documents [#297] are set for a hearing on **April 25, 2024, at 3:00 p.m. Central Time**. Counsel for

1

all parties are **required to appear by Zoom** for the hearing.  The information to join the hearing is as follows:

    Join ZoomGov Meeting: https://txwd-uscourts.zoomgov.com/j/16126729723

    Meeting ID: 161 2672 9723

If there are questions regarding the Zoom appearance, the parties should contact Judge Chestney's Courtroom Deputy by emailing txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

    Because earlier hearings in other cases may be in progress at the time attorneys log-in for their scheduled hearing, attorneys may be required to wait in the Zoom "waiting room" until the Courtroom Deputy addresses them.  Parties should review the July 15, 2020 Standing Order Regarding Telephone or Video Teleconference Hearings, which is available upon request from the Courtroom Deputy and on the Court's website.

    **IT IS FURTHER ORDERED** that the parties confer about the issues raised in Defendant Trammell's motions [#296, #297] and **file a joint advisory via CM/ECF no later than 5:00 p.m. Central Time on April 24, 2024**, that indicates which issues, if any, remain in dispute after their conference.  For each issue that remains in dispute, each party should state its respective position and describe any relief being sought.  <u>A failure to file the ordered joint advisory may result in the Court's cancellation of the discovery hearing and/or denial of the motion for failure to comply with a Court order</u>.

    **IT IS SO ORDERED.**

    SIGNED this 22nd day of April, 2024.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE