UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD, *ET AL.*, § <br> PLAINTIFFS, § <br> § <br> v. § <br> § <br> TRAMMEL CROW, JR., *ET AL.*, § <br> DEFENDANTS. § | CAUSE NO. 5:23-CV-00580-FB |

### DEFENDANT'S MOTION TO SUBSTITUTE ATTORNEY-IN-CHARGE

Defendant Cody Mitchell moves to substitute his attorney-in-charge. The above-styled case has been administratively reassigned to Assistant Attorney General Christopher Lee Lindsey. Defendant respectfully requests that all pleadings, orders, and correspondence continue to be sent to the Office of the Attorney General, Law Enforcement Defense Division, P.O. Box 12548, MC-012, Austin, Texas 78711-2548 and to the email address listed below for Christopher Lee Lindsey. It is further requested that former Assistant Attorney General Alec Simpson be removed from all elecctronic notices for this case.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

SHANNA E. MOLINARE
Division Chief
Law Enforcement Defense Division

/s/CHRISTOPHER LEE LINDSEY
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24065628

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 370-9314 Fax No.
christopher.lindsey@oag.texas.gov

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

I, **Christopher Lee Lindsey**, Assistant Attorney General of Texas, certify that I have conferred with Plaintiff's counsel regarding the relief requested. Plaintiff is unopposed.

/s/ CHRISTOPHER LEE LINDSEY
**CHRISTOPHER LEE LINDSEY**
   Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **Christopher Lee Lindsey**, Assistant Attorney General of Texas, certify that a true copy of the foregoing has been served by electronic noticing on April 23, 2024.

/s/ CHRISTOPHER LEE LINDSEY
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General