**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MILES HANSON,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION: 4:20-CV-386** |
| | § | |
| **TEXAS DEPARTMENT OF** | § | |
| **CRIMINAL JUSTICE, et al.,** | § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is an unopposed motion to substitute the attorney-in-charge of Defendant Cody Mitchell. The motion is GRANTED.

It is ORDERED that Assistant Attorney General Christopher Lee Lindsey shall be entered as the Attorney-in-Charge for the above-listed Defendants. It is further ORDERED that Alec Simpson shall be removed as an attorney of record in this case.

SIGNED this _____ day of _____, 2024.


_____
PRESIDING JUDGE