# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD, *ET AL.*, § | |
|     PLAINTIFFS, § | |
| § | |
| v. § | CAUSE NO. 5:23-CV-00580-FB |
| § | |
| TRAMMEL CROW, JR., *ET AL.*, § | |
|     DEFENDANTS. § | |

# ORDER

Before the Court is an unopposed motion to substitute the attorney-in-charge of Defendant Cody Mitchell. The motion is GRANTED.

It is ORDERED that Assistant Attorney General Christopher Lee Lindsey shall be entered as the Attorney-in-Charge for the above-listed Defendants. It is further ORDERED that Alec Simpson shall be removed as an attorney of record in this case.

SIGNED this _____ day of _____, 2024.

_____
PRESIDING JUDGE