# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |  | |
|---|---|---|---|
| **JULIA HUBBARD, and KAYLA GOEDINGHAUS,** | ) ) ) | | |
| **Plaintiffs,** | ) ) | | |
| V. | ) ) | CIVIL ACTION NO. SA-23-CA-580-FB | |
| **TRAMMELL S. CROW, JR., ET AL.,** | ) ) ) | | |
| **Defendants.** | ) | | |

### ORDER GRANTING DEFENDANT CODY MITCHELL'S
### MOTION TO SUBSTITUTE ATTORNEY-IN-CHARGE

Before the Court is Defendant's Motion to Substitute Attorney-in-Charge, filed by Defendant Cody Mitchell on April 23, 2024. (Docket no. 314). After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Defendant's Motion to Substitute Attorney-in-Charge (docket no. 314) is GRANTED such that Alec Simpson is REMOVED as attorney of record for Defendant Cody Mitchell and Christopher L. Lindsey, previously designated as co-counsel, is SUBSTITUTED as the designated attorney-in-charge for Defendant Mitchell.

It is so ORDERED.

SIGNED this 24th day of April, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE