UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS, | § § § | |
| Plaintiffs, | § § | Case No. 5:23-cv-00580-FB |
| v. | § § § | |
| TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC., | § § § § § § § § § § § § § § § | Judge: Hon. Fred Biery<br>Date Action Filed: May 8, 2023 (transferred)<br><br>Referred to Hon. Magistrate Judge Elizabeth S. Chestney<br><br>Hearing Date: April 25, 2024<br>Time: 3:00 p.m. Central Time<br>Location: ZoomGov Meeting |
| Defendants. | § § | |

**JOINT ADVISORY TO THE COURT RE DEFENDANT CROW'S
MOTIONS TO COMPEL, PURSUANT TO ORDER SETTING HEARING (DKT. 313)**

Defendant Trammell S. Crow ("Mr. Crow") and Plaintiffs Julia Hubbard ("Ms. Hubbard") and Kayla Goedinghaus ("Ms. Goedinghaus") (collectively the "Parties") respectfully submit this joint advisory to the Court concerning the disputes that remain following the Parties' April 24, 2024 conference.  This joint advisory is made pursuant to the Court's Order Setting Hearing (Dkt. 313) for Mr. Crow's pending Opposed Motion to Compel Amended Responses to Interrogatories (Dkt. 296) and Opposed Motion to Compel Production of Documents (Dkt. 297) (together, "Motions to Compel").

Counsel for the Parties in good faith conferred telephonically on April 24, 2024.  The Parties agreed that Plaintiffs have not resolved the issues identified in Crow's Motions to Compel and that the issues identified in the Motions to Compel warrant resolution by the Court during the hearing scheduled for April 25, 2024.

**Mr. Crow's Separate Statement of Issues Outstanding**

The issues to be addressed are those identified in Crow's Motions to Compel (Dkt. 296, Dkt. 297), and his replies thereto (Dkt. 310, Dkt. 307, respectively), and the declarations and exhibits in support thereof), including but not limited to:

- Plaintiffs' failure to identify which information is produced in response to particular document requests;

- Plaintiffs' failure to produce ESI and other information in the format identified in Crow's document requests (and agreed to previously by Plaintiffs);

- Plaintiffs' failure to produce information called for by Crow's document requests, including but not limited to, calendar entries, entire diaries; what Plaintiff Julia Hubbard has claimed is thousands of hours of video recordings, materials that

> Plaintiffs shared with ghost writers and in interviews that have been published by Cosmo, Instagram and other social media;

- Plaintiffs' failure to produce copies of interviews published on social media and elsewhere;

- Plaintiffs' failure to produce documents shared with non-parties as evidenced by FTP links embedded in emails sent to those third parties, as well as texts and social media posts concerning the whereabouts of Defendant Rick Hubbard (who Plaintiffs claim cannot be served personally); and

- Plaintiffs' failure to provide full and complete responses to Mr. Crow's interrogatories.

For the reasons explained in his Motions to Compel, Mr. Crow respectfully requests that the Court grant his Motions to Compel in their entirety, and also grant Mr. Crow the expenses incurred in connection with bringing his Motions to Compel. Mr. Crow further requests that the Court order Plaintiffs' full compliance with the Court's order within ten calendar days of such order.

**Plaintiffs' Separate Statement of Issues Outstanding**

Plaintiffs have no objection to addressing the issues identified by Mr. Crow at the April 25, 2024, hearing, and have no other issues to address.

For the reasons set forth in Plaintiffs' April 1, 2024, memoranda in opposition to Mr. Crow's motions (Dkt. Nos. 298 299) and other relevant facts and arguments which Plaintiffs' counsel will address at the April 25, 2024, hearing—including that, on April 5 and 8, 2024, Plaintiffs produced more than 25,000 pages of additional documents in ESI format, including reproduction of documents which had previously been produced as PDF and more than 20,000 pages of additional documents, to which Mr. Crow's counsel raised no complaint after

review until the Parties' meet-and-confer on April 24, 2024—Mr. Crow's requests should be denied. However, Plaintiffs will address the merits of these issues at the April 25, 2024, hearing.

DATED:  April 24, 2024                                     Respectfully submitted,

/s/ *Gerald E. Hawxhurst*
Gerald E. Hawxhurst
Texas State Bar No. 24090636
jerry@hawxhurstllp.com
HAWXHURST LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Tel: (512) 522-4995
Fax: (512) 522-4961

GRAY REED
  KENNETH C. STONE
  Texas Bar No. 19296300
  LONDON ENGLAND
  Texas Bar No. 24110313
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:   (214) 953-1332
Email:  kstone@grayreed.com
            lengland@grayreed.com

*Attorneys for Defendant Trammell S. Crow, Jr.*


/s/ *Matthew W. Schmidt*
Matthew W. Schmidt
Admitted Pro Hac Vice
SCHMIDT LAW CORPORATION
116A Main Street
Tiburon, California 94920
Telephone:  (415) 390-6075
Email: matt@schmidtlc.com

*Attorney for Plaintiffs Julia Hubbard and Kayla Goedinghaus*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Joint Advisory Pursuant to Order Setting Hearing (Dkt. 313)" was served on the counsel of record via ECF on April 24, 2024.

*/s/ Kyle Foltyn-Smith*
Kyle Foltyn-Smith
