## CORRECTED CERTIFICATE OF SERVICE

    I hereby certify that on April 18, 2024, a copy of the foregoing document was mailed to the Clerk of the Court for filing, filed by the Clerk of the Court on April 23, 2024, and on April 25, 2024, served on all counsel of record via the CM/ECF system.

Dated: April 29, 2024

By: _____

John G. Balestriere
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (212) 374-5401
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
*Attorney for Balestriere Fariello*
*\*Admitted pro hac vice*