**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **JULIA HUBBARD, and KAYLA GOEDINGHAUS,** )<br>)<br>) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | **CIVIL ACTION NO. SA-23-CA-580-FB** |
| ) | |
| **TRAMMELL S. CROW, JR., ET AL.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING MOTIONS FOR ADMISSION *PRO HAC VICE*

Before the Court are the Motion(s) for Admission *Pro Hac Vice* (docket no. 320 & 321) filed by attorneys Stefan Savic and Justin M. Loveland seeking authorization to appear in this case *pro hac vice* on behalf of Plaintiffs.

Stefan Savic is a member in good standing with the Bar of the State of New York and is admitted to practice before courts in Connecticut, Massachusetts and California.  Justin M. Loveland is a member in good standing with the Bar of the State of New York and is admitted to practice before the United States District Court for the Southern District of New York.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any case. This Court has, however, made an exception for out-of-district counsel if their practice in the Western District is limited to one or two cases, or in some instances as long as a licensed Western District of Texas attorney is involved in the case.  A review of the motions reveals that the Stefan Savic has appeared *pro hac vice* in one case in the Western District of Texas, and Justin M. Loveland has not previously applied to appear *pro hac vice* in the Western District of Texas.  Accordingly, after due

consideration, the Court is of the opinion the motions should be granted such that Stefan Savic and Justin M. Loveland may appear in this case *pro hac vice.*

IT IS THEREFORE ORDERED that the Motion(s) for Admission *Pro Hac Vice* (docket nos. 320 & 321) are GRANTED such that Stefan Savic and Justin M. Loveland may appear *pro hac vice* in this case. The Court further ORDERS that Stefan Savic and Justin M. Loveland familiarize themselves with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas.

IT IS FURTHER ORDERED that Stefan Savic and Justin M. Loveland immediately tender the amount of $100.00, payable to Clerk, U.S. District Court, in compliance with Western District of Texas Local Rule AT-1(f)(2), if they have not already done so.

IT IS FINALLY ORDERED that Stefan Savic and Justin M. Loveland, pursuant to Section 6 of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, must register as filing users within ten (10) days of this Order, if they have not already done so. *Pro hac vice* status shall not take effect until they have complied with all of the requirements contained in this Order.

It is so ORDERED.

SIGNED this 29th day of April, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE