## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

Matthew W. Schmidt*
**Schmidt Law Corporation**
116A Main Street
Tiburon, California 94920
Telephone: (415) 390-6075
matt@schmidtlc.com
*Attorney for Plaintiffs*
*Admitted Pro Hac Vice

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,      Plaintiffs, <br><br> v. <br><br> TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE; CODY MITCHELL; KURT KNEWITZ; RALPH ROGERS; ROBERT PRUIT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC, | Case No. 5:23-cv-00580-FB <br><br><br> Judge: Hon. Fred Biery <br> Date Action Filed: May 8, 2023 (transferred) |

<u>**DECLARATION OF MATTHEW W. SCHMIDT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO BALESTRIERE FARIELLO'S FIRST PLEA IN INTERVENTION**</u>

I, Matthew W. Schmidt, declare as follows:

1. I am a partner of Schmidt Law Corporation, counsel of record for Plaintiffs in this action, and make this declaration in support of the above-referenced motion.

2. On February 7, 2024, I asked John Balestriere to send me the served version of certain document responses. John Balestriere responded that he had "reviewed" the Balestriere Firm's internal "email folder" and "shall shortly send any emails from defense counsel with any kind of discovery requests or demands attached."

3. John Balestriere subsequently forwarded me a number of discovery requests, and the next week, on February 12, 2024, confirmed that—while he would not agree to provide full case files pending resolution of the Balestriere Firm's claimed lien, he had "forwarded [] last week any discovery materials I saw in emails going back to late November."

4. However, I later discovered that he had not sent at least a set of six discovery requests provided by Defendant Coe Juracek, which Mr. Juracek's counsel had sent to my Balestriere Firm email address—and copying three other persons at the Balestriere Firm— on January 26, 2024.

5. I discovered this on February 28, 2024, when Mr. Juracek's counsel inquired as to responses to such files, forwarding the email he had originally sent to the Balestriere Firm. Following this email, I searched my emails, and I had not received the email forwarded from John Balestriere.

6. Once I expressed confusion and explained the situation to Mr. Juracek's counsel, they readily provided the files, such that there was no reason to raise the issue with the Balestriere Firm.

7. On March 15, 2024, I wrote to a litigation funder which the Balestriere Firm (and I

1

personally) had worked with prior to the Balestriere Firm's termination in this matter. That litigation funder confirmed, on the same date, that it could not proceed with funding absent a first priority lien in which the Balestriere Firm, as is customary in litigation funding, subordinated any interest to the funder.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in the Town of Tiburon, May 7, 2024.

By: _____
Matthew W. Schmidt*
**SCHMIDT LAW CORPORATION**
116A Main Street
Tiburon, California 94920
Telephone:     (415) 390-6075
matt@schmidtlc.com
*Attorney for Plaintiffs*
*Admitted Pro Hac Vice