UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Matthew W. Schmidt*
**Schmidt Law Corporation**
116A Main Street
Tiburon, California 94920
Telephone: (415) 390-6075
matt@schmidtlc.com
*Attorney for Plaintiffs*
*Admitted Pro Hac Vice

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>      Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE; CODY MITCHELL; KURT KNEWITZ; RALPH ROGERS; ROBERT PRUIT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC, | Case No. 5:23-cv-00580-FB<br><br>Judge: Hon. Fred Biery<br>Date Action Filed: May 8, 2023 (transferred) |

**DECLARATION OF JULIA A. HUBBARD IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO BALESTRIERE FARIELLO'S FIRST PLEA IN INTERVENTION**

I, Julia A. Hubbard, declare under penalty of perjury consistent with 28 U.S.C. § 1746:

1. I engaged the law firm of Balestriere Fariello in June 2022.

2. On February 1, 2024, following a phone discussion in which I informed him that I was terminating his firm, I emailed John Balestriere of Balestriere Fariello to confirm that I was terminating his firm, for what I understood to be for cause.

3. On March 6, 2024, John Balestriere wrote to Matthew Schmidt, of Schmidt Law Corporation, copying me and Kayla Goedinghaus, stating that "[t]he clients have confirmed in writing that they did not terminate the firm for cause."

4. I was confused by Mr. Balestriere's email, so on March 8, 2024, I wrote to him to clarify that Kayla Goedinghaus and I had "told [him] repeatedly" that we were terminating him for cause and "need to be very, very clear" why we had fired his firm.

5. Later, on March 20, 2024, following discussions concerning a potential resolution of issues between me and the Balestriere Fariello law firm, Mr. Balestriere wrote, on a chain in which I was copied on, that he would not agree to subordinate any lien to a litigation funder unless I agreed to certain terms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Fairfax, Virginia, March 7, 2024.

/s/ Julia A. Hubbard
Julia A. Hubbard