**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J.COLE; CODY MITCHELL; KURT KNEWITZ; RALPH ROGERS; ROBERT PRUIT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. SA-23-CA-580-FB<br><br><br>Judge: Hon. Fred Biery<br>Date Action Filed: May 8, 2023<br>(transferred) |

**[PROPOSED] ORDER DENYING THE FIRST PLEA IN INTERVENTION BY
BALESTRIERE PLLC d/b/a BALESTRIERE FARIELLO**

Before the Court is the First Plea in Intervention by Balestriere PLLC d/b/a Balestriere

Fariello (docket no. 318). After careful consideration, the Court is of the opinion that the request

to intervene should be denied.

IT IS THEREFORE ORDERED that Balestriere PLLC d/b/a Balestriere Fariello's First

Plea in Intervention is DENIED.

It is so ORDERED.

SIGNED this ___ day of _____.


_____
FRED BIERY
UNITED STATES DISTRICT JUDGE