IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, | § § § § | |
| *Plaintiffs*, | § § | |
| V. | § § | CIVIL ACTION NO. SA-23-CV-580-FB |
| TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; COE JURACEK; PHILIP ECOB; CODY MITCHELL; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC., | § § § § § § § § § § § § § | |
| *Defendants*. | § § | |

## ORDER DENYING MOTION TO INTERVENE

Before the Court are the First Plea in Intervention by Balestriere Fariello (docket no. 318), which was docketed and therefore is construed as a motion to intervene by Plaintiffs' former law firm, along with related filings (docket nos. 327 & 328). After careful consideration, and for the reasons stated in Plaintiffs' corrected opposition thereto, the Court is of the opinion that the motion should be denied.

IT IS THEREFORE ORDERED that the First Plea in Intervention by Balestriere Fariello (docket no. 318), construed as a motion to intervene by Plaintiffs' former law firm, is DENIED.

It is so ORDERED.

SIGNED this 22nd day of May, 2024.

FRED BIERY
UNITED STATES DISTRICT JUDGE