UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS, | § § § | |
| Plaintiffs, | § § | Case No. 5:23-cv-00580-FB |
| v. | § § | |
| TRAMMELL S. CROW, JR., *et al.* | § § | Judge: Hon. Fred Biery<br>Date Action Filed: May 8, 2023 (transferred) |
| Defendants. | § § | |

### JOINT MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER

Plaintiffs Julia Hubbard and Kayla Goedinghaus and Defendants Trammel S. Crow, Dr. Michael S. Woods, Dr. Melissa Scott Miller, Coe Juracek, Robert Pruitt, Shawn Mayer, Jade Mayer, Texas Ranger Cody Mitchell, Dr. Benjamin Todd Eller, RCI Hospitality Holdings, Inc. and Casey Grover jointly move the Court to enter the attached proposed Confidentiality and Protective Order to govern the use of confidential information in this matter.

DATED:  May 24, 2024                                                Respectfully submitted,

By: /s/ *Matthew W. Schmidt*                                        /s/ *Indira J. Cameron Banks*
    Matthew W. Schmidt*                                            Indira J Cameron Banks (*pro hac vice*)
    116A Main Street                                                        Cameron Jones LLP
    Tiburon, California 94920                                          407 N Maple Dr., Grnd 1
    Telephone:(202) 746-9110                                          Beverly Hills, CA 90210
    mwschmidt@gmail.com                                             indira@cameronjones.law
    *Attorney for Plaintiffs*                                                Tel: 424.757.0585
    *Admitted Pro Hac Vice*                                          *Attorney for Defendant Dr. Benjamin Todd Eller*

/s/ *Kenneth C. Stone*

Gerald E. Hawxhurst, TSB No. 24090636
jerry@hawxhurstllp.com
HAWXHURST LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Tel: (512) 522-4995
Fax: (512) 522-4961

GRAY REED
   Kenneth C. Stone, TSB No. 19296300
   London England, TSB No. 24110313
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: kstone@grayreed.com
lengland@grayreed.com
*Attorneys for Defendant Trammell S. Crow*

/s/ *Stephanie Richmond Roark*
Stephanie Richmond Roark
sroark@rawson-law.com
Brian S. Rawson
brawson@rawson-law.com
RAWSON LAW, PLLC
4516 Lovers Ln., Ste. 172
Dallas, Texas 75225
*Attorneys for Defendants RCI Hospitality Holdings, Inc. and Casey Grover*

/s/ Daniel J. Paret
  Daniel J. Paret, State Bar No. 24088181
**WOOD, SMITH, HENNING & BERMAN, LLP**
 14860 Landmark Blvd., Suite 120
 Dallas, Texas 75254
 Tel: (469) 210-2054
 Fax: (469) 210-2051
 dparet@wshblaw.com
 *Attorney for Defendant Michael Scott Woods, M.D.*

/s/ *Diane M. Doolittle*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
 Diane M. Doolittle (pro hac vice)
 dianedoolittle@quinnemanuel.com
 555 Twin Dolphin Drive, 5th Floor
 Redwood Shores, California 94065
 Telephone: (650) 801 5000
 Facsimile: (650) 801 5000

 Matthew "Alex" Bergjans (pro hac vice)
 alexbergjans@quinnemanuel.com
 865 S. Figueroa Street, 10th Floor
 Los Angeles, California 90017
 Telephone: (213) 443 3000
 Facsimile: (213) 443 3100

 Evan Pearson (Texas State Bar No. 24121403)
 evanpearson@quinnemanuel.com
 300 W. Sixth Street, Suite 2010
 Austin, Texas 78701
 Telephone: (737) 667 6119
 Facsimile: (737) 667 6110
 *Attorneys for Defendant Coe Juracek*

| | |
|---|---|
| /s/ *Steven J. Berry* <br> STEVEN J. BERRY <br> State Bar No. 02242550 <br> BERRY ODOM, LLP <br> 611 9th Avenue <br> Fort Worth, Texas 76104 <br> Telephone: (817) 850-4200 <br> Facsimile: (817) 546-3210 <br> E-Mail: sberry@berryodom.com <br><br> JAMES M. "JAMIE" PARKER, JR. <br> State Bar No. 15488710 <br> NAMAN HOWELL SMITH & LEE, PLLC <br> 10001 Reunion Place, Suite 600 <br> San Antonio, Texas 78216 <br> Telephone: (210) 731-6364 <br> Facsimile: (210) 785-2964 <br> jparker@namanhowell.com <br> *Attorneys for Defendant Robert Pruitt* | /s/ *Kurt S. Elieson* <br> Kurt S. Elieson <br> Texas Bar No. 06521100 <br> KurtE@CarpLawFirm.com <br> CARPENTER & ASSOCIATES <br> 555 Republic Drive, Suite 510 <br> Plano, Texas 75074 <br> 972-455-8700 – Tel. <br> 972-767-5599 – Fax <br> *Attorney for Defendants Shawn Mayer and Jade Mayer* |
| /s/ *Steve Dillawn* <br> Steve Dillawn <br> GERMER BEAMAN & BROWN PLLC <br> One Barton Skyway <br> 1501 S Mopac Expy Suite A400 <br> Austin, TX 78746 <br> Ph: 512.482.5176 <br> Fax: 512.472.0721 <br> sdillawn@germer-austin.com <br> *Attorney for Defendant Dr. Melissa Miller* | /s/*Christopher Lee Lindsey* <br> CHRISTOPHER LEE LINDSEY <br> Assistant Attorney General <br> State Bar No. 24065628 <br> P. O. Box 12548, Capitol Station <br> Austin, Texas 78711 <br> (512) 463-2157 <br> (512) 370-9314 Fax <br> christopher.lindsey@oag.texas.gov <br> *Attorney for Defendant Texas Ranger Cody Mitchell* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "JOINT MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER" was served on May 24, 2024, on all counsel of record via ECF and Defendant Phil Ecob (pro se) via U.S. Mail at the following address:

2215 Cedar Springs Road, Apt. 1414
Dallas, Texas 75201

_____
Kyle Foltyn-Smith