IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | CIVIL ACTION NO. SA-23-CV-580-FB |
| TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; RCI HOSPITALITY HOLDINGS, INC.; AARON BURLINGAME, | § § § § § § § § § § § § § § § | |
| Defendants. | § | |

**ORDER REFERRING NON-DISPOSITIVE MOTION TO
UNITED STATES MAGISTRATE JUDGE ELIZABETH S. CHESTNEY**

Before the Court is Defendant Trammell S. Crow's Expedited Opposed Motion to Compel Plaintiffs' Full Compliance with Previously Ordered Reproduction and Document Identifications [DKT. 325] and Further Production of Documents, filed on June 5, 2024.  (Docket no. 332).  It appears Defendant Crow's motion is non-dispositive and should be referred to a United States Magistrate Judge for determination and ruling. 28 U.S.C. § 636; Local Court Rules App. C.  Previous motions to compel filed by Defendant Crow were referred to United States Magistrate Judge Elizabeth S. Chestney.  The Court is therefore of the opinion that this motion should also be referred to Magistrate Judge Chestney.

IT IS THEREFORE ORDERED that Defendant Trammell S. Crow's Expedited Opposed Motion to Compel Plaintiffs' Full Compliance with Previously Ordered Reproduction and Document Identifications [DKT. 325] and Further Production of Documents (Docket no. 332) is REFERRED to United States Magistrate Judge Elizabeth S. Chestney for determination and ruling.

It is so ORDERED.

SIGNED this 6th day of June, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE