UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Matthew W. Schmidt*
**Schmidt Law Corporation**
116A Main Street
Tiburon, California 94920
Telephone: (415) 390-6075
matt@schmidtlc.com
*Attorney for Plaintiffs*
*Admitted Pro Hac Vice

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>           Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE; CODY MITCHELL; KURT KNEWITZ; RALPH ROGERS; ROBERT PRUIT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC, | Case No. 5:23-cv-00580-FB<br><br>Judge: Hon. Fred Biery<br>Hon. Elizabeth S. Chestney (Referred)<br>Date Action Filed: May 8, 2023 (transferred) |

**DECLARATION OF JULIA A. HUBBARD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO TRAMMELL S. CROW MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

I, Julia A. Hubbard, declare under penalty of perjury consistent with 28 U.S.C. § 1746:

1. I am a Plaintiff in this action.

2. On May 30, 2024, I irrevocably damaged my laptop (and only computer) while on a call with counsel and a pet call inadvertently spilled water onto the power port, after which the laptop ceased working and would not turn back on. I took the laptop to a computer repair store, but while no data was lost as the hard drive was not damaged, the computer could not be repaired due to damage to the power supply and battery.

3. Given this damage, it was difficult for me to assist my counsel in review of text messages and social media for production—I was able to borrow a laptop to use, but for a limited amount of time each day. Due to financial constraints, I was not able to obtain a new laptop until two weeks later, on June 11, 2024.

Executed in Fairfax, Virginia, June 12, 2024.

/s/ Julia A. Hubbard
Julia A. Hubbard
