IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>    Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; COE JURACEK, PHILIP ECOB, H.J.COLE; CODY MITCHELL; KURT KNEWITZ; RALPH ROGERS; ROBERT PRUIT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC.,<br><br>    Defendants. | Case No. SA-23-CA-580-FB<br><br>Judge: Hon. Fred Biery<br><br>Hon. Elizabeth S. Chestney (Referred)<br><br>Date Action Filed: May 8, 2023 (transferred) |

**[PROPOSED] ORDER DENYING TRAMMELL S. CROW'S EXPEDITED OPPOSED MOTION TO COMPEL PLAINTIFFS' FULL COMPLIANCE WITH PREVIOUSLY ORDERED REPRODUCTION AND DOCUMENT IDENTIFICATIONS [DKT. 325] AND FOR FURTHER PRODUCTION OF DOCUMENTS**

  Before the Court is Defendant Crow's Motion to Compel Plaintiffs' Full Compliance with Previously Ordered Production and Document Identifications and for Further Production of Documents (docket no. 332), filed on June 5, 2024. After careful consideration, the Court is of the opinion that the motion should be denied.

IT IS THEREFORE ORDERED that Defendant Crow's Motion to Compel is DENIED.

It is so ORDERED.

SIGNED this ____ day of _____.

_____
Elizabeth S. Chestney
UNITED STATES MAGISTRATE JUDGE