UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR., et al.<br>　　　　Defendants. | Case No. 5:23-cv-00580-FB<br><br>Judge: Hon. Fred Biery<br>Date Action Filed: May 8, 2023 (transferred) |

**SUPPLEMENTAL DECLARATION OF GERALD E. HAWXHURST IN SUPPORT OF TRAMMELL S. CROW'S EXPEDITED OPPOSED MOTION TO COMPEL PLAINTIFFS' FULL COMPLIANCE WITH PREVIOUSLY ORDERED REPRODUCTION AND DOCUMENT IDENTIFICATIONS [DKT. 325] AND FOR FURTHER PRODUCTION OF DOCUMENTS**

I, Gerald E. Hawxhurst, declare as follows:

1. I am the managing partner at the law firm of Hawxhurst LLP, co-counsel of record for defendant Trammell S. Crow. I make this supplemental declaration in support of Mr. Crow's motion to compel Plaintiffs' full compliance with the previously ordered reproduction and document identifications and for further production of documents. I have personal knowledge of the facts stated herein, and if called upon to do so, I could and would testify truthfully and competently with respect thereto.

2. On June 13, 2024, my law partner Patrick Nichols reviewed one of Julia Hubbard's Instagram accounts, @juliahub, and downloaded a video that was posted on or around June 7, 2024. A true and correct screenshot of the social media post and video is attached hereto as Exhibit A.

3. I am familiar with Hawxhurst LLP's billing practices, the rates charged Mr. Crow for this matter, and the time spent by me and my colleague Kyle Foltyn-Smith in preparing Mr.

Crow's reply in support of the motion and related papers.

4. For this matter, my hourly rate is $850 per hour and Mr. Foltyn-Smith's is $650. I spent 1.5 hours reviewing Plaintiffs' opposition and discussing the issues raised therein with team members, reviewing and editing this reply, and preparing my declaration; Mr. Foltyn-Smith spent 2.4 hours reviewing Plaintiffs' opposition and researching and preparing the reply papers. In addition, I reasonably anticipate Mr. Crow incurring an additional 1.5 hours for me to prepare for and attend a hearing on the motion.

5. In total, Mr. Crow will have incurred an additional $4,110.00 in attorney's fees for the work done related to the motion since it was filed, the preparation and filing of this reply, and anticipated to be incurred in connection with a hearing on the motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Jonestown, County of Travis, on the 14th day of June 2024.

_____
Gerald E. Hawxhurst

# **EXHIBIT A**



**mickalawilliams** • Original audio

**juliahub** Because we have bond that very few people on this planet share. We love each other truly, without competition or judgement. We want to see each other win. Our kids love each other, and I see in her eyes the same cries for justice. We are beyond bonded. We are family. #intimatepartnertrafficking #domestictrafficking #moderndayslavery #moderndayslaves #humantrafficking #metoo #metoofamilycourt #exmormon #exmo #family #familyyoucreate #survivor #survivorstories

6d

**thedivorcedvirgin** You both are amazing ❤️ ❤️ ❤️

6d   1 like   Reply

View replies (1)

**mihaela_thomass** How do you make a narcissist suffer forever? You need to destroy narcissist ego and pride. You need to bring them back to reality. And there is a way you can do that. Without harming them directly. And that is by working on yourself. And going back to being the person you were before you got involved with the narcissist. The person that they were attracted to. And then becoming a better version of yourself. If you do that and let them see it, but you reject their hoover attempts. It will destroy their ego. Because they can't deal with rejection. They can't deal with being ignored. Especially if it's from something that they believe they should have. Narcissists find pleasure in breaking you down. They find pleasure in your pain. It gives them satisfaction. So the last thing they want to see is you building yourself up. You are happy. Because what really destroys their ego is when they see that you're not affected by their attempts to destroy you. You're still able to do what you need to do. You're still able to live the life that you want to live. You're still able to laugh and smile. Which means that their efforts have gone to waste. Their plan has failed. They didn't get the result that they were intending for. Because

31 likes

6 days ago