AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 5:23-cv-00580-FB |
| TRAMMELL S. CROW, JR., et al. | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Cain
c/o M3 Films LLC
5642 Dyer St.
Dallas, TX 75206-5004


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew Schmidt
Schmidt Law Corporation
116A Main Street
Tiburon, CA 94920


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 06/17/2024

*Veronica Leyva*
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Western District of Texas

JULIA HUBBARD and KAYLA GOEDINGHAUS

*Plaintiff(s)*

v.

TRAMMELL S. CROW, JR., et al.

*Defendant(s)*

Civil Action No. 5:23-cv-00580-FB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Cain
M3 Films LLC
c/o Melina McKinnon
5706 E. Mockingbird Lane #115-156
Dallas, TX 75206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew Schmidt
Schmidt Law Corporation
116A Main Street
Tiburon, CA 94920

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 06/17/2024

*Veronica Leyva*
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 5:23-cv-00580-FB |
| TRAMMELL S. CROW, JR., et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Cain
c/o M3 Films LLC
3883 Turtle Creek Boulevard
Dallas, TX 75219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew Schmidt
Schmidt Law Corporation
116A Main Street
Tiburon, CA 94920

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 06/17/2024

*Veronica Leyva*

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

JULIA HUBBARD and KAYLA GOEDINGHAUS

*Plaintiff(s)*

v.  Civil Action No. 5:23-cv-00580-FB

TRAMMELL S. CROW, JR., et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  H.J. Cole
c/o H.J. Cole & Associates
1302 Wrangler Way
Princeton, TX 75407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew Schmidt
Schmidt Law Corporation
116A Main Street
Tiburon, CA 94920

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 06/17/2024

*Veronica Leyva*

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

JULIA HUBBARD and KAYLA GOEDINGHAUS

*Plaintiff(s)*

v.   Civil Action No. 5:23-cv-00580-FB

TRAMMELL S. CROW, JR., et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kurt Knewitz
3517 Windhaven Pkwy, Apt 1403
The Colony, TX 75056-6945

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew Schmidt
Schmidt Law Corporation
116A Main Street
Tiburon, CA 94920

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date:  06/17/2024                                              *Veronica Leyva*

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

JULIA HUBBARD and KAYLA GOEDINGHAUS )
)
*Plaintiff(s)* )
v. ) Civil Action No. 5:23-cv-00580-FB
TRAMMELL S. CROW, JR., et al. )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mrugeshkumar Shah, M.D.
809 Clack Drive
Garland, TX 75044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew Schmidt
Schmidt Law Corporation
116A Main Street
Tiburon, CA 94920

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date:  06/17/2024               *Veronica Leyva*
                                *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS <br><br> *Plaintiff(s)* <br> v. <br> TRAMMELL S. CROW, JR., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 5:23-cv-00580-FB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mrugeshkumar Shah, M.D.
10400 North Central Expressway
Dallas, TX 75231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matthew Schmidt
Schmidt Law Corporation
116A Main Street
Tiburon, CA 94920

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date:  06/17/2024

*Veronica Leyva*
*Signature of Clerk or Deputy Clerk*

