CAUSE NO. 5:23-cv-00580-FB

| | | |
|---|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS | § § | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION |
| Plaintiff, | § | |
| VS. | § § | |
| TRAMMELL S. CROW, JR., et al. | § | |
| Defendant. | § | |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Jun 19, 2024, 3:31 pm,**

**SUMMONS ISSUED
292 - 2D AMENDED COMPLAINT**

and was executed at **1302 Wrangler Way, PRINCETON, TX 75407** within the county of **COLLIN** at **10:29 AM** on **Thu, Jun 20 2024**, by delivering a true copy to the within named **H. J. COLE** in person, having first endorsed the date and time of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am a Texas JBCC Certified Process Server and I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Donna LiAne Gardner**, my date of birth is **05/10/1967**, and my mailing address is **PO Box 2111, Cedar Park, TX 78630**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **BEXAR** County, State of **TEXAS**, on **June 22, 2024.**

*Donna LiAne Gardner* (signature)

Donna LiAne Gardner
Certification Number: PSC-17222
Certification Expiration: 08/31/2025
Fee: $275.00 (Same Day Rush)