CAUSE NO. 5:23-cv-00580-FB

| | | |
|---|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS | § § | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION |
| Plaintiff, VS. | § § § | |
| TRAMMELL S. CROW, JR., et al. Defendant. | § § | |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Jun 19, 2024, 3:31 pm**,
SUMMONS
292 - 2D AMENDED COMPLAINT

and was executed at **3517 Windhaven Pkwy Apt 1403 , The Colony, TX 75056-6945** within the county of **Denton** at **10:03 PM** on **Wed, Jun 19 2024**, by delivering a true copy to the within named **KURT KNEWITZ** in person, having first endorsed the date and time of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am a Texas JBCC Certified Process Server and I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Donna LiAne Gardner**, my date of birth is **05/10/1967**, and my mailing address is **PO Box 2111, Cedar Park , TX 78630**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Bexar** County, State of **TEXAS**, on **June 22, 2024**.

*[Signature: Donna LiAne Gardner]*

Donna LiAne Gardner
Certification Number: PSC-17222
Certification Expiration: 08/31/2025
Fee: $550 (Same Day Priority Rush Service)