CAUSE NO. 5:23-cv-00580-FB

| | | |
|---|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS | § § | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION |
| Plaintiff, VS. | § § § | |
| TRAMMELL S. CROW, JR., et al. Defendant. | § § § | |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Jun 19, 2024, 3:31 pm**,

**SUMMONS**
**292 - 2D AMENDED COMPLAINT**

I received 2 summons Intended for delivery to MRUGESHKUMAR SHAH, M.D.
1 at **809 Clack Drive, GARLAND, TX 75044** and the other at 1**0400 North Central Expressway Ste. A DALLAS, TX 75231**

and they were both executed at **809 Clack Drive, GARLAND, TX 75044** within the county of **DALLAS** on **Thu, Jun 20 2024**, by delivering both true copies to the within named **MRUGESHKUMAR SHAH, M.D.** in person, having first endorsed the date and time of delivery on each. **MRUGESHKUMAR SHAH, M.D.** confirmed his Identity by saying yes when asked if he was the person named and also confirming that he is the same MRUGESHKUMAR SHAH, M.D. that has an office located at 10400 North Central Expressway Ste. A DALLAS, TX 75231
**Additional details:**
Documents addressed to the 809 Clack Ln address were delivered at 12:24 PM once completed I realized that I had another set of documents for the same individual to be delivered to him at 10400 North Central Expressway Ste. A DALLAS, TX 75231 I went back to the door confirmed he was the same MRUGESHKUMAR SHAH, M.D. and delivered the 2nd set at 12:39 pm CDT also at 809 Clack Drive, GARLAND, TX 75044 as he was present there at the time.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am a Texas JBCC Certified Process Server and I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Donna LiAne Gardner**, my date of birth is **05/10/1967**, and my mailing address is **PO Box 2111, Cedar Park, TX 78630**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **BEXAR** County, State of **TEXAS**, on **June 22, 2024**.

**Donna LiAne Gardner**
Certification Number: PSC-17222
Certification Expiration: 08/31/2025
Fee: $550.00 (Same Day Rush x2 $275ea.)