IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD, et al<br>*Plaintiffs*, | §<br>§<br>§ | |
| V. | § <br>§ | CIVIL ACTION NO.<br>5:23-CV-00580 |
| TRAMMEL CROW, JR. et al<br>*Defendants*, | §<br>§ | |

## NOTICE OF APPEARANCE

COMES NOW, JAMES P. WHALEN, and makes this his appearance on behalf of Defendant, KURT KNEWITZ.

Respectfully submitted,

WHALEN LAW OFFICE

/s/ James P. Whalen
JAMES P. WHALEN
TEXAS BAR CARD NO.00794837
9300 John Hickman Parkway, Suite 501
Frisco, Texas 75035
Telephone: (214) 368-2560
Facsimile: (972) 829-8654
jwhalen@whalenlawoffice.com

COUNSEL FOR DEFENDANT
KURT KNEWITZ

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Appearance was electronically submitted with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system on the 8th day of July 2024.

/s/ James P. Whalen
JAMES P. WHALEN
