IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS, | § § § | |
| Plaintiffs, | § § § | |
| v. | § | CIVIL ACTION NO. 5:23-cv-00580-FB |
| | § | |
| TRAMMELL S. CROW, JR., BENJAMIN TODD ELLER, RICHARD HUBBARD, MELISSA MILLER, SCOTT WOODS, MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS; RALPH ROGERS, ROBERT PRUIT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, AARON BURLINGAME and RCI HOSPITALITY HOLDINGS, INC., | § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

PROPOSED ORDER GRANTING DEFENDANT MRUGESHKUMAR SHAH'S
MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Came on for consideration, Defendant MRUGESHKUMAR SHAH'S Motion to Dismiss Plaintiffs' Second Amended Complaint ("Motion") and after having reviewed the pleadings, it is the opinion of this Court that said Motion is well taken and it is therefore:

ORDERED, ADJUDGED and DECREED that Defendant MRUGESHKUMAR SHAH'S Motion to Dismiss Plaintiffs' Second Amended Complaint is hereby GRANTED.

SIGNED ON _____.

_____
UNITED STATES DISTRICT JUDGE