IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>       Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR., BENJAMIN TODD ELLER, RICHARD HUBBARD, MELISSA MILLER, SCOTT WOODS, MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS; RALPH ROGERS, ROBERT PRUIT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, AARON BURLINGAME and RCI HOSPITALITY HOLDINGS, INC.,<br><br>       Defendants. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 5:23-cv-00580-FB<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

___

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
___

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

T. CRAIG SHEILS files this his Notice of Appearance and Request for Notice in the above-styled case, and respectfully requests that all notices given or required to be given in these proceedings and all papers served or requested to be served in these proceedings be served upon the undersigned individual at the following address:

T. Craig Sheils
Sheils Winnubst, P.C.
1701 N. Collins Boulevard
Suite 1100
Richardson, Texas 75080
(972) 644-8181
(972) 644-8180 facsimile
craig@sheilswinnubst.com

Respectfully Submitted,

SHEILS WINNUBST
A Professional Corporation

By:     /s/ T. Craig Sheils
        T. Craig Sheils
        State Bar No. 18187350
        Latrice E. Andrews
        State Bar No. 24063984

1100 Atrium II
1701 N. Collins Boulevard
Richardson, Texas  75080
Telephone: (972) 644-8181
Facsimile:  (972) 644-8180
Email: craig@sheilswinnubst.com
Email: latrice@sheilswinnubst.com

ATTORNEYS FOR DEFENDANT
MRUGESHKUMAR SHAH

CERTIFICATE OF SERVICE

On the 11th day of July, 2024, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served all counsel and parties of record electronically or by another means authorized through Federal Rule of Civil Procedure 5(b)(2) and Local Rule 7.2.

                                    /s/ T. Craig Sheils
                                    T. Craig Sheils