# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>  Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; MRUGESHKUMAR SHAH; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; RALPH ROGERS; ROBERT PRUIT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC,<br><br>  Defendants. | Case No. SA-23-CA-580-FB<br><br>Judge: Hon. Fred Biery<br>Date Action Filed: May 8, 2023<br>(transferred) |

## [PROPOSED] ORDER DENYING SHAH'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

Before the Court is Defendant Mrugeshkumar Shah's Motion to Dismiss the Second Amended Complaint (docket no. 346). After careful consideration, the Court is of the opinion that the request to intervene should be denied.

IT IS THEREFORE ORDERED that Defendant Shah's Motion is DENIED.

It is so ORDERED.

    SIGNED this ___ day of _____.

                                                _____
                                                FRED BIERY
                                                UNITED STATES DISTRICT JUDGE