IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD, et al<br>　　*Plaintiffs*, | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO.<br>5:23-CV-00580 |
| TRAMMEL CROW, JR. et al<br>　　*Defendants*, | §<br>§ | |

## NOTICE OF APPEARANCE

COMES NOW, RYNE T. SANDEL, and makes this his appearance as Attorney to be Noticed and Co-Counsel to Mr. James P. Whalen on behalf of Defendant, KURT KNEWITZ.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　WHALEN LAW OFFICE

　　　　　　　　　　　　　　/s/ Ryne T. Sandel
　　　　　　　　　　　　　　RYNE T. SANDEL
　　　　　　　　　　　　　　TEXAS BAR CARD No.24081689
　　　　　　　　　　　　　　9300 John Hickman Parkway, Suite 501
　　　　　　　　　　　　　　Frisco, Texas 75035
　　　　　　　　　　　　　　Telephone: (214) 368-2560
　　　　　　　　　　　　　　Facsimile: (972) 829-8654
　　　　　　　　　　　　　　rsandel@whalenlawoffice.com


　　　　　　　　　　　　　　CO-COUNSEL FOR DEFENDANT
　　　　　　　　　　　　　　KURT KNEWITZ

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Notice of Appearance was electronically submitted with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system on the 29th day of July 2024.

/s/ Ryne T. Sandel
RYNE T. SANDEL
