UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Matthew W. Schmidt*
**Schmidt Law Corporation**
116A Main Street
Tiburon, California 94920
Telephone: (415) 390-6075
matt@schmidtlc.com
*Attorney for Plaintiffs*
*Admitted Pro Hac Vice

Justin M. Loveland*
Stefan Savic*
**REINHARDT SAVIC FOLEY LLP**
200 Liberty Street, 27th Floor
New York, New York 10281
Telephone: (646) 357-3238
Facsimile: (212) 710-0971
jloveland@rsf-llp.com
ssavic@rsf-llp.com
*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS, <br><br>  Plaintiffs, <br><br> v. <br><br> TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE; CODY MITCHELL; KURT KNEWITZ; RALPH ROGERS; ROBERT PRUIT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; AARON BURLINGAME; and RCI HOSPITALITY HOLDINGS, INC, <br><br>  Defendants. | Case No. 5:23-cv-00580-FB <br><br> Judge: Hon. Fred Biery <br> Date Action Filed: May 8, 2023 <br> (transferred) <br><br> **NOTICE OF VOLUNTARY** <br> **DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE, that pursuant to Rule 41 of the Federal Rules of Civil Procedure, all the claims asserted against Aaron Burlingame in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: Tiburon, California
August 9, 2024

By: _____
Justin M. Loveland*
Stefan Savic*
**REINHARDT SAVIC FOLEY LLP**
200 Liberty Street, 27th Floor
New York, New York 10281
Telephone: (646) 357-3238
Facsimile: (212) 710-0971
jloveland@rsf-llp.com
ssavic@rsf-llp.com
*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice

Matthew W. Schmidt*
**SCHMIDT LAW CORPORATION**
116A Main Street
Tiburon, California 94920
Telephone: (415) 390-6075
matt@schmidtlc.com
*Attorney for Plaintiffs*
*Admitted Pro Hac Vice

## CERTIFICATION OF SERVICE

I hereby certify by my signature below that a true and correct copy of the foregoing document was served on all attorneys of record via ECF and upon *pro se* parties via mailing through USPS in a pre-paid envelope to the following addresses on this 9th day of August 2024:

Philip Ecob
2215 Cedar Springs Road, Apt. 1414
Dallas, TX 75201

H.J. Cole
1302 Wrangler Way
Princeton, TX 75407

Dated: New York, New York
       August 9, 2024

By: _____
Justin M. Loveland
Attorney for Plaintiffs