IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS – SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD and<br>KAYLA GOEDINGHAUS,<br><br>　　Plaintiffs<br><br>v.<br><br>TRAMMEL S. CROW, JR., et al,<br><br>　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:23-cv-00580-FB |

## NOTICE OF CHANGE OF ADDRESS
## OF COUNSEL FOR SHAWN MAYER AND JADE MAYER

TO THE HONORABLE JUDGE OF SAID COURT:

　　Now come Defendants Shawn Mayer and Jade Mayer to file this Notice of Change of Address as follows:

　　The new contact information for Defendant's Counsel is as follows:

　　　　Kurt S. Elieson
　　　　Texas Bar No. 06521100
　　　　KurtE@CarpLawFirm.com
　　　　CARPENTER & ASSOCIATES
　　　　7920 Belt Line Road, Suite 1100
　　　　Dallas, Texas 75254
　　　　972-455-8700 – Tel.
　　　　972-767-5599 – Fax

                                              Respectfully submitted,

                                                /s/ Kurt S. Elieson
                                              Kurt S. Elieson
                                              Texas Bar No. 06521100
                                              KurtE@CarpLawFirm.com
                                              CARPENTER & ASSOCIATES
                                              7920 Belt Line Road, Suite 1100
                                              Dallas, Texas 75254
                                              972-455-8700 – Tel.
                                              972-767-5599 – Fax

## CERTIFICATE OF SERVICE

    I hereby certify that on August 13, 2024 a true and correct copy of the foregoing document has been served on all counsel of record via CM/ECF at the time of filing.

                                                /s/ Kurt S. Elieson
                                              Kurt S. Elieson