UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS, | § § § | |
| Plaintiffs, | § § | Case No. 5:23-cv-00580-FB |
| v. | § § | |
| TRAMMELL S. CROW, JR., *et al.* | § § | Judge: Hon. Fred Biery<br>Date Action Filed: May 8, 2023 (transferred) |
| Defendants. | § § § | |

### DEFENDANTS' JOINT MOTION TO MODIFY SCHEDULING ORDER TO CONTINUE THE ADR DEADLINE

Defendants Trammel S. Crow, Dr. Michael S. Woods, Dr. Melissa Scott Miller, Robert Pruitt, Shawn Mayer, Jade Mayer, Texas Ranger Cody Mitchell, Dr. Benjamin Todd Eller, H.J. Cole, Mrugeshkumar Shah, Kurt Knewitz, RCI Hospitality Holdings, Inc. and Case Grover ("Defendants") jointly move pursuant to Federal Rule of Civil Procedure 16(b)(4) for an order modifying the ADR deadline in the Court's Scheduling Order (Dkt. No. 319) so that ADR proceedings must be completed as of 60 days before the date of the trial setting.[1]

Defendants agree on the relief sought by this motion and, as shown below, good cause exists to grant the requested relief. See Fed R. Civ. Proc. 16(b)(4) (scheduling order may be modified for good cause). Defendants respectfully submit that ADR (likely mediation) would be unfruitful at this time due to the nature of the allegations advanced by Plaintiffs in this case and the practical impediments to a settlement considering the current state of discovery. Defendants

---

[1] Counsel for Defendant Crow conferred with counsel for Plaintiffs Julia Hubbard and Kayla Goedinghaus before filing this motion and determined that they agree to the relief sought by the motion. Counsel for Defendant Crow also contacted Defendant Philip Ecob (*pro se*) before filing this motion to determine his position but did not receive a response from Mr. Ecob.

contend that additional discovery—including expert discovery—is necessary prior to engaging in meaningful settlement discussions.

The parties are still relatively early in their discovery process. Multiple defendants have not had an opportunity to engage in any significant discovery in large part because of Plaintiffs' delay in serving them. For example, defendants Kurt Knewitz and HJ Cole did not appear in this case until July 2024 (Answers (Dkt. Nos. 345, 348)), and Defendant Mrugeshkumar Shah filed a pending motion to dismiss in lieu of answering. (Mot. to Dismiss (Dkt. No. 346).) Most of the other defendants who have appeared are currently engaged in document discovery with Plaintiffs and third parties, or they have been dismissed.[2] In addition, discovery has been slowed by multiple discovery disputes that have led to motion practice before Magistrate Judge Chestney. (See 5/2/2024 Order Granting in Part Defendant's Mots. to Compel (Dkt. No. 325); 6/18/2024 Order Granting Mot. to Compel Plaintiffs' Full Compliance with Previously Ordered Reproduction (Dkt. No. 340).) Due to the nascent status of document discovery, no party has sought to schedule a deposition. (Given the delay in service of many Defendants and Plaintiffs' delays in producing requested discovery, there is a high likelihood that the parties will seek to extend other deadlines.)

Completion of expert discovery is also necessary for ADR because, *inter alia*, the scope of Plaintiffs' alleged damages is currently unknown to Defendants. Plaintiffs allege that Defendants' actions "caused physical and emotional injury to Plaintiffs" in an undisclosed

---

[2] Several defendants have been dismissed from the case or remain unserved, including Coe Juracek, Aaron Burlingame, Michael Cain, Paul Pendergrass, Mark Molina, Integrity Based Marketing, LLC, Storm Fitness Nutrition, LLC, Ultra Combat Nutrition, LLC, Ecoloft Homes, LLC, and Elevated Wellness Partners, LLC. (See Dismissals (Dkt. Nos. 262, 339, 352).) Plaintiffs' decision to dismiss or not serve these parties will require subpoenas to them, rather than simple party discovery requests, which will require additional time to take discovery from them.

amount.  (Sec. Amend. Compl. (Dkt. No. 292 ) ¶ 421.)  Defendants contend they need to complete expert discovery regarding Plaintiffs' alleged physical and emotional damages before participating in ADR so that they have a clearer understanding of Plaintiffs' claimed injuries.

The deadline to complete fact and expert discovery is January 21, 2025, and dispositive motions are due by February 21, 2025.  (Sched. Ord. (Dkt. 319) at 2.)  No trial date has been set in this matter.  (Id.)  Accordingly, continuing the ADR deadline to a date at least 60 days before trial will not interfere with any other scheduled dates in the case.  See Local Rule CV-88(a) (default ADR deadline under the Local Rules is "60 days before the date of the trial setting").

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the court grant the motion and enter an order modifying the ADR deadline in the Court's Scheduling Order so that ADR proceedings must be completed as of 60 days before the date of the trial setting.

DATED:  August 23, 2024

/s/ *Kenneth C. Stone*

Gerald E. Hawxhurst, TSB No. 24090636
jerry@hawxhurstllp.com
HAWXHURST LLP
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Tel: (512) 522-4995
Fax: (512) 522-4961

GRAY REED
   Kenneth C. Stone, TSB No. 19296300
   London England, TSB No. 24110313
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:   (214) 953-1332
Email:  kstone@grayreed.com
lengland@grayreed.com
*Attorneys for Defendant Trammell S. Crow*

Respectfully submitted,

/s/ *Steven J. Berry*

STEVEN J. BERRY
State Bar No. 02242550
BERRY ODOM, LLP
611 9th Avenue
Fort Worth, Texas 76104
Telephone: (817) 850-4200
Facsimile: (817) 546-3210
E-Mail: sberry@berryodom.com

JAMES M. "JAMIE" PARKER, JR.
State Bar No. 15488710
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6364
Facsimile: (210) 785-2964
jparker@namanhowell.com
*Attorneys for Defendant Robert Pruitt*

/s/ *Stephanie Richmond Roark*
Stephanie Richmond Roark
Brian S. Rawson
RAWSON LAW, PLLC
4516 Lovers Ln., Ste. 172
Dallas, Texas 75225
sroark@rawson-law.com
brawson@rawson-law.com
*Attorneys for Defendants RCI Hospitality Holdings, Inc. and Casey Grover*

/s/ *Daniel J. Paret*
Daniel J. Paret, State Bar No. 24088181
WOOD, SMITH, HENNING & BERMAN, LLP
14860 Landmark Blvd., Suite 120
Dallas, Texas 75254
Tel: (469) 210-2054
Fax: (469) 210-2051
dparet@wshblaw.com
*Attorney for Defendant Michael Scott Woods, M.D.*

/s/ *Indira J. Cameron Banks*
Indira J Cameron Banks (*pro hac vice*)
Cameron Jones LLP
407 N Maple Dr., Grnd 1
Beverly Hills, CA 90210
indira@cameronjones.law
Tel: 424.757.0585
*Attorneys for Defendant Dr. Benjamin Todd Eller*

/s/ *Kurt S. Elieson*
Kurt S. Elieson
Texas Bar No. 06521100
KurtE@CarpLawFirm.com
CARPENTER & ASSOCIATES
555 Republic Drive, Suite 510
Plano, Texas 75074
972-455-8700 – Tel.
972-767-5599 – Fax
*Attorney for Defendants Shawn Mayer and Jade Mayer*

/s/ *Steve Dillawn*
Steve Dillawn
GERMER BEAMAN & BROWN PLLC
One Barton Skyway
1501 S Mopac Expy Suite A400
Austin, TX 78746
Ph: 512.482.5176
Fax: 512.472.0721
sdillawn@germer-austin.com
*Attorney for Defendant Dr. Melissa Miller*

/s/*Christopher Lee Lindsey*
Christopher Lee Lindsey
Assistant Attorney General
State Bar No. 24065628
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2157
christopher.lindsey@oag.texas.gov
*Attorney for Defendant Texas Ranger Cody Mitchell*

/s/ *Latrice Andrews*
T. Craig Sheils
Latrice Andrews
SHEILS WINNBUST
1100 Atrium II
1701 N. Collins Boulevard
Richardson, Texas 75080
Telephone: (972) 644-8181
craig@sheilswinnubst.com
latrice@sheilswinnubst.com
*Attorneys for Defendant Mrugeshkumar Shah*

/s/*Christopher Lee Lindsey*
H.J. Cole
1302 Wrangler Way
Princeton, TX 75407
hjcole@msn.com
*Pro Se*

**JOINT MOTION TO MODIFY SCHEDULING ORDER                                             PAGE 4**
**TO CONTINUE THE ADR DEADLINE**

/s/ *James P. Whalen*___
James P. Whalen
WHALEN LAW OFFICE
9300 John Hickman Parkway, Suite 501
Frisco, Texas 75035
Telephone: (214) 368-2560
Facsimile: (972) 829-8654
jwhalen@whalenlawoffice.com
<u>Attorney for Defendant Kurt Knewitz</u>

## CERTIFICATE OF CONFERENCE

I certify that from August 14 to August 23, 2024, counsel for Mr. Crow conferred with counsel for Plaintiffs via email in a good faith attempt to resolve the subject matter of this motion and counsel for Plaintiffs agreed to the relief sought by the motion. I also certify that counsel for Mr. Crow also sought to confer with defendant Phil Ecob (*pro se*) before filing this motion to determine his position but did not receive a response from Mr. Ecob.

        */s/ Kyle Foltyn-Smith*_____
        Kyle Foltyn-Smith
        kyle@hawxhurstllp.com
        HAWXHURST LLP
        *Attorneys for Defendant*
        *Trammell S. Crow*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "JOINT MOTION TO CONTINUE ADR DEADLINE" was served on August 23, 2024, on all counsel of record via ECF and Defendant Phil Ecob (pro se) and H.J. Cole via U.S. Mail at the following addresses:

Philip Ecob
2215 Cedar Springs Road, Apt. 1414
Dallas, Texas 75201

H.J. Cole
1302 Wrangler Way
Princeton, TX 75407

                                                  Kyle Foltyn-Smith