## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, , H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1–20, and DOE COMPANIES 21–30<br><br><br>　　　　　　Defendant(s). | Case No.: 2:23-CV-00580-FB<br><br><br><br>PROPOSED ORDER<br><br><br><br>Hon. Fred Biery |

Having reviewed and considered the *Application to Withdraw as Counsel for Benjamin Todd Eller*, and finding good cause therefor, IT IS HEREBY ORDERED AND DECREED that counsel Indira J. Cameron-Banks of Cameron Jones LLP, and local counsel Jeremy Sloan of Sloan PLLC are hereby relieved as counsel of record for Defendant Benjamin Todd Eller.

**IT IS SO ORDERED.**

Dated: _____

_____

THE HONORABLE FRED BIERY
UNITED STATES DISTRICT JUDGE