IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, | § § § | |
| *Plaintiffs*, | § § | |
| V. | § § | CIVIL ACTION NO. SA-23-CA-580-FB |
| TRAMMELL S. CROW, JR., ET AL., | § § § | |
| *Defendants*. | § | |

**ORDER GRANTING DEFENDANTS' JOINT MOTION TO
MODIFY SCHEDULING ORDER TO CONTINUE THE ADR DEADLINE**

Before the Court is Defendants' Joint Motion to Modify Scheduling Order to Continue the ADR Deadline until sixty days before the date of the trial setting, filed on August 23, 2024. (Docket no. 354). After careful consideration, the Court is of the opinion that the motion should be granted such that the deadline to complete ADR proceedings should be extended until sixty days before the date of the trial setting, subject to modification by the Court if necessary.

IT IS THEREFORE ORDERED that Defendants' Joint Motion to Modify Scheduling Order to Continue the ADR Deadline (docket no. 354) is GRANTED such that the deadline to complete ADR proceedings is EXTENDED until sixty days before the date of the trial setting, subject to modification by the Court if necessary.

It is so ORDERED.

SIGNED this 26th day of August, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE