# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1–20, and DOE COMPANIES 21–30<br><br>　　　　Defendant(s). | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § g g § | Case No.: 5:23-CV-00580-FB<br><br>APPLICATION TO WITHDRAW AS COUNSEL FOR DEFENDANT BENJAMIN TODD ELLER<br><br>Hon. Fred Biery |

　　　Attorney Indira J. Cameron-Banks of Cameron Jones LLP hereby applies for a Court

Order allowing permissive withdrawal as counsel of record for Defendant Benjamin Todd Eller

("Defendant" or "Client") as continued representation is unreasonably difficult given the

unreasonable financial burden on undersigned counsel based on outstanding attorney's fees.[1] *See Tex. Disc. R. Of Prof. Conduct* § 1.15 (b)(5)-(7); *see also Cal. R. of Prof. Conduct* § 1.16(b)(4)-(5).  In July 2024, Counsel informed Defendant of her intention to withdraw as counsel based on the outstanding financial obligation, and provided Defendant with an opportunity to secure substitute counsel.  To date, Defendant has not provided undersigned counsel with information regarding substitute counsel, and thus in compliance with Local Rule AT-3 provides the following contact information regarding client, Benjamin Todd Eller: 800-598-7889; 364 West Wilson Avenue, Suite 5, Glendale, California 91203.

Thus, for the reasons set forth in, permissive withdrawal is appropriate, and undersigned counsel respectfully requests a Court Order allowing such withdrawal.

DATED: August ___, 2024

*Presented to client for signature per Local Rule AT-3, but no signature has been received as of the time of filing.

Benjamin Todd Eller

DATED: August 26, 2024

*/s/ Indira J. Cameron-Banks*

Indira J. Cameron-Banks
(appearing *pro hac vice*)

CAMERON JONES LLP
407 N. Maple Dr., Grnd. Fl.
Beverly Hills, CA 90210
424.757.0585
indira@cameronjones.law

*Attorneys For* DEFENDANT
Benjamin Todd Eller

---

[1] This motion also seeks the withdrawal of local counsel, Jeremy Sloan, of Sloan PLLC.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS, § § §<br>             Plaintiff(s), §<br>                                                      §<br>vs.                                                §<br>                                                      §<br>TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, , H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1–20, and DOE COMPANIES 21–30 §§§§§§§§§§§§§§§§§§<br><br>                 Defendant(s).        g<br>                                                      g<br>                                                      § | Case No.: 5:23-CV-00580-FB<br><br>PROPOSED ORDER<br><br>Hon. Fred Biery |

Having reviewed and considered the *Application to Withdraw as Counsel for Benjamin Todd Eller*, and finding good cause therefor, IT IS HEREBY ORDERED AND DECREED that counsel Indira J. Cameron-Banks of Cameron Jones LLP, and local counsel Jeremy Sloan of Sloan PLLC are hereby relieved as counsel of record for Defendant Benjamin Todd Eller.

**IT IS SO ORDERED.**

Dated: _____

_____

THE HONORABLE FRED BIERY
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that on August 26, 2024, a true and accurate copy of APPLICATION TO WITHDRAW AS COUNSEL FOR BENJAMIN TODD ELLER was electronically served on counsel of record via CM/ECF, and was placed in an envelope with postage fully prepaid thereon in the United States mail within Los Angeles County, California to be served on Benjamin Todd Eller by delivery to 364 W. Wilson Ave., Ste. 5, Glendale, California 91203.

                                        */s/ Indira J. Cameron-Banks*
                                        Indira J. Cameron-Banks