IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, | § § § | |
| *Plaintiffs*, | § § | |
| V. | § § | CIVIL ACTION NO. SA-23-CA-580-FB |
| TRAMMELL S. CROW, JR.; BENJAMIN TODD ELLER; RICHARD HUBBARD; MELISSA MILLER; SCOTT WOODS; MRUGESHKUMAR SHAH; MICHAEL CAIN; PHILIP ECOB; H.J. COLE; CODY MITCHELL; KURT KNEWITZ; RALPH ROGERS; ROBERT PRUITT; SCOTT BRUNSON; CASE GROVER; RICHARD BUTLER; MICHAEL HYNES, JR.; SHAWN MAYER; JADE MAYER; and RCI HOSPITALITY HOLDINGS, INC., | § § § § § § § § § § § § § § | |
| *Defendants*. | § § | |

### ORDER GRANTING CORRECTED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BENJAMIN TODD ELLER AND FURTHER ORDERS OF THE COURT

Before the Court is the Corrected Motion to Withdraw as Attorney for Defendant Benjamin Todd Eller (docket no. 357), filed on August 28, 2024. To date, no response in opposition to the motion has been filed. Although the docket sheet reflects that Terrence Matthew Jones and Indira J. Cameron-Barks are Defendant Eller's attorneys of record, the "motion also seeks the withdrawal of local counsel, Jeremy Sloan, of Sloan PLLC." (Docket no. 357 at page 2 fn 1). After careful consideration, and for the reasons stated and authorities cited, the Court is of the opinion that the corrected motion to withdraw should be granted and further orders of the Court should issue.

IT IS THEREFORE ORDERED that the Corrected Motion to Withdraw as Attorney for Defendant Benjamin Todd Eller (docket no. 357) is GRANTED such that attorneys Terrence Matthew Jones and Indira J. Cameron-Banks are WITHDRAWN as counsel of record for Defendant Eller. To the extent attorney Jeremy Sloan can be considered local counsel of record, he is also relieved of his duty to represent Defendant Eller in this case.

IT IS FURTHER ORDERED that Defendant Eller shall, **no later than October 11, 2024**, cause new counsel to enter an appearance or notify the Court in writing that he is representing himself *pro se*.

IT IS FINALLY ORDERED that the Clerk of Court is Directed to mail a copy of this Order to Benjamin Todd Eller, 364 W. Wilson Ave., Ste 5, Glendale, California, 91203.

It is so ORDERED.

SIGNED this 19th day of September, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE