IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS – SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD and<br>KAYLA GOEDINGHAUS,<br><br>    Plaintiffs<br><br>v.<br><br>TRAMMEL S. CROW, JR., BENJAMIN<br>TODD ELLER, RICHARD HUBBARD,<br>MELISSA MILLER, SCOTT WOODS,<br>MRUGESHKUMAR SHAH, MICHAEL<br>CAIN, COE JURACEK, PHILIP ECOB,<br>H.J. COLE,  CODY MITCHELL,<br>KURT KNEWITZ, RALPH ROGERS,<br>ROBERT PRUITT, SCOTT BRUNSON,<br>CASE GROVER, RICHARD BUTLER,<br>MICHAEL HYNES, JR.,<br>SHAWN MAYER, JADE MAYER,<br>AARON BURLINGAME, and<br>RCI HOSPITALITY HOLDINGS, INC.<br><br>    Defendants | § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 5:23-cv-00580-FB |

**SECOND NOTICE OF CHANGE OF ADDRESS
OF COUNSEL FOR SHAWN MAYER AND JADE MAYER**

TO THE HONORABLE JUDGE OF SAID COURT:

Now come Defendants Shawn Mayer and Jade Mayer to file this Second Notice of Change

of Address as follows:

Defendants Shawn Mayer and Jade Mayer's counsel Kurt S. Elieson has left the firm of

Carpenter & Associates. The new contact information for Kurt S. Elieson is:

Kurt S. Elieson
Texas Bar No. 06521100
Kurt@EliesonLaw.com
2340 E. Trinity Mills Road, Suite 300
Carrollton, Texas 75006
940-300-3801 – Tel.

Respectfully submitted,

  /s/ Kurt S. Elieson
Kurt S. Elieson
Texas Bar No. 06521100
Kurt@EliesonLaw.com
2340 E. Trinity Mills Road, Suite 300
Carrollton, Texas 75006
940-300-3801 – Tel.

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2024 a true and correct copy of the foregoing document has been served on all counsel of record via CM/ECF at the time of filing.

  /s/ Kurt S. Elieson
Kurt S. Elieson