IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD | § | |
| and KAYLA GOEDINGHAUS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-cv-00580-FB |
| | § | |
| TRAMMELL S. CROW, JR., BENJAMIN | § | |
| TODD ELLER, RICHARD HUBBARD, | § | |
| MELISSA MILLER, SCOTT WOODS, | § | |
| MRUGESHKUMAR SHAH, MICHAEL CAIN, | § | |
| COE JURACEK, PHILIP ECOB, H.J. COLE, | § | |
| CODY MITCHELL, KURT KNEWITZ, PAUL | § | |
| PENDERGRASS; RALPH ROGERS, ROBERT | § | |
| PRUIT, SCOTT BRUNSON, CASE GROVER, | § | |
| RICHARD BUTLER, MICHAEL HYNES, JR., | § | |
| SHAWN MAYER, JADE MAYER, AARON | § | |
| BURLINGAME and RCI HOSPITALITY | § | |
| HOLDINGS, INC., | § | |
| | § | |
| Defendants. | § | |

---

**DEFENDANT MRUGESHKUMAR SHAH'S ORIGINAL ANSWER
TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

---

MRUGESHKUMAR SHAH'S ("Defendant") files this his Original Answer to Plaintiffs

JULIA HUBBARD and KAYLA GOEDINGHAUS's ("Plaintiffs") Second Amended Complaint

[ECF No. 292] (the "Complaint") and in support thereof shows the Court the following:

**DEFENDANT MRUGESHKUMAR SHAH'S M.D.'S ANSWER**

**NATURE OF THE CASE**

---

1.      Defendant denies the allegations in Paragraph 1 of the Complaint and demands strict proof thereof.

2.      Defendant denies the allegations in Paragraph 2 of the Complaint and demands strict proof thereof.

3.      Defendant denies the allegations in Paragraph 3 of the Complaint and demands strict proof thereof.

4.      Defendant denies the allegations in Paragraph 4 of the Complaint and demands strict proof thereof.

5.      Defendant denies the allegations in Paragraph 5 of the Complaint and demands strict proof thereof.

6.      Defendant denies the allegations in Paragraph 6 of the Complaint and demands strict proof thereof.

7.      Defendant denies the allegations in Paragraph 7 of the Complaint and demands strict proof thereof.

8.      In response the allegations in Paragraph 8 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 8 of the Complaint.

9.      In response the allegations in Paragraph 9 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the

allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 9 of the Complaint.

10.     In response the allegations in Paragraph 10 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 10 of the Complaint.

11.     In response the allegations in Paragraph 11 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 11 of the Complaint.

12.     In response the allegations in Paragraph 12 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 12 of the Complaint.

13.     In response the allegations in Paragraph 13 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 13 of the Complaint.

14.     In response the allegations in Paragraph 14 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the

allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 14 of the Complaint.

15.     In response the allegations in Paragraph 15 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 15 of the Complaint.

16.     In response the allegations in Paragraph 16 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 16 of the Complaint.

17.     Defendant denies the allegations in Paragraph 17 of the Complaint and demands strict proof thereof.

18.     In response the allegations in Paragraph 18 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 18 of the Complaint.

19.     In response the allegations in Paragraph 19 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 19 of the Complaint.

20.     In response the allegations in Paragraph 20 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 20 of the Complaint.

21.     In response the allegations in Paragraph 21 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 21 of the Complaint.

22.     In response the allegations in Paragraph 22 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 22 of the Complaint.

23.     Defendant denies the allegations in Paragraph 23 of the Complaint and demands strict proof thereof.

24.     Defendant denies the allegations in Paragraph 24 of the Complaint and demands strict proof thereof.

25.     Defendant denies the allegations in Paragraph 25 of the Complaint and demands strict proof thereof.

26.     Defendant denies the allegations in Paragraph 26 of the Complaint and demands strict proof thereof.

27.     Defendant denies the allegations in Paragraph 27 of the Complaint and demands strict proof thereof.

28.     Defendant denies the allegations in Paragraph 28 of the Complaint and demands strict proof thereof.

29.     Defendant denies the allegations in Paragraph 29 of the Complaint and demands strict proof thereof.

30.     Defendant denies the allegations in Paragraph 30 of the Complaint and demands strict proof thereof.

31.     Defendant denies the allegations in Paragraph 31 of the Complaint and demands strict proof thereof.

32.     In response the allegations in Paragraph 32 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 32 of the Complaint.

33.     Defendant denies the allegations in Paragraph 33 of the Complaint and demands strict proof thereof.

34.     In response the allegations in Paragraph 34 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 34 of the Complaint.

35.     In response the allegations in Paragraph 35 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 35 of the Complaint.

36.     In response the allegations in Paragraph 36 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 36 of the Complaint.

37.     Defendant denies the allegations in Paragraph 37 of the Complaint and demands strict proof thereof.

38.     Defendant denies the allegations in Paragraph 38 of the Complaint and demands strict proof thereof.

39.     Defendant denies the allegations in Paragraph 39 of the Complaint and demands strict proof thereof.

40.     Defendant denies the allegations in Paragraph 40 of the Complaint and demands strict proof thereof.

41.     In response the allegations in Paragraph 41 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 41 of the Complaint.

42.     In response the allegations in Paragraph 42 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 42 of the Complaint.

43.     In response the allegations in Paragraph 43 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 43 of the Complaint.

44.     In response the allegations in Paragraph 44 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 44 of the Complaint.

45.     In response the allegations in Paragraph 45 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 45 of the Complaint.

46.     In response the allegations in Paragraph 46 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 46 of the Complaint.

47.     In response the allegations in Paragraph 47 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 47 of the Complaint.

48.     In response the allegations in Paragraph 48 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 48 of the Complaint.

49.     In response the allegations in Paragraph 49 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 49 of the Complaint.

50.     Defendant denies the allegations in Paragraph 50 of the Complaint and demands strict proof thereof.

51.     Defendant denies the allegations in Paragraph 51 of the Complaint and demands strict proof thereof.

## JURISDICTION AND VENUE

52.     Defendant states that Paragraph 52 of the Complaint contains one or more conclusions of law to which no response is required.  By way of further answer, the allegations in Paragraph 52 of the Complaint, Defendant states that he is without knowledge or information

sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 52 of the Complaint.

53.     Defendant states that 18 U.S.C. § 1964(a) speaks for itself and denies the allegations in Paragraph 53 to the extent that they are inconsistent with that Statute.

54.     Defendant states that 18 U.S.C. § 1595 speaks for itself and denies the allegations in Paragraph 54 to the extent that they are inconsistent with that Statute.

55.     Defendant states that Paragraph 55 of the Complaint contains one or more conclusions of law to which no response is required.  By way of further answer, Defendant states that 28 U.S.C. § 1367(a) speaks for itself and denies the allegations in Paragraph 55 to the extent that they are inconsistent with that Statute.

56.     Defendant states that Paragraph 56 of the Complaint contains one or more conclusions of law to which no response is required.  By way of further answer, Defendant states that 18 U.S.C. § 1367(a) speaks for itself and denies the allegations in Paragraph 56 to the extent that they are inconsistent with that Statute.

57.     Defendant states that Paragraph 57 of the Complaint contains one or more conclusions of law to which no response is required.  By way of further answer, Defendant states that 28 U.S.C. 1962(c) and (d) speak for  themselves and denies the allegations in Paragraph 57 to the extent that they are inconsistent with that Statute.  By way of further answer, Defendant denies the allegations in Paragraph 57 of the Complaint and demands strict proof thereof.

58.     Defendant states that Paragraph 58 of the Complaint contains one or more conclusions of law to which no response is required. By way of further answer, Defendant states that 28 U.S.C. 1962 speaks for itself and denies the allegations in Paragraph 58 to the extent that they are inconsistent with that Statute.

## PARTIES

*Plaintiffs*

59.     In response the allegations in Paragraph 59 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 59 of the Complaint.

60.     In response the allegations in Paragraph 60 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 60 of the Complaint.

*Defendants*

61.     In response the allegations in Paragraph 61 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 61 of the Complaint.

62.     In response the allegations in Paragraph 62 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the

allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 62 of the Complaint.

63.     In response the allegations in Paragraph 63 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 63 of the Complaint.

64.     In response the allegations in Paragraph 64 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 64 of the Complaint.

65.     In response the allegations in Paragraph 65 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 65 of the Complaint.

66.     Defendant admits the allegations in Paragraph 66 of the Complaint.

67.     In response the allegations in Paragraph 67 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 67 of the Complaint.

68.     In response the allegations in Paragraph 68 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the

allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 68 of the Complaint.

69.     In response the allegations in Paragraph 69 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 69 of the Complaint.

70.     In response the allegations in Paragraph 70 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 70 of the Complaint.

71.     In response the allegations in Paragraph 71 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 71 of the Complaint.

72.     In response the allegations in Paragraph 72 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 72 of the Complaint.

73.     In response the allegations in Paragraph 73 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the

allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 73 of the Complaint.

74.     In response the allegations in Paragraph 74 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 74 of the Complaint.

75.     In response the allegations in Paragraph 75 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 75 of the Complaint.

76.     In response the allegations in Paragraph 76 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 76 of the Complaint.

77.     In response the allegations in Paragraph 77 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 77 of the Complaint.

78.     In response the allegations in Paragraph 78 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the

allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 78 of the Complaint.

79.     In response the allegations in Paragraph 79 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 79 of the Complaint.

80.     In response the allegations in Paragraph 80 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 80 of the Complaint.

81.     In response the allegations in Paragraph 81 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 81 of the Complaint.

*Third Parties*

82.     In response the allegations in Paragraph 82 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 82 of the Complaint.

83.     Defendant denies the allegations in Paragraph 83 of the Complaint and demands strict proof thereof.

## STATEMENT OF FACTS

84.    In response the allegations in Paragraph 84 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 84 of the Complaint.

85.    In response the allegations in Paragraph 85 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 85 of the Complaint.

86.    In response the allegations in Paragraph 86 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 86 of the Complaint.

87.    In response the allegations in Paragraph 87 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 87 of the Complaint.

88.    In response the allegations in Paragraph 88 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 88 of the Complaint.

89.     In response the allegations in Paragraph 89 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 89 of the Complaint.

90.     In response the allegations in Paragraph 90 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 90 of the Complaint.

91.     In response the allegations in Paragraph 91 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 91 of the Complaint.

92.     In response the allegations in Paragraph 92 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 92 of the Complaint.

93.     In response the allegations in Paragraph 93 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 93 of the Complaint.

94.     In response the allegations in Paragraph 94 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 94 of the Complaint.

95.     In response the allegations in Paragraph 95 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 95 of the Complaint.

96.     In response the allegations in Paragraph 96 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 96 of the Complaint.

97.     In response the allegations in Paragraph 97 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 97 of the Complaint.

98.     In response the allegations in Paragraph 98 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 98 of the Complaint.

99.     In response the allegations in Paragraph 99 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 99 of the Complaint.

100.     In response the allegations in Paragraph 100 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 100 of the Complaint.

101.     In response the allegations in Paragraph 101 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 101 of the Complaint.

102.     In response the allegations in Paragraph 102 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 102 of the Complaint.

103.     In response the allegations in Paragraph 103 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 103 of the Complaint.

104.    In response the allegations in Paragraph 104 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 104 of the Complaint.

105.    In response the allegations in Paragraph 105 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 105 of the Complaint.

106.    In response the allegations in Paragraph 106 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 106 of the Complaint.

107.    In response the allegations in Paragraph 107 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 107 of the Complaint.

108.    Defendant denies the allegations in Paragraph 108 of the Complaint and demands strict proof thereof.

109.    Defendant responds that Paragraph 109 contains legal argument and a characterization of the basis of the Complaint, to which no response is required.  In response the allegations in Paragraph 109 of the Complaint, Defendant states that he is without knowledge or information

sufficient to form a belief as to the truth or falsity of the allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 109 of the Complaint.

110.    Defendant denies the allegations in Paragraph 110 of the Complaint and demands strict proof thereof.

111.    Defendant denies the allegations in Paragraph 111 of the Complaint and demands strict proof thereof.

112.    Defendant denies the allegations in Paragraph 112 of the Complaint and demands strict proof thereof.

113.    In response the allegations in Paragraph 113 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 113 of the Complaint.

114.    In response the allegations in Paragraph 114 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 114 of the Complaint.

115.    In response the allegations in Paragraph 115 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 115 of the Complaint.

116.     Defendant denies the allegations in Paragraph 116 of the Complaint and demands strict proof thereof.

117.     In response the allegations in Paragraph 117 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 117 of the Complaint.

118.     In response the allegations in Paragraph 118 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 118 of the Complaint.

119.     In response the allegations in Paragraph 119 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 119 of the Complaint.

120.     In response the allegations in Paragraph 120 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 120 of the Complaint.

121.     In response the allegations in Paragraph 121 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the

allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 121 of the Complaint.

122.    In response the allegations in Paragraph 122 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 122 of the Complaint.

123.    In response the allegations in Paragraph 123 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 123 of the Complaint.

124.    In response the allegations in Paragraph 124 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 124 of the Complaint.

125.    Defendant denies the allegations in Paragraph 125 of the Complaint and demands strict proof thereof.

126.    Defendant denies the allegations in Paragraph 126 of the Complaint and demands strict proof thereof.

127.    Defendant denies the allegations in Paragraph 127 of the Complaint and demands strict proof thereof.

128.     Defendant denies the allegations in Paragraph 128 of the Complaint and demands strict proof thereof.

129.     Defendant denies the allegations in Paragraph 129 of the Complaint and demands strict proof thereof.

130.     Defendant denies the allegations in Paragraph 130 of the Complaint and demands strict proof thereof.

131.     Defendant denies the allegations in Paragraph 131 of the Complaint and demands strict proof thereof.

132.     Defendant denies the allegations in Paragraph 132 of the Complaint and demands strict proof thereof.

133.     Defendant denies the allegations in Paragraph 133 of the Complaint and demands strict proof thereof.

134.     Defendant denies the allegations in Paragraph 134 of the Complaint and demands strict proof thereof.

135.     Defendant denies the allegations in Paragraph 135 of the Complaint and demands strict proof thereof.

136.     Defendant denies the allegations in Paragraph 136 of the Complaint and demands strict proof thereof.

137.     Defendant denies the allegations in Paragraph 137 of the Complaint and demands strict proof thereof.

138.    Defendant denies the allegations in Paragraph 138 of the Complaint and demands strict proof thereof.

139.    Defendant denies the allegations in Paragraph 139 of the Complaint and demands strict proof thereof.

140.    In response the allegations in Paragraph 140 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 140 of the Complaint.

141.    In response the allegations in Paragraph 141 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 141 of the Complaint.

142.    Defendant denies the allegations in Paragraph 142 of the Complaint and demands strict proof thereof.

143.    Defendant denies the allegations in Paragraph 143 of the Complaint and demands strict proof thereof.

144.    In response the allegations in Paragraph 144 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 144 of the Complaint.

145.     In response the allegations in Paragraph 145 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 145 of the Complaint.

146.     In response the allegations in Paragraph 146 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 146 of the Complaint.

147.     In response the allegations in Paragraph 147 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 147 of the Complaint.

148.     In response the allegations in Paragraph 148 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 148 of the Complaint.

149.     In response the allegations in Paragraph 149 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 149 of the Complaint.

150.     In response the allegations in Paragraph 150 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 150 of the Complaint.

151.     In response the allegations in Paragraph 151 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 151 of the Complaint.

152.     Defendant responds that Paragraph 152 contains legal argument and a characterization of the basis of the Complaint, to which no response is required.. By way of further answer, Defendant denies the allegations in Paragraph 152 of the Complaint and demands strict proof thereof.

153.     In response the allegations in Paragraph 153 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 153 of the Complaint.

154.      Defendant denies the allegations in Paragraph 154 of the Complaint and demands strict proof thereof.

155.     In response the allegations in Paragraph 155 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the

allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 155 of the Complaint.

156.    In response the allegations in Paragraph 156 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 156 of the Complaint.

157.    In response the allegations in Paragraph 157 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 157 of the Complaint.

158.    In response the allegations in Paragraph 158 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 158 of the Complaint.

159.    In response the allegations in Paragraph 159 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 159 of the Complaint.

160.    In response the allegations in Paragraph 160 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the

allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 160 of the Complaint.

161.    In response the allegations in Paragraph 161 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 161 of the Complaint.

162.    In response the allegations in Paragraph 162 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 162 of the Complaint.

163.    In response the allegations in Paragraph 163 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 163 of the Complaint.

164.    In response the allegations in Paragraph 164 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 164 of the Complaint.

165.    In response the allegations in Paragraph 165 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the

allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 165 of the Complaint.

166.    Defendant denies the allegations in Paragraph 166 of the Complaint and demands strict proof thereof.

167.    In response the allegations in Paragraph 167 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 167 of the Complaint.

168.    In response the allegations in Paragraph 168 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 168 of the Complaint.

169.    In response the allegations in Paragraph 169 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 169 of the Complaint.

170.    In response the allegations in Paragraph 170 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 170 of the Complaint.

171.     In response the allegations in Paragraph 171 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 171 of the Complaint.

172.     Defendant denies the allegations in Paragraph 172 of the Complaint and demands strict proof thereof.

173.     In response the allegations in Paragraph 173 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 173 of the Complaint.

174.     In response the allegations in Paragraph 174 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 174 of the Complaint.

175.     Defendant denies the allegations in Paragraph 175 of the Complaint and demands strict proof thereof.

176.     Defendant denies the allegations in Paragraph 176 of the Complaint and demands strict proof thereof.

177.     Defendant denies the allegations in Paragraph 177 of the Complaint and demands strict proof thereof.

178.     Defendant denies the allegations in Paragraph 178 of the Complaint and demands strict proof thereof.

179.     Defendant denies the allegations in Paragraph 179 of the Complaint and demands strict proof thereof.

180.     In response the allegations in Paragraph 180 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 180 of the Complaint.

181.     In response to the allegations in Paragraph 181 of the Complaint, Defendant states he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 181 of the Complaint.

182.     Defendant denies the allegations in Paragraph 182 of the Complaint and demands strict proof thereof.

183.     Defendant denies the allegations in Paragraph 183 of the Complaint and demands strict proof thereof.

184.     In response to the allegations in Paragraph 184 of the Complaint, Defendant states he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 184 of the Complaint.

185.    In response the allegations in Paragraph 185 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 185 of the Complaint.

186.    In response the allegations in Paragraph 186 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 186 of the Complaint.

187.    Defendant denies the allegations in Paragraph 187 of the Complaint and demands strict proof thereof.

188.    Defendant denies the allegations in Paragraph 188 of the Complaint and demands strict proof thereof.

189.    Defendant denies the allegations in Paragraph 189 of the Complaint and demands strict proof thereof.

190.    In response the allegations in Paragraph 190 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 186 of the Complaint.

191.    In response to the allegations in Paragraph 191 of the Complaint, Defendant states he is without knowledge or information sufficient to form a belief as to the truth or falsity of the

allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 191 of the Complaint.

192.    Defendant denies the allegations in Paragraph 192 of the Complaint and demands strict proof thereof.

193.    Defendant denies the allegations in Paragraph 193 of the Complaint and demands strict proof thereof.

194.    In response the allegations in Paragraph 194 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 194 of the Complaint.

195.    Defendant denies the allegations in Paragraph 195 of the Complaint and demands strict proof thereof.

196.    Defendant denies the allegations in Paragraph 196 of the Complaint and demands strict proof thereof.

197.    Defendant denies the allegations in Paragraph 197 of the Complaint and demands strict proof thereof.

198.    In response the allegations in Paragraph 198 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 198 of the Complaint.

199.     Defendant denies the allegations in Paragraph 199 of the Complaint and demands strict proof thereof.

200.     Defendant denies the allegations in Paragraph 200 of the Complaint and demands strict proof thereof.

201.     Defendant denies the allegations in Paragraph 201 of the Complaint and demands strict proof thereof.

202.     {Note this paragraph is incomplete or cut out on ECF 292 and cannot be read to ascertain the allegations}. In response the allegations in Paragraph 202 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 202 of the Complaint.

203.     {Note this paragraph is incomplete or cut out on ECF 292 and cannot be read to ascertain the allegations}. In response the allegations in Paragraph 203 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 203 of the Complaint.

204.     {Note this paragraph is incomplete or cut out on ECF 292 and cannot be read to ascertain the allegations}. In response the allegations in Paragraph 204 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 204 of the Complaint.

205.    In response to the allegations in Paragraph 205 of the Complaint, Defendant states he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 205 of the Complaint.

206.    In response the allegations in Paragraph 206 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 206 of the Complaint.

207.    In response the allegations in Paragraph 207 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 207 of the Complaint.

208.    In response the allegations in Paragraph 208 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 208 of the Complaint.

209.    Defendant denies the allegations in Paragraph 209 of the Complaint and demands strict proof thereof.

210.    Defendant denies the allegations in Paragraph 210 of the Complaint and demands strict proof thereof.

211.    Defendant denies the allegations in Paragraph 211 of the Complaint and demands strict proof thereof.

212.    Defendant denies the allegations in Paragraph 212 of the Complaint and demands strict proof thereof.

213.    Defendant denies the allegations in Paragraph 213 of the Complaint and demands strict proof thereof.

214.    In response the allegations in Paragraph 214 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 214 of the Complaint.

215.    In response the allegations in Paragraph 215 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 215 of the Complaint.

216.    In response the allegations in Paragraph 216 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 216 of the Complaint.

217.    In response the allegations in Paragraph 217 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the

allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 217 of the Complaint.

218.     Defendant denies the allegations in Paragraph 218 of the Complaint and demands strict proof thereof.

219.     Defendant denies the allegations in Paragraph 219 of the Complaint and demands strict proof thereof.

220.     In response the allegations in Paragraph 220 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 220 of the Complaint.

221.     Defendant denies the allegations in Paragraph 221 of the Complaint and demands strict proof thereof.

222.     Defendant denies the allegations in Paragraph 222 of the Complaint and demands strict proof thereof.

223.     {Note this paragraph is incomplete or cut out on ECF 292 and cannot be read to ascertain the allegations}. In response the allegations in Paragraph 223 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 223 of the Complaint.

224.     In response the allegations in Paragraph 224 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the

allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 224 of the Complaint.

225.    In response the allegations in Paragraph 225 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 225 of the Complaint.

226.    In response the allegations in Paragraph 226 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 226 of the Complaint.

227.    Defendant denies the allegations in Paragraph 227 of the Complaint and demands strict proof thereof.

228.    In response the allegations in Paragraph 228 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 228 of the Complaint.

229.    Defendant denies the allegations in Paragraph 229 of the Complaint and demands strict proof thereof.

230.    In response the allegations in Paragraph 230 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the

allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 230 of the Complaint.

231.    In response the allegations in Paragraph 231 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 231 of the Complaint.

232.    In response the allegations in Paragraph 232 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 232 of the Complaint.

233.    Defendant denies the allegations in Paragraph 233 of the Complaint and demands strict proof thereof.

234.    In response the allegations in Paragraph 234 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 234 of the Complaint.

235.    In response the allegations in Paragraph 235 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 235 of the Complaint.

236.     In response the allegations in Paragraph 236 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 236 of the Complaint.

237.     In response the allegations in Paragraph 237 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 237 of the Complaint.

238.     In response the allegations in Paragraph 238 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 238 of the Complaint.

239.     {Note this paragraph is incomplete or cut out on ECF 292 and cannot be read to ascertain the allegations}. In response the allegations in Paragraph 239 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 239 of the Complaint.  By further response, Defendant denies the allegations in Paragraph 239 of the Complaint and demands strict proof thereof.

240.     Defendant denies the allegations in Paragraph 240 of the Complaint and demands strict proof thereof.

241.    In response the allegations in Paragraph 241 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 241 of the Complaint.

242.    In response the allegations in Paragraph 242 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 242 of the Complaint.

243.    In response the allegations in Paragraph 243 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 243 of the Complaint.

244.    Defendant denies the allegations in Paragraph 244 of the Complaint and demands strict proof thereof.

245.    In response the allegations in Paragraph 245 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 245 of the Complaint.

246.    In response the allegations in Paragraph 246 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the

allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 246 of the Complaint.

247.    In response the allegations in Paragraph 247 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 247 of the Complaint.

248.    In response the allegations in Paragraph 248 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 248 of the Complaint.

249.    In response the allegations in Paragraph 249 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 249 of the Complaint.

250.    Defendant denies the allegations in Paragraph 250 of the Complaint and demands strict proof thereof.

251.    {Note this paragraph is incomplete or cut out on ECF 292 and cannot be read to ascertain the allegations}. In response the allegations in Paragraph 251 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 251 of the Complaint.

252.    In response the allegations in Paragraph 252 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 252 of the Complaint.

253.    In response the allegations in Paragraph 253 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 253 of the Complaint.

254.    In response the allegations in Paragraph 254 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 254 of the Complaint.

255.    In response the allegations in Paragraph 255 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 249 of the Complaint.

256.    In response the allegations in Paragraph 256 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 256 of the Complaint.

257.     In response the allegations in Paragraph 257 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 257 of the Complaint.

258.     In response the allegations in Paragraph 258 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 258 of the Complaint.

259.     In response the allegations in Paragraph 259 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 259 of the Complaint.

260.     In response the allegations in Paragraph 260 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 260 of the Complaint.

261.     In response the allegations in Paragraph 261 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 261 of the Complaint.

262.     In response the allegations in Paragraph 262 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 262 of the Complaint.

263.     In response the allegations in Paragraph 263 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 263 of the Complaint.

264.     In response the allegations in Paragraph 264 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 264 of the Complaint.

265.     In response the allegations in Paragraph 265 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 265 of the Complaint.

266.     In response the allegations in Paragraph 266 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 266 of the Complaint.

267.     In response the allegations in Paragraph 267 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 267 of the Complaint.

268.     In response the allegations in Paragraph 268 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 268 of the Complaint.

269.     In response the allegations in Paragraph 269 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 269 of the Complaint.

270.     In response the allegations in Paragraph 270 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 270 of the Complaint.

271.     In response the allegations in Paragraph 271 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 271 of the Complaint.

272.    In response the allegations in Paragraph 249 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 249 of the Complaint.

273.    In response the allegations in Paragraph 273 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 273 of the Complaint.

274.    In response the allegations in Paragraph 274 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 274 of the Complaint.

275.    Defendant denies the allegations in Paragraph 275 of the Complaint and demands strict proof thereof.

276.    In response the allegations in Paragraph 276 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 276 of the Complaint.

277.    In response the allegations in Paragraph 277 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the

allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 277 of the Complaint.

278.    In response the allegations in Paragraph 278 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 278 of the Complaint.

279.    Defendant denies the allegations in Paragraph 279 of the Complaint and demands strict proof thereof.

280.    Defendant denies the allegations in Paragraph 280 of the Complaint and demands strict proof thereof.

281.    {Note this paragraph is incomplete or cut out on ECF 292 and cannot be read to ascertain the allegations}. In response the allegations in Paragraph 281 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 281 of the Complaint.

282.    In response the allegations in Paragraph 282 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 282 of the Complaint.

283.    In response the allegations in Paragraph 283 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the

allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 283 of the Complaint.

284.    In response the allegations in Paragraph 284 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 284 of the Complaint.

285.    In response the allegations in Paragraph 285 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 285 of the Complaint.

286.    In response the allegations in Paragraph 286 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 286 of the Complaint.

287.    In response the allegations in Paragraph 287 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 287 of the Complaint.

288.    {Note this paragraph is incomplete or cut out on ECF 292 and cannot be read to ascertain the allegations}. In response the allegations in Paragraph 288 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity

of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 288 of the Complaint.

289.    In response the allegations in Paragraph 289 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 289 of the Complaint.

290.    In response the allegations in Paragraph 290 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 290 of the Complaint.

291.    Defendant denies the allegations in Paragraph 291 of the Complaint and demands strict proof thereof.

292.    Defendant denies the allegations in Paragraph 292 of the Complaint and demands strict proof thereof.

293.    In response the allegations in Paragraph 293 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 293 of the Complaint.

## The Venture Affected Interstate Commerce

294.    Defendant denies the allegations in Paragraph 294 of the Complaint and demands strict proof thereof.

295.    In response the allegations in Paragraph 294 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 294 of the Complaint.

296.    Defendant denies the allegations in Paragraph 296 of the Complaint and demands strict proof thereof.

297.    {Note this paragraph is incomplete or cut out on ECF 292 and cannot be read to ascertain the allegations}. In response the allegations in Paragraph 297 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 297 of the Complaint.

298.    In response the allegations in Paragraph 298 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 298 of the Complaint.

299.    Defendant denies the allegations in Paragraph 299 of the Complaint and demands strict proof thereof.

## Specific TVOPA Allegations Against Each Defendant

300.    Defendant denies the allegations in Paragraph 300 of the Complaint and demands strict proof thereof.

301.    In response the allegations in Paragraph 301 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 301 of the Complaint.

302.    Defendant denies the allegations in Paragraph 302 of the Complaint and demands strict proof thereof.

303.    In response the allegations in Paragraph 303 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 303 of the Complaint.

304.    Defendant denies the allegations in Paragraph 304 of the Complaint and demands strict proof thereof.

305.    Defendant denies the allegations in Paragraph 305 of the Complaint and demands strict proof thereof.

306.    {Note this paragraph is incomplete or cut out on ECF 292 and cannot be read to ascertain the allegations}. In response the allegations in Paragraph 306 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 306 of the Complaint.

307.    {Note this paragraph is incomplete or cut out on ECF 292 and cannot be read to ascertain the allegations}. In response the allegations in Paragraph 307 of the Complaint, Defendant

---

states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 307 of the Complaint.

308.     In response the allegations in Paragraph 308 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 303 of the Complaint.

309.     In response the allegations in Paragraph 309 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein. Accordingly, Defendant denies the allegations in Paragraph 309 of the Complaint.

310.     Defendant denies the allegations in Paragraph 310 of the Complaint and demands strict proof thereof.

311.     Defendant denies the allegations in Paragraph 311 of the Complaint and demands strict proof thereof.

312.     Defendant denies the allegations in Paragraph 312 of the Complaint and demands strict proof thereof.

313.     Defendant denies the allegations in Paragraph 313 of the Complaint and demands strict proof thereof.

314.     Defendant denies the allegations in Paragraph 314 of the Complaint and demands strict proof thereof.

315.     Defendant denies the allegations in Paragraph 315 of the Complaint and demands strict proof thereof.

316.     Defendant denies the allegations in Paragraph 316 of the Complaint and demands strict proof thereof.

317.     Defendant denies the allegations in Paragraph 317 of the Complaint and demands strict proof thereof.

318.     Defendant denies the allegations in Paragraph 318 of the Complaint and demands strict proof thereof.

319.     Defendant denies the allegations in Paragraph 319 of the Complaint and demands strict proof thereof.

320.     Defendant denies the allegations in Paragraph 320 of the Complaint and demands strict proof thereof.

321.     Defendant denies the allegations in Paragraph 321 of the Complaint and demands strict proof thereof.

322.     Defendant denies the allegations in Paragraph 322 of the Complaint and demands strict proof thereof.

323.     Defendant denies the allegations in Paragraph 323 of the Complaint and demands strict proof thereof.

324.     Defendant denies the allegations in Paragraph 324 of the Complaint and demands strict proof thereof.

325.     Defendant denies the allegations in Paragraph 325 of the Complaint and demands strict proof thereof.

326.     Defendant denies the allegations in Paragraph 326 of the Complaint and demands strict proof thereof.

327.     Defendant denies the allegations in Paragraph 327 of the Complaint and demands strict proof thereof.

328.     Defendant denies the allegations in Paragraph 328 of the Complaint and demands strict proof thereof.

329.     Defendant denies the allegations in Paragraph 329 of the Complaint and demands strict proof thereof.

330.     Defendant denies the allegations in Paragraph 330 of the Complaint and demands strict proof thereof.

331.     Defendant denies the allegations in Paragraph 331 of the Complaint and demands strict proof thereof.

332.     Defendant denies the allegations in Paragraph 332 of the Complaint and demands strict proof thereof.

333.     Defendant denies the allegations in Paragraph 333 of the Complaint and demands strict proof thereof.

334.     Defendant denies the allegations in Paragraph 334 of the Complaint and demands strict proof thereof.

335.    Defendant denies the allegations in Paragraph 335 of the Complaint and demands strict proof thereof.

336.    Defendant denies the allegations in Paragraph 336 of the Complaint and demands strict proof thereof.

337.    {Note this paragraph is incomplete or cut out on ECF 292 and cannot be read to ascertain the allegations}. In response the allegations in Paragraph 337 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 337 of the Complaint.  By further response, Defendant denies the allegations in Paragraph 337 of the Complaint and demands strict proof thereof.

338.    Defendant denies the allegations in Paragraph 338 of the Complaint and demands strict proof thereof.

339.    Defendant denies the allegations in Paragraph 339 of the Complaint and demands strict proof thereof.

340.    Defendant denies the allegations in Paragraph 340 of the Complaint and demands strict proof thereof.

341.    Defendant denies the allegations in Paragraph 341 of the Complaint and demands strict proof thereof.

342.    Defendant denies the allegations in Paragraph 342 of the Complaint and demands strict proof thereof.

343.     Defendant denies the allegations in Paragraph 343 of the Complaint and demands strict proof thereof.

344.     Defendant denies the allegations in Paragraph 344 of the Complaint and demands strict proof thereof.

345.     Defendant denies the allegations in Paragraph 345 of the Complaint and demands strict proof thereof.

346.     Defendant denies the allegations in Paragraph 346 of the Complaint and demands strict proof thereof.

347.     Defendant denies the allegations in Paragraph 347 of the Complaint and demands strict proof thereof.

348.     Defendant denies the allegations in Paragraph 348 of the Complaint and demands strict proof thereof.

349.     Defendant denies the allegations in Paragraph 349 of the Complaint and demands strict proof thereof.

350.     In response the allegations in Paragraph 350 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 350 of the Complaint.

351.     Defendant denies the allegations in Paragraph 351 of the Complaint and demands strict proof thereof.

352.     Defendant denies the allegations in Paragraph 352 of the Complaint and demands strict proof thereof.

353.     Defendant denies the allegations in Paragraph 353 of the Complaint and demands strict proof thereof.

354.     Defendant denies the allegations in Paragraph 354 of the Complaint and demands strict proof thereof.

355.     Defendant denies the allegations in Paragraph 355 of the Complaint and demands strict proof thereof.

356.     Defendant denies the allegations in Paragraph 356 of the Complaint and demands strict proof thereof.

357.     Defendant denies the allegations in Paragraph 357 of the Complaint and demands strict proof thereof.

358.     Defendant denies the allegations in Paragraph 358 of the Complaint and demands strict proof thereof.

359.     Defendant denies the allegations in Paragraph 359 of the Complaint and demands strict proof thereof.

360.     Defendant denies the allegations in Paragraph 360 of the Complaint and demands strict proof thereof.

361.     Defendant denies the allegations in Paragraph 361 of the Complaint and demands strict proof thereof.

362.     Defendant denies the allegations in Paragraph 362 of the Complaint and demands strict proof thereof.

363.     Defendant denies the allegations in Paragraph 363 of the Complaint and demands strict proof thereof.

364.     Defendant denies the allegations in Paragraph 364 of the Complaint and demands strict proof thereof.

365.     Defendant denies the allegations in Paragraph 365 of the Complaint and demands strict proof thereof.

366.     Defendant denies the allegations in Paragraph 366 of the Complaint and demands strict proof thereof.

367.     Defendant denies the allegations in Paragraph 367 of the Complaint and demands strict proof thereof.

368.     Defendant denies the allegations in Paragraph 368 of the Complaint and demands strict proof thereof.

369.     Defendant denies the allegations in Paragraph 369 of the Complaint and demands strict proof thereof.

370.     Defendant denies the allegations in Paragraph 370 of the Complaint and demands strict proof thereof.

371.     Defendant denies the allegations in Paragraph 371 of the Complaint and demands strict proof thereof.

372.     Defendant denies the allegations in Paragraph 372 of the Complaint and demands strict proof thereof.

373.     {Note this paragraph is incomplete or cut out on ECF 292 and cannot be read to ascertain the allegations}. In response the allegations in Paragraph 373 of the Complaint, Defendant states that he is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein.  Accordingly, Defendant denies the allegations in Paragraph 373 of the Complaint.

374.     Defendant denies the allegations in Paragraph 374 of the Complaint and demands strict proof thereof.

375.     Defendant denies the allegations in Paragraph 375 of the Complaint and demands strict proof thereof.

376.     Defendant denies the allegations in Paragraph 376 of the Complaint and demands strict proof thereof.

377.     Defendant denies the allegations in Paragraph 377 of the Complaint and demands strict proof thereof.

378.     Defendant denies the allegations in Paragraph 378 of the Complaint and demands strict proof thereof.

379.     Defendant denies the allegations in Paragraph 379 of the Complaint and demands strict proof thereof.

380.     Defendant denies the allegations in Paragraph 380 of the Complaint and demands strict proof thereof.

381.     Defendant denies the allegations in Paragraph 381 of the Complaint and demands strict proof thereof.

382.     Defendant denies the allegations in Paragraph 382 of the Complaint and demands strict proof thereof.

383.     Defendant denies the allegations in Paragraph 383 of the Complaint and demands strict proof thereof.

384.     Defendant denies the allegations in Paragraph 384 of the Complaint and demands strict proof thereof.

385.     Defendant denies the allegations in Paragraph 385 of the Complaint and demands strict proof thereof.

386.     Defendant denies the allegations in Paragraph 386 of the Complaint and demands strict proof thereof.

**The Enterprise Engaged in Numerous Unlawful RICO Predicate Acts**

387.     Defendant denies the allegations in Paragraph 387 of the Complaint and demands strict proof thereof.

388.     Defendant denies the allegations in Paragraph 388 of the Complaint and demands strict proof thereof.

389.     Defendant denies the allegations in Paragraph 389 of the Complaint and demands strict proof thereof.

390.     Defendant denies the allegations in Paragraph 390 of the Complaint and demands strict proof thereof.

391.     Defendant denies the allegations in Paragraph 391 of the Complaint and demands strict proof thereof.

392.     Defendant denies the allegations in Paragraph 392 of the Complaint and demands strict proof thereof.

393.     Defendant denies the allegations in Paragraph 393 of the Complaint and demands strict proof thereof.

394.     Defendant denies the allegations in Paragraph 394 of the Complaint and demands strict proof thereof.

395.     Defendant denies the allegations in Paragraph 395 of the Complaint and demands strict proof thereof.

**CAUSES OF ACTION**

**COUNTY ONE: VIOLATION OF HUMAN TRAFFICING LAWS, 18 U.S.C. § 1591 (a) (SEX TRAFFICKING)**
**Against All Defendants**

396.      Defendant incorporates and realleges the responses to the allegations of the preceding numbered paragraphs.

397.     Defendant denies the allegations in Paragraph 397 of the Complaint and demands strict proof thereof.

398.     Defendant denies the allegations in Paragraph 398 of the Complaint and demands strict proof thereof.

399.     Defendant denies the allegations in Paragraph 399 of the Complaint and demands strict proof thereof.

## COUNT TWO: VIOLATION OF HUMAN TRAFFICKING LAWS, 18 U.S.C. § 1589
## (LABOR TRAFFICKING)
**Against All Defendants**

400.    Defendant incorporates and realleges the responses to the allegations of the preceding numbered paragraphs.

401.    Defendant denies the allegations in Paragraph 401 of the Complaint and demands strict proof thereof.

402.    Defendant denies the allegations in Paragraph 402 of the Complaint and demands strict proof thereof.

403.    Defendant denies the allegations in Paragraph 403 of the Complaint and demands strict proof thereof.

## COUNT THREE: VIOLATION OF RACKETEER INFLUENCED AND CORRUPT
## ORGANIZATIONS ACT, 18 U.S.C. § 1962(c)
## (PATTERN OF RACKETERRING)
**Against All Defendants**

404.    Defendant incorporates and realleges the responses to the allegations of the preceding numbered paragraphs.

405.    Defendant denies the allegations in Paragraph 405 of the Complaint and demands strict proof thereof.

406.    Defendant denies the allegations in Paragraph 406 of the Complaint and demands strict proof thereof.

407.    Defendant denies the allegations in Paragraph 407 of the Complaint and demands strict proof thereof.

408.     Defendant denies the allegations in Paragraph 408 of the Complaint and demands strict proof thereof.

409.     Defendant denies the allegations in Paragraph 409 of the Complaint and demands strict proof thereof.

410.     Defendant denies the allegations in Paragraph 410 of the Complaint and demands strict proof thereof.

411.     Defendant denies the allegations in Paragraph 411 of the Complaint and demands strict proof thereof.

412.     Defendant denies the allegations in Paragraph 412 of the Complaint and demands strict proof thereof.

413.     Defendant denies the allegations in Paragraph 413 of the Complaint and demands strict proof thereof.

**COUNT FOUR: VIOLATION OF RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT, 18 U.S.C. § 1072©**
**(RICO CONSPIRACY)**
**Against All Defendants**

414.     Defendant incorporates and realleges the responses to the allegations of the preceding numbered paragraphs.

415.     Defendant denies the allegations in Paragraph 415 of the Complaint and demands strict proof thereof.

416.     Defendant denies the allegations in Paragraph 416 of the Complaint and demands strict proof thereof.

417.    Defendant denies the allegations in Paragraph 417 of the Complaint and demands strict proof thereof.

418.    Defendant denies the allegations in Paragraph 418 of the Complaint and demands strict proof thereof.

419.    Defendant denies the allegations in Paragraph 419 of the Complaint and demands strict proof thereof.

420.    Defendant denies the allegations in Paragraph 420 of the Complaint and demands strict proof thereof.

## ANSWER TO PRAYER FOR RELIEF

Defendant denies Plaintiffs are entitled to any of the relief requested in the Complaint.

## DEFENDANT MRUGESHKUMAR SHAH M.D.'S AFFIRMATIVE DEFENSES

Defendant affirmatively pleads the following defenses:

### AFFIRMATIVE DEFENSE ONE

(Statute of Limitations)

421.    Plaintiffs' claims in their Second Amended Complaint are barred in part by the applicable statute of limitations, including, but not limited to the four year statute of limitations pertaining to civil remedies under the RICO statute.  *See, e.g., Jaso v. Coca Cola Co.,* 537 F. App'x 557, 560 (5th Cir. 2013).

422.    Plaintiffs' claims in their Second Amended Complaint are barred in part by the applicable statute of limitations, including, but not limited to the ten statute of limitations pertaining

to civil remedies under the TVPA statute.  Specifically, Plaintiffs allege conduct in 2012, 2013, and parts of 2014 that are beyond the applicable statute of limitations.

423.    Moreover, to the extent Plaintiffs have improperly cast their Texas state law health care liability claims against Defendant as human trafficking and RICO claims, Plaintiffs' claims are barred by the two-year statute of limitations found within Tex. Civ. Prac. & Rem. Code § 74.251.

## AFFIRMATIVE DEFENSE TWO

### (Contributory or Comparative Fault)

424.    Defendant denies that Plaintiffs suffered any form of damages. However, Plaintiffs' alleged damages, if any, were caused, in whole or in part, by the acts or omissions of Plaintiffs themselves, third parties, or other defendants to this matter over which Defendant had no control and for which Defendant is not legally responsible. As such, Plaintiffs' recovery, if any, should be barred or proportionately reduced by the fault or degree of responsibility of Plaintiffs, third parties, and/or other defendants to this matter. See Tex. Civ. Prac. & Rem. Code § 33.003.

## AFFIRMATIVE DEFENSE THREE

### (No Proximate Cause, New/Independent Cause)

425.    Defendant pleads that Plaintiffs' counts are barred, whole or in part, based on no proximate cause, new and independent cause, superseding cause, intervening cause, and/or sole proximate cause. Particularly, Defendant denies that any condition, conduct, action, and/or inaction, was the proximate and/or producing cause of any of the injuries, losses, adverse actions, or damages about which Plaintiffs complain. To the contrary, the purported injuries, losses, adverse actions, and damages about which Plaintiffs complain were caused: (a) by Plaintiffs' own acts or omissions,

including without limitation its failure to comply with Texas law, mitigate or take available corrective or other action; and/or (b) by the conduct of third parties over whom Defendant had no control and for whom Defendant had no responsibility.

### AFFIRMATIVE DEFENSE FOUR

(Damages Too Speculative, Conjectural, Improbable, and/or Remote)

426.    Defendant denies that Plaintiffs suffered any form of damages. However, Plaintiffs' alleged damages, as asserted in their Amended Complaint, are purely conjectural, highly improbable, too remote, and/or speculative such that this Court is not able to grant any justiciable remedy or relief.

### AFFIRMATIVE DEFENSE FIVE

(Consent, Authorization)

427.     Defendant pleads the defenses of consent, legal excuse, legal authorization, privilege, and/or justification.

### AFFIRMATIVE DEFENSE SIX

(Consent, Authorization)

(Failure to Join Indispensable Parties, Misjoinder of Parties and/or Wrong Parties)

428.    Plaintiffs' claims are barred, in whole or in part, because they have failed to join indispensable parties to this matter, improperly joined parties, and/or named the wrong parties in their First Amended Complaint.

### AFFIRMATIVE DEFENSE SEVEN

(Failure to Mitigate Damages)

429.     Defendant denies that Plaintiffs suffered any form of damages. However, Plaintiffs' alleged damages, if any, should be reduced due to their failure to take reasonable and timely actions to limit their alleged losses.

## AFFIRMATIVE DEFENSE EIGHT

### (Offset or Setoff)

430.     Should Plaintiffs recover or be awarded any amount from any such person related to the claims and damages alleged in their First Amended Complaint, Defendant is entitled to an offset or setoff for the amounts awarded or recovered.

## AFFIRMATIVE DEFENSE NINE

### (Res Judicata and Collateral Estoppel)

431.     Upon information and belief, other courts of law having appropriate jurisdiction have ruled upon and/or adjudicated certain issues of law and/or fact raised by Plaintiffs in this action. As such, Plaintiffs' claims are barred, in whole or in part, by the doctrines of res judicata and/or collateral estoppel.

## AFFIRMATIVE DEFENSE TEN

### (Chapter 74 of the Texas Civil Practice & Remedies Code)

432.     Plaintiffs have improperly cast their Texas state law health care liability claims against Defendant as human trafficking and RICO claims. As such, Defendant affirmatively pleads that Plaintiffs' claims against him are subject to all procedural requirements and defenses found within Chapter 74 of the Texas Civil Practice & Remedies Code. See Tex. Civ. Prac. & Rem. Code § 74.001, et. seq.

## AFFIRMATIVE DEFENSE ELEVEN

### (Collateral Source; One Satisfaction)

433.    Defendant pleads the one-satisfaction rule and collateral source rules.

## AFFIRMATIVE DEFENSE TWELVE

### (*In Pari Delicto*)

434.    Plaintiffs' claims are barred, in whole or in part, by the doctrine of in pari delicto. To the extent that any of the alleged conduct of any defendant occurred, which Defendant denies, Plaintiffs were knowing, willing, and active participants in such alleged conduct and received benefits from such participation. This Court's application of the doctrine will not interfere with the public policy goals of any relevant federal statutes or state law.

## AFFIRMATIVE DEFENSE TWELVE

### (Limitation on Exemplary Damages)

435.    Defendant pleads the defense that any claim for exemplary damages is subject to the limitations and constraints of Texas law, the Due Process Clauses of the Fifth and Fourteenth Amendments to the United States Constitution, Article I, § 19 of the Texas Constitution, and all other state and/or federal limitations on damages and exemplary damages. Defendant further affirmatively pleads that any award of exemplary damages based on the pleadings, evidence, and circumstances of this case would violate the United States for various reasons, including but not limited to the following: (a) such an award would be a vicarious award of exemplary damages for conduct of one or more others over whom Defendant exercised no control and for whom Defendant

was not responsible, in violation of Defendant's right to due process; and (b) such an award would violate the constitutional prohibitions against excessive fines.

## AFFIRMATIVE DEFENSE THIRTEEN

### (Failure of Condition Precedent)

436.    Plaintiff failed to satisfy the condition precedent of sending a pre-suit notice to bring a claim under Chapter 74 of the Texas Civil Practice and Remedies Code.

## **RESERVATION OF RIGHTS**

Defendant expressly reserves the right to amend their Answer and to assert additional affirmative defenses as may become available during the course of discovery in this action. Defendant further gives notice that he reserves and will rely upon defenses they may have and further reserves the right to assert counterclaims against any such person to the extent required in order to preserve its rights.

## **REQUEST FOR RELIEF**

WHEREFORE, Defendant MRUGESHKUMAR SHAH, M.D. respectfully requests the following relief:

   a.    That Plaintiffs take nothing by their claims;

   b.    That Plaintiffs' claims be dismissed with prejudice in accordance with Defendant's denials and defenses;

   c.    That judgment be entered in favor of Defendant;

   d.    That the Court award Defendant his costs incurred in this action; and

e.      All other and further relief, both at law and in equity, which this Court deems just

and proper.

                                        Respectfully Submitted,

                                        SHEILS WINNUBST
                                        A Professional Corporation

                                        By:     /s/ Latrice E. Andrews
                                                T. Craig Sheils
                                                State Bar No. 18187350
                                                Latrice E. Andrews
                                                State Bar No. 24063984

                                        1100 Atrium II
                                        1701 N. Collins Boulevard
                                        Richardson, Texas  75080
                                        Telephone: (972) 644-8181
                                        Facsimile:  (972) 644-8180
                                        Email: craig@sheilswinnubst.com
                                        Email:  latrice@sheilswinnubst.com

                                        ATTORNEYS FOR DEFENDANT
                                        MRUGESHKUMAR SHAH

---

DEFENDANT'S ORIGINAL ANSWER TO
PLAINTIFF'S SECOND AMENDED COMPLAINT                                    Page 72

<u>CERTIFICATE OF SERVICE</u>

In accordance with Fed. R. Civ. P. 5(b)(2)(E) and (b)(3), I hereby certify that a true and correct copy of the above and foregoing Defendant Mrugeshkumar Shah's Original Answer was served on this 27th day of September, 2024, upon all counsel of record, via electronic service and Defendants Phil Ecob (pro se),  H.J. Cole and Benjamin Todd Eller, via first class mail at the following addresses:

Philip Ecob
2215 Cedar Springs Road, Apt. 1414
Dallas, Texas 75201

H.J. Cole
1302 Wrangler Way
Princeton, TX 75407

Benjamin Todd Eller
364 W. Wilson Ave., Ste. 5
Glendale, CA 91203

*/s/ Latrice E. Andrews*
Latrice E. Andrews
