IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 5:23-cv-00580-FB |
| TRAMMELL S. CROW, JR., BENJAMIN TODD ELLER, RICHARD HUBBARD, MELISSA MILLER, SCOTT WOODS, MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUIT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, AARON BURLINGAME, and RCI HOSPITALITY HOLDINGS, INC., | § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS
## RCI HOSPITALITY HOLDINGS, INC. AND CASE GROVER

Pursuant to Local Civil Rules 83.12 and 7.1, attorney Holly Naehritz respectfully files this Motion to Withdraw as Counsel for Defendants RCI Hospitality Holdings, Inc. ("RCI") and Case Grover ("Grover"). Holly Naehritz is employed at a new law firm and is no longer working with the other attorneys representing RCI and Grover. Attorneys Brian Rawson and Stephanie Roark of the law firm Rawson Law PLLC will continue to represent RCI and Grover in this matter. Their contact information is as follows:

> Brian Rawson and Stephanie Roark
> Rawson Law PLLC
> 1900 N. Pearl Street, Suite 1700
> Dallas, Texas 75201

(214) 734-2553 (Rawson)
(214) 620-1696 (Roark)

Holly Naehritz conferred with counsel for Plaintiffs Julia Hubbard and Kayla Goedinghaus, counsel for Defendants Trammell S. Crow, Jr., Kurt Knewitz, Jade Mayer, Shawn Mayer, Dr. Melissa Miller, Cody Mitchell, Robert Pruitt, Dr. Mrugeshkumar Shah, and Dr. Scott Woods, and pro se Defendant H.J. Cole, and they each indicated that they are <u>unopposed</u> to this motion to withdraw as counsel of record for RCI and Grover.

WHEREFORE, PREMISES CONSIDERED, attorney Holly Naehritz respectfully prays that she be withdrawn as counsel of record for Defendants RCI Hospitality Holdings, Inc. and Case Grover.

Respectfully submitted,

*/s/ Holly Naehritz*
**HOLLY NAEHRITZ**
State Bar No. 24083700
hnaehritz@clarkhill.com
**CLARK HILL PLC**
900 Main Street, Suite 6000
Dallas, Texas 75202
(214) 651-4300 – Telephone
(214) 651-4330 – Fax

**ATTORNEY FOR DEFENDANTS**
**RCI HOSPITALITY HOLDINGS, INC.**
**AND CASE GROVER**

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, a true and correct copy of the foregoing document was served electronically on all counsel of record via the Court's CM/ECF system, and on the following pro se defendants by first class mail:

H.J. Cole
1302 Wrangler Way
Princeton, TX 75407

Philip Ecob
2215 Cedar Springs Road, Apt. 1414
Dallas, TX 75201

Benjamin Todd Eller
364 W. Wilson Ave., Suite 5
Glendale, CA 91203

_____
Holly Naehritz

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred via email on October 3, 2024, with counsel for Plaintiffs Julia Hubbard and Kayla Goedinghaus and counsel for Defendants Trammell S. Crow, Jr., Kurt Knewitz, Jade Mayer, Shawn Mayer, Dr. Melissa Miller, Cody Mitchell, Robert Pruitt, Dr. Mrugeshkumar Shah, and Dr. Scott Woods, and they each indicated that they are <u>unopposed</u> to the relief requested in this motion. I also conferred with pro se Defendant H.J. Cole via email on October 3, 2024, and on October 4, 2024, and he indicated he is <u>unopposed</u> to the relief requested in this motion.

_____
Holly Naehritz