IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD and | § | |
| KAYLA GOEDINGHAUS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-cv-00580-FB |
| | § | |
| TRAMMELL S. CROW, JR., BENJAMIN | § | |
| TODD ELLER, RICHARD HUBBARD, | § | |
| MELISSA MILLER, SCOTT WOODS, | § | |
| MRUGESHKUMAR SHAH, MICHAEL | § | |
| CAIN, COE JURACEK, PHILIP ECOB, | § | |
| H.J. COLE, CODY MITCHELL, KURT | § | |
| KNEWITZ, PAUL PENDERGRASS, | § | |
| RALPH ROGERS, ROBERT PRUIT, | § | |
| SCOTT BRUNSON, CASE GROVER, | § | |
| RICHARD BUTLER, MICHAEL HYNES, | § | |
| JR., SHAWN MAYER, JADE MAYER, | § | |
| AARON BURLINGAME, and RCI | § | |
| HOSPITALITY HOLDINGS, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR
DEFENDANTS RCI HOSPITALITY HOLDINGS, INC. AND CASE GROVER**

Before the Court is attorney Holly Naehritz's Motion to Withdraw as Counsel for Defendants RCI Hospitality Holdings, Inc. and Case Grover. Having considered the motion, the Court finds that the request to withdraw as counsel should be and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that Holly Naehritz is hereby withdrawn from this action as counsel for Defendants RCI Hospitality Holdings, Inc. and Case Grover. Attorneys Brian Rawson and Stephanie Roark of the law firm Rawson Law PLLC will remain as counsel for Defendants RCI Hospitality Holdings, Inc. and Case Grover.

**SO ORDERED** on this \_\_\_\_\_ day of _____, 2024.

_____
**JUDGE PRESIDING**