UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS, <br><br> Plaintiffs, <br><br> v. <br><br> TRAMMELL S. CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, DR. JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, COE JURACEK, PHILIP ECOB, H.J. COLE, TEXAS RANGER CODY MITCHELL, KURT KNEWITZ, PAUL PENDERGRASS, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MARK MOLINA, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER, RCI HOSPITALITY HOLDINGS, INC., INTEGRITY BASED MARKETING, LLC, STORM FITNESS NUTRITION, LLC, ULTRA COMBAT NUTRITION, LLC, ECOLOFT HOMES LLC, ELEVATED WELLNESS PARTNERS LLC, DOE INDIVIDUALS 1–20, and DOE COMPANIES 21–30 <br><br> Defendants. | Case No. 5:23-cv-00580-FB <br><br> Judge: Hon. Fred Biery <br> Date Action Filed: May 8, 2023 (transferred) |

Page 1 of 3

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF THE COURT:

Defendant, DR. BENJAMIN TODD ELLER, files this Notice of Appearance of Counsel, notifying the Court that William H. Ford, State Bar No. 07246700, Gregory A. Scrivener, State Bar No. 24013480, and Kennedy Hatfield Asel, State Bar No. 24121663, of FORD MURRAY, PLLC, 10001 Reunion Place, Suite 640, San Antonio, Texas 78216; Telephone (210) 731-6400 and Facsimile (210) 731-6401, are now appearing as counsel of record, and William H. Ford is designated as lead counsel of record for DR. BENJAMIN TODD ELLER for all further proceedings in this cause. DR. BENJAMIN TODD ELLER requests all communications from the Court or other counsel with respect to this suit be sent to the undersigned.

Respectfully submitted,

*/s/ William H. Ford*

_____
WILLIAM H. FORD
State Bar No. 07246700
Direct Line: (210) 731-6306
bill.ford@fordmurray.com
GREGORY A. SCRIVENER
State Bar No. 24013480
Direct Line: (210) 731-6342
Email: greg.scrivener@fordmurray.com
KENNEDY HATFIELD ASEL
State Bar No. 24121663
Direct Line: (210) 731-6486
Email: hatfieldasel@fordmurray.com
FORD MURRAY, PLLC
10001 Reunion Place, Suite 640
San Antonio, Texas 78216
(210) 731-6400 Main

(210) 731-6401 Facsimile
ATTORNEYS FOR DEFENDANT,
DR. BENJAMIN TODD ELLER

**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record in this matter as required by the Federal Rules of Civil Procedure on this 16th day of October, 2024.

_____
WILLIAM H. FORD