IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| V. | )    CIVIL ACTION NO. SA-23-CA-580-FB |
| TRAMMELL S. CROW, JR., ET AL., | ) ) ) |
| *Defendants*. | ) |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANTS RCI HOSPITALITY HOLDINGS, INC. AND CASE GROVER**

Before the Court is the Motion to Withdraw as Counsel for Defendants RCI Hospitality Holdings, Inc. and Case Grover, filed by attorney Holly Naehritz on October 4, 2024. (Docket no. 362). After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the Motion to Withdraw as Counsel for Defendants RCI Hospitality Holdings, Inc. and Case Grover (docket no. 362) is GRANTED such that Holly Naehritz is WITHDRAWN from this action as counsel for Defendants RCI Hospitality Holdings, Inc. and Case Grover. Attorneys Brian Rawson and Stephanie Roark of the law firm Rawson Law PLLC will remain as counsel for Defendants RCI Hospitality Holdings, Inc. and Case Grover.

It is so ORDERED.

SIGNED this 4th day of November, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE