UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JULIA HUBBARD and KAYLA GOEDINGHAUS,<br><br>   Plaintiffs,<br><br>v.<br><br>TRAMMELL S. CROW, JR., *et al.*<br>   Defendants. | Case No. 5:23-cv-00580-FB<br><br>Judge: Hon. Fred Biery<br>Date Action Filed: May 8, 2023 (transferred) |

## [PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO MODIFY SCHEDULING ORDER

THE COURT, having considered Defendants' Joint Motion to Modify Scheduling Order, hereby GRANTS the Motion and ORDERS modification to the expert disclosure dates, expert and fact discovery cutoff, and dispositive motion dates in the Court's Scheduling Order (Dkt. No. 319) as follows:

a. The deadline for Plaintiffs to designate their testifying experts and serve all materials required by Fed. R. Civ. Proc. 26(a)(2)(B) is modified from November 21, 2024 to May 20, 2025;

b. The deadline for Defendants to designate their testifying experts and serve all materials required by Fed. R. Civ. Proc. 26(a)(2)(B) is modified from December 20, 2024 to June 20, 2025;

c. The deadline to complete all discovery is modified from January 21, 2025 to July 21, 2025; and

d. The deadline to file dispositive motions is modified from February 21, 2025 to August 21, 2025.

  IT IS SO ORDERED.

Dated: _____          _____
                      The Honorable Fred Biery
                      United States District Judge