IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD, and KAYLA GOEDINGHAUS, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. SA-23-CA-580-FB |
| TRAMMELL S. CROW, JR., ET AL., | § § § | |
| Defendants. | § | |

### ORDER GRANTING DEFENDANTS' JOINT MOTION TO MODIFY SCHEDULING ORDER

Before the Court is Defendants' Joint Motion to Modify Scheduling Order, filed on November 27, 2024. (Docket no. 365). Defendants Trammel S. Crow, Jr., Michael S. Woods, Melissa Scott Miller, Robert Pruitt, Shawn Mayer, Jade Mayer, Cody Mitchell, Benjamin Todd Eller, H.J. Cole, Mrugeshkumar Shah, Kurt Knewitz, RCI Hospitality Holdings, Inc. and Case Grover ("Defendants") jointly move pursuant to Federal Rule of Civil Procedure 16(b)(4) for an order modifying the expert disclosure dates, expert and fact discovery cutoff, and dispositive motion dates in the Court's Scheduling Order (docket no. 319) so that each date is continued by six months. The Certificate of Service reflects that counsel for Defendant Crow conferred with counsel for Plaintiffs Julia Hubbard and Kayla Goedinghaus ("Plaintiffs") before filing the motion and determined they agree to the relief sought by the motion except that they think that only a five-month continuance of the requested dates is needed. Counsel for Defendant Crow also contacted Defendant Philip Ecob (pro se) before filing this motion to determine his position but did not receive a response from Mr. Ecob. After careful consideration, the Court is of the opinion that Defendants have shown good cause for the requested extension. The motion shall be granted.

IT IS THEREFORE ORDERED that Defendants' Joint Motion to Modify Scheduling Order (docket no. 365) is GRANTED such that the following Scheduling Order (docket no. 319) deadlines are EXTENDED by six months as set forth below:

a. The deadline for Plaintiffs to designate their testifying experts and serve all materials required by Fed. R. Civ. Proc. 26(a)(2)(B) is modified from November 21, 2024 to May 20, 2025;

b. The deadline for Defendants to designate their testifying experts and serve all materials required by Fed. R. Civ. Proc. 26(a)(2)(B) is modified from December 20, 2024 to June 20, 2025;

c. The deadline to complete all discovery is modified from January 21, 2025 to July 21, 2025; and

d. The deadline to file dispositive motions is modified from February 21, 2025 to August 21, 2025.

It is so ORDERED.

SIGNED this 2nd day of December, 2024.

FRED BIERY
UNITED STATES DISTRICT JUDGE