IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JULIA HUBBARD, KAYLA
GOEDINGHAUS,

    *Plaintiffs,*

vs.

TRAMMELL S CROW, JR., DR.
BENJAMIN TODD ELLER, RICHARD
HUBBARD, DR. MELISSA MILLER,
JOSEPH BOLIN, DR. SCOTT WOODS,
DR. MRUGESHKUMAR SHAH,
MICHAEL CAIN, PHILIP ECOB, H.J.
COLE, CODY MITCHELL, KURT
KNEWITZ, RALPH ROGERS, ROBERT
PRUITT, SCOTT BRUNSON, CASE
GROVER, RICHARD BUTLER,
MICHAEL HYNES, JR., SHAWN
MAYER, JADE MAYER,  RCI
HOSPITALITY HOLDINGS, INC.,

    *Defendants.*

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

SA-23-CV-00580-FB

### SECOND AMENDED SCHEDULING ORDER

Before the Court in the above-styled cause of action is the parties' Fourth Joint Motion to Modify the Scheduling Order [#440], which requests the extension of remaining Scheduling Order deadlines by three months due to numerous discovery disputes and other issues that have slowed the completion of discovery.  The Court finds good cause for the jointly requested modification of the Scheduling Order and will grant the motion.  *See* Fed. R. Civ. P. 16(b)(4).

    **IT IS HEREBY ORDERED** that the parties' Fourth Joint Motion to Modify the Scheduling Order [#440] is **GRANTED**.

    **IT IS FURTHER ORDERED** that the deadline for Plaintiffs to designate their testifying experts and serve all materials required by Fed. R. Civ. Proc. 26(a)(2)(B) is **August 20, 2026**.

1

**IT IS FURTHER ORDERED** that the deadline for Defendants to designate their testifying experts and serve all materials required by Fed. R. Civ. Proc. 26(a)(2)(B) is **September 22, 2026**.

**IT IS FURTHER ORDERED** that the deadline to complete all discovery is **October 23, 2026**.

**IT IS FINALLY ORDERED** that the deadline to file dispositive motions is **November 24, 2026**.

SIGNED this 22nd day of May, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE