IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JULIA HUBBARD, KAYLA
GOEDINGHAUS,

     *Plaintiffs,*

vs.

TRAMMELL S CROW, JR., DR.
BENJAMIN TODD ELLER, RICHARD
HUBBARD, DR. MELISSA MILLER,
JOSEPH BOLIN, DR. SCOTT WOODS,
DR. MRUGESHKUMAR SHAH,
MICHAEL CAIN, PHILIP ECOB, H.J.
COLE, CODY MITCHELL, KURT
KNEWITZ, RALPH ROGERS, ROBERT
PRUITT, SCOTT BRUNSON, CASE
GROVER, RICHARD BUTLER,
MICHAEL HYNES, JR., SHAWN
MAYER, JADE MAYER,  RCI
HOSPITALITY HOLDINGS, INC.,

     *Defendants.*

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

SA-23-CV-00580-FB

## ORDER

Before the Court is the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings.  Given the number of motions, hearings, and issues that have been raised and resolved either by the parties on their own or by the Court, and the amount of time that has elapsed since the Court's last rulings, Defendant Crow and Plaintiffs are ordered to confer and produce a joint advisory that summarizes the issues that remain in dispute and includes a **brief** statement of each side's position on those issues.  The parties may cite CM docket numbers if they wish to point the Court to more extensive briefing on a particular issue.  Then, the Court will either set the case for a discovery status conference or rule on the disputed issues.

1

**IT IS THEREFORE ORDERED** that the joint advisory is due on or before **June 1, 2026**.

SIGNED this 22nd day of May, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE