IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JULIA HUBBARD, KAYLA GOEDINGHAUS, | § § § § § § | |
| *Plaintiffs,* | § § § | |
| vs. | § § § | SA-23-CV-00580-FB |
| TRAMMELL S CROW, JR., DR. BENJAMIN TODD ELLER, RICHARD HUBBARD, DR. MELISSA MILLER, JOSEPH BOLIN, DR. SCOTT WOODS, DR. MRUGESHKUMAR SHAH, MICHAEL CAIN, PHILIP ECOB, H.J. COLE, CODY MITCHELL, KURT KNEWITZ, RALPH ROGERS, ROBERT PRUITT, SCOTT BRUNSON, CASE GROVER, RICHARD BUTLER, MICHAEL HYNES, JR., SHAWN MAYER, JADE MAYER,  RCI HOSPITALITY HOLDINGS, INC., | § § § § § § § § § § § § § § § § | |
| *Defendants.* | § § | |

## ORDER SETTING IN-PERSON DISCOVERY CONFERENCE

Before the Court in the above-styled cause of action is the parties' Joint Advisory to the Court Regarding Defendant Trammell S. Crow's Discovery Issues with Plaintiffs Pursuant to the Court's May 26, 2026 Order [#442].  The joint advisory details a number of outstanding issues regarding the exchange of discovery.  To assist the parties in resolving their disputes, the Court will set this case for a live discovery conference.

**IT IS THEREFORE ORDERED** that this case is set for a live discovery conference at **11:00 a.m. on July 9, 2026**, at the United States Courthouse, 262 West Nueva, San Antonio,

1

Texas, 78207.[1]  **Counsel for Plaintiff and for Defendant Crow are required to appear in person**.  The discovery disputes do not appear to concern the other Defendants.  Thus, counsel for any Defendant who only intends to observe but not participate in the hearing may appear by Zoom and should contact the Courtroom Deputy for log-in information at the following address: txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.  The courtroom for the hearing will be assigned later, and counsel should check monitors in the courthouse lobby on the day of the hearing, which will contain the assigned courtroom information.

**IT IS FURTHER ORDERED** that the parties file an additional joint advisory via CM/ECF no later than **July 6, 2026**, that updates the Court on any changes in factual circumstances or progress that has been made on the issues outlined in the Joint Advisory [#442].

**IT IS SO ORDERED.**

SIGNED this 12th day of June, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Any party that plans on utilizing courtroom technology during the hearing should refer to the Courtroom Technology Guidance information on the U.S. District Court, Western District of Texas website: San Antonio Courthouse Courtroom Technology – U.S. District Court (uscourts.gov). Court hearings will generally not be delayed to address technological issues encountered by any party.

2